```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF INDIANA
 2                         HAMMOND DIVISION

 3   UNITED STATES OF AMERICA,      )
                                    )
 4        Plaintiff,                )
                                    )
 5   vs.                            ) 2:14-CR-93
                                    )
 6   JACK WEICHMAN,                 )
                                    )
 7        Defendant.                ) Vol. 1 of 2

 8                 TRANSCRIPT OF SENTENCING HEARING
                           May 3, 2018
 9             BEFORE THE HONORABLE PHILIP P. SIMON
                   UNITED STATES DISTRICT JUDGE
10

11   A P P E A R A N C E S:

12   FOR THE GOVERNMENT:

13                      DIANE L. BERKOWITZ
                        U.S. Attorney's Office
14                      5400 Federal Plaza, Suite 1500
                        Hammond, Indiana  46320
15                      (219) 937-5500

16   FOR THE DEFENDANT:

17                      JACKIE M. BENNETT, JR.
                        Taft, Stettinius & Hollister, LLP
18                      One Indiana Square, Suite 3500
                        Indianapolis, Indiana  46304
19                      (317) 713-3500

20                      MICHAEL Z. GURLAND
                        The Gurland Law Firm, LLC
21                      414 North Clay Street
                        Hinsdale, Illinois  60521
22                      (312) 420-8812

23   ALSO PRESENT:      David Beier, U.S. Probation
                        Brian Visalli, IRS
24                      Jason LeBeau, FDIC-OIG

25
```

```
 1          (The following proceedings were held in open court

 2      beginning at 10:19 a.m., reported as follows:)

 3              DEPUTY CLERK:  All rise.

 4              THE COURT:  Good morning, everyone.  You can be

 5  seated.

 6      We are on the record in 2:14-CR-93.  The case is United

 7  States versus Jack Weichman.  We are here today for the

 8  sentencing of Mr. Weichman.  He is here with his lawyers,

 9  Mr. Gurland and Mr. Bennett.  Ms. Berkowitz is here on behalf

10  of the government.

11      Mr. Weichman appeared before me back on October 28th of

12  2016, and he pled guilty to five counts of the 36-count Second

13  Superseding Indictment.  Count 1 was for bank fraud, Count 9

14  was bank fraud, Count 21 was a bankruptcy fraud relating to

15  concealment of assets, Count 28 was a wire fraud, and Count 34

16  was a tax count, a false returns count.

17      I adjudged him guilty on his pleas of guilty at that time

18  and ordered the preparation of a presentence report.  Now, way

19  back in July of 2017, I received a copy of that report; and it

20  has been sitting around for about nine months now.  I have

21  studied the report and the addendum; but for reasons that are

22  entirely unclear to me, a week before the sentencing, I'm hit

23  with a whole host of issues that are not reflected in the

24  presentence report that has been around for nine months.  I

25  don't understand that.
```

1         But I have reviewed the government's sentencing

2    memorandum, that's Document 268, and the defendant's sentencing

3    memorandum, that's Document 270.  I received an e-mail from

4    Ms. Collins, my courtroom deputy, that was sent to Mr. Beier

5    from Ms. Berkowitz a couple days ago.  I have read that.  I

6    received a victim impact statement from a man named

7    Dr. Lazzaro, and I have a lot of questions about that.  Then I

8    received a whole slew of letters that were written on the

9    defendant's behalf.  I have reviewed that material as well.  So

10   from my perspective, that's the material I have before me for

11   purposes of sentencing.

12         Mr. Bennett, do you agree with me on that?

13         **MR. BENNETT:**  Yes, Your Honor.

14         **THE COURT:**  Ms. Berkowitz?

15         **MS. BERKOWITZ:**  Yes, Your Honor.

16         **THE COURT:**  All right.  Can I speak to you for

17   purposes of the hearing today or Mr. Gurland?

18         **MR. BENNETT:**  Well, depends on what the question is.

19         **THE COURT:**  Okay.  Well, I will start with you.  If

20   you want to defer to Mr. Gurland, that's fine.  Mr. Bennett,

21   did both you and your client receive a copy of the presentence

22   report and the addendum sometime before the hearing today?

23         **MR. BENNETT:**  Yes, Your Honor.

24         **THE COURT:**  Mr. Weichman, did you, in fact, have a

25   chance to throughly go over the contents of that presentence

 1   report with your lawyers sometime before the hearing today?

 2            **THE DEFENDANT:**  Yes.

 3            **THE COURT:**  All right.  Ms. Berkowitz, I assume you

 4   also received the report from July of last year?

 5            **MS. BERKOWITZ:**  I did, Your Honor.

 6            **THE COURT:**  The presentence report and the addendum

 7   are placed in the record under seal.  It is directed that if an

 8   appeal is taken, counsel on appeal shall be permitted access to

 9   the sealed report.  It is further directed that counsel on

10   appeal are not permitted access to the recommendation section

11   of that report.

12        The addendum to the presentence report sets forth -- I

13   think there's seven objections that have been raised by the

14   parties on various guideline issues.

15        Does the addendum accurately identify what's in dispute?

16   Mr. Bennett?

17            **MR. BENNETT:**  I'm not sure.  I think we have agreed

18   on a lot of things that narrow the scope of that.

19            **THE COURT:**  Okay.

20            **MR. BENNETT:**  And only in the last couple of days,

21   Your Honor.

22            **THE COURT:**  So why don't you tell me what you guys

23   ostensibly have agreed to.

24            **MR. GURLAND:**  Your Honor, part of the issue is part

25   of the agreements are based on conversations I have had with

 1   Agent Visalli.  I have tried on six different times to get

 2   Ms. Berkowitz to just talk to me so I can understand some of

 3   the numbers.  Mr. Bennett actually reached out to her

 4   supervisor who said:  She'll send you an e-mail -- send her an

 5   e-mail and then she'll talk to you.  She's refused to talk to

 6   us.  What we have agreed to, though, and I was discussing --

 7              THE COURT:  Well, how did you agree to it if she

 8   didn't talk to you?

 9              MR. GURLAND:  Well, what we're withdrawing with

10   regard to waivers -- with regard to objections, we're

11   withdrawing the sophisticated means objection.  We're also

12   withdrawing our objection -- or we're agreeing to the 2.4 loss

13   amount with respect to the monies taken out of Dr. Ashbach's

14   securities and retirement accounts.

15      There was an issue that Ms. Berkowitz raised in one of the

16   e-mails that we saw in the last few days regarding a purported

17   tax refund amount that she felt should be added to the

18   calculation, and that number was also in the PSR.  The number

19   is wrong.

20      This is what I say:  I've had conversations with

21   Agent Visalli in the last couple days, and I believe -- I would

22   think, based upon my discussions with him, the government would

23   be willing to agree that the refund amount is actually 480 --

24      What was the number?

25              THE COURT:  Don't talk to the agent, all right.  Talk

1   to me what you think it is.

2           MR. GURLAND:  The actual number -- I believe it's

3   roughly $458,000.  It is based upon the actual tax refund that

4   Dr. Ashbach sought, the records for which Agent Visalli has.

5   We haven't been provided those.

6           THE COURT:  How much is that amount?

7       Ms. Berkowitz, do you want to --

8           MS. BERKOWITZ:  Your Honor, that would be contained

9   in --

10          THE COURT:  Before you go -- I'm sorry.  Before it --

11  is there anything else that you think you have agreed to?

12          MR. GURLAND:  Well, I believe that there may have

13  been a dispute regarding the bank fraud charge that

14  Mr. Weichman spoke to, the $209,000 loss amount.  If there was

15  an objection to that, we're withdrawing that objection to that

16  loss amount.

17      And, similarly, Mr. Weichman pled to a bankruptcy fraud

18  charge.  It is my understanding that for restitution purposes,

19  to the extent there's any restitution, for bankruptcy, it is

20  limited to that amount, which is $253,000.  If there was any

21  objection to the amount, we withdraw that.

22      What I was trying to discuss with Ms. Berkowitz were these

23  intended loss amounts in bankruptcy or actual loss amounts.  I

24  don't understand the numbers at all, and I haven't been able to

25  get any explanation.  And I probably have 20 e-mails just

1    asking to -- asking for some explanation of those amounts.

2            THE COURT:  Okay.  So, Ms. Berkowitz, do you want to

3    address any of that?

4            MS. BERKOWITZ:  Do you want me to address anything

5    regarding conversations with counsel or is that necessary?

6            THE COURT:  I don't really care.  What I want to know

7    is what you are in agreement with or stipulated to and what I

8    need to resolve, because I have spent a lot of time studying

9    all these objections, and I'm prepared to rule on all of them.

10       So the idea that you waltz into sentencing and say, never

11   mind, you know, is a little bit irritating, frankly, because

12   I've spent a lot of time sort of preparing.  You know what I

13   mean?

14       So anyway...

15           MS. BERKOWITZ:  We would agree with counsel.

16   Yesterday they did agree that they would not challenge the

17   2.4 million -- it is $2,417,000 that was fraudulently removed

18   from David Ashbach's retirement and brokerage accounts.  They

19   have agreed to that.

20       And based on what counsel is saying today, it would appear

21   that he would agree that the concomitant tax liability as a

22   result of those fraudulent withdrawals, David Ashbach -- there

23   was a tax that he ended up paying on the withdrawals that were

24   made by the defendant, and the defendant got that money.

25           THE COURT:  But hasn't he filed an amended return, so

 1   he's going to get that --

 2         MS. BERKOWITZ:  He has --

 3         THE COURT:  Let me finish.

 4         MS. BERKOWITZ:  Okay.

 5         THE COURT:  As I understand it, he filed an amended

 6   return, and he may well be compensated by the IRS.

 7         MS. BERKOWITZ:  That is absolutely correct,

 8   Your Honor.  For purposes of restitution -- we would agree that

 9   for purposes of restitution that tax payment should not be

10   factored into calculating the loss as it relates to the wire

11   fraud.  But the tax payment should be calculated with the loss

12   for the wire fraud based on -- to calculate the guideline, the

13   offense level, and only for that.

14         THE COURT:  Okay.

15         MS. BERKOWITZ:  We have come to that agreement, I

16   believe, with counsel on that.  They have indicated that they

17   will withdraw their objection to sophisticated means.  I

18   understand that.

19      But we still have some outstanding issues as to the loss

20   amount for bankruptcy.  In the government's sentencing

21   memorandum, we identified --

22         THE COURT:  I don't want argument now.  I just want

23   to get what the terms of the debate are going to be.

24      So can we just march through these that are in the

25   addendum?  So Objection No. 1 has been resolved by stipulation

1  of the parties, that the sophisticated means enhancement does,

2  in fact, apply.

3       Is that right, Mr. Gurland?

4           **MR. GURLAND:**  Yes, Your Honor.

5           **THE COURT:**  Ms. Berkowitz?

6       **MS. BERKOWITZ:**  Yes, Your Honor.

7           **THE COURT:**  The second objection deals with the

8  amount of the loss for the bankruptcy fraud.  That's a live

9  dispute that I need to resolve.

10      Is that right, Mr. Gurland?

11          **MR. GURLAND:**  Yes, Your Honor.

12          **THE COURT:**  Ms. Berkowitz?

13      **MS. BERKOWITZ:**  Yes, Your Honor.

14          **THE COURT:**  All right.  The third objection is the

15 amount of the loss as it relates to Dr. Ashbach, and as I'm

16 understanding it, the parties are now in agreement as it

17 relates to that.

18      Is that right, Mr. Gurland?

19          **MR. GURLAND:**  Yes, Your Honor, with regard to the

20 2.4.

21          **THE COURT:**  How about as it relates to the 850,000?

22 That's the fraudulent credit line that was obtained.  That's

23 been included as a loss.

24          **MR. GURLAND:**  And, Your Honor, we're still objecting

25 to that.

1           THE COURT:  Okay.

2           MR. GURLAND:  That amount.

3           THE COURT:   So No. 3, it is a partial live dispute.

4           MR. GURLAND:  Yeah.

5           THE COURT:  Okay.  So the next objection was No. 4,

6    and that relates to whether or not 2B1.1(b)(9)(B) applies.  I

7    haven't heard anybody speak to that, but that looks like that's

8    a live dispute between the parties.  Am I understanding that

9    right?

10        This is the enhancement for a fraud case involving a

11   misrepresentation of fraudulent -- or fraudulent action during

12   the course of a bankruptcy proceeding.  That's what the

13   two-level enhancement is getting at.

14        So is the defense still pressing that objection?

15          MR. BENNETT:  We do not object to that, Your Honor.

16          THE COURT:  Okay.  So that No. 4 has now been

17   withdrawn.

18          MR. BENNETT:  Yes.

19          THE COURT:  Candidly, it seems like an obvious

20   application of that guideline section.  So in all events, the

21   defendant has now withdrawn the objection to paragraph 89 and

22   the enhancement under 2B1.1(b)(9)(B).

23        Then the next issue, it deals with the grouping, whether

24   or not the tax fraud and the fraud offenses should be grouped

25   under 3D1.2 or not.  So that, as I'm hearing it, remains a sort

1  of live dispute between the parties.

2          MR. BENNETT:  Your Honor, we withdraw that objection

3  as well.

4          THE COURT:  Okay.  So Objection 5 is now withdrawn.

5  So the parties, I assume, are in agreement that these don't

6  group such that there's an application of the unit analysis

7  under 3D and those rules that apply to that.

8      The next objection is what is the appropriate tax loss for

9  purposes of the tax offense; this is Objection No. 6.

10     Is that a dispute that remains between the parties or not?

11         MR. BENNETT:  Your Honor, I think we want to keep

12  that because we don't know exactly what's included in it.

13         THE COURT:  Sure.  Fair enough.  I'm just trying to

14  identify what I need to resolve here.

15         MR. BENNETT:  I understand.

16         THE COURT:  So that's an issue we need to -- and is

17  the government -- the last objection is No. 7.  The government

18  thinks the vulnerable victim enhancement under 3A1.1 should

19  apply.

20     Ms. Berkowitz, are you continuing to impress that?

21         MS. BERKOWITZ:  Yes.

22         THE COURT:  Okay.  So that's, as I see it, the terms

23  of the dispute here.

24     So tell me what I'm going to be hearing today.  Give me a

25  little preview, and tell me what you all have in mind.

```
 1              MS. BERKOWITZ:  Well, Your Honor, if I may, there

 2     were additional items that we do address in the sentencing memo

 3     that we filed on April 23rd.

 4              THE COURT:  Yeah.  Here is my question, as I kind of

 5     alluded to:  You have had this presentence report since July.

 6     I don't see how it is appropriate for -- why aren't they

 7     waived?  Talk to me.

 8              MS. BERKOWITZ:  Well, some of these, Your Honor, have

 9     to do with mandatory restitution, and that's by statute that it

10     is required.  So, for example, in the bank fraud, the PSR on

11     Count 9, which is the restitution --

12              THE COURT:  Yeah, that was a mistake.  I agree with

13     you.  The 352,000 for Fifth Third, that's what you are

14     referencing, correct?

15              MS. BERKOWITZ:  As well the restitution to the

16     creditors in the bankruptcy.  Upon further research by the

17     government, it is determined that bankruptcy creditors are

18     covered under the Mandatory Victim Restitution Act as well.

19     And so the defendant did plead guilty to one count of hiding

20     assets in bankruptcy, and it is about $285,000 in assets.  That

21     money should be ordered as restitution to those creditors, to

22     the unsecured creditors that are identified in the defendant's

23     bankruptcy petition.

24              THE COURT:  Who are those people?

25              MS. BERKOWITZ:  They are 24 individuals.  We provided
```

1   the names to both probation and to counsel.  We have a record

2   of them.  It is actually within the defendant's bankruptcy

3   pleadings, and we'll be addressing that with Ms. Prokop, who is

4   the bankruptcy trustee.

5           **THE COURT:**  What is your position on this?

6           **MR. GURLAND:**  We would object.  We would ask that it

7   be waived, Your Honor.  And while we don't disagree with the

8   number in accounting for loss amount calculation purposes, we

9   don't think it is appropriate.

10      Essentially what Ms. Berkowitz is saying is -- and, again,

11  we were ambushed by this days ago, and I don't understand the

12  numbers in terms of what the unsecured creditors supposedly

13  would or wouldn't get.  But what she's asking is that the

14  bankruptcy creditors get a do-over, essentially, and let's just

15  give them all the money they said they asked for, even though

16  the defendant was bankrupt at the time.  There wasn't money to

17  give them, but let's pretend that their claims were all real,

18  whatever they were, whether or not they were contingent claims,

19  whether or not they were adjudged at the time or not.

20      In the case of Mr. Lazzaro, the judgment came years later.

21  Mr. Lazzaro, Your Honor, actually sued my client for

22  $35 million.  And at the time of the bankruptcy, there was a,

23  based upon Mr. Lazzaro, $5 million contingent liability.

24      After the plan was approved, years after, actually three

25  years after, there was finally a judgment; and the Court found

1    his claim was only worth about $35,000.  And because of

2    trebling of damages, attorney fees and interest, you then come

3    up with this later $1.2 million judgment.

4        And as I understand the e-mails that we recently received,

5    the government is saying Jack Weichman owed him $1.2 million,

6    effectively, at the beginning of the bankruptcy and he intended

7    to defraud him from $1.2 million.  Jack Weichman believed he

8    owed him nothing, just as he believed he owed Mr. Pabon

9    nothing.  And if you look at their chart, Mr. Pabon's

10   contingent claim of $5 million by the same judge was determined

11   to be worth nothing.

12       So I don't see how we come in after the fact looking at

13   judgments obtained after the fact and pretend these all would

14   have been granted in bankruptcy, let's give them money.  To me,

15   it doesn't make any sense, and to me, it is incredibly unfair.

16       We'll deal with it if we have to.  We are not really

17   wholly prepared to because, as I said, we haven't been shown

18   these materials until days ago.  So I do think it should be

19   waived, and I really don't think it is relevant either.

20           **THE COURT:**  Yeah, what are we doing?

21           **MS. BERKOWITZ:**  Your Honor, the defendant pled guilty

22   to a count in the bankruptcy fraud.

23           **THE COURT:**  Right, one count.  It is $285,000 that he

24   concealed under that count.

25           **MS. BERKOWITZ:**  From the bankruptcy estate,

1   Your Honor, and the estate is made up of creditors, and those

2   creditors include the unsecured creditors in this case, which

3   the defendant --

4              **THE COURT:**  Is that bankruptcy ongoing?

5              **MS. BERKOWITZ:**  It is still in existence.  It has not

6   been closed, Your Honor.

7        Those creditors, the unsecured creditors -- this

8   defendant, a Chapter 11 debtor, which we can explain more fully

9   when Ms. Prokop testifies, has certain fiduciary

10  responsibilities to preserving his bankruptcy estate and to

11  those creditors.

12       And we are not asking for restitution in this case of

13  $1.3 million, although the defendant identified those unsecured

14  creditors as having $1.3 million in debt, his debt.  What we

15  are asking for is the restitution for that count of conviction.

16  It is mandatory restitution, Your Honor, by statute.

17             **THE COURT:**  Right.  If it is so obvious, if it is so

18  obvious, why did you not bring it to our attention when you got

19  this report nine months ago?

20             **MS. BERKOWITZ:**  Your Honor, I apologize, but I have

21  to be honest with you, this is --

22             **THE COURT:**  It is very difficult on the morning of

23  sentencing or a week before sentencing to just kind of throw

24  this on the Court's bench.

25             **MS. BERKOWITZ:**  Your Honor, I have been a prosecutor

```
 1  for over 20 years, and I have to tell you, this is probably the
 2  most complicated individual fraud I have ever seen in my years
 3  as a prosecutor.
 4       While the fraud itself, the criminal activity, may be
 5  simple, stealing from your clients, lying to the bankruptcy
 6  court, the way -- the manner in which this defendant executed
 7  that scheme, the way in which he covered it up, the level of
 8  injury to his victims is Byzantine, and it was very difficult,
 9  I have to say, to tease this out.
10       So I apologize to the Court for not getting this material
11  to the Court, you know, sooner than the 10 days before
12  sentencing that I did get it.  I do apologize, but, you know,
13  that's on me.  That's not on the victims of this case.  The
14  defendant pled guilty to that bankruptcy fraud count.  It is
15  mandatory restitution.
16            THE COURT:  How much is that amount for that count?
17  That's like two hundred --
18            MS. BERKOWITZ:  As we add it up, $285,000,
19  Your Honor.
20            THE COURT:  Now, you don't take issue with the
21  amount, correct?
22            MR. GURLAND:  No, Your Honor.  We just take issue
23  with the fact that we need to have a day-long hearing to
24  determine some other loss amount about sums that the Court is
25  not --
```

```
 1          THE COURT:  I don't believe that they are --
 2       So what are you intending to do?  They are in agreement as
 3    to the amount, and I'm going to order the restitution.  So
 4    what's the dispute about?
 5          MS. BERKOWITZ:  Then there's no dispute about the
 6    restitution.
 7          THE COURT:  And have you provided to me who the
 8    victims are, who these people are, and a prorated basis upon
 9    how that money would be distributed, to the extent you ever see
10    it or anybody ever sees it?  I mean, this becomes a little bit
11    of an academic exercise.
12          MS. BERKOWITZ:  I don't know that it is an academic
13    exercise, Your Honor.
14          THE COURT:  So do you have the individuals' names and
15    what percentage of the 285,000 that I'm likely to order that
16    they would be entitled to?
17          MS. BERKOWITZ:  Your Honor, I have a list of the
18    names.  I think simply ordering a pro rata distribution is
19    sufficient.  That would be handled by the financial litigation
20    unit of the U.S. Attorney's Office, as far as the distribution.
21          THE COURT:  All right.  So do you guys have an
22    objection to that?
23       Listen, if you feel like you have been in some way
24    sandbagged here and you are not prepared to really respond to
25    this, very reluctantly, I would continue this, but I don't see
```

1   the point of it.  I mean, they are entitled to restitution.

2           MR. GURLAND:  No, no.  The sandbagging, Your Honor,

3   refers to what I understand we're going to hear hours of

4   testimony from the bankruptcy trustee to try and establish that

5   these contingent claims, like the Dr. Lazzaro, should be

6   treated as a $1.2 million claim and use that to goose the loss

7   amount and try and increase the guidelines calculation.

8           THE COURT:  That's a different issue.

9           MR. GURLAND:  I understand, but that's what we're

10  objecting to though.

11          THE COURT:  Okay.  So what do you all intend to

12  present to me today by way of evidence?

13          MS. BERKOWITZ:  Your Honor, I intend to present seven

14  witnesses, eight if rebuttal is necessary.  Those witnesses

15  will be Jason LeBeau from the FDIC.

16          THE COURT:  What's his name?

17          MS. BERKOWITZ:  Jason LeBeau, Special Agent LeBeau.

18          THE COURT:  What's he going to talk about?

19          MS. BERKOWITZ:  He's going to talk about the bank

20  fraud.  This relates to still a disputed matter.

21          THE COURT:  Okay.

22          MS. BERKOWITZ:  Dr. Brenda Eriksen and

23  Dr. Domenico Lazzaro will follow.

24          THE COURT:  Eriksen is a victim here, correct?

25          MS. BERKOWITZ:  And so is Dr. Lazzaro.

```
 1              THE COURT:  How so?

 2              MS. BERKOWITZ:  Dr. Lazzaro is specifically

 3     identified by this defendant in his bankruptcy petition as an

 4     unsecured creditor.  So he is part of that list of unsecured

 5     creditors that should be sharing pro rata in the $285,000 of

 6     restitution, Your Honor.

 7              THE COURT:  Fair enough.  But you are going to limit

 8     his testimony to the bankruptcy, correct?

 9              MS. BERKOWITZ:  Yes, Your Honor, but also --

10              THE COURT:  Because he's not a victim of this fraud

11     scheme.

12              MS. BERKOWITZ:  But he is a victim --

13              THE COURT:  He is not in the Indictment, right?

14              MS. BERKOWITZ:  He is in the Indictment.

15              THE COURT:  Where at?

16              MS. BERKOWITZ:  To the extent, Your Honor, that he is

17     a creditor in the bankruptcy.  Remember, it's the --

18              THE COURT:  No, I understand that component.  What

19     I'm saying is, reading his victim impact statement, most of it

20     is about how he claims Mr. Weichman, essentially, ripped him

21     off.  And as it relates to that, that's not part of this

22     Indictment, is that right?

23              MS. BERKOWITZ:  Dr. Lazzaro's -- no, it is not part

24     of the Indictment, no.

25              THE COURT:  I get how the bankruptcy fraud component
```

 1    is.

 2              **MS. BERKOWITZ:**  Right.

 3              **THE COURT:**  Okay.

 4              **MS. BERKOWITZ:**  But his testimony also, Your Honor,

 5    is, since we are still -- we are still disputing vulnerable

 6    victim, I think, and also because defense counsel is arguing

 7    3553 factors --

 8              **THE COURT:**  Sure, I get that.  I have received a

 9    whole bunch of information from them about what a great person

10    he is.  You are free to put on evidence to the contrary.  I

11    understand that.

12        So what else?

13              **MS. BERKOWITZ:**  After Dr. Lazzaro, then we would have

14    the testimony of Dr. Ashbach.

15              **THE COURT:**  Okay.

16              **MS. BERKOWITZ:**  Bankruptcy trustee Jennifer Prokop

17    would follow.

18              **THE COURT:**  What is she going to tell me that we

19    already just worked out, that I'm ordering restitution that's

20    going to be based on a pro rata basis of the creditors?

21              **MS. BERKOWITZ:**  Well, Your Honor, I think it is still

22    in dispute as to what the loss amount is.  Your Honor, in

23    preparing --

24              **THE COURT:**  That's a legal issue about whether or not

25    it should be -- what is the intended loss here.  So I just

1   don't -- I don't want you to waste my time.

2        **MS. BERKOWITZ:**  I don't want to waste your time

3   either, but also Jennifer Prokop is going to testify about the

4   duties and the fiduciary responsibilities of a Chapter 11

5   bankruptcy trustee who stands in place of the trustee.

6        **THE COURT:**  Listen, I fully understand that stuff.  I

7   get bankruptcy appeals all the time.  If you think it is going

8   to be helpful to educate me on that, terrific, but -- who is

9   next?

10        **MS. BERKOWITZ:**  After Ms. Prokop, we will have the

11   testimony of Jerry Hatagan followed by Brian Visalli, Special

12   Agent Visalli.  And, if necessary for rebuttal, we have the

13   testimony of Jamie Dow.

14        **THE COURT:**  Who is that?

15        **MS. BERKOWITZ:**  Jamie Dow is a former employee at

16   Weichman and Associates.

17        **THE COURT:**  Okay.  I just want to make it clear, I

18   want testimony on the disputed issues and anything that might

19   bear on 3553 factors, nothing more.

20     What am I going to hear from you guys?

21        **MR. GURLAND:**  Your Honor, we don't have any

22   witnesses.  And I understand it is the government's prerogative

23   maybe to call some of these witnesses, but calling

24   Brenda Eriksen and Mr. Lazzaro purportedly to determine whether

25   or not Dr. Ashbach was a vulnerable victim to me makes

1    absolutely no sense.

2              THE COURT:  Well, certainly Dr. Eriksen is a victim

3    here.  She has a right to make a victim impact statement.

4              MR. GURLAND:  No, I understand they have a right to

5    make a statement as a witness, but I'm saying the government --

6    we contest the vulnerable victim enhancement.  I believe that

7    probation got that right, that the enhancement shouldn't apply.

8    I believe there is already enough before the Court to determine

9    whether or not it applies, and I don't understand how Brenda

10   Eriksen or Mr. Lazzaro could have any relevant testimony as to

11   whether or not Dr. Ashbach was a vulnerable victim.

12             THE COURT:  I don't know either, but I guess we will

13   see.

14             MR. GURLAND:  And --

15             THE COURT:  Let me ask one other thing.  Well, go

16   ahead.  I'm sorry.

17             MR. GURLAND:  I was also going to say, with regard to

18   Mr. LeBeau, Mr. Hatagan, Mr. Visalli, I assume they are being

19   put on, essentially, to put in all of their summaries and

20   exhibits.  We have no objection to those coming before the

21   Court.  We can stipulate to most of them.  I think Your Honor

22   saw most of them in Mr. Schaefer's sentencing.  So, again, I

23   don't know that all the testimony is necessary for purposes of

24   the government being able to argue the points contained in the

25   charts.

```
1            THE COURT:  Well, before each one of them come up

2    here, I'm going to ask for a summary of what they are going to

3    testify about, and we'll see if we need to actually call them

4    or if we can do it by way of proffer from the government.

5        Let me ask one thing, Ms. Berkowitz, that has me totally

6    confused.  In your sentencing memorandum -- in the Indictment,

7    we talked about this before, Dr. Ashbach is Dr. B, correct?

8            MS. BERKOWITZ:  Correct, Your Honor.

9            THE COURT:  Am I correct that in your sentencing

10   memorandum Dr. Ashbach is now Dr. A?

11           MS. BERKOWITZ:  Yes, Your Honor.  I just used the

12   first initial of his last name.  That's correct.

13           THE COURT:  I just wanted to let you know --

14           MS. BERKOWITZ:  I'm sorry to confuse you, Your Honor.

15           THE COURT:  -- that was highly confusing.

16           MS. BERKOWITZ:  I apologize.  I apologize.

17           THE COURT:  The A and the B are going.

18           MS. BERKOWITZ:  Understood.

19           THE COURT:  Okay.  So I'll turn it over to you,

20   Ms. Berkowitz.

21           MS. BERKOWITZ:  Your Honor, just one more issue.  We

22   are saying that the tax loss with respect to Dr. Ashbach should

23   be factored into the guideline calculation.  So I don't know --

24   that is something that we believe --

25           THE COURT:  That's what we talked about.  That's one
```

 1   of the disputed issues.

 2              **MS. BERKOWITZ:**  Okay.

 3              **THE COURT:**  You know, you have to establish the tax

 4   loss, and then the issue is whether or not it is grouped or not

 5   grouped under Chapter 3 of the guidelines.

 6              **MS. BERKOWITZ:**  Well, I understood from counsel that

 7   they do agree to the tax loss but not for restitution purposes.

 8   So are they agreeing to the tax loss for purposes of adding it

 9   into the guideline calculation on the wire fraud?

10              **THE COURT:**  Oh, you are talking about the tax -- not

11   the tax loss from the failure to --

12              **MS. BERKOWITZ:**  Not the tax loss, right.  The taxes

13   that Ashbach paid based on the fraudulent transfers from the

14   defendant.

15              **THE COURT:**  I don't -- actually, now I don't recall

16   whether they are stipulating to that or not.

17              **MR. BENNETT:**  Yes, Your Honor.

18              **THE COURT:**  There you go.

19              **MS. BERKOWITZ:**  Thank you, Your Honor.

20              **THE COURT:**  Okay.  You may proceed.

21              **MS. BERKOWITZ:**  The government calls Jason LeBeau to

22   the stand.

23        *(The oath was administered.)*

24              **THE WITNESS:**  Yes, I do.

25   \\\

```
 1                  JASON LEBEAU, GOVERNMENT WITNESS, SWORN

 2                        DIRECT EXAMINATION

 3    BY MS. BERKOWITZ:

 4    Q.    Agent LeBeau, would you please state your full name for

 5    the record?

 6    A.    Jason LeBeau, L-E-B-E-A-U.

 7    Q.    How are you employed, Agent LeBeau?

 8    A.    I'm currently a special agent with the FDIC's Office of

 9    Inspector General.

10    Q.    And as an employee with the Inspector General for the

11    FDIC, are you involved in investigations regarding bank fraud

12    crimes?

13    A.    Yes, I am.

14    Q.    Were you involved in an investigation regarding

15    Jack Weichman?

16    A.    Yes.

17    Q.    And did that investigation concern bank account and credit

18    lines that were opened at Centier Bank in the name of

19    David Ashbach by Jack Weichman?

20    A.    Yes.

21    Q.    In the course of your investigation, did you review bank

22    records related to the bank account and those lines of credit?

23    A.    Yes, I did.

24    Q.    Did the material you received include bank statements,

25    checks, internal loan committee records, internal bank
```

JASON LEBEAU - DIRECT

1  communications, records obtained during a search of

2  Defendant Weichman's business operations?

3  **A.**   Yes, they did.

4  **Q.**   And did you prepare a chart summarizing the information

5  contained in those records?

6  **A.**   Yes, I did.

7  **Q.**   I'm going to show you what's been marked as LeBeau 1

8  through 3, taking a look first at LeBeau No. 1.  Is that one of

9  the charts that you prepared?

10  **A.**   Yes, it is.

11  **Q.**   What does this document summarize?

12  **A.**   This is basically just a summary of the bank fraud charges

13  in Counts Five, Six and Seven of the Superseding Indictment.

14  **Q.**   Okay.  Taking a look at LeBeau No. 2, can you tell the

15  Court what LeBeau No. 2 summarizes?

16  **A.**   This is just a simple summary of the bank fraud, Counts

17  One, Two, Three and Four of the Superseding Indictment.

18  **Q.**   And what about LeBeau No. 3?

19  **A.**   Again, just a simple chart showing the timing of when

20  Dr. Ashbach became aware of the fraudulent use of this Centier

21  account.

22  **Q.**   Agent LeBeau, let me direct your attention to June of

23  2006.  And, specifically, let's take a look at Centier

24  Exhibit 11D.  Was that one of the -- was that something that

25  you included in your summaries, or the contents, the

1    information contained within Centier 11D?

2    **A.**   Yes, this is a page of that document.

3    **Q.**   Can you tell the Court, what is Centier 11D?

4    **A.**   This is basically an interoffice memorandum to the loan

5    committee for Centier Bank from the loan officer Tom Neuffer,

6    which is N-E-U-F-F-E-R, and it is dated June 6, 2002.

7    **Q.**   And this is for a loan to David Ashbach?

8    **A.**   This is essentially the loan officer communicating with

9    the loan committee at the time when, purportedly, David Ashbach

10   is attempting to obtain a $250,000 line of credit from Centier

11   Bank.

12   **Q.**   Taking a look --

13        **MS. BERKOWITZ:**   If we can take a look at the full

14   page of Centier 11D.  This is Bates number, I believe, 614165.

15   **Q.**   What's the purpose -- who's getting this line of credit?

16   Who is in contact with the bank for this line of credit

17   supposedly for David Ashbach?

18   **A.**   So Jack Weichman's in contact with primarily Tom Neuffer

19   from the bank.  And what is happening here is they are

20   attempting to obtain a loan purportedly for David Ashbach to

21   obtain working capital for his investment in Broadmoor Country

22   Club.

23   **Q.**   Agent LeBeau, in the course of your investigation into

24   this bank fraud regarding a line of credit and a bank account

25   opened in the name of David Ashbach by Jack Weichman, were you

1   able to determine if David Ashbach ever had an interest -- ever

2   had an investment in Broadmoor Country Club?

3   **A.**   I was able to determine that he did not.

4   **Q.**   Was Jack Weichman dealing with a particular person at

5   Centier Bank?

6   **A.**   Yes.

7   **Q.**   And who was that person?

8   **A.**   Tom Neuffer.

9   **Q.**   And did Tom Neuffer make statements under oath on

10  November 19th of 2014 regarding this bank account that was

11  opened in the name of David Ashbach, as well as the lines of

12  credit for David Ashbach that were taken out by defendant

13  Jack Weichman?

14  **A.**   Yes, he did.

15  **Q.**   And is that -- will that statement be found in LeBeau

16  No. 4?

17  **A.**   I believe so, yes.

18          **MS. BERKOWITZ:**  Your Honor, at this time, the

19  government would move to admit grand jury material.

20          **THE COURT:**  What's the exhibit number?

21          **MS. BERKOWITZ:**  This is LeBeau No. 4, Your Honor.

22          **THE COURT:**  Okay.  Any objection?

23          **MR. GURLAND:**  No, Your Honor.

24          **THE COURT:**  It is admitted.

25  \\\

1   **BY MS. BERKOWITZ:**

2   **Q.**   Have you reviewed LeBeau No. 4?

3   **A.**   Yes, I have.

4   **Q.**   And in LeBeau No. 4, does Mr. Neuffer talk about the book

5   of business that was brought to Centier Bank by defendant

6   Jack Weichman?

7   **A.**   Yes, he does.

8   **Q.**   How much was that book of business?

9   **A.**   So, essentially, Jack Weichman had multiple clients that

10  he brought to Centier Bank.  And those clients, the totality of

11  what -- the amount of the loans that were brought to that bank

12  was approximately 20 million, according to Neuffer.

13  **Q.**   As a result of that $20 million book of business, did the

14  bank accommodate the defendant?  Was he given a little latitude

15  in the handling of his clients and requests for clients?

16  **A.**   Yes, he was, a lot of latitude.

17  **Q.**   Centier Bank is a family-owned bank, is that correct?

18  **A.**   To my knowledge, yes.

19  **Q.**   It is a local bank?

20  **A.**   It's a local -- it's about a $3.7 billion bank.

21  **Q.**   And in Mr. Neuffer's testimony under oath, did he talk

22  about how the bank would typically handle someone like an

23  accountant or a lawyer coming in and asking to conduct business

24  on behalf of a client?

25  **A.**   Yes.

 1  **Q.**   And did he say it was fairly typical then for a lawyer or

 2  an accountant to come in and say:  I'm acting on behalf of a

 3  client, could you do X, Y, and Z for my client?

 4  **A.**   Yes.

 5  **Q.**   Was the understanding, Agent LeBeau, that the lawyer or

 6  accountant who was making such a request to the bank, that they

 7  were acting on behalf of the client?

 8  **A.**   Yes.

 9  **Q.**   And did Tom Neuffer believe that any request that was made

10  by defendant Jack Weichman was being made on behalf of his

11  client?

12  **A.**   His client, David Ashbach, yes, in this case.

13  **Q.**   Did Tom Neuffer ever speak to or meet David Ashbach

14  regarding the lines of credit that were taken out in his name

15  at Centier Bank?

16  **A.**   No.

17  **Q.**   Was Tom Neuffer instructed by anyone not to bother any of

18  the clients, including David Ashbach, with any issues relating

19  to lines of credit or bank accounts?

20  **A.**   According to Neuffer, yes, by two people.

21       **MS. BERKOWITZ:**  If we can go back to Centier 11D and

22  to Bates 192 through 193.

23  **Q.**   Let's take a look -- there was a credit line, was there

24  not, in 2006 that was sought by Jack Weichman ostensibly on

25  behalf of David Ashbach, is that correct?

1    **A.**    That's correct.

2           **MS. BERKOWITZ:**   If we can go to Bates 192.

3    **Q.**    Now, this is part of the record that Centier Bank kept and

4    maintained regarding these lines of credit?

5    **A.**    Yeah, this particular document is a credit analysis report

6    that's being conducted by the bank at the time the loan is

7    being sought.

8    **Q.**    And it identifies the loan request that's being made,

9    right?

10   **A.**    Yes, it does.

11   **Q.**    And does it say what it is supposed to be used for?

12   **A.**    Yes.

13   **Q.**    And is that found under collateral and value or -- I'm

14   sorry, does it --

15   **A.**    Under the "Purpose," it indicates that this $500,000 line

16   of credit was to be used for the personal investments, various

17   stocks, ultimately, of David Ashbach.

18   **Q.**    In the course of your investigation of this bank fraud,

19   Agent LeBeau, did you find any evidence of stock being

20   purchased for David Ashbach in 2006?

21   **A.**    No.

22   **Q.**    Was David Ashbach -- in the course of your investigation,

23   were you able to determine was David Ashbach aware of this loan

24   in 2006?

25   **A.**    No, he was not.

1   **Q.**   And what's the line of credit here?

2   **A.**   This is a $500,000 line of credit.

3   **Q.**   Let's take a look at Bates No. 211 on this same exhibit,

4   11D, Centier 11D.

5        Did there come a point in time in 2007 where that $500,000

6   line of credit now balloons to $850,000?

7   **A.**   Yeah.  So approximately a year after, the $500,000 line of

8   credit increases from 500- to 800,000.

9          **MR. GURLAND:**  I'm sorry, what government exhibit

10   number is this?

11          **MS. BERKOWITZ:**  It's Centier 11D, Bates page 211,

12   last three digits.

13   **BY MS. BERKOWITZ:**

14   **Q.**   What is the stated purpose of increasing this line of

15   credit held in the name of David Ashbach?

16   **A.**   Sure.  It is for personal investments.  And it is wordy,

17   but essentially to move Woodhalapenos from its present location

18   to another location, or Jalapenos, the restaurant.

19   **Q.**   It says, "Dr. Ashbach is assisting Jack Weichman in this

20   endeavor," is that right?

21   **A.**   That's what it says, yes.

22   **Q.**   And this is on August 1st of 2007 -- or July -- the date

23   is July 26, 2007, it looks like?

24   **A.**   Yes.

25   **Q.**   In the course of your investigation, were you able to

1   determine, in July of 2007, at the time that this line of

2   credit is taken out, was David Ashbach aware of that?

3   **A.**   No, he was not.

4   **Q.**   Now, we're talking about the line of credit, but was there

5   also a bank account that Centier Bank, thinking that they had

6   this valid line of credit for Dr. Ashbach, required Dr. Ashbach

7   to have some sort of a bank account, a checking account?

8   **A.**   Yes, and I refer to it as a 392 account.

9   **Q.**   390 or 3 -- 390.

10  **A.**   390, you are right.  Thank you.

11  **Q.**   And that account was just a regular checking account?

12  **A.**   Yes, it was.

13  **Q.**   In the course of your investigation, did you look into

14  money that was moving in and out of that bank account?

15  **A.**   Yes, in great detail.

16  **Q.**   And in the course of your investigation, did you see money

17  being moved or diverted from Dr. Brenda Eriksen's Centier Bank

18  into Dr. Ashbach's 390 bank account?

19  **A.**   Yes, I did.

20  **Q.**   In the course of your investigation, were you able to

21  determine where that money was spent that was moved from

22  Dr. Ericksen's business account into David Ashbach's 390

23  account, what happened to that money?

24  **A.**   The vast majority of it went to the casino.

25  **Q.**   Showing now what's been marked as Visalli No. 8, is this a

 1    summary of where the money went?

 2              MR. GURLAND:  Your Honor, if I just may, I understand

 3    there was supposed to be a proffer at the beginning as to what

 4    the witnesses were going to be testifying about that was

 5    contested.  We are not contesting Brenda Eriksen, we are not

 6    contesting the money that was spent at the casino, so I'm not

 7    sure what we're doing.

 8              THE COURT:  Yeah, I understand all of this, and none

 9    of it is contested.  In fact, in his plea agreement, he

10    admitted to all of this.  It is in the presentence report, and

11    it is not objected to.

12              MS. BERKOWITZ:  I will move on, Your Honor.

13              THE COURT:  Yeah, I am fully aware of what he did.

14              MS. BERKOWITZ:  I'll move on.

15    BY MS. BERKOWITZ:

16    Q.    Agent LeBeau, did something happen in 2013 with respect to

17    Dr. Ashbach and his bank account and the line of credit?

18    A.    Yes, a couple of things happened in 2013.

19    Q.    Can you tell us what happened?

20    A.    As the summary shows, the first thing --

21    Q.    Taking a look at agent -- LeBeau 3?

22    A.    Yes, I'm sorry, LeBeau 3.

23          On September 5, 2013, there were 35 separate -- they are

24    actually not checks, they're items -- bank items totaling

25    $360,000 were drawn on Ashbach's 390 account.  They were made

1    payable to Horseshoe Casino, and they basically bounced.

2    **Q.**   Let's take a look at --

3             **MR. GURLAND:**  Your Honor, same objection.  We're not

4    objecting to the monies that were taken and spent at the

5    casinos.  Mr. Weichman has admitted to it.  There's no reason

6    to have a hearing over it.  I guess I would ask for some

7    proffer as to what additional disputed issue, other than the

8    line of credit, which he's already testified to, this testimony

9    relates to.

10            **MS. BERKOWITZ:**  Your Honor, this goes to the

11   vulnerability of the victim.  This explains what happens with

12   the account when he finally becomes aware of what's really

13   going on with the account.

14            **THE COURT:**  Proceed.

15   **BY MS. BERKOWITZ:**

16   **Q.**   Taking a look at LeBeau No. 3, you reference the first

17   entry here for 35 separate checks for $360,000 -- a total of

18   $360,000 that are drawn on a casino, is that correct,

19   Agent LeBeau?

20   **A.**   They were payable to the casino, yes, and they ultimately

21   bounced at the casino.

22   **Q.**   And in the course of your investigation, were you able to

23   determine if this was, in fact, the first time that Dr. Ashbach

24   was aware that Jack Weichman was using his account to funnel

25   money into casinos?

1   **A.**   Yes, this is the first time, to my knowledge.

2             **MR. GURLAND:**  Objection, Your Honor.  Just for the

3   record, that's false, but objection.

4             **THE COURT:**  Proceed.

5   **BY MS. BERKOWITZ:**

6   **Q.**   Agent LeBeau, what happened -- was the account -- the

7   account was in existence in September of 2013, is that right,

8   David Ashbach's?  Prior to these checks coming through, the

9   account was in existence, is that right?

10  **A.**   That's correct.

11  **Q.**   When those checks came through, what action, if any, did

12  David Ashbach take as a result of seeing these checks go into a

13  casino?

14  **A.**   What happens is the bank actually reaches out to

15  Dr. Ashbach and notifies him that these checks had bounced, and

16  they were signed to the casino.  And Dr. Ashbach, according to

17  the bank, seemed surprised, didn't know that the account

18  existed, also didn't know that loans had existed.  So he was

19  very surprised, according to the handwritten notes of

20  Mary Panas.

21  **Q.**   What does he do when he finds out there are these checks

22  coming through?  Does he keep the account open?

23  **A.**   No, he closes it.

24  **Q.**   Does he take Jack Weichman off the account?

25  **A.**   He closes it, so the account is -- yeah.

1  **Q.**   You mentioned some handwritten notes.  And are these notes

2  from somebody by the name of Mary Panas?

3  **A.**   Yes.

4  **Q.**   And these were records that were produced to you in the

5  course of your investigation by Centier Bank?

6  **A.**   Yes.

7  **Q.**   I'm showing you what's Panas notes, Bates Nos. 701420

8  through 421, produced to defendants in Rule 16 discovery as

9  well as in sentencing.

10      Taking a look at these notes, Agent LeBeau, these were

11  made at the time the event occurred, is that correct?

12 **A.**   To my knowledge, yes.

13 **Q.**   By Mary Panas?

14 **A.**   To my knowledge, yes.

15      **MS. BERKOWITZ:**  Can we scroll down a little bit on

16  those notes.  At the paragraph beginning, "Jack is like

17  family."

18      **THE COURT:**  I think you passed it.

19      **MS. BERKOWITZ:**  Right here.

20 **BY MS. BERKOWITZ:**

21 **Q.**   It says here that it was easier to turn the other cheek

22  when Jack was helping them make money, but as he's getting

23  older, now 70 years old, he can't continue to do so.

24      Are these the statements that Mary Panas is recording from

25  David Ashbach?

1   **A.**   Yes.

2   **Q.**   Agent LeBeau, have you interviewed David Ashbach?

3   **A.**   Yes, I have, many times.

4   **Q.**   Did you ask him did he know of these lines of credit that

5   were taken out in his name by Jack Weichman at the time these

6   lines of credit are being taken out?

7   **A.**   He did not know at that time.

8   **Q.**   So did he -- he didn't have the ability to approve or

9   disapprove these lines of credit, did he?

10  **A.**   That's correct.

11          **MS. BERKOWITZ:**   If I may have one moment, Your Honor.

12          **THE COURT:**   (No audible response).

13          **MS. BERKOWITZ:**   I have no further questions for the

14  witness.

15          **THE COURT:**   Mr. Gurland, do you have any questions of

16  this man?

17          **MR. GURLAND:**   Briefly, Your Honor.

18          **THE COURT:**   Sure.

19                          **CROSS-EXAMINATION**

20  **BY MR. GURLAND:**

21  **Q.**   Good morning, Mr. LeBeau.

22  **A.**   Good morning.

23  **Q.**   You interviewed David Ashbach a number of times in the

24  course of this investigation, correct?

25  **A.**   Yes.

1  **Q.**   And one of the first times you interviewed him, roughly,

2  was on May 2nd, 2014?

3  **A.**   I'll take your word.  Probably.

4  **Q.**   I'm actually looking at a memorandum of interview that was

5  prepared as of that date regarding Mr. Ashbach.  Do you recall

6  Mr. Ashbach telling you that he knows Jack Weichman has a,

7  quote, serious gambling problem, closed quote?

8  **A.**   Yes.

9  **Q.**   And do you recall also that in that interview he told you

10 that he had evidence that Weichman had written checks out of

11 his account to Ameristar Casino?

12 **A.**   In 2014, yes.

13 **Q.**   That he told you that in 2014?

14 **A.**   Yes, at that time.

15         **MR. GURLAND:**  If I could turn on the ELMO.

16         **THE COURT:**  Noel, could you switch to the ELMO,

17 please.

18         **MR. GURLAND:**  Thank you, Noel.

19 **BY MR. GURLAND:**

20 **Q.**   I'm showing you what's been marked as Defendant's

21 Exhibit 14.  It is a memo to Tom Neuffer from Darrell Jaggers.

22 If you could please read the memo into the record, just the one

23 paragraph.

24 **A.**   2/23/2010, per -- the written part, you mean, sir, you

25 want me to read?

1    **Q.**    Yes, the paragraph.

2    **A.**    "This is a check image.  Item came through last night.

3    This is the account Jack Weichman is an authorized signer on.

4    Check looks as though he is an owner of it, and it was crossed

5    out and made payable to Ameristar.  I'm bringing to your

6    attention based on our prior discussions."  Then 2/23/10, "Per

7    conversation with Dr. Ashbach, okay to" -- something --

8    "check."

9    **Q.**    Honor?

10   **A.**    -- "honor check.  TN," which I presume is Tom Neuffer.

11   **Q.**    And so Ameristar is the casino Dr. Ashbach told you that

12   he knew he had evidence of Jack gambling at?

13   **A.**    Well, the bank did not notify Dr. Ashbach at this time how

14   the checks were negotiated.  They just contacted him and

15   indicated that checks had been negotiated, but they were very

16   clear not to tell him, for some reason.

17   **Q.**    Well, were you involved in that conversation?

18   **A.**    I believe I saw notes or documentation.

19   **Q.**    Were you involved in the conversation that the bank had

20   with Dr. Ashbach?

21   **A.**    No.

22   **Q.**    Do you know, in fact, whether or not they told him that

23   the check was for gambling?

24   **A.**    Just based on the notes and documentation I saw.

25   **Q.**    He was told it was a $167,000 check, and he said, go ahead

1   and honor it, didn't he?

2   **A.**   I just want to be clear that the documentation I saw was

3   that the bank was very specific to ensure that it was not told

4   to Dr. Ashbach that they were negotiated at casinos.

5   **Q.**   That's the $167,000 Ameristar check that Dr. Ashbach told

6   the bank to go ahead and honor in 2010?

7   **A.**   I just, again, just want to be clear that Dr. Ashbach does

8   not know it is being negotiated at Ameristar in 2010.

9   **Q.**   Is that the check that Dr. Ashbach told the bank to go

10  ahead and honor in 2010?  Please answer my question.

11  **A.**   Yes.  Yes.

12  **Q.**   In the course of your investigation, did you do any

13  analysis of the sums of money that Jack Weichman spent at

14  casinos in the area?

15  **A.**   Yes.

16  **Q.**   Did that include analysis with regards to monies he spent

17  at casinos apart from Dr. Ashbach's money?

18  **A.**   Well, yes, it would include a variety of sources, yes,

19  including Dr. Ericksen, including the loan proceeds.

20  **Q.**   Did you do any -- were you involved in any analysis with

21  Agent Visalli regarding gambling at Players Club Casino?

22  **A.**   The analysis that I was involved in was an overall

23  analysis that about $9 million went through casinos.

24  **Q.**   How much came out?

25  **A.**   About six and a half maybe.

1   **Q.**   So about $3 million lost to casinos?

2   **A.**   Approximately.

3   **Q.**   And if $9 million was going to casinos, it is fair to say

4   that amount of money involved much more than the monies misused

5   from Dr. Ashbach and Dr. Ericksen?

6   **A.**   I don't know about much more but maybe more.  There was a

7   lot of Dr. Ashbach and Dr. Ericksen money.

8   **Q.**   You indicated that there was a loan taken out in 2002 that

9   Dr. Ashbach purportedly didn't know about, correct?

10  **A.**   That is correct.

11  **Q.**   I'm going to direct your attention to Defendant's

12  Exhibit 1.

13       Do you recognize that document from your investigation?

14  **A.**   It looks familiar.  I have seen a lot, but yes.

15  **Q.**   It is a June 24, 2002, letter of direction signed by

16  Dr. Ashbach, correct?

17  **A.**   Yes.

18  **Q.**   Okay.  And that, to your knowledge, is Dr. Ashbach's

19  signature?

20  **A.**   To my knowledge, yes.

21  **Q.**   Does this document relate to the loan obtained in 2002?

22  **A.**   Yes.

23  **Q.**   Okay.

24  **A.**   So I was going to explain further if you want.

25  **Q.**   Dr. Ashbach signed a letter of direction in 2002 relating

1   to the loan, correct?

2   **A.**    That purports to be his signature, yes.

3   **Q.**    Have you reviewed the personal financial statements signed

4   by Dr. Ashbach year after year after that loan was obtained?

5   **A.**    I have seen some of them, yes.

6   **Q.**    You are aware that the loan is indicated on his personal

7   financial statements?

8   **A.**    The 2002 loan?

9   **Q.**    Yes.

10  **A.**    I don't know if it is, but possibly.  I don't think he

11  prepares those financial statements.

12  **Q.**    I'm going to show you what's been marked as Defendant's

13  Exhibit 2.  I'm going to represent to you that this is

14  Dr. Ashbach's August 2003 financial statement.

15      Are you familiar with this document?  Did you review it in

16  the course of your investigation?

17  **A.**    Yes.

18  **Q.**    Who signed it?

19  **A.**    It appears to be David Ashbach's signature.

20  **Q.**    And if you look at the first page, under liabilities,

21  there's a section that says "Note payable to other

22  institutions."  It's a $245,000 amount?

23  **A.**    Yes.

24  **Q.**    Does that relate to the loan?

25  **A.**    I'd have to look at the underlying -- I would have to look

 1    at the second page.  Most likely.  I have no idea what that

 2    liability is.

 3    **Q.**   Are you aware of any other loan --

 4    **A.**   At this --

 5    **Q.**   -- that he had at that time?

 6    **A.**   That's a hard question.  I mean, I think the second page

 7    might show potentially what that loan is.  Usually --

 8         So there should be a liability section, and it would tell

 9    you what that is.  So I can't answer what that 245 is.

10    **Q.**   Is this the Centier Bank loan (indicating)?

11    **A.**   31725, yes.

12    **Q.**   So that loan was indicated on the personal financial

13    statement that Dr. Ashbach signed off on after the loan was

14    obtained?

15    **A.**   Yes, that purports to have Dr. Ashbach's signature, yes.

16    **Q.**   With respect to the line of credit that was turned into an

17    $850,000 loan for Woodhalapenos, you would agree that

18    Mr. Weichman disclosed to the bank that the purpose of that

19    loan was to assist in Woodhalapenos, correct?

20    **A.**   Right.  So to be clear, the 250, this is a completely

21    separate --

22    **Q.**   Yes.

23    **A.**   Okay.  All right.  So can you --

24    **Q.**   I'm referring to the transaction in 2007 that you

25    testified to.

1   A.   Yeah, '6 and '7.  So it goes from 500 to 850 in '7, yes.

2   Q.   And you would agree that Mr. Weichman represented to the

3   bank the truth, that that money was being used for Jalapenos

4   for his personal use?

5   A.   For Dr. Ashbach's personal use?

6   Q.   For Jack Weichman's personal use.  I'm referring to the --

7   A.   I understand.  I don't think he refers to it as being for

8   Jack Weichman's personal use.  I believe what the purpose is is

9   for David Ashbach's working -- or working capital for

10  Woodhalapenos being moved.  So, in other words, David Ashbach's

11  investment in Woodhalapenos is what is being told to the bank.

12  And I believe that's also what Mr. Neuffer testified to as

13  well, that their understanding at the bank was.

14  Q.   Showing you what I have marked as Defendant's Exhibit 5,

15  and I believe this was Centier Exhibit 11 that you testified

16  about earlier.

17  A.   Okay.

18  Q.   This is the memo to Tom Neuffer that you referred to?

19  A.   Yes.

20  Q.   In the last sentence, under "Purpose," the memo indicates

21  Dr. Ashbach is assisting Jack Weichman in this endeavor, does

22  it not?

23  A.   I absolutely understand that, but it is being purported as

24  his personal investment, as David Ashbach's personal

25  investment, and he is assisting Jack Weichman.  I understand.

```
 1    Yeah.

 2    Q.    Are you aware that every year after this loan was obtained

 3    Dr. Ashbach ratified the loan and signed up on the loan

 4    renewals?

 5    A.    There are documents with Dr. Ashbach's purported signature

 6    on them, yes.

 7    Q.    Every year.  The loan was renewed every year.  He signs

 8    off on it every year, correct?

 9    A.    Yes.

10            MR. GURLAND:  Nothing further, Your Honor.

11            THE COURT:  Any redirect?

12            MS. BERKOWITZ:  Yes, Your Honor.

13                        REDIRECT EXAMINATION

14    BY MS. BERKOWITZ:

15    Q.    Agent LeBeau, can we take a look at LeBeau No. 5.  Counsel

16    was asking you about the $167,000 note to a casino -- check to

17    a casino.  And in the course of your investigation, did you

18    take a little bit further look at this note, the $167,000 check

19    to a casino?

20    A.    Yes.

21    Q.    And did you discuss this with the bank and did you receive

22    information from the bank regarding what they disclosed to

23    David Ashbach on that check?

24    A.    Yes.

25    Q.    And would that be found in LeBeau No. 5?
```

1   **A.**   I believe so.

2          **MS. BERKOWITZ:**   Okay.  If we can scroll down on

3   LeBeau No. 5.

4   **Q.**   It says here, does it not, "I did not indicate" -- this is

5   from Tom Neuffer, and the subject is David Ashbach, it is not

6   to David Ashbach.  "I did not indicate where the checks were

7   negotiated."  So they were negotiated at a casino, right?

8   **A.**   Yes.

9   **Q.**   Not told to David Ashbach at that time?

10  **A.**   Tom Neuffer was specifically told not to tell Dr. Ashbach,

11  according to documentation I have seen.

12  **Q.**   Did David Ashbach think this was some sort of payment

13  related to some expense of his?

14          **MR. GURLAND:**   Objection as to what David Ashbach

15  thought.  I believe the government is going to call him.

16  **BY MS. BERKOWITZ:**

17  **Q.**   What did David Ashbach tell you he understood that to be?

18  **A.**   David Ashbach very much trusted Jack and assumed it was

19  for something legitimate.

20          **MS. BERKOWITZ:**   Let's take a look at Defense Exhibit

21  No. 1.  If we can move back out of the -- to the ELMO.

22  **Q.**   This is Defense No. 1, and this is a letter that is --

23  looks like it might be David Ashbach's signature regarding the

24  2002 line of credit.

25          Agent LeBeau, did you ask David Ashbach did he read the

1   material that was put in front of him that he got from

2   Jack Weichman?

3   **A.**   To my knowledge, he did not.

4   **Q.**   In fact, did he say as much?

5   **A.**   Yes.  Yes.

6   **Q.**   Did he testify in grand jury under oath that he didn't

7   really look at these documents?

8   **A.**   Yes.

9   **Q.**   In fact, weren't there other employees of Weichman and

10  Associates and MMDS that said David Ashbach did not read the

11  material that was put in front of him, he would just sign

12  things?

13  **A.**   Yes, based on his trust with --

14  **Q.**   In fact, didn't Linda Einterz, an employee of Weichman and

15  Associates, specifically call David Ashbach naive when it came

16  to money and his finances?

17  **A.**   Yes.

18  **Q.**   Why was that, Agent LeBeau?  Why was David Ashbach not

19  taking a look at these records or the things he was being asked

20  to sign by Jack Weichman?

21  **A.**   David Ashbach basically considered Jack Weichman like a

22  brother and trusted him with everything.

23          **MS. BERKOWITZ:**  Let's take a look at Search Warrant

24  117.

25  **Q.**   That's also something that's part of your summaries, isn't

1    it?

2    **A.**    Yes, it is.

3              **MS. BERKOWITZ:**   Let's specifically look at Search

4    Warrant 117.

5         Can we move back to the computer, please.

6    **Q.**    In the course of your investigation, did you do a search

7    of Jack Weichman's offices?

8    **A.**    Yes, I did.

9    **Q.**    Did you also do a search of Linda Einterz's office?

10   **A.**    Yes.

11   **Q.**    She has an office at Jack Weichman's?

12   **A.**    Weichman and Associates, yes.

13   **Q.**    She's an accountant?

14   **A.**    Yes.

15   **Q.**    And included in the material that you seized, was it this

16   memorandum dated August 3rd of 2010?

17   **A.**    This was something we found, yes.

18   **Q.**    This is a recording, a conversation that Linda Einterz, an

19   employee of Jack Weichman, is having with David Ashbach, is

20   that right?

21   **A.**    Yes, it is.

22   **Q.**    And he's asking her about DaVita money tied up at Centier

23   brokerage.  Could you explain that to the Court?  What's going

24   on here?  Why is this even relevant to the line of credit that

25   we have been talking about?

1    **A.**   What happened is the line of credit -- the loan required

2    collateral, of course, and the collateral was Dr. Ashbach's

3    DaVita money, stock that he had in DaVita, which was an entity

4    that they sold, and that was the collateral.

5         According to this document, Dr. Ashbach was just wondering

6    why is this DaVita money tied up in a Centier brokerage account

7    so he can't access it.  And the reason is is because it was

8    being used as collateral, so the bank would have to approve.

9    **Q.**   And he says he needs to talk to you about it.  Also, at

10   the very end here, does he -- he says he suspects the reason

11   his money is tied up is that he has helped you in some way he

12   does not yet know?

13   **A.**   Yes.

14           **MS. BERKOWITZ:**   Let's take a look at Search Warrant

15   14.

16   **Q.**   So is it fair to say that it would appear, based on Search

17   Warrant 17, that on August 3rd of 2010 David Ashbach had no

18   idea that his DaVita stock was tied up on some sort of line of

19   credit?

20   **A.**   Yes.  And this next document is even probably more

21   telling.

22   **Q.**   This is two months later, right?

23   **A.**   Yes.

24   **Q.**   Also, again, Linda Einterz -- is that Linda Einterz, the

25   accountant that works in Jack Weichman's office?

1   **A.**   Yes.

2   **Q.**   And he's saying he talked to Centier and they told him he

3   has three personal loans with Centier?

4   **A.**   Dr. Ashbach is saying -- here he's saying that he talked

5   to Centier and he has three personal loans and he was wanting

6   to know why he had these loans because he didn't remember

7   having all these loans.

8   **Q.**   So he doesn't know about all these loans?  Does he know

9   about any of those loans?

10  **A.**   Apparently not.

11          **MR. GURLAND:**  Your Honor, if I --

12  **BY MS. BERKOWITZ:**

13  **Q.**   Take a look at the second paragraph.  What does he say in

14  that second --

15          **THE COURT:**  Wait a minute.

16      Counsel.

17          **MR. GURLAND:**  I'm just wondering if there's some way

18  we can move this along.  I mean, if she's putting on a witness

19  to read from documents about what Dr. Ashbach knew -- I

20  understand at sentencing she has more latitude from an

21  evidentiary standpoint, so she doesn't need to follow any

22  evidence rules.  But we have no objection to her reading from

23  these documents and her argument for whatever she wants to seek

24  at sentencing.  I don't know that we need to go through this

25  whole process.  It doesn't seem to relate to any of the

1    disputes we have.

2              THE COURT:  Yeah.  I'm not going to tell her what to

3    do.  It is her case.  But I will say that it does seem to me

4    that these are maybe better questions of Dr. Ashbach.  He's the

5    person who has firsthand knowledge about what he knew and what

6    he was thinking.

7        But proceed.

8              MS. BERKOWITZ:  Thank you, Your Honor.

9    BY MS. BERKOWITZ:

10   Q.   Finally, was there another memorandum that you found in

11   the course of your search?  And this is Search Warrant 23.

12   This is dated December 18, 2012.

13   A.   This was another document we found, yes.

14   Q.   And this is, again, from Linda Einterz?

15   A.   Yes, to Jack.  "Dr. Ashbach stopped in today to meet with

16   Bill," which would be Bill Bercaw, I presume.  "I met with him

17   first to have him sign the attached Centier advice of trades.

18   He wanted to know why you sold so much stock from his account.

19   I told him to ask Bill when he meets with him next because Bill

20   is the one who actually makes the calls to sell the stock.  He

21   said Bill never knows the answer, based on his prior questions

22   to Bill.  He wants -- Dr. Ashbach wants you to tell him why the

23   642,000 you sold for him, what it is for."

24   Q.   Based on your review of the material obtained and the

25   search warrant, based on your review of the Centier Bank

 1   records, based on your review -- your conversations with David

 2   Ashbach, was David Ashbach an intelligent, aware investor?

 3   **A.**   Dr. Ashbach is not very financially savvy.

 4   **Q.**   Was he trusting that his accountant and friend

 5   Jack Weichman was going to protect his interests?

 6   **A.**   Very much so.

 7             **MS. BERKOWITZ:**  I have no further questions.

 8             **THE COURT:**  Do you have anything else?

 9             **MR. GURLAND:**  No, Your Honor.

10             **THE COURT:**  Sir, thank you.  You may step down.

11             **THE WITNESS:**  Thank you.

12             **THE COURT:**  Call your next witness.

13             **MS. BERKOWITZ:**  Government calls Dr. Brenda Eriksen.

14             **MR. GURLAND:**  Judge, just for the record, none of

15   this is in dispute.

16             **THE COURT:**  Yeah, I'm taking this as victim impact

17   testimony, that Dr. Ericksen absolutely has a right to address

18   the Court as an alleged victim of the offense.

19        Ma'am, if you would, please come forward.  When you get up

20   here, I need you to raise your right hand to be sworn in.  This

21   lady is going to swear you in right here.

22        *(The oath was administered.)*

23             **THE WITNESS:**  I swear.

24             **THE COURT:**  Okay.  Ms. Berkowitz, you may proceed.

25   \\\

```
 1              BRENDA ERIKSEN, GOVERNMENT WITNESS, SWORN

 2                        DIRECT EXAMINATION

 3   BY MS. BERKOWITZ:

 4   Q.    Dr. Ericksen, can you please state your full name for the

 5   record.

 6   A.    Dr. Brenda Eriksen.

 7   Q.    And are you a practicing physician?

 8   A.    Yes.

 9   Q.    What type of physician?

10   A.    I'm a pathologist.

11   Q.    Where do you practice?

12   A.    At Munster Community Hospital.

13   Q.    What's the name of your practice?

14   A.    Northwest Indiana Pathology Consultants.

15   Q.    And when did you start that practice at Munster Community

16   Hospital?

17   A.    January 2003.

18   Q.    In 2003, did you hire MMDS and Weichman and Associates to

19   do some work for your medical practice?

20   A.    Yes.

21   Q.    And who were you primarily dealing with from those two

22   entities?

23   A.    Mr. Weichman.

24   Q.    Is that Jack Weichman?

25   A.    Yes.
```

1    **Q.**    And do you see him here in the courtroom today?

2    **A.**    Yes.

3    **Q.**    And can you just give a general direction and what he's

4    wearing for the record?

5    **A.**    He has a blue tie with --

6            **THE COURT:**  No one is disputing that this is

7    Mr. Weichman, so proceed.

8    **BY MS. BERKOWITZ:**

9    **Q.**    Can you tell us why you hired Mr. Weichman?

10   **A.**    We had -- my former business parter, who ultimately left

11   the practice, we were working with -- well, they weren't the

12   Franciscans at the time, but we were with St. Margaret

13   Hospital, and a business opportunity arose to do business with

14   Munster Community Hospital, so she pursued that with

15   Mr. Weichman.

16   **Q.**    What kind of services did MMDS and Weichman and Associates

17   provide to your practice?

18   **A.**    They provided billing services, accounting services, and

19   practice management services, which would include credentialing

20   of physicians at the hospitals and dealing with healthcare and

21   malpractice and issues like that.

22   **Q.**    That seems pretty comprehensive.  Is that kind of service

23   unique for the Northwest Indiana area?

24   **A.**    Yeah, it's unusual to have a business entity handle all of

25   those pieces.

1  **Q.**   So would it be fair to say that among the things that

2  Weichman and Associates and MMDS did for you was manage the

3  financial end of your practice?

4  **A.**   That's correct.

5  **Q.**   And when you initially started working with Jack Weichman,

6  would you go to his office and sign checks?

7  **A.**   Yes.

8  **Q.**   Did there come a point in time, though, where

9  Defendant Weichman asked you to get a stamp instead?

10  **A.**   Yeah, he proposed a stamp.  He said that it would make --

11  because we're busy at the hospital, it would make it easier for

12  me and for him to conduct business, essentially.

13  **Q.**   So that meant he could just write a check and use your

14  stamp whenever he wanted to or needed to, is that right?

15  **A.**   That's correct.

16  **Q.**   Did he ever tell you in advance when he was using your

17  stamp?

18  **A.**   No.

19  **Q.**   Did he ever tell you after the fact when he was using your

20  stamp?

21  **A.**   No.

22  **Q.**   Did you have a business bank account at Centier Bank?

23  **A.**   I'm sorry?

24  **Q.**   Did you have a business bank account?  Did Northwest

25  Indiana Pathology Consultants, did they have a business account

1   at Centier Bank?

2   **A.**   Yes.

3   **Q.**   By the way, what about your business records, your

4   statements, your canceled checks, things like that, where did

5   those go to?  Did they go to your home, or did they go

6   somewhere else?

7   **A.**   I never received them.  I presume they went to

8   Mr. Weichman's office.

9   **Q.**   In 2004, did you have a conversation with Jack Weichman?

10  You were unhappy with some billing practice that MMDS was

11  engaging in, is that right?

12  **A.**   Yeah.  After my partner left, who was doing --

13          **THE COURT:**  Dr. Ericksen, can I get you to back off

14  the microphone?

15          **THE WITNESS:**  Oh, is it too loud?

16          **THE COURT:**  There's a lot of feedback there.

17          **THE WITNESS:**  Oh, sorry.

18      After my business partner left, when she left, she raised

19  concerns that there were issues with the billing, that Weichman

20  and Associates were, in her words, underpowered, and we had --

21  part of Hammond Pathologists was an outpatient business we had

22  that came in under the business umbrella of Pathology Solutions

23  when it was handled by Weichman, and we did know that we had a

24  lot less receipts at the time.

25      So after she left, which was -- I think we closed out with

1    her in late 2005.  I sat down with him in the spring after I

2    had an opportunity to look at the billing and the receipts, and

3    indeed, she was correct, it was nowhere near what it had been.

4    And I raised concerns with him about the billing and what was

5    going on with it.

6    Q.   And what was his response when you --

7    A.   He basically told me that he was the financial guy and

8    that he took care of the billing and that was that and

9    everything was fine and that I was supposed to be taking care

10   of the hospital, essentially.

11   Q.   Did you pursue that further?

12   A.   No.

13   Q.   Why not?

14   A.   At the time -- so, you know, the pre-existing pathologist

15   who owned -- I don't know the name of the business entity --

16   who left -- who we replaced at Community, you know,

17   Mr. Weichman was very instrumental in getting rid of him, if

18   you will, and concluding a deal and getting us in there, and

19   then my business partner left under the -- I don't know why

20   exactly.

21        So I was essentially afraid that Mr. Weichman had a

22   relationship with the hospital and had some way orchestrated

23   all these things.  And, essentially, I was afraid that if I

24   rocked the boat anymore that there would be consequences, so I

25   just moved on.

1   **Q.**   Was the former pathologist Dr. Domenico Lazzaro?

2   **A.**   Yes.

3   **Q.**   From 2003 to 2008 -- at any point in time from 2008 to

4   January of -- 2003 to January of 2008, did Jack Weichman ever

5   ask you or Northwest Indiana Pathology Consultants for a loan?

6   **A.**   No.

7   **Q.**   At any point in time from 2003 to January 2008, did any

8   representative of MMDS ask you or your business for a loan?

9   **A.**   No.

10  **Q.**   Let me show you now Centier -- part of Centier 11D and

11  Bates page 096.

12       Dr. Ericksen, you see before you a check from MMDS made

13  out to Northwest Indiana Pathology Consultants.  Is that your

14  business?

15  **A.**   Yes.

16  **Q.**   And you have an account at Centier Bank, is that right, or

17  you had, for Northwest Indiana Pathology Consultants?

18  **A.**   Yes.

19  **Q.**   Do you recall at any point in time that you had loaned

20  Jack Weichman or his business, MMDS, $300,000?

21  **A.**   No.

22  **Q.**   Can you explain why there would be a check made out from

23  MMDS to your business on January 15, 2008, for $300,000?

24  **A.**   No, I have no idea.

25           **MS. BERKOWITZ:**  I'm sorry.  That's Centier -- this is

 1   part of Centier 13B, I believe.

 2   **Q.**   What was your relationship like with Jack Weichman from

 3   2003 to 2008; were you friends?

 4   **A.**   Like I said, at the beginning, I was a little bit

 5   intimidated and afraid of him.  But over time, actually I grew

 6   very fond of him.

 7   **Q.**   But did you ever give him -- given your fondness for him,

 8   did you ever give him the authority to help himself to any of

 9   your money out of your business account?

10   **A.**   No.

11   **Q.**   I'd like to direct your attention to 2014.  Did you become

12   aware in 2014 that $750,000 had been transferred out of your

13   business account into a bank account held at Centier under the

14   name of David Ashbach?

15   **A.**   I became aware of it when a federal agent, Brian Visalli I

16   believe his name is, called me on a particular afternoon to say

17   that this had occurred; and he asked to come out the next day

18   to show me the checks to ask me to verify or just, you know,

19   talk about it.

20   **Q.**   Dr. Ericksen, did you end up hiring a forensic accountant

21   to go through your business records?

22   **A.**   Yes.  When Mr. Visalli came -- well, you know, because it

23   is a federal investigation, I didn't know what any of it was

24   about or what was going on.  That Thursday afternoon when Brian

25   had called me, I immediately contacted an attorney to, you

1   know, help me out because I didn't know what was going on.  And

2   then he sat with me with Brian the next day, and then I ended

3   up -- when we learned of what had happened, I got -- had to get

4   a new accountant.

5       I was informed that I could no longer do business with

6   Mr. Weichman since he was having this issue.  So I had to get a

7   new accountant, and it was at that point we decided we better,

8   you know, see if there was additional loss than just what was

9   identified.

10  Q.   So up until the point you were visited by Agent Visalli

11  and he showed you that there was hundreds of thousands of

12  dollars being taken out of your account and gambled at casinos,

13  you were still using Jack Weichman as your accountant?

14  A.   Yeah.  I didn't know that it was done.  I mean, I didn't

15  know that he had stolen from me.

16  Q.   And when you realized he had stolen from you, did you fire

17  him?

18  A.   Yeah.  Well -- yeah, as soon as that happened.

19  Q.   Do you have any relationship with any Jack Weichman

20  associated business, MMDS, Weichman and Associates?

21  A.   No.

22  Q.   Now, you said you did hire an attorney and a forensic

23  accountant after, in 2014, you became aware of this loss.  Did

24  you try and get your financial records from the defendant?

25  A.   We did try, and we got a few things, but most of it was

 1   not produced for us.  He indicated that it was destroyed in a

 2   flood.

 3   **Q.**   So you didn't get everything?

 4   **A.**   No.

 5   **Q.**   Did you file a lawsuit?

 6   **A.**   No.

 7   **Q.**   Why didn't you file a lawsuit?

 8   **A.**   Fundamentally, there's -- there was this going on, and we

 9   knew that there would be potentially restitution.  I thought

10   that hiring an attorney and going through a civil suit to

11   address potential other losses would probably not be worth it.

12        And, quite honestly, you know, as a physician in the

13   community, even though I'm a victim, I didn't want my name in

14   the papers associated with Mr. Weichman.  I think that, you

15   know, it just wasn't going to look good.  And, fundamentally,

16   I'm just not personally the type of person that seeks

17   vengeance.

18   **Q.**   Were you also aware of the lawsuit that Domenico Lazzaro,

19   Dr. Lazzaro, had brought against the defendant and the length

20   of time and the amount of money that it had cost him to bring

21   that lawsuit against the defendant?

22   **A.**   Yeah.  When we came in 2003, Mr. Weichman indicated that

23   Dr. Lazzaro would be probably suing him for tortious

24   interference, basically influencing us getting in.  And I think

25   that I always -- then there was a trial, and Jack had a lot of

 1  emotional distress during the trial, and, you know, I always

 2  assumed it was pertaining to tortious interference.  I didn't

 3  find out until much later that it was actually due to theft.

 4          **THE COURT:**  Can I just have some clarification?  So

 5  Dr. Lazzaro was with the pathology group who had the contract

 6  with MCH prior to your group having it?

 7          **THE WITNESS:**  Yes.

 8          **THE COURT:**  Okay.

 9  **BY MS. BERKOWITZ:**

10  **Q.**   Doctor, you mentioned restitution, that you thought you

11  would get some restitution.  Is it not true that just today

12  attorney Bennett approached you and your attorney, Vis Kupsis,

13  in the cafeteria of the federal building and handed you a check

14  for $119,000?

15  **A.**   Yeah, he came just this morning.  Actually, Mr. Kupsis

16  wasn't yet here, so it was just me alone.  And then when

17  Mr. Kupsis arrived, I showed it to him.

18  **Q.**   Now, you had never been offered a check previously, had

19  you?

20  **A.**   No.

21  **Q.**   No one mailed you a check, no one contacted your attorney

22  to offer you a check, had they?

23  **A.**   No.

24          **MS. BERKOWITZ:**  If I could have a moment.  I have no

25  further questions, Your Honor.

 1              **MR. BENNETT:**  Just briefly.

 2              **THE COURT:**  Yes.  Mr. Bennett, cross.

 3                       **CROSS-EXAMINATION**

 4    **BY MR. BENNETT:**

 5    **Q.**   Dr. Ericksen, I think I'd mentioned this morning, we

 6    hadn't spoken to you before, your attorney had not permitted

 7    that, is that correct?

 8    **A.**   Yes.

 9    **Q.**   And so the first time I ever saw you was in the cafeteria

10    today, is that correct?

11    **A.**   Yes.

12    **Q.**   And at that time, I gave you a check for $119,000?

13    **A.**   Yes.

14              **MS. BERKOWITZ:**  Could we show this?

15    **Q.**   Is this a true and accurate copy of the check that you

16    were given this morning?

17    **A.**   Yes.

18              **MR. BENNETT:**  We move the admission of Exhibit 25,

19    Your Honor.

20              **THE COURT:**  Any objection?

21              **MS. BERKOWITZ:**  No objection.

22              **THE COURT:**  Twenty-five is admitted.

23    **BY MR. BENNETT:**

24    **Q.**   I think we'd asked you also to what extent are you

25    acquainted with or know Dr. Ashbach?

1   **A.**   I don't -- I have an acquaintance with him.  I couldn't

2   recognize him.  I'm not even sure I could recognize him today,

3   and we don't do business with him.

4   **Q.**   You are not in the same practice, specialty, at all, are

5   you?

6   **A.**   Oh, no, not at all.

7   **Q.**   Last question.  Do you accept Mr. Weichman's apology for

8   what he did?

9   **A.**   Yes.  I mean, I understand that it is -- my loss is money.

10  I didn't -- he didn't hurt anybody, to me, like a family member

11  or whatever, so I moved on.

12          **MR. BENNETT:**  Thank you, Doctor.

13          **THE COURT:**  Do you have any follow-up --

14          **MS. BERKOWITZ:**  I do not, Your Honor.

15          **THE COURT:**  -- Ms. Berkowitz?

16      Dr. Ericksen, thank you.  You are excused.

17          **THE WITNESS:**  Thank you.

18          **THE COURT:**  Ms. Berkowitz, you may call your next

19  witness.

20          **MS. BERKOWITZ:**  The government calls

21  Dr. Domenico Lazzaro.

22          **THE COURT:**  Dr. Lazzaro, if you would, please come

23  forward, sir.

24      Sir, if you would, please, raise your right hand to be

25  sworn in.

```
 1            (The oath was administered.)

 2                 THE WITNESS:  I do.

 3                 THE COURT:  Ms. Berkowitz.

 4            DOMENICO LAZZARO, GOVERNMENT WITNESS, SWORN

 5                      DIRECT EXAMINATION

 6   BY MS. BERKOWITZ:

 7   Q.   Dr. Lazzaro, would you please state your full name for the

 8   record?

 9   A.   Domenico Lazzaro, L-A-Z-Z-A-R-O, is my last name.

10   Q.   Dr. Lazzaro, are you a physician?

11   A.   Yes.

12   Q.   Are you still practicing?

13   A.   No.

14   Q.   What type of physician are you?

15   A.   I'm a pathologist, pathology and nuclear medicine.

16   Q.   I'm sorry?

17   A.   Pathology and nuclear medicine.

18   Q.   Nuclear medicine?

19   A.   Correct.

20   Q.   Thank you.  And when did you retire?

21   A.   December 2002.  My contract was not renewed.

22   Q.   Your contract was not renewed where, Doctor?

23   A.   Community Hospital.

24   Q.   Were you the pathologist at Munster Community Hospital?

25   A.   Correct.
```

1    **Q.**    Prior to 2002?

2    **A.**    Correct.  I was there from 1980.

3    **Q.**    Now, while you were a pathologist working at Munster

4    Community Hospital, who handled your finances?

5    **A.**    Jack Weichman.  I met him in 1982, was referred to me by

6    another physician as a smart accountant and financial adviser.

7    He told me he was a financial adviser.  And so I started

8    business at the time.

9         Basically, he handle all the activities of the accounting.

10   Later on, I got involved in multiple different business at his

11   recommendation.

12   **Q.**    Was this investments?

13   **A.**    Correct.  About six different entities was invested

14   together with another partners -- my other partner, Dr. Pabon.

15   **Q.**    So would it be correct to say that Jack Weichman handled

16   your investments, he did your tax returns, and did he do

17   anything with your medical practice?  Did he run your medical

18   practice?

19   **A.**    From 1982 through 1987 was basically the accounting --

20   basically, my personal accounting and then some personal

21   investment.  In 1987, the contract was renewed at the hospital,

22   and he saw the opportunity to do billing, which he had never

23   had before, so billing called MMDS.  He started billing, and he

24   told me that I help him, to give him $20,000 to purchase a

25   computer.

1   **Q.**   Doctor, I don't mean to cut you off, but let's -- I just

2   want to kind of make sure --

3   **A.**   Okay.

4   **Q.**   -- that we're not wasting the Court's time.  So let's just

5   focus on exactly what Jack Weichman did for you.

6        He did at some point do your billing, is that right?

7   **A.**   He did the billing.

8   **Q.**   He also handled your -- some of your investments?

9   **A.**   Investment, correct.

10  **Q.**   He did your tax returns?

11  **A.**   Tax return, yes.

12  **Q.**   Okay.  And where would that information, the investment

13  quarterly statements, things like that -- did they come to your

14  house?

15  **A.**   No, everything was in his office.

16  **Q.**   Everything went to Jack Weichman?

17  **A.**   Yes.

18  **Q.**   It sounds like you knew Jack Weichman for quite some time.

19  **A.**   Yes.

20  **Q.**   Would you consider him -- at the time before the lawsuit,

21  did you consider him to be a friend?

22  **A.**   Sort of a friend, yes.  In a way, he seemed to be smart

23  enough to help me financially because I was just dedicated to

24  pathology and nuclear medicine.  I didn't have any knowledge of

25  finances or buying stocks and things like that.  He had all of

1    that.

2    **Q.**    Did you trust Jack Weichman to handle your finances, your

3    investments?

4    **A.**    Yes.  At the beginning, yes.

5    **Q.**    Did there come a point in time, though, when you had

6    questions about some of your investments?

7    **A.**    We began to see some losses in the businesses that failed.

8    **Q.**    These are your investments with Jack Weichman?

9    **A.**    Correct.  Broadmoor, one of those.

10   **Q.**    Let me --

11   **A.**    Broadmoor Country club.

12   **Q.**    Can I stop you for a moment.  Broadmoor Country Club.  Was

13   David Ashbach an investigator in Broadmoor Country Club?

14   **A.**    No.

15   **Q.**    Do you know David Ashbach?

16   **A.**    Yes.

17   **Q.**    What's your assessment of his abilities and knowledge

18   regarding finances and investments?

19   **A.**    I don't know about his finances.  I'm assuming that we

20   all -- we're physicians.  We're not doing any finances.  But --

21   **Q.**    Would you consider him a sophisticated investor?

22   **A.**    I don't know about that.  I don't -- I dealt with him a

23   few times doing certain medical issues.  That's about it.  And

24   I knew him because he was also a client of Jack Weichman and

25   also was a partner in some of the partnerships we had, such as

1  U.S. 30 Partnership, which was a restaurant and buildings and

2  so forth.

3  **Q.**   But not a partner -- not invested in Broadmoor, is that

4  right?

5  **A.**   No, definitely not.

6  **Q.**   Now, when you questioned Jack Weichman about your

7  investments and the losses, did he patiently sit down with you

8  and explain what was going on?

9  **A.**   Not really.  Not that much.

10 **Q.**   Did Jack Weichman threaten you when you raised concerns

11 about your investments?

12 **A.**   Well, he wasn't too happy when I asked questions, and

13 there was an issue that became a problem.  The two -- my

14 partner in Broadmoor -- there were two more.  They left, two

15 other doctors, because they were not happy with the answers and

16 things.  So when I talked to him, I said:  Jack, I'm not sure

17 this is going anywhere.

18     He says:  Stay with me because we're going to have a

19 monopoly.  We're going to have restaurants, business,

20 apartments, hotels, and you are going to make a lot of money.

21     It was totally reverse.  I lost all the money.

22 **Q.**   And did you continue to question him about these losses?

23 **A.**   Yes.  Every time I questioned him, he said that, You know,

24 I have all the papers, and that way I keep everything in my

25 office.

1   **Q.**   Did you file a lawsuit in 1998 against Jack Weichman and

2   his related businesses?

3   **A.**   Yes.

4   **Q.**   And when you filed that lawsuit, did Jack Weichman make

5   any comment to you?

6   **A.**   (No response.)

7   **Q.**   Did Jack Weichman threaten to ruin you, Dr. Lazzaro?

8   **A.**   Oh, yeah, he did that many times.  All the time he said he

9   was going to ruin me, he was going to know what I was doing.

10  The issue was that I tried to do an estate planning, and he

11  refused to give us any document, absolutely, completely.

12      There was an attorney in Chicago that was flabbergasted

13  with the verbal abuse, and we couldn't explain why.  He reacted

14  like a very vicious person, and he did it many times, and he

15  threatened me.  And when he came to my office for the contract

16  of the hospital, he said -- we terminated the contract because

17  problem with the billing, severe billing problems.  And he said

18  to me:  You don't know who you are dealing with.  I'm going to

19  ruin you.  I'm going to take your job, and you won't have a

20  contract anymore.

21  **Q.**   Did that come to pass?

22  **A.**   Exactly.  Two thousand and -- I was called by

23  administration.

24  **Q.**   Doctor --

25  **A.**   Sorry.  Let me say --

1   **Q.**   Let's just answer the question.

2   **A.**   Yes.

3   **Q.**   Did that come to pass?

4   **A.**   Yes.  I lost my job, yes.

5              **THE COURT:**  How old were you at the time?

6              **THE WITNESS:**  Fifty-nine.  And I was not ready to

7   retire.

8   **BY MS. BERKOWITZ:**

9   **Q.**   Dr. Lazzaro, did Jack Weichman threaten to tell your wife

10  that you had been unfaithful?

11  **A.**   Oh, he did that many times.  He did it with everyone else.

12  **Q.**   And was that in conjunction with this lawsuit?

13  **A.**   Yes.  He has a habit of attacking me all the time, even in

14  depositions, outside the courtroom.  He would whisper in my ear

15  all the time abusive stuff.  I can't even mention in the

16  courts.  He is a bad person.

17  **Q.**   This lawsuit that you brought against Jack Weichman, did

18  it go to trial?

19  **A.**   Yes.

20  **Q.**   And did you prevail?  Did you win?

21  **A.**   We went to a lengthy trial, litigation, for 20 years.  The

22  last -- we supposed to have trial in 2006, and he canceled

23  because of some illness.  2008, he declare bankruptcy.

24  Finally, 2009, 2010, we completed the litigation; and

25  Judge Davis awarded us $1.2 million.  I haven't seen one cent,

1  one penny.  I was hoping I get a check today, but I haven't

2  seen it.

3  Q.   You haven't received any money from Jack Weichman, have

4  you?

5  A.   No.  Zero.

6  Q.   No check?

7  A.   He said he will never -- I'll never get one penny.  He

8  told me that day of 2008, prior to 2008, You won't get one

9  penny, and if you sue me, I'm not going to pay anything.  I'm

10 going to move to Israel.

11 Q.   Doctor, how old are you right now?

12 A.   I'm 75.

13 Q.   How much money did you lose as a result of your

14 investments with Jack Weichman?

15 A.   (No response.)

16 Q.   Well, let me remove that question.

17      How much money have you spent in pursuing justice from

18 Jack Weichman?

19 A.   Well, last I saw, the billing we haven't paid yet is close

20 to $1.7 million.  I had to take a loan from the bank to pay the

21 attorneys.  I'm paying a little monthly at a time.  I have not

22 be able to save any money.

23      I have three boys went through medical school, and I

24 couldn't pay their loan.  They're still paying their student

25 loan because he took all my money.  It is gone.

1        I have two brothers -- a brother and two sisters that live

2   in a communist country, Venezuela, and I have been trying to

3   help them.  I can't help them anymore.

4   **Q.**  Dr. Lazzaro, is there anything else you think the Court

5   needs to know about Jack Weichman?

6   **A.**  Jack Weichman is a vicious, vile person.  He has done

7   terrible thing to me.

8        I'm 75 years old.  Now, imagine that you spent the last 25

9   years of your life, one turn of a century, dealing with this

10  individual who took all my money.  He's a fraud.  He stole

11  money, wrote checks without authorization, forged my signature

12  and my wife's signature and took all the money.  And he should

13  be responsible for that.  He deserve the maximum penalty.

14          **MS. BERKOWITZ:**  I have no further questions for the

15  witness.

16          **THE COURT:**  Do you have any questions?

17          **MR. GURLAND:**  No, Your Honor.

18          **THE COURT:**  Dr. Lazzaro, thank you, sir.  You may

19  step down.

20          **THE WITNESS:**  Thank you.

21          **THE COURT:**  Who is your next witness, Ms. Berkowitz?

22          **MS. BERKOWITZ:**  It would be David Ashbach.

23          **THE COURT:**  How long is he going to take?

24          **MS. BERKOWITZ:**  I assume it will take a while,

25  especially on cross.  He is not here until 12:30, Your Honor.

```
 1              THE COURT:  Do you have anybody else you can put on

 2   here?

 3              MS. BERKOWITZ:  I can put Jennifer Prokop on the

 4   stand.

 5              THE COURT:  Again, why don't you tell me what she's

 6   going to testify to.

 7              MS. BERKOWITZ:  I think I kind of outlined her

 8   testimony in --

 9              THE COURT:  Do it again, please.

10              MS. BERKOWITZ:  Okay.  If I could just refer to my

11   sentencing memorandum.  She's going to testify that a Chapter

12   11 debtor has a fiduciary and statutory obligation to preserve

13   and maintain the bankruptcy estate to a maximum value for all

14   creditors; that the operating order that was put in place at

15   the beginning of the bankruptcy stays in effect even when a

16   plan has been put into place, as it was in this case.  And that

17   means that defendant is prohibited from wasting assets or using

18   assets of the bankruptcy estate without permission, especially

19   in the situation where he obtained a loan.  He encumbered MMDS,

20   which is one of the only two entities that were a source of

21   income for him to pay creditors.  He encumbered MMDS to the

22   tune of $190,000.  That should have been run by the bankruptcy

23   estate.

24              THE COURT:  That was the issue we talked about in

25   Mr. Schaefer's sentencing, correct?
```

1          MS. BERKOWITZ:  Yes.

2          MR. GURLAND:  Yes, Your Honor.

3          MS. BERKOWITZ:  Yes, Your Honor.  But at

4   Mr. Schaefer's sentencing, remember, Schaefer was charged and

5   pled guilty to a bank fraud.  This is bankruptcy fraud.

6          THE COURT:  I fully understand that.  What -- as I

7   understand the issue that's before me, for purposes of the

8   amount of the loss for the bankruptcy fraud, it is this:

9   Should he be held accountable for the amount of the debt that

10  he was attempting to --

11         MS. BERKOWITZ:  Discharge.

12         THE COURT:  -- discharge through his bankruptcy?

13  That's option A.  Option B is:  What did he intend by way of

14  the fraud?  Was it the amount that he was actually concealing

15  from the estate?  Those are kind of my two options.

16     Is that right?

17         MS. BERKOWITZ:  Well, it would seem really the only

18  option --

19         THE COURT:  Well, that --

20         MS. BERKOWITZ:  Right.

21         THE COURT:  That's the terms of the dispute.  So

22  those are legal questions.  I don't want to hear from, with all

23  due respect, Ms. Prokop unless it is going to help me answer

24  those questions, because that's the only disputed issue.

25         MS. BERKOWITZ:  Then I guess the question is what the

 1   Court understands is part of the bankruptcy estate.  So what

 2   assets is he obligated to disclose and make part of the

 3   bankruptcy estate?  If the Court has a question about that,

 4   then certainly the testimony of Jennifer Prokop would be

 5   helpful.

 6              **THE COURT:**  Okay.

 7              **MS. BERKOWITZ:**  I'm asking the Court, Your Honor, if

 8   you have a question about what assets -- the -- and I guess

 9   also she would explain to you how we come to what has been

10   discharged in bankruptcy.  And she can walk the Court

11   through -- if the Court is comfortable with the $2.3 million

12   loss, but I don't believe we are, then I think you need to let

13   Trustee Prokop kind of walk us through how he is discharging

14   it, what we are basing that information on so you see what he

15   has identified as, you know, his debts, what he's discharging,

16   as you can see in the amended plan, which is an expression of

17   his intent, what he intends to discharge.

18       And if that is something that we can agree to, then I

19   don't need to call her, but if that's something that's in

20   dispute, I think she needs to testify.

21              **THE COURT:**  All right.  Call her.

22       Raise your right hand, please, to be sworn in.

23       *(The oath was administered.)*

24              **THE WITNESS:**  I do.

25   \\\

```
 1              JENNIFER PROKOP, GOVERNMENT WITNESS, SWORN

 2                        DIRECT EXAMINATION

 3    BY MS. BERKOWITZ:

 4    Q.   Ms. Prokop, can you please state your full name for the

 5    record?

 6    A.   Jennifer Wiggins Prokop.

 7    Q.   How are you employed, Ms. Prokop?

 8    A.   Yes, I am.

 9    Q.   No, how are you employed?

10    A.   How.  I work for the U.S. Trustee Program.  I'm a trial

11    attorney there.

12    Q.   In what district?

13    A.   In the Northern District of Indiana.

14              MR. GURLAND:  Just trying to shorten it.  We went

15    through all of this at Mr. Schaefer's sentencing already, so I

16    don't know that there's the need to have any background about

17    the U.S. --

18              THE COURT:  Yeah, I fully remember all about her

19    background from Mr. Schaefer.

20    BY MS. BERKOWITZ:

21    Q.   Ms. Prokop, are you familiar with Chapter 11 bankruptcies?

22    A.   Yes.

23    Q.   In a Chapter 11 bankruptcy, what role does the debtor

24    play?

25    A.   The debtor files the case and is looking for protection
```

 1   from creditors to hold off collection activity so that he or

 2   she or the business can reorganize and pay the debts that it

 3   can afford and discharge the remaining.

 4   Q.   Is there some fiduciary responsibility that the chapter

 5   debtor -- Chapter 11 debtor holds that is not true in, let's

 6   say, other chapters, like a 7 bankruptcy?

 7   A.   Yes.  In a Chapter 11, unlike other chapter bankruptcies,

 8   like a 7 or a 13, in a Chapter 11, the debtor-in-possession is

 9   the trustee of the case.  So there isn't going to be a third

10   party who would administer payments to creditors.  In a 7 or a

11   13, we appoint a trustee in those cases to handle those

12   matters.

13   Q.   Does that mean, then, that it is wholly dependent on the

14   debtor, functioning as the trustee, that they are going to

15   provide accurate information to the bankruptcy court and the

16   bankruptcy creditors?

17   A.   That is correct.  The debtor has that responsibility.  He

18   has a fiduciary duty to bring in as much as he can to be able

19   to pay his creditors.

20   Q.   Would that be preserving and maintaining the estate to

21   maximize what the creditors are going to receive?

22   A.   That is correct.

23   Q.   How would a Chapter 11 debtor's ability to pay creditors

24   be evaluated?  What are the things that are being looked at by

25   creditors to determine how much they can realistically get?

1    **A.**    The first thing a creditor should look at are the

2    schedules filed by the debtor.  So that's information about

3    everything from the debts they owe as of the date of filing,

4    their income and their expenses as of the date of filing.  And

5    in Chapter 11, a debtor is required to report on a monthly

6    basis all of the income the debtor receives and all of the

7    expenses.

8    **Q.**    Would that be something that would appear in an operating

9    report -- or should appear in an operating report?

10   **A.**    Yes.

11   **Q.**    Are you familiar with the Chapter 11 bankruptcy filed by

12   Jack Weichman?

13   **A.**    Yes.

14   **Q.**    That was filed in October of 2008, is that correct?

15   **A.**    Yes.

16   **Q.**    I'm showing you what's marked as Prokop No. 2.

17            **MS. BERKOWITZ:**  I'd move to admit Prokop No. 2, which

18   is a bankruptcy document No. 36.

19            **THE COURT:**  Any objection?

20            **THE WITNESS:**  No objection.  Can I see --

21            **THE COURT:**  I'm not asking you.

22            **THE WITNESS:**  Oh, sorry.  I'm sorry.

23            **THE COURT:**  You're the witness today.

24            **THE WITNESS:**  I'm so used to being at the table.  I

25   apologize.

1              **MR. GURLAND:**  Your Honor, I move for the admission of

2     all the government's exhibits and all the defendant's exhibits

3     in the binder.

4              **THE COURT:**  Okay.  Yes.  Just go ahead and use them.

5              **MS. BERKOWITZ:**  Thank you.

6     **BY MS. BERKOWITZ:**

7     **Q.**   Taking a look at Prokop No. 2, does this document, then,

8     identify the total amount of liabilities that Jack Weichman has

9     that brings him into bankruptcy?

10    **A.**    It does except for one thing.  I know on Schedule F the

11    debtor listed some creditors as having unknown and disputed

12    claims.  So the amount of liabilities might be measured also by

13    the claims that are filed.  But, yes, this is what the debtor

14    listed as what he owed.

15    **Q.**   Taking a look at Schedule F, that's for the unsecured

16    creditors, right?

17    **A.**   That's correct.

18    **Q.**   Those are creditors that don't have any kind of security

19    interest that holds their claim?

20    **A.**   That's correct.

21    **Q.**   And that total is $1,380,380, is that right?

22    **A.**   That's correct.

23    **Q.**   Are you aware as to the reason -- the propelling reason

24    behind Jack Weichman filing a Chapter 11 bankruptcy?

25    **A.**   The debtor stated in his plan that he filed bankruptcy

1   primarily for two reasons, to deal with a very large IRS debt

2   and to resolve or deal with litigation that's been going on

3   with Lazzaro, and I think it is Associated Pathologists --

4   Dr. Lazzaro.

5   **Q.**   You spoke of a large IRS debt.  I'm going to show you

6   what's been marked as Prokop No. 1.  Is this the proof of claim

7   that was filed by the IRS regarding that debt?

8   **A.**   That is correct.

9   **Q.**   Okay.  And the IRS identifies a debt of over $2 million,

10  is that right?

11  **A.**   That's correct.

12  **Q.**   Of that debt, how much of that debt is secured?

13  **A.**   850,000.

14  **Q.**   Unsecured is over $1.3 million, is that right?

15  **A.**   That's correct.

16          **THE COURT:**  I'm sorry.  What was the number of

17  unsecured?

18          **MS. BERKOWITZ:**  $1,369,684.40.

19          **THE COURT:**  Can you explain that?  I don't understand

20  how IRS debt can be secured or unsecured.

21          **THE WITNESS:**  If the IRS has liens, then those liens

22  attach to pretty much everything that the debtor owns.  And if

23  the IRS is able to establish the value of what the debtor owns,

24  the difference --

25          **THE COURT:**  Those are the security?

1    **THE WITNESS:**  Correct.  And what's not secured by

2    those assets is unsecured.

3    **THE COURT:**  Is there any prospect in a Chapter 11

4    that the entirety of an IRS debt is going to be discharged?

5    **THE WITNESS:**  The entirety?

6    **THE COURT:**  Yeah.

7    **THE WITNESS:**  Only if someone has no property, which

8    would be unlikely; but with exemptions, it is possible.

9    **THE COURT:**  Okay.

10   **THE WITNESS:**  It is possible if someone doesn't own a

11   house or car or anything.

12   **THE COURT:**  I just want to make sure I'm

13   understanding this.  So if somebody has a giant debt to the IRS

14   and haven't paid their taxes in 10 years, they have a

15   $2 million debt to the IRS, let's say, they file bankruptcy --

16   **THE WITNESS:**  The only difference would be is how

17   recent is the debt.  That would be the question to ask.  The

18   bankruptcy code provides that if the debt is a recent debt,

19   then it is considered a priority unsecured, and it has to be

20   paid.  In the bankruptcy, it is not discharged.  If it is older

21   and there's no security for the liens to attach to, then it is

22   all unsecured and would be discharged, the entire debt.

23   **BY MS. BERKOWITZ:**

24   **Q.**   In this case, Ms. Prokop, are you aware that the IRS debts

25   stem from a 1999 tax liability?

1    **A.**   Yes, based on what was in the plan.

2    **Q.**   That would be an old debt?

3    **A.**   Yes, that would be an old debt.

4    **Q.**   Are you aware, as to the source of funding, any repayment

5    to creditors in the Weichman Chapter 11 bankruptcy?

6    **A.**   The debtor's plan and disclosure statement provided all of

7    the income to fund the plan would come from the debtor's two

8    places of employment, two of his companies; the Weichman and

9    Associates accounting firm, and MMDS, which I understand is a

10   medical billing firm.

11   **Q.**   In fact, was that specifically stated by the defendant

12   during his 341 creditors meeting?

13   **A.**   Yeah, that's correct.

14   **Q.**   Also during the creditors meeting, did the defendant say

15   that none of his other businesses generated any income for him;

16   isn't that true?

17   **A.**   That is true.  And there was a question about one of the

18   companies, Northwest Medical something.  I don't remember the

19   name of it.  But he did -- he had in the past received some

20   income, but then I believe there's a secured lien on that

21   business, and the secured lender required a large insurance

22   policy in favor of the bank.  So he said that is what depleted

23   the income from that company.

24   **Q.**   He was also asked during that creditors committee meeting

25   if he got any income from Munster Restaurant, Incorporated, and

1   he said no.

2   **A.**   He said no.

3   **Q.**   He also said he didn't get any income from Woodhalapenos,

4   didn't he?

5   **A.**   That's correct.

6   **Q.**   And JAW Venture, no income?

7   **A.**   No income.

8   **Q.**   Now, he was asked about Broadmoor, too, at that creditors

9   committee meeting, wasn't he?

10  **A.**   Yes, he was.

11  **Q.**   And he identified three individuals who had an ownership

12  interest, did he not?

13  **A.**   He did.

14  **Q.**   One was Mr. Luke Paskala (phonetic), who had a 41-percent

15  interest?

16  **A.**   Correct.

17  **Q.**   Domenico Lazzaro, who had a 41-percent interest?

18  **A.**   Correct.

19  **Q.**   And then the defendant himself, who had 18 percent?

20  **A.**   Right.

21  **Q.**   The name David Ashbach was never mentioned as having an

22  ownership interest in Broadmoor?

23  **A.**   No.

24  **Q.**   Oh, also JAW Ventures, was that another one that he said

25  no income?

1    A.    That's correct.

2    Q.    Now, are there restrictions when you are a Chapter 11

3    debtor as to what you can do with money?  You know, out of

4    these two businesses -- he's identified two businesses that are

5    going to fund the repayment of his creditors.  Are there

6    restrictions on what the defendant can do with money that these

7    businesses are generating?

8    A.    There are.  There are restrictions in the bankruptcy code,

9    but more specific, soon after the case is filed, a

10   debtor-in-possession order or notice is entered early in the

11   case.  And that order, in this case and in every Chapter 11,

12   says that the debtor can't incur debt without Court approval,

13   can't sell or transfer any property without Court approval.

14   There are lots of restrictions.

15   Q.    I'm showing you what's been marked as Bankruptcy No. 3.

16   Is this the operating order -- or order that you are referring

17   to?

18   A.    Yes, it is.

19   Q.    And taking a look at the second page of that document, is

20   that where we would find, under paragraph 7, the express

21   prohibitions that are placed on a debtor, Chapter 11 debtor?

22   A.    Yes.

23   Q.    Now, it says here that you can use -- obtain credit or

24   incur unsecured debt, it seems like, if it were in the ordinary

25   course of business.  It is prohibited to obtain credit or incur

1   unsecured debt other than in the ordinary course of business.

2       So my question to you is:  Would a $190,000 loan that,

3   let's say, MMDS got from a bank during the bankruptcy in, let's

4   say, 2010, would that be something in the regular course of

5   business, $190,000 loan?

6   **A.**   No, I do not believe so at all.

7   **Q.**   Tell us why you do not believe so.

8   **A.**   When we're talking about ordinary course of business,

9   unsecured debt, we are talking about something like a credit

10  card to Office Depot and an employee goes and buys paper and it

11  is paid at the end of the month.  That's ordinary course.

12  That's something needed for the everyday operation that is not

13  a large expense.  It is something just every day and ordinary.

14  A $190,000 loan under any circumstance is extraordinary.

15  **Q.**   So if, let's say, MMDS was paying, let's say, $4,000 a

16  month to service that loan, would that be money that should be

17  going to the creditors?

18  **A.**   It depends.  If it is a business that's paying that debt

19  and Jack receives income from the business, we'd have to know

20  the impact of the loan on Jack's income.  And then, yes, it

21  does impact what creditors receive.

22  **Q.**   Were you aware that MMDS had a loan in the amount of

23  $190,000?

24  **A.**   No, not at all.

25  **Q.**   Would it make a difference, this operating order, would it

1  make a difference whether or not it controlled the behavior of

2  the defendant or what he took out of his businesses if a plan

3  had been put in place?

4  **A.**  No.  This operating order is in place during the entire

5  course of the case.

6  **Q.**  So even if a plan is in place, this order is in force?

7  **A.**  That is correct.  It does say in that order if there's a

8  material modification by another Court order, then it is

9  possible that something might be altered in there.  But in this

10  case, I am not aware of anything that modifies that DIP order.

11  **Q.**  In this case, what did -- do we have some indication as to

12  what the defendant was able to reduce his debts by, his --

13  **A.**  The plan, when it was confirmed, provided a payment of

14  only $60,000 to unsecured creditors.

15  **Q.**  Would that be the amended plan, second debtor's -- second

16  amended plan?

17  **A.**  That's correct.

18  **Q.**  Bankruptcy 12?

19  **A.**  Correct.  It provided for one pool of $60,000 that all of

20  the unsecured creditors would have to share pro rata.

21  **Q.**  So in order to determine what the defendant attempted to

22  discharge, would you take a look at what we looked at

23  previously, Prokop No. 1, which is the IRS proof of claim, and

24  then Prokop No. 2, which is the statement of the schedules,

25  right?

1    **A.**    Right.

2    **Q.**    Schedule F, which identifies $1.3 million.

3          And then would you take a look at the amended plan, what

4    the defendant was ultimately going to pay his creditors?

5    **A.**    Yes.  And you would also look at any claims filed for

6    those creditors that might not have been listed in the

7    schedules or if they disagreed with what the debtor put down.

8    So those claims count too.

9    **Q.**    Let's just stop for a minute and digress.  You said claims

10   filed.

11   **A.**    Yes.

12   **Q.**    In a Chapter 11, if the debtor identifies debt, he

13   identifies various creditors and no claim is filed.  Does that

14   mean that there's no obligation to repay the creditor?

15   **A.**    Absolutely not.  In a Chapter 11, a creditor is not

16   required to file a claim at all to receive payment in the plan.

17   The bankruptcy code, and we announce this at the beginning of a

18   341 meeting of creditors, that if the debtor lists a claim

19   properly, then a creditor doesn't have to file a claim.

20         If the creditor doesn't like the way the claim is listed

21   in the schedules, the creditor has the option to file a claim,

22   and then the claim is the number that is the amount that would

23   be the allowed claim.

24   **Q.**    Okay.  Getting back to the second amended plan.

25   Considering the second amended plan in conjunction with

1    Prokop 1 and 2, would it be fair to say the defendant

2    discharged or intended to discharge roughly $2.3 million of

3    debt?

4    **A.**    At least that, yes.

5    **Q.**    In the summary schedules that we're talking about, Prokop

6    No. 2, does the -- is a debtor required to identify how you

7    would get in contact with his creditors?

8    **A.**    Yes.  He's supposed to list their address in the

9    schedules.

10   **Q.**    Okay.

11   **A.**    If I could add to that, the schedules, when those are

12   filled out, that's the information that becomes the creditor

13   matrix, and that's what the bankruptcy clerk relies on to send

14   out the notices.

15   **Q.**    So you have no independent knowledge of a proper address

16   for someone if it is not put down by the creditor on their

17   summary schedules?

18   **A.**    That's correct.

19   **Q.**    Let's go and take a look again at Prokop No. 2.  And

20   taking a look at the entry for David Ashbach, it identifies his

21   address as 9201 Calumet Avenue in Munster, Indiana.  Does that

22   address sound familiar to you?

23   **A.**    It does.

24   **Q.**    Whose address is that?

25   **A.**    That is Jack Weichman's business address for Weichman and

 1   Associates and MMDS.

 2   **Q.**   And taking a look -- this is also part of Prokop No. 2,

 3   page 21 of 23.  In fact, there we see it.

 4   **A.**   That's correct.  That Schedule I lists the debtor's place

 5   of employment and his source of income, and there's the

 6   address.

 7   **Q.**   How did someone fail to catch that, Ms. Prokop?

 8   **A.**   I think I can explain that a little bit.  When this case

 9   was filed, I was going on maternity leave, so I was not

10   involved in the beginning of the case.  Another attorney in our

11   office was -- you know, took in the initial schedules.  That's

12   the busiest time in a Chapter 11 until you get to the plan and

13   disclosure statements.  So during that time, I was not part of

14   the 341 meeting of creditors, but I've listened to it many

15   times since the case was filed and since it was held.

16        When I entered my appearance in I believe it was August of

17   2009, that's when the debtor filed a disclosure statement, and

18   that's when I became involved in the case.  So I think what

19   happened is, you know, someone who -- the attorney who had

20   taken over the case for me, Robin Tubesing, she was a very new

21   attorney.  I think she was less than two years out of law

22   school, and I think she just missed it.  And then later on, I

23   didn't have any reason to go and check the addresses of

24   creditors, so I missed it too, when it was time for the plan

25   and disclosure statement.

1   **Q.**   Can you tell us roughly how many bankruptcies were filed

2   in the Northern District of Indiana in 2008?

3   **A.**   In 2008, it was about 4400.

4   **Q.**   So it would be kind of hard to individually monitor each

5   bankruptcy?

6   **A.**   I would agree with that.  It is.

7        And then the next year, as far as Chapter 11s go, when I

8   became involved in the case, we more than tripled the number of

9   Chapter 11s we had in this division, in this courtroom, in this

10  building.

11  **Q.**   Are you aware that Dr. Ashbach did not file a claim in the

12  bankruptcy?

13  **A.**   I am aware of it.

14  **Q.**   Knowing what you know now and seeing what the address is,

15  does that surprise you?

16  **A.**   No, it doesn't.  He didn't get any notices of the

17  bankruptcy filing.

18  **Q.**   Now, were there -- he didn't show up at the creditor

19  committee meeting?

20  **A.**   No, he was not present.

21  **Q.**   Would he have had an opportunity to contest -- would he

22  have received notice to contest the -- what was allegedly owed

23  to him?

24  **A.**   Absolutely.  He would have had an opportunity to file a

25  claim.  He could have objected to the plan or the disclosure

 1   statement.

 2   **Q.**    Now, what kind of information should be disclosed by the

 3   debtor as far as assets?  Does he need to disclose to -- in

 4   Chapter 11, should Jack Weichman have had to disclose all of

 5   his insurance policies that had cash surrender value?

 6   **A.**    He would have had to disclose everything he owns, and that

 7   includes every insurance policy, whether it has a cash value or

 8   not.

 9   **Q.**    What if he disclosed a policy to you and then in the

10   course of the bankruptcy he took out a loan on that cash

11   surrender value but didn't tell you about that?

12   **A.**    In general, insurance policies with a cash surrender

13   value, if the beneficiary is a dependent or a family member, in

14   general, those are exempt, so they are not subject to being

15   distributed to creditors, okay.  But if somebody cashes that

16   out, even during the course of a Chapter 11, then that changes

17   the status of that asset.

18        And in Chapter 11, unlike other chapters, the property of

19   the estate is not frozen on the day of filing of the

20   bankruptcy.  In a Chapter 11, any property that the debtor

21   acquires during the course of a Chapter 11 is also estate

22   property.  So if you cash out an insurance policy, that is no

23   longer an exempt asset, and it is property of the bankruptcy

24   estate.

25        And it needs to be disclosed on the monthly operating

1    report for the month that that cash is acquired because it is

2    income received, which you are supposed to report every month.

3    **Q.**   Well, are you aware in January 2011 that Jack Weichman got

4    a $91,487.55 check from the cash surrender value of

5    Northwestern Mutual payable to him?

6    **A.**   I was not aware until reading these -- the documents filed

7    in this case.

8    **Q.**   Were you aware he deposited that check into his son's

9    Centier money market account?

10   **A.**   No.

11             **THE COURT:**  Ms. Berkowitz, he's admitted to all this

12   in the plea agreement.

13   **BY MS. BERKOWITZ:**

14   **Q.**   So those are things that should be included in the

15   bankruptcy estate?

16   **A.**   Correct.

17   **Q.**   This is money for the creditors?

18   **A.**   It is money that would have been calculated into his

19   disposable income in the disclosure statement.

20   **Q.**   Would that include any payments that he's making on credit

21   cards?

22   **A.**   It would.  He should not have been making payments on

23   credit cards unless they were in the ordinary course of

24   business, and they should have been disclosed.

25   **Q.**   So would you say that, let's say, $11,000 to a ticket

1    broker would not be in the ordinary course of business?

2    **A.**   I would say that's not in the ordinary course of business.

3    **Q.**   How about $1200 for cigar purchases?

4    **A.**   That is not the ordinary course of business.

5    **Q.**   Were you aware during the bankruptcy that in January 2011

6    the defendant paid his daughter's credit card bill in the

7    amount of $6,572.22?

8    **A.**   No, not at all.

9    **Q.**   Would you have wanted to have been aware of that?

10   **A.**   Yes.

11          **MS. BERKOWITZ:**  I have nothing further.

12          **THE COURT:**  Are you going to have a lot of questions?

13          **MR. GURLAND:**  No, I have very few questions.

14          **THE COURT:**  Okay.  We will get her done here, and

15   then we are going to take a break here for lunch.

16                        **CROSS-EXAMINATION**

17   **BY MR. GURLAND:**

18   **Q.**   Good afternoon, Ms. Prokop.

19   **A.**   Hello.

20   **Q.**   You testified previously before Judge Simon regarding the

21   U.S. Bank loan?

22   **A.**   Yes.

23   **Q.**   You recall that testimony?

24   **A.**   I do.

25   **Q.**   You recall telling Judge Simon that it was likely that

1    that loan would have been approved given that it was necessary

2    for the operation of MMDS?

3    A.    I think my testimony was that it could have been approved

4    if he could show that in court.

5    Q.    And you personally would have had no objection to that if,

6    in fact, it was the case that they needed to get the Allscripts

7    software to continue to operate MMDS?

8    A.    If he would be able to show that, I don't think the U.S.

9    Trustee would have an objection.

10   Q.    I have heard several times that the money obtained from

11   U.S. Bank for Allscripts was, quote-unquote, syphoned off from

12   the bankruptcy estate, and I have never understood that, but

13   that money would not have been made available to creditors,

14   correct?

15   A.    Not directly, no, but its impact on Jack Weichman's income

16   is what makes it available to creditors.  So if -- that's where

17   he drew his salary and bonuses.

18   Q.    I don't understand what you are saying.

19   A.    If MMDS takes out a large loan and is no longer to pay

20   bonuses to Jack Weichman, then that affects what he said he was

21   going to use to pay into this plan.

22         It is his company, and he determines what the expenses are

23   for MMDS.  If he does so in such a way that it affects what

24   creditors are going to receive down the line, then there's an

25   impact there that at least the Court should know about and

1   creditors should have an opportunity to find out.

2   **Q.**   Okay.  But as I understand your testimony from last time,

3   if, in fact, it was the case that the money was going to be

4   used to purchase the Allscripts software, which it was, which

5   was necessary to operate MMDS, you personally think that's

6   something the bankruptcy judge would have approved?

7   **A.**   If he was able to show that in court, yes.

8   **Q.**   And we've also just been trying to get some clarity on the

9   intended loss for bankruptcy.  As I understand your testimony

10  today, it is the unsecured IRS debt, which you said because is

11  an old debt, it potentially was dischargeable, and then it is

12  the amount contained in Schedule F, to the extent that they

13  were known amounts?

14  **A.**   Correct.

15  **Q.**   Okay.  So the contingent unknown debt of Dr. Lazzaro is

16  not included in your computation for the intended bankruptcy

17  loss?

18  **A.**   I can't decide what the intended bankruptcy loss is, but I

19  disagree with that.  I believe that the amount that is now

20  known and determined to be the amount of the Lazzaro claim is

21  intended.  He listed Dr. Lazzaro as a creditor with the

22  intention to discharge any debt to that creditor, and now we

23  know the amount.  So I don't agree, but that's not for me --

24  that's not my call.

25  **Q.**   Okay.  But your testimony with respect to what this Court

1    needs to decide with regard to intended loss, it is just what's

2    contained in Schedule F, plus the IRS unsecured claim?

3    **A.**   I don't know if I can make that decision, Judge.  I'm not

4    a criminal law attorney.

5              **MS. BERKOWITZ:**  I'm sorry.  Can counsel repeat the

6    question?

7              **MR. GURLAND:**  What I'm trying to determine, which is

8    why we were trying to get you on the phone, is your

9    computation --

10             **MS. BERKOWITZ:**  Your Honor --

11             **THE COURT:**  Well, did you answer his phone calls?

12             **MS. BERKOWITZ:**  Your Honor, I actually did respond to

13   counsel repeatedly.  There's repeated --

14             **THE COURT:**  All right.  Well, I can't sort that out,

15   so --

16             **MR. GURLAND:**  I just want to make sure, while we have

17   this witness here --

18             **MS. BERKOWITZ:**  This is a waste of the Court's

19   time --

20             **MR. GURLAND:**  -- that there's no other element in

21   intended loss other than the totals in Schedule F and the IRS

22   unsecured debt.

23             **THE COURT:**  What were the totals in the Schedule F?

24             **THE WITNESS:**  In Schedule F, it was -- oh, it was up

25   here, but -- was it 1.3 million, I believe?  And then

1   Dr. Lazzaro's determined claim is also now 1.3 million, and he

2   was listed as a creditor with the debtor's intent to discharge

3   that debt.  So that's an additional 1.3 million, and then you

4   have the IRS debt.

5   **BY MR. GURLAND:**

6   **Q.**   Okay.  All right.  So you understand at the time of the

7   bankruptcy Dr. Lazzaro's potential judgment was unknown?

8   **A.**   Correct.

9   **Q.**   And his partner, Mr. Pabon, who brought a similar claim,

10  his potential judgment was unknown?

11  **A.**   Correct.

12  **Q.**   And the judge actually determined that the

13  5-million-plus-dollar claim that Mr. Pabon made was, in fact,

14  worthless, correct?

15  **A.**   I agree, correct.

16  **Q.**   And the claim that Mr. Lazzaro originally brought for

17  $35 million, which at the time of the bankruptcy was

18  potentially listed by him as worth $5 million, a judge

19  determined, excluding attorneys' fees, interest and trebling

20  damages, was worth about $35,000?

21  **A.**   No, I think it was $350,000.  And then it was tripled to

22  1.3 million.  Isn't that -- that's my understanding of it.

23         **MS. BERKOWITZ:**  Your Honor, there's actually a

24  pleading.

25         **MR. GURLAND:**  We'll rely on the victim impact

1    statement for that, Your Honor.

2    **Q.**    Do you have any personal knowledge of the Lazzaro

3    litigation?

4    **A.**    The Lazzaro engagement?

5    **Q.**    Litigation?

6    **A.**    I do.  I have reviewed the judgments, the first judgment

7    and then the final judgment with the total amount.

8         Oh, I understand.  I apologize.  I was thinking Associated

9    Pathologists, which is also one of the litigants in that

10   lawsuit, and Associated Pathologists had the larger $300,000

11   debt.

12        Dr. Lazzaro, I'm not sure what his exact -- the judgment

13   was on his individual claim.

14   **Q.**    Without trebling damages, without attorneys' fees, without

15   interest, it was about $35,000, isn't that correct?

16   **A.**    I don't know.

17              **MR. GURLAND:**  I have nothing further, Your Honor.

18              **THE COURT:**  Anything else, Ms. Berkowitz?

19              **MS. BERKOWITZ:**  Yes, Your Honor.

20                        **REDIRECT EXAMINATION**

21   BY MS. BERKOWITZ:

22   **Q.**    With respect to the $190,000 loan, Ms. Prokop, you

23   indicated that if the defendant could make a case to who he

24   might be able to get that loan?

25   **A.**    It would be to the Court with the creditors having an

1    opportunity and the U.S. Trustee having an opportunity to

2    object.

3    **Q.**    Now, the money that -- but in this case, that didn't

4    happen, did it?

5    **A.**    No, it didn't.

6    **Q.**    So there's $190,000 that went out the door that was not

7    made part of the bankruptcy estate.  Would the creditors -- any

8    payment on that loan, how would that be factored in or how

9    would we see it or how should that be disclosed to the

10   creditors?  If the plan is already in effect and debtor now

11   wants to get a loan for $190,000, what would be the mechanism

12   whereby he would make that known to the creditors?

13   **A.**    He would have to file a motion with the Court, a motion to

14   incur debt.

15   **Q.**    Now, that debt, does that reduce the amount of excess cash

16   that would be available to creditors?

17   **A.**    I believe it would, yes.

18   **Q.**    Well, it logically makes sense, doesn't it; it is an

19   additional business expense?

20   **A.**    I agree with that.

21   **Q.**    So the creditors would have an opportunity to say yes or

22   no on that one?

23   **A.**    Correct.

24   **Q.**    And in this case, the creditors, the unsecured creditors,

25   had identified on -- or defendant identified on Schedule F

1   $1.3 million in debt.  They only got $60,000.

2   **A.**   Correct.

3   **Q.**   Do you think, Ms. Prokop, that had the debtors been aware

4   the defendant could afford $190,000 in debt service that they

5   would have wanted to know that and they might have wanted that

6   money instead?

7   **A.**   Yes, because the $60,000 comes from Jack Weichman's net

8   income, after income and expenses.  And if his income should

9   have been higher because a business took out an unnecessary

10  expense, then that impacts that $60,000 pool.

11  **Q.**   Well, that's net income based on what the businesses are

12  generating for him, isn't that right?

13  **A.**   Correct.

14  **Q.**   And so no doubt that $190,000 would adversely impact the

15  bottom line for MMDS?

16  **A.**   I believe that it would.

17            **MS. BERKOWITZ:**  I have no further questions.

18            **THE COURT:**  If the 190,000 is used to purchase

19  software to keep the business generating income, that's not

20  necessarily the case then, correct?

21            **THE WITNESS:**  I think what the hypothetical is,

22  Judge, is that there's no opportunity for a creditor to say,

23  well, can't you buy something less.

24            **THE COURT:**  No, no, I appreciate that.  He should

25  have gotten the clearance of the bankruptcy court.  I totally

 1    understand that point.  But speaking more sort of

 2    pragmatically, if they need the software to operate the

 3    business to keep generating income, it was probably a wise

 4    thing to do, right?

 5              **THE WITNESS:**  It was.  It is just, Your Honor, in my

 6    12 years in doing this, I've never heard of a $190,000 computer

 7    program for an office for any Chapter 11 debtor.  I have never

 8    heard of that expensive a program.

 9        We have had motions to incur debt to pay taxes, for

10    example, like property taxes, things like that.  The highest

11    loan ever that I have seen in my whole time here has been for

12    about 10- to 20,000.  So $190,000 is really unusual.

13              **THE COURT:**  Okay.  That's your experience.  I

14    appreciate that.

15              **THE WITNESS:**  Correct.

16              **MS. BERKOWITZ:**  Your Honor, may I ask just more

17    question?

18              **THE COURT:**  Sure.

19                   **REDIRECT EXAMINATION (Resumed)**

20    BY MS. BERKOWITZ:

21    **Q.**   Ms. Prokop, you said $20,000 for a debt.  What kind of

22    business was this?  Was this a small mom and pop company?

23    **A.**   If I remember correctly, it was a husband and wife, and

24    they owned real estate; and if they didn't pay the real estate

25    taxes, you know, when they came due, they were going to be in a

```
 1    lot of trouble.  So they asked the Court if they could use, I
 2    think it was, a credit card or obtain a loan from a bank that
 3    had -- that they had already asked and who agreed that they
 4    would do it with Court approval.
 5    Q.    Have you seen debt service for larger corporations?
 6    A.    In some cases, yes.
 7    Q.    And what kind of a large corporation are we talking about?
 8    A.    Well, in 2009, we had a series of five -- I think they
 9    were chiropractic pain clinics file in this division.  And even
10    then, I don't remember four and $5,000 a month for a computer
11    program.
12    Q.    What kind of -- what were those businesses generating?
13    A.    They were generating millions of dollars in income each
14    year.
15    Q.    Millions of dollars in income each year?
16    A.    Millions of dollars.
17    Q.    Jack Weichman didn't identify that MMDS was generating
18    millions of dollars of income each year, was he?
19    A.    No.
20    Q.    Not during the bankruptcy?
21    A.    No, not at all.
22    Q.    By the way, just one more question on the gambling.  Was
23    the defendant -- could he go out and gamble?  Was that okay, or
24    would he have to disclose any gambling winnings he got to the
25    bankruptcy court?
```

1   **A.**   I can't say that there is a prohibition in the bankruptcy

2   against gambling, but he would certainly have to disclose it.

3       The debtor every month has to report not only the income

4   that he receives but every expenditure, every expenditure, and

5   it is supposed to come out of his DIP bank account.  That's

6   what the DIP order says.  I can assure you we did not see any

7   expenses or information about any gambling.

8   **Q.**   Did you see any winnings, gambling winnings?

9   **A.**   No, no winnings.  No winnings, no losses.  And those are

10  the things that determine his net income, the pool that goes to

11  creditors.

12  **Q.**   So gambling winnings should be disclosed to the bankruptcy

13  estate, right?

14  **A.**   Yes, it's a monthly report.  If he had winnings that

15  month, he should have reported it.

16  **Q.**   And the failure to disclose that would be an asset that

17  was not disclosed to the bankruptcy estate and the debtor

18  should be accountable for?

19  **A.**   That's correct.

20          **MS. BERKOWITZ:**  I have no further questions.

21          **THE COURT:**  Do you have anything?

22          **MR. GURLAND:**  No, Your Honor.

23          **THE COURT:**  Ms. Prokop, thank you so much.  It was

24  actually very helpful.  Appreciate it.

25          **THE WITNESS:**  Thank you.

```
 1              THE COURT:  Why don't we break until 1:30.  Just to

 2   let you know, I have another sentencing at 2:30.  It's going to

 3   take about 20 minutes.  So I'm going to fit that in, and then

 4   I'll come back at -- about how much longer do you have?

 5              MS. BERKOWITZ:  I have another three witnesses, three

 6   or four witnesses.

 7              THE COURT:  How much time?  I have a doctor's

 8   appointment I have to get to at five o'clock, and so that's

 9   all.

10              MS. BERKOWITZ:  I suspect that it would -- I don't

11   know that we are going to finish today, Your Honor, to be

12   realistic.

13              THE COURT:  I have to hear from Dr. Ashbach.  He'll

14   take some time.  What's Hatagan going to tell me?

15              MS. BERKOWITZ:  Tax, which is in dispute.

16              THE COURT:  Okay.  All right.

17        Oh, it's at two. I thought it was at 2:30.  So why don't

18   we come back here, let's just say, in 30 minutes, 1:15, to give

19   people a chance to get something quick to eat, and then we will

20   pick back up.  And then my other sentencing is at two, not

21   2:30.  I was mistaken.

22        (A recess was had at 12:43 p.m. )

23        (The following proceedings were held in open court

24         beginning at 1:26 p.m., reported as follows:)

25              DEPUTY CLERK:  All rise.
```

```
 1              THE COURT:  You can be seated.  Sorry I'm running

 2   late.

 3        Ms. Berkowitz, you want to get your next witness in here.

 4              MS. BERKOWITZ:  We call David Ashbach to the stand.

 5              THE COURT:  Good afternoon, sir.  Would you please

 6   raise your right hand to be sworn in.  This lady right here is

 7   going to swear you in.

 8        (The oath was administered.)

 9              THE WITNESS:  I do.

10              THE COURT:  You may be seated.

11              THE WITNESS:  Thank you.

12                DAVID ASHBACH, GOVERNMENT WITNESS, SWORN

13                          DIRECT EXAMINATION

14   BY MS. BERKOWITZ:

15   Q.   Dr. Ashbach, can you please state your full name for the

16   record.

17   A.   David Lawrence Ashbach.

18   Q.   Dr. Ashbach, how old are you?

19   A.   Seventy-five.

20   Q.   Are you married?

21   A.   I am.

22   Q.   And how old is your wife?

23   A.   Seventy-four.

24   Q.   Do you have any children still at home?

25   A.   Yes, I do.
```

DAVID ASHBACH - DIRECT                    Vol. 1, Page 108

1   **Q.**   And how old is that child?

2   **A.**   Forty-five.

3   **Q.**   Does that child have any medical or other issues?

4   **A.**   He is autistic and severely mentally challenged.

5   **Q.**   Has he always lived at home with you?

6   **A.**   He has always lived at home with us.

7   **Q.**   Do you want him to remain at home with you?

8   **A.**   I do.

9   **Q.**   Doctor, you are a physician?

10  **A.**   I am.

11  **Q.**   And what type of physician are you?

12  **A.**   I'm a nephrologist.

13  **Q.**   What is that, a kidney doctor?

14  **A.**   A kidney doctor.

15  **Q.**   Do you have any medical conditions yourself?

16  **A.**   I'm diabetic, and I have cancer.

17  **Q.**   Is this -- you say cancer.  What type of cancer do you

18  have?

19  **A.**   Merkel cell carcinoma.  It is a neuroendocrine malignancy.

20  It is very, very similar to small cell lung cancer.

21  **Q.**   Is this the first time that you have experienced a bout of

22  cancer?

23  **A.**   I have been dealing with this malignancy since 2012.

24  **Q.**   Doctor, have you been treated for the cancer?

25  **A.**   I have had chemotherapy twice.

DAVID ASHBACH - DIRECT                        Vol. 1, Page 109

```
 1   Q.   When did you have chemotherapy the first time?

 2   A.   2012.

 3   Q.   Okay.  And when was the second time you had chemotherapy?

 4   A.   About two years ago.

 5   Q.   Have you had any other medical procedures prior to 2012

 6   where you were under anesthesia or receiving any kind of pain

 7   medication?

 8   A.   No.

 9   Q.   Do you currently experience any memory deficit issues?

10   A.   I hope not.

11   Q.   Doctor, you are a practicing physician still?

12   A.   I am.

13   Q.   Is it full time or part time?

14   A.   Full time.

15   Q.   And are you in a practice?

16   A.   I am in a solo practice.

17   Q.   Does that mean, then, that you are the only physician that

18   sees patients?

19   A.   I'm the only physician in my group, yes.

20   Q.   As a nephrologist, what are some of your responsibilities

21   vis-a-vis your patients?

22   A.   I take care of critically ill patients in intensive care.

23   I take care of regularly hospitalized patients.  I see

24   outpatients in the office, and I have patients in the dialysis

25   unit that I round on.
```

1  **Q.**   Do you at times have to calibrate dosages for any

2  medications or treatments for your patients?

3  **A.**   Yes.

4  **Q.**   Does that require some mathematical skills, at least how

5  to compute something?

6  **A.**   Not really.

7  **Q.**   No, not really?

8  **A.**   Not really.

9  **Q.**   Okay.  Does it require some analysis or -- does it require

10  any kind of skill, I guess?

11  **A.**   I think so.

12  **Q.**   Okay.  What's the skill it requires, Doctor?

13  **A.**   Knowing primarily what dose is appropriate for which

14  patient at what weight.

15  **Q.**   So is there --

16  **A.**   And with what degree of kidney failure.

17  **Q.**   So is there some degree of analysis and memory involved in

18  that calculation?

19  **A.**   Yes.

20  **Q.**   Now, did you say you are working full time?

21  **A.**   Full time.

22  **Q.**   What is full time; how many hours a week?

23  **A.**   I probably work about 50 hours a week, 50, 60.  I work

24  seven days a week, so it's probably closer to 60 hours a week.

25  **Q.**   Doctor, at 75, why are you still working full time 70

1   hours a week?

2   **A.**   Because I can't afford to work part time.

3   **Q.**   Can you tell us, why can't you afford to work part time?

4   **A.**   Because my retirement funds just aren't there.

5   **Q.**   Do you know why your retirement funds aren't there?

6   **A.**   They -- they were taken from me.

7   **Q.**   Who took them from you?

8   **A.**   Mr. Weichman.

9   **Q.**   Is that Jack Weichman?

10   **A.**   Yes.

11   **Q.**   Did you give him permission to take your retirement fund?

12   **A.**   No.

13   **Q.**   Let's talk a little bit about Jack.  How do you know

14   Jack Weichman?

15   **A.**   I joined Gumbiner & Associates (phonetic), a

16   multi-specialty group that was both Illinois and Indiana in

17   1975.  At that time, Mr. Weichman was the accountant for that

18   group.

19   **Q.**   Did he subsequently become your accountant?

20   **A.**   Yes, he did.

21   **Q.**   And has he been your accountant for several years?

22   **A.**   He has been my personal accountant since 1983.

23   **Q.**   Did that end at any point?

24   **A.**   No.

25   **Q.**   He's still your accountant?

1    **A.**    No, that's not entirely true because about two years ago I

2    hired another accountant to do my personal accounting.

3    **Q.**    Was this a forensic accountant?

4    **A.**    I have a regular accountant, and I have a forensic

5    accountant.

6    **Q.**    Did you hire these accountants after Jack Weichman was

7    indicted?

8    **A.**    I'm not entirely certain whether it was just before or

9    just after he was indicted.

10   **Q.**    Now, during the time that Jack Weichman was handling your

11   accounting work, was he handling your personal accounting work?

12   **A.**    Yes, he was.

13   **Q.**    Was he also handling your business accounting?

14   **A.**    Yes.

15   **Q.**    Did that include running your office?

16   **A.**    Yes.

17   **Q.**    Now, you say you are in solo practice right now, but prior

18   to being in solo practice, were you in a group practice?

19   **A.**    Yes.

20   **Q.**    What was the name of the group practice?

21   **A.**    The last group was Northwest Indiana Nephrology.

22   **Q.**    When you were in that group practice, who ran that

23   practice?

24   **A.**    Mr. Weichman.

25   **Q.**    What does that mean when you say Jack Weichman ran a

1    medical practice?  He's not a physician, so what did he do?

2    **A.**    He took care of billing.  He took care of personnel

3    issues.  He took care of accounting.  He took care of seeing to

4    it that our information technology was current.  He took care

5    of everything but patient care.

6    **Q.**    So he was sort of a multipurpose kind of guy?

7    **A.**    Right.

8    **Q.**    And as a result of using Jack Weichman, you and your

9    partners did not have to go do these things yourselves, is that

10   correct?

11   **A.**    Correct.

12   **Q.**    Was the service that Jack Weichman provided, this

13   basically running your practice, credentialing people, hiring

14   people, billing too, I take it?

15   **A.**    Yes.

16   **Q.**    Was this unique to Northwest Indiana?

17   **A.**    Fairly unique.  You could arrange for each one of those

18   components through separate companies, but to have one

19   individual take care of everything from start to finish was not

20   usual.

21   **Q.**    So that was unique?

22   **A.**    That was unique.

23   **Q.**    And if you were to go and do this each individual

24   component, for example, credentialing or hiring staff, you

25   would have to hire the person to do that for you, is that

1   right?

2   **A.**    Correct.

3   **Q.**    And then that would result in additional expense and

4   additional time, I take it?

5   **A.**    Correct.

6   **Q.**    So would it be fair to say that Jack Weichman was pretty

7   well enmeshed in your both professional and personal finances?

8   **A.**    Yes.

9   **Q.**    Did you trust him to handle your personal and professional

10  finances?

11  **A.**    Implicitly.

12  **Q.**    Why is that, Doctor?

13  **A.**    That's a difficult question to answer right now, but I

14  did.  I trusted him implicitly.  He actually -- I was actually

15  in a situation with the first group I was with, which was

16  Gumbiner & Associates, which became Cardiovascular Renal

17  Consultants, and they had promised me full partnership at five

18  years.  At eight-and-a-half years, I was still their employee.

19      I had information that they were, in several respects,

20  cheating me from some of my reimbursement, and it was

21  Mr. Weichman who got me free of that particular group because

22  he had also by that point left.  And he helped set me up in

23  practice along with Dr. Michael Floyd and Dr. James Greenwalt.

24  **Q.**    So did you feel some degree of gratitude to Jack Weichman

25  for helping you out of that situation?

1    **A.**   That would be an understatement.

2    **Q.**   How do you feel about that?

3    **A.**   I think that he basically saved me and did a marvelous job

4    of helping me become a major changer of healthcare in Northwest

5    Indiana.

6    **Q.**   Would you say that you also have a very close personal

7    relationship -- or had a very close personal relationship with

8    Jack Weichman?

9    **A.**   I have a very close personal relationship with

10   Mr. Weichman.

11   **Q.**   And do you consider him like a brother?

12   **A.**   I consider him my brother.

13   **Q.**   Is he, in fact, kind of like your brother in many ways,

14   similar traits to your brother?

15   **A.**   Well, yes.

16   **Q.**   What trait in particular?

17   **A.**   Well, my brother, who I have now lost, helped himself

18   considerably to my assets every chance he had.

19   **Q.**   So you are saying he stole money from you?

20   **A.**   Correct.

21   **Q.**   Jack was aware of that?

22   **A.**   Jack would know about that, yes.

23   **Q.**   Why would Jack know about that?

24   **A.**   There wasn't much that went on in our lives that we didn't

25   discuss with each other.

DAVID ASHBACH - DIRECT                        Vol. 1, Page 116

1   **Q.**   So you discussed that with Jack?

2   **A.**   Yes.

3   **Q.**   Did you share other intimate details about your personal

4   life with Jack Weichman?

5   **A.**   Yes.

6   **Q.**   Did you believe that those were private and personal to

7   the two of you?

8   **A.**   Yes.

9   **Q.**   What about -- did he know about your disabled son?

10  **A.**   Yes.

11  **Q.**   Did he know about your wife?

12  **A.**   Yes.

13  **Q.**   By the way, does your wife work outside the home?

14  **A.**   Never.

15  **Q.**   Never.

16       What about finances; did you ever confide in him your

17  fears about finances, your discomfort with dealing with money

18  and finances?

19  **A.**   I did.

20  **Q.**   And what did you share with Jack Weichman about your

21  feelings about money and finances?

22  **A.**   Basically, I asked him to run my finances for me.   I

23  didn't feel competent to do it.

24  **Q.**   You didn't feel competent to do it?

25  **A.**   Correct.

DAVID ASHBACH - DIRECT                          Vol. 1, Page 117

1   **Q.**   Doctor, you are a highly educated professional, and are

2   you saying that you didn't feel comfortable handling your

3   money?

4   **A.**   I did not feel comfortable handling my money, that's

5   correct.

6   **Q.**   And did you communicate that fact to Jack Weichman?

7   **A.**   Yes, I did.

8   **Q.**   Now, you mentioned your brother, your brother was stealing

9   money from you.  Did you ever file a lawsuit against your

10  brother?

11  **A.**   No.  It was more of a situation where he would ask for the

12  money, and I would give it to him rather than he would steal

13  it.  But he would come into the house and help himself to

14  various objects in the house if he liked them.

15  **Q.**   Like what?

16  **A.**   Movies.

17  **Q.**   How about jewelry?

18  **A.**   Never knew him to take jewelry.

19  **Q.**   Did he take anything else of value?

20  **A.**   I -- I've lost track of that by now.  I'm sorry.

21  **Q.**   Would you describe yourself as financially illiterate?

22  **A.**   Pretty much.

23  **Q.**   Would you describe yourself as intimidated by money?

24  **A.**   Yes.

25  **Q.**   Do you know, Doctor, what your present net worth is?

DAVID ASHBACH - DIRECT                        Vol. 1, Page 118

1   **A.**   No.

2   **Q.**   Do you have any idea?

3   **A.**   Approximately.  I have an idea, rough idea.

4   **Q.**   What is your rough idea of your current net worth, Doctor?

5   **A.**   Well, I think in various bank accounts, I might have

6   upwards of $600,000.

7   **Q.**   Is that total?

8   **A.**   I think so.

9   **Q.**   Doctor, let me direct your attention to 1999.  Did you

10   receive a $5 million windfall that year?

11   **A.**   We sold Comprehensive Renal Care.  In 1989, we started to

12   plan our own dialysis units.  In fact, Sister Jane Marie at

13   St. Margaret's had approached John Greenwalt because we had --

14   this was in 19 -- this was about 1987, '88.  She approached him

15   and said:  We would like to joint venture with you dialysis

16   units.  So Jim got together with Mr. Pristave (phonetic), who

17   was a --

18   **Q.**   Doctor, let me stop you.  Let me try and expedite this.

19   Did you sell some part of your practice in 1999 to DaVita?

20   **A.**   We sold all of our practice, our dialysis practice, that

21   is, to DaVita.

22   **Q.**   And did the investors in that practice then get roughly

23   about $5 million each?

24   **A.**   I don't think it was quite that much, but it wasn't far

25   from that.

DAVID ASHBACH - DIRECT                    Vol. 1, Page 119

1    **Q.**   Okay.  Let's say not far from five.  Were you one of the

2    investors in that practice that got that money?

3    **A.**   I was.

4    **Q.**   Was Jack Weichman one of the investors that got some

5    money?

6    **A.**   Yes.

7    **Q.**   Now, when you got that money, what was your feeling about

8    that, given what you have told us, that you feel intimidated by

9    finances?  What was your feeling when you got $5 million dumped

10   in your lap?

11   **A.**   Didn't know quite what to do with it.

12   **Q.**   Did you communicate that concern and fear to

13   Jack Weichman?

14   **A.**   I asked Jack to handle the money for me because I didn't

15   know what to do with it.

16   **Q.**   Why did you do that?  Why did you ask Jack to do that?

17   Did you trust him?

18   **A.**   I did.  I thought the money should be invested.  I didn't

19   know where to invest it.

20   **Q.**   So you gave him no direction about where to invest money,

21   did you?

22   **A.**   No, I did not.

23   **Q.**   You relied entirely on the defendant to guide you?

24   **A.**   I did.

25   **Q.**   Did you understand that that money, that $5 million, was

DAVID ASHBACH - DIRECT                          Vol. 1, Page 120

```
 1   yours?

 2   A.    I think so.

 3   Q.    Do you doubt it, Doctor?

 4   A.    No.

 5   Q.    Did you ever communicate to Jack Weichman that, hey, that

 6   $5 million, take whatever you want?  Did you ever tell him

 7   that?

 8   A.    No.

 9   Q.    What did you count on that $5 million for?  What was that

10   going to do for you, Doctor?

11   A.    Financial security for the future.

12   Q.    Was it just your financial security, or did that include

13   your wife and child?

14   A.    It would include my entire family.

15   Q.    Who was instrumental in that DaVita buyout?

16   A.    Mr. Weichman.

17   Q.    Did you feel some gratitude for what he had done for you

18   in making you really wealthy?

19   A.    Yes.

20   Q.    How did you communicate that gratitude to Jack Weichman?

21   A.    I said thank you.

22   Q.    Was there anything else that you gave Jack Weichman?

23   A.    Yes.  I gave him $250,000.

24   Q.    Were you the -- you gave it to him?

25   A.    I gave it to him.
```

1   **Q.**   You didn't loan him $250,000?

2   **A.**   No, I gave it to him.

3   **Q.**   This was a conscious decision on your part to give him

4   that money?

5   **A.**   Yes.

6   **Q.**   You wrote him a check?

7   **A.**   I never wrote the check, no.

8   **Q.**   Who wrote the check?

9   **A.**   I don't know that checks were written.  I think money was

10  transferred by Jack from one account to the other.

11  **Q.**   But that was $250,000 that you were aware of and you

12  consciously decided to give him?

13  **A.**   That's correct.

14  **Q.**   Do you recall him asking you to loan you any money in

15  2002?

16  **A.**   No, I don't remember that.

17  **Q.**   Were you aware in 2002 that Jack Weichman obtained a

18  $250,000 line of credit in your name at Centier Bank for the

19  purpose of your investing in something called Broadmoor; are

20  you aware of that?

21  **A.**   No.

22  **Q.**   Did you have any investment -- did you have any money

23  invested, to your knowledge, in Broadmoor in 2002?

24  **A.**   Not that I remember.  Not that I know of.

25  **Q.**   Well, would you remember that?  $250,000 is a lot of

DAVID ASHBACH - DIRECT                          Vol. 1, Page 122

1   money.  Would you remember that?

2   **A.**    I think so.

3   **Q.**    Do you recall Jack Weichman ever saying to you, in 2002,

4   Hey, David, can I borrow your credit history, use your name and

5   go to Centier Bank and take a loan out, a credit line in your

6   name?  Do you remember him ever saying that to you?

7   **A.**    I don't remember that.

8   **Q.**    Would you remember that?

9   **A.**    I would think I would remember that.

10  **Q.**    Is that something that you would have agreed to if he

11  asked for permission to do that?

12  **A.**    I very well might have given him my permission had I

13  known, yes.

14  **Q.**    You might have?

15  **A.**    Yes.

16  **Q.**    What would be a factor in your deciding whether or not to

17  loan Jack Weichman money?

18  **A.**    Whether or not I could afford it.

19  **Q.**    By the way, on Broadmoor, do you recall -- and I'm going

20  to refer to Ashbach 1.  Do you recall being deposed in 2005

21  during the Lazzaro lawsuit?

22  **A.**    I remember that I was deposed, yes.

23  **Q.**    Taking a look at page 48 of that deposition, Ashbach 1.

24          **MR. GURLAND:**  What exhibit number is this?

25          **MS. BERKOWITZ:**  This is Ashbach 1, page 48.

DAVID ASHBACH - DIRECT                            Vol. 1, Page 123

1   **Q.**   Do you remember being asked if you were becoming involved

2   in Broadmoor, and you said, "I was never offered.  Basically, I

3   was told I couldn't afford it."

4        Question:  "By Jack?"

5        And your replying, "Yeah."

6        So to the best of your knowledge, and this is in 2005, you

7   are completely unaware of having any involvement whatsoever in

8   Broadmoor, is that right?

9   **A.**   That's right.

10  **Q.**   And would it be fair to say you are completely unaware

11  that in 2002, Jack Weichman got a line of credit at Centier

12  Bank in your name with your credit for $250,000, is that true?

13  **A.**   That's true.

14        **MS. BERKOWITZ:**   Still on Ashbach 1, if we can go to

15  page 11 of that deposition.

16  **Q.**   In 2005 you were asked about your knowledge about finances

17  and specifics, and you specifically said, on line 11 of

18  page 11, "I have very little knowledge about the specifics of

19  my finances."

20        Question:  "He handles it for you?"

21        "He handles it all."

22        Who is the he that's being referred to here on page 11?

23  **A.**   Mr. Weichman.

24  **Q.**   Now, Jack Weichman had a signature stamp, didn't he, your

25  signature stamp?

DAVID ASHBACH - DIRECT                          Vol. 1, Page 124

1   **A.**   Yes, he did.

2   **Q.**   So he could issue a check without you ever having to

3   actually physically sign it, right?

4   **A.**   Yes.

5   **Q.**   Did he ever tell you when he was using your signature

6   stamp?

7   **A.**   At times I was aware he was using the signature stamp.

8   **Q.**   Well, did he tell you specific instances where he used the

9   signature stamp, or did he just tell you generally, I'm using a

10  signature stamp?

11  **A.**   I don't remember any specific instances at this point.

12          **MS. BERKOWITZ:**   Let's take a look at 22 of Ashbach 1,

13  page 22.

14  **Q.**   On page 22, are you indicating that Jack Weichman is

15  handling all your investments; you trusted him to handle your

16  investments?

17  **A.**   I did, but I'm looking for it on the deposition.

18          **MS. BERKOWITZ:**   Scroll up, please.  I must have the

19  wrong page reference, so let me move on.

20      Let's take a look at page 23.  If we can just move down on

21  page 23.

22  **A.**   And the question?

23  **Q.**   I'm going to get to that.  Did you have any idea, in 2005,

24  as to the retirement accounts, what brokerage firm had them?

25  **A.**   No, I didn't.

1          **MS. BERKOWITZ:**  If we can go to page 53 of this

2     deposition, Ashbach No. 1, please.  If we can scroll down on

3     page 53.

4     **Q.**  Okay.  You were asked, "Have you loaned money to Jack?"

5          Answer:  "I may have.  He, like I said, has access to my

6     funds."

7          Do you remember actually loaning money to Jack Weichman?

8     **A.**  No.  I have given him money, but I don't remember loaning

9     him money.

10    **Q.**  Doctor, can you explain to us -- define loan.  What is

11    that?  What is a loan, as you understand it?

12    **A.**  A loan is money that you give and expect returned.

13    **Q.**  So any money that you have, let's say the $850,000 in the

14    Centier Bank account, that credit line, did Jack Weichman, at

15    the time he took that money, did he ask your permission to take

16    it?

17    **A.**  I don't remember him asking permission, no.

18    **Q.**  You'd remember if he did, wouldn't you?

19    **A.**  For that kind of money, I would think so.

20    **Q.**  Well, it sounds -- Doctor, wouldn't it be a highly unusual

21    event for Jack Weichman to actually ask your permission to take

22    your money?  Wouldn't it be?

23    **A.**  Is that a question?

24    **Q.**  It is a question.  Wouldn't that be an unusual event, for

25    Jack Weichman to actually ask your permission to take your

DAVID ASHBACH – DIRECT                    Vol. 1, Page 126

1   money?  Can you recall any instance where he asked permission?

2   **A.**    I can't remember an instance where he actually asked me,

3   no.

4   **Q.**    Did you ever give -- are you aware that in 2006

5   jack Weichman increased -- or got a credit line at Centier Bank

6   for $500,000 in your name and that the stated purpose of that

7   credit line was for you to buy stock?  Were you aware, in 2006,

8   that Jack Weichman was doing that?

9   **A.**    I don't remember that, no.

10  **Q.**    Would you remember that?

11  **A.**    I would think so.

12  **Q.**    Are you aware that there were no stocks purchased for you

13  in 2006?

14  **A.**    I was not aware of any stock being purchased in 2006, no.

15  **Q.**    Let alone $500,000 worth of stock?

16  **A.**    No.

17  **Q.**    Did Jack Weichman come to you in 2006 and say, David, can

18  I appropriate your name, your credit history and your assets so

19  I can get a line of credit in your name?

20  **A.**    No, I don't remember that.

21  **Q.**    In 2007 were you made aware by Jack Weichman that he was

22  seeking to increase that $500,000 credit line held in your name

23  at Centier Bank to $850,000?

24  **A.**    I don't remember that either.

25  **Q.**    So you're not aware that in 2007 Jack Weichman is telling

DAVID ASHBACH - DIRECT                    Vol. 1, Page 127

1   Centier Bank that you want to invest -- in 2007 you want to

2   invest in Jalapenos -- I'm sorry, to fund the move of

3   Woodhollow to Jalapenos?

4   A.   I was aware that it happened.  I wasn't aware that I had

5   any involvement in it.

6   Q.   You were aware that Jack Weichman was doing that?

7   A.   Yes.

8   Q.   But you had no idea that there was this line of credit,

9   now up to $850,000, in your name with your credit history and

10  your assets guaranteeing it; you weren't aware of that in 2007?

11  A.   No.

12       MS. BERKOWITZ:  Let's take a look at Ashbach 2,

13  please.

14  Q.   Looking at page 101.

15       MS. BERKOWITZ:  If we could scroll down a little bit,

16  please.

17       Also 102.  It is on 102.

18       I guess we have to go to 101 again a little bit.  Okay.

19       I'm sorry.  Scroll down, please.  Down to 102.

20  Q.   You are being asked questions about Jack Weichman's

21  handling of your personal finances.  Do you see that on 101 to

22  102?

23       And you are asked, "Have you ever guaranteed loans on

24  Mr. Weichman's behalf with a lender?"

25       And you respond, "I believe the correct answer would be

 1    yes."

 2         Doctor, that's very cryptic.  What do you mean by that?

 3    **A.**   I became aware of the $850,000 in loans when the loan had

 4    to be renewed.  At that point, I had to sign the renewal

 5    papers.

 6    **Q.**   You had to?

 7    **A.**   It was either that or I would lose the stock -- my stock

 8    that had been used as collateral for that loan.

 9    **Q.**   Well, let's just talk about what's going on here.  Is it

10    your testimony that what you are being told is that there's a

11    loan?  But do you believe there to be a loan?  Did you loan

12    money to Jack Weichman?  Did you make a conscious decision?

13    **A.**   I borrowed money for Jack Weichman's use.

14    **Q.**   Did you make a conscious decision to take out those lines

15    of credit at Centier Bank in 2006 and 2007; was that your

16    decision to do that?

17    **A.**   I don't remember doing that, no.

18    **Q.**   So, no, that wasn't your conscious decision?

19    **A.**   I don't remember doing that.  I don't think I did that.

20    **Q.**   Okay.  That's a lot of money, by your account, is that

21    correct?

22    **A.**   Yes, it is.

23    **Q.**   And do you believe if you would have actually made a loan

24    to the defendant and said, Oh, sure, take my credit, take my

25    assets, that you would have remembered that?

DAVID ASHBACH - DIRECT                    Vol. 1, Page 129

1    **A.**   I would have, yes.

2    **Q.**   Has there been anything that's happened to your memory up

3    through 2014 that would in any way impact your ability to

4    recall an event so significant?

5    **A.**   Well, I did have chemotherapy in 2012.

6    **Q.**   Did you suffer any consequence from the chemotherapy?

7    **A.**   I am not aware that I have a memory problem.

8    **Q.**   Were you still practicing as a physician through the time

9    you were getting chemo?

10   **A.**   Yes.

11   **Q.**   Prescribing for patients?

12   **A.**   Yes.

13   **Q.**   You were operating a car?

14   **A.**   Yes.

15   **Q.**   You were functioning in society?

16   **A.**   I was.

17   **Q.**   Any patients -- did you have any problem with any of your

18   patients?  Did you misdiagnose a patient or issue the wrong

19   dosage unit for a patient that you can recall during the time

20   you were having chemo?

21   **A.**   Not that I'm aware of.

22   **Q.**   So can we say that based on your experience it doesn't

23   seem that the chemo had an effect on your memory and recall,

24   did it?

25   **A.**   I'd like to think that it didn't.

DAVID ASHBACH - DIRECT                          Vol. 1, Page 130

1   **Q.**   Do you know of any?

2   **A.**   No.

3   **Q.**   So it's the defendant who's telling you that you

4   authorized these loans, as you characterize it, on page 102 of

5   Ashbach No. 2, this deposition in 2014?

6   **A.**   That's correct.

7   **Q.**   And by the way, who is the attorney who is present with

8   you for that deposition?  Is that Scott Yahne?

9   **A.**   Yes.

10  **Q.**   Who hired Scott Yahne for you in this deposition?

11  **A.**   Mr. Weichman.

12  **Q.**   What is the subject matter that's being addressed in this

13  lawsuit?

14          **MS. BERKOWITZ:**  If we could maybe go back to Ashbach

15  1, the first couple pages.

16  **A.**   Nephrology Specialists.  At this point, I was president of

17  Nephrology Specialists, and Jack was our practice manager.  And

18  certain members of Nephrology Specialists broke -- caused the

19  group to split.  And after the group had split, Nephrology

20  Specialists then sued Mr. Weichman and myself for

21  misappropriation of funds.

22  **Q.**   Misappropriation of funds.  What was the allegation?  That

23  there's money missing from the business, is that right?

24  **A.**   That's correct.

25  **Q.**   You were personally sued, is that right?

DAVID ASHBACH - DIRECT

1   **A.**   Yes, I was.

2   **Q.**   That means your assets could be potentially on the line in

3   that lawsuit, is that right?

4   **A.**   They are, yes.

5   **Q.**   Did anyone discuss with you, Dr. Ashbach, the possibility

6   of a counterclaim against Jack Weichman?

7   **A.**   On my part?

8   **Q.**   Right, on your part.

9   **A.**   It has been mentioned on multiple occasions, yes.

10  **Q.**   Was that discussed with you with the lawyer that's

11  representing you?

12  **A.**   Yes.

13  **Q.**   And you took no action?

14  **A.**   I took no action.

15         **MS. BERKOWITZ:**   Let's go to page 104 of this

16  deposition.

17       If you could scroll down a little bit on page 104.

18       Okay.  I'm sorry.  Can I also look at 103, please.  103.

19  Okay.  Let's stop here.

20  **Q.**   On page 103, they are asking about these loans.  It says,

21  "How many loans have been secured in your name without your

22  knowledge for Mr. Weichman's use of the funds?"  That's the

23  question posed to you, is that right?

24  **A.**   That's right.

25  **Q.**   And your response to that question of how many loans

1   without your knowledge are two, correct?

2   **A.**   Correct.

3   **Q.**   And they're both in the amount of $500,000 each, yes?

4   **A.**   That's what I thought at that time, yes.

5   **Q.**   And you're asked, "Have you talked to Mr. Weichman about

6   that?"

7           **MS. BERKOWITZ:**  If we could scroll down, please.

8   **Q.**   And you're asked, "What did he say?"

9           And he said, "He needed the money for his business."

10          And his response is, "Which business?"  They're asking,

11  "Which business?"

12          And you reply, "He didn't specify."

13          So, Dr. Ashbach, in 2014, you have no idea what that money

14  that that line of credit, those lines of credit at Centier

15  Bank, is for, do you?

16  **A.**   At that point, no.

17  **Q.**   No one came to you and said, Oh, this is for Jalapenos,

18  did they?

19  **A.**   No.

20  **Q.**   No one gave you any kind of contract or agreement that

21  said, Oh, here is an agreement, David, and you are all settled

22  and taken care of.  You loaned us money for Jalapenos.  You

23  didn't get that in 2014?

24  **A.**   No.

25  **Q.**   Does Scott Yahne also represent Jack Weichman in matters

1   related to Jalapenos; do you know?

2   **A.**   I don't know.

3            **MS. BERKOWITZ:**   Let's take a look at page 106 of

4   Ashbach No. 2, please.

5   **Q.**   So you're also asked on these loans, "Has Jack Weichman

6   signed any guarantee of either of these two $500,000 loans?"

7        "No.  He has no obligation on the loans whatsoever."

8        Doctor, were you okay with that?

9   **A.**   I didn't feel I had much choice but to be okay with it.

10  **Q.**   Why?

11  **A.**   Because the loans were in my name, and I was responsible

12  for them.

13  **Q.**   Well, did you talk to a lawyer?  Because you are telling

14  us you didn't give him permission, you didn't know about them.

15  Did you go to a lawyer and say, Help me; Help me; Get me out of

16  this?

17  **A.**   No, I did not.

18  **Q.**   Why?

19  **A.**   I didn't think there was anything a lawyer could do to

20  help me get out of it.  I apparently signed for those loans,

21  and --

22  **Q.**   Well, let's talk about that, signing for those loans.

23  Doctor, do you read what you sign?

24  **A.**   Of the various bank papers, all of which are at least

25  12 inches long, very small print for pages and pages of

DAVID ASHBACH - DIRECT                    Vol. 1, Page 134

1   language that I really don't understand, no, I didn't read

2   them.

3   **Q.**   Wasn't that common knowledge at Weichman and Associates,

4   and for the defendant, that you didn't read anything that was

5   put in front of you; isn't that true?

6   **A.**   Basically, yes.

7   **Q.**   So you're saying that you felt just because your signature

8   was on here, something that you didn't read and didn't

9   understand, that you were stuck?

10  **A.**   That's what I thought, yes.

11  **Q.**   Did you have trouble getting explanations, when you had

12  questions, from Jack Weichman about your finances?

13  **A.**   It is a difficult question to answer because we talked a

14  lot about a lot of things, but we didn't talk a lot about my

15  finances, and I didn't ask a lot about my finances.

16  **Q.**   Why didn't you ask about your finances, Doctor?

17  **A.**   I trusted that they were secure and that they were being

18  taken care of.  And as we've already said, I did not feel

19  comfortable talking about them.

20         **MS. BERKOWITZ:**  Your Honor, should we take a break?

21         **THE COURT:**  No, I just wanted to see if the next

22  parties were out in the hallway.  You can continue until they

23  are here.

24         **MS. BERKOWITZ:**  Okay.

25  **Q.**   Let me direct your attention to September of 2013.  Do you

```
 1   recall being contacted by Centier Bank regarding $350,000 in
 2   checks to a casino or withdrawals from a casino coming through
 3   a Centier Bank account held in your name?
 4   A.   Yes.
 5   Q.   Is that memorable?
 6   A.   Very.
 7   Q.   Why?
 8   A.   Because there was only $10,000 in the account, and they
 9   paid one of those $10,000 checks and sent the others back to
10   the casino.
11   Q.   It overdrafted your account, didn't it, or the account
12   that's held in your name?  Were you aware of that?
13   A.   The account was in my name, it was my account, and there
14   was not sufficient funds for those checks, so they were
15   returned.
16   Q.   Did someone from the bank call you and say, there's a
17   problem here?
18   A.   Yes.
19   Q.   Was that the first time that you were aware that
20   Jack Weichman was using that account that had your name on it
21   to run gambling debt and gambling checks and money from
22   Brenda Eriksen through?
23   A.   I didn't know anything about Brenda Eriksen at that point.
24   However, that's the first I was aware that there was an issue
25   involving gambling.
```

DAVID ASHBACH - DIRECT                    Vol. 1, Page 136

1   **Q.**   What did you do when you found out Jack Weichman was

2   issuing checks totaling $350,000 on your -- on an account in

3   your name to casinos?

4   **A.**   I did ask him about it.  He said they were markers that

5   the bank was simply supposed -- I mean, the casinos was simply

6   supposed to hold those checks until he could make them good.

7   They were not supposed to be sent to my bank.  He referred to

8   them as markers.

9   **Q.**   Was Jack Weichman -- was he a signatory on that account;

10  do you know?

11  **A.**   I wouldn't be a bit surprised, but I think he basically

12  used my -- no, I think he was a signatory on that account

13  because I think some of those checks had his signature on them.

14  But to be honest with you, I can't remember whether those

15  checks were stamp signed by my stamp or whether they had his

16  signature.  No, I do remember because it was really kind of

17  interesting because the checks had my name on them and they had

18  Jack's name on them, and my name was this big (indicating), and

19  his name was this big (indicating) on those checks.

20  **Q.**   So you're showing a difference between maybe a quarter of

21  an inch?

22  **A.**   And maybe half an inch, yeah.

23  **Q.**   Did you tell the bank anything when you found out that all

24  this money for casinos was going through your account?  What

25  did you do with the bank?

DAVID ASHBACH - DIRECT

1    **A.**    I think we closed the account then and there.

2    **Q.**    Let me direct your attention to May of 2014.

3         That credit line -- you subsequently found out about the

4    credit lines at Centier Bank, did you not, after they had

5    already been taken out, after the money was already exhausted?

6    **A.**    You are talking about the 850,000?

7    **Q.**    Right.

8    **A.**    I knew about that account when the first renewal came up,

9    at least I think it was the first renewal.

10   **Q.**    So it was after the money had already been exhausted, is

11   that correct?

12   **A.**    Yes.

13   **Q.**    The line had been exhausted.

14        And, again, you chose not to do anything because you

15   thought you couldn't do anything?

16   **A.**    One, I didn't think I could do anything, and, two, I still

17   trusted Jack at that point.

18   **Q.**    You trusted him?

19   **A.**    Yes.

20   **Q.**    Why, knowing that he had basically appropriated your

21   identity to take out a credit line in your name for something

22   for him?

23   **A.**    True.  But the trust pretty much ended when that 350,000,

24   $360,000 worth of casino checks came through.

25   **Q.**    Why?

 1  **A.**   That's about the point -- because I have a very negative

 2  feeling about gambling, casino gambling in particular.

 3          **THE COURT:**  How much longer are you going to have on

 4  direct, Ms. Berkowitz?

 5          **MS. BERKOWITZ:**  A while.

 6          **THE COURT:**  I'm going to interrupt you at this point

 7  because I don't want to keep these parties waiting any longer.

 8  So if you guys don't mind maybe just pushing all your stuff to

 9  one side of the table, and this sentencing shouldn't take any

10  more than 20 minutes.  So just stand by, and I'll be back with

11  you.  I'm going to have to interrupt the testimony, and we'll

12  pick back up in a few minutes.

13          **THE WITNESS:**  Do you want me to get down?

14          **THE COURT:**  Yeah, I need you to get down.

15          **THE WITNESS:**  Okay.  All right.

16      (A recess was had at 2:13 p.m. )

17      (The following proceedings were held in open court

18      beginning at 2:43 p.m., reported as follows:)

19          **DEPUTY CLERK:**  All rise.

20          **THE COURT:**  Okay.  You can be seated, sir.  We're

21  back on the record in United States versus Jack Weichman,

22  2:14-CR-93.  We are continuing with the direct examination of

23  Dr. Ashbach.

24      Ms. Berkowitz.

25                  **DIRECT EXAMINATION (Continued)**

DAVID ASHBACH – DIRECT                    Vol. 1, Page 139

1    **BY MS. BERKOWITZ:**

2    **Q.**   Dr. Ashbach, when we left off, we were talking about the

3    deposition you gave in March of 2014, correct?

4    **A.**   Correct.

5    **Q.**   In March of 2014, you aren't aware, were you, that you had

6    retirement fund accounts at LPL and Stifel Nicolaus, were you,

7    in March of 2014?

8    **A.**   I didn't know the names of the companies.  I knew that I

9    did have accounts.

10   **Q.**   You knew you had retirement accounts?

11   **A.**   Yes.

12   **Q.**   But you had no idea where they were?

13   **A.**   No.

14   **Q.**   In fact, you testified in a deposition in 2005 that you

15   didn't know where your retirement accounts were, didn't you?

16   **A.**   Correct.

17   **Q.**   Does that change, though, in 2014, when you are visited by

18   Special Agent Brian Visalli?

19   **A.**   I don't remember when I learned where the companies were,

20   but I learned a lot from Brian that day, yes.

21   **Q.**   Well, when you were being deposed back in March of 2014,

22   you had no idea that Jack Weichman had, in fact, stolen money

23   from you, that he had taken millions of dollars from you; you

24   didn't know that in March of 2014, did you?

25   **A.**   No.

DAVID ASHBACH - DIRECT                    Vol. 1, Page 140

1   **Q.**   So was that information that you got when Brian Visalli

2   came to visit you, that, in fact, you had millions of dollars

3   stolen from you by Jack Weichman?

4   **A.**   That was brand new knowledge for me, yes.

5   **Q.**   So you didn't know where your retirement fund accounts

6   were, and you didn't know that the defendant had been helping

7   himself to those retirement fund accounts, did you?

8   **A.**   No.

9   **Q.**   Doctor, previously we talked about -- you had said that

10  you would sign stuff without reading it.

11      I'm going to show you what's been marked as Search Warrant

12  Exhibit 70.

13          **MS. BERKOWITZ:**   If we could switch from computer to

14  the ELMO, please.   I'm sorry.

15  **Q.**   Do you recognize this document that I'm showing you?   Do

16  you know what this is?

17  **A.**   I recognize my signature.   The rest of it is kind of

18  blurry.

19  **Q.**   This is for an LPL account, and it is basically like a

20  withdrawal slip, isn't it?

21  **A.**   Yes.

22  **Q.**   And it is blank?

23  **A.**   Yes.

24  **Q.**   Completely blank but for one thing.

25  **A.**   Has my signature.

DAVID ASHBACH - DIRECT                          Vol. 1, Page 141

1    **Q.**   Right.   Doctor, this is the kind of stuff that you would

2    just sign, you wouldn't read?   Did you read what you were

3    signing?

4    **A.**   I knew that I was signing several blank forms for the

5    brokerage account so that Jack could get money to pay off some

6    of my debts.

7    **Q.**   Your debts?

8    **A.**   Yes.

9    **Q.**   Not his debts?

10   **A.**   Correct.

11   **Q.**   Did you always know what Jack was doing with those --

12   well, you didn't know what Jack was doing with those brokerage

13   accounts, did you?

14   **A.**   Not generally, no.

15   **Q.**   I'm going to show you what's been marked as Search Warrant

16   71.

17         Do you see this document?   Have you seen this before?

18            **THE COURT:**   Will you remove that Post-It note?

19            **MS. BERKOWITZ:**   This is part of a document.

20            **THE COURT:**   It is part of the original?

21            **MS. BERKOWITZ:**   It is part of a document, Your Honor.

22            **THE COURT:**   I thought it was a note to yourself.

23            **MS. BERKOWITZ:**   No.

24   **Q.**   Dr. Ashbach, have you seen this document before?

25   **A.**   (No response.)

1   **Q.**   As you are looking at that document, on the computer it

2   looks like it is one intact document, doesn't it?

3   **A.**   Yes.

4   **Q.**   Guess what, it is Scotch-taped, Doctor.  That's blank.

5   Scotch-taped over that page, over that letter, is a cutout of

6   your signature.  Were you aware that Jack Weichman was doing

7   that kind of stuff?

8   **A.**   No.

9   **Q.**   So you said you were signing a lot of documents.  Were you

10  signing documents for your medical practice that you were in at

11  the time?

12  **A.**   Usually, yes.

13  **Q.**   Was that Nephrology Specialists?

14  **A.**   It was Nephrology Specialists up to 2012.  After that, I

15  was no longer responsible for the corporation I was a member

16  of.

17  **Q.**   For Nephrology Specialists -- were you the president of

18  Nephrology Specialists?

19  **A.**   I was president of Nephrology Specialists until I

20  resigned.

21  **Q.**   Who made you president of Nephrology Specialists?

22  **A.**   I was told when we first incorporated that, according to

23  Indiana law, the corporation had to have a president, and

24  therefore -- there were three of us.  There was Dr. Floyd,

25  myself and Dr. Greenwalt, and Jack said, you will be president.

DAVID ASHBACH - DIRECT                    Vol. 1, Page 143

1    **Q.**    Jack said to you --

2    **A.**    Yes.

3    **Q.**    -- you will be president?

4    **A.**    Yes.

5    **Q.**    Would it be fair to say that you were probably the least

6    qualified to be president, Dr. Ashbach?

7    **A.**    No, probably Dr. Floyd was least qualified.

8    **Q.**    Okay.

9    **A.**    But certainly --

10   **Q.**    Fair enough.

11   **A.**    But certainly Dr. Greenwalt was far more knowledgeable

12   about finances than I was.

13   **Q.**    And as you have said, you were not at all knowledgeable

14   about finances?

15   **A.**    That's correct.

16   **Q.**    Would it also be fair to say that you pretty much gave

17   Jack Weichman free rein; you didn't pay attention to what was

18   going on with the practice?

19   **A.**    That's correct.  I was basically taking care of my

20   patients.

21   **Q.**    And were there loans that Nephrology Specialists -- your

22   practice had with banks?

23   **A.**    Yes.

24   **Q.**    So if you saw any loan documentation, did you assume it

25   was for your practice?

DAVID ASHBACH - DIRECT                    Vol. 1, Page 144

1    **A.**   That's correct.

2    **Q.**   You didn't look at it carefully, did you?

3    **A.**   No.

4    **Q.**   And you did that because you trusted the defendant?

5    **A.**   I did.

6    **Q.**   Where would you come and sign these documents?  Was it --

7    were the papers brought to your office, or did you have to go

8    to Jack Weichman's office?

9    **A.**   I went to Mr. Weichman's office.

10   **Q.**   Does Jack Weichman currently have any signatory authority

11   over your bank accounts?

12   **A.**   No.

13   **Q.**   Why not?

14   **A.**   Because I stopped trusting him, and he didn't -- one, he

15   didn't ask for it.  I wouldn't have given it to him.  And at

16   this point, I would not trust him to do that.

17   **Q.**   Now, you mentioned that you were terminated from your

18   practice, is that right?

19   **A.**   Technically, I resigned, but they were about to vote me

20   out.

21   **Q.**   They were going to vote you out.  Now, as a result of your

22   leaving that practice, were there some outstanding benefits or

23   assets that had to be divvied up amongst the partners?

24   **A.**   (No response.)

25   **Q.**   Was there something called Jayvac (phonetic)?

DAVID ASHBACH - DIRECT                         Vol. 1, Page 145

1    **A.**    JV?

2    **Q.**    JV.  What's JV?

3    **A.**    Joint venture.

4    **Q.**    Joint venture.  Is that some sort of a partnership?

5    **A.**    It is.

6    **Q.**    And did the partners offer you money for your share in

7    that partnership?

8    **A.**    Not yet.

9    **Q.**    Did they at some point offer you -- they didn't offer you

10   any money?

11   **A.**    They did initially.

12   **Q.**    Okay.  What did they offer you initially?

13   **A.**    They offered to wipe out my debt to Northwest Indiana

14   Nephrology in exchange for my share of the joint venture.

15   **Q.**    How much was that really?

16   **A.**    Probably, truthfully, about 53,000, but they represented

17   it as about 200,000.

18   **Q.**    Okay.  Now, Jack Weichman was still functioning as the

19   manager of that practice, wasn't he, when this was all

20   happening?

21   **A.**    Not at that point, no.

22   **Q.**    No?  By the way, when is this happening?  What's the date

23   we are talking about?

24   **A.**    This was May of 2017, and I think Jack was terminated -- I

25   believe Jack was terminated as manager of that practice in

1    January of 2017.

2    **Q.**   Now, when you are faced with this -- did you believe that

3    the partnership had greater value than what the partners were

4    representing to you?

5    **A.**   I had no idea.

6    **Q.**   Okay.  And who did you turn to?

7    **A.**   I turned to Jack.

8    **Q.**   Why did you turn to Jack?

9    **A.**   Beg your pardon?

10   **Q.**   Why did you turn to Jack?

11   **A.**   Because Jack told me that my value was considerably more

12   than they were offering me.

13   **Q.**   Okay.  So how did it come that Jack tells you, hey, this

14   is worth more than they are offering?  He knew about this and

15   he approached you?

16   **A.**   I don't remember, to be honest.

17   **Q.**   But Jack is telling you, this is worth a lot of money?

18   **A.**   Yes.

19   **Q.**   And this is after he's been indicted and you're aware that

20   he's taken all this money from you?

21   **A.**   Correct.

22   **Q.**   And you still seek his guidance?

23   **A.**   I did, yes.

24   **Q.**   Why?

25   **A.**   I had nowhere else to turn, as far as being able to

DAVID ASHBACH - DIRECT                              Vol. 1, Page 147

```
 1   continue to practice, how I was going to continue to practice;

 2   or in an actual fact, he's the only one who understood the

 3   books well enough to know when I was being cheated by Northwest

 4   Indiana Nephrology.

 5   Q.   So did Jack Weichman conduct an evaluation for you on the

 6   value of the partnership?

 7   A.   Yes, he did.

 8   Q.   He personally conducted that evaluation?

 9   A.   No, he hired a company, Healthcare Associates, to evaluate

10   my share of the corporation -- or to evaluate the value of the

11   entire corporation and then my share.

12   Q.   And was that valuation greater than what your partners

13   were offering you?

14   A.   Considerably.

15   Q.   Do you feel beholden to Jack Weichman for doing that?

16   A.   Yes, I do.

17   Q.   So do you still meet with Jack Weichman about the

18   operation of your current medical practice?

19   A.   He manages my current medical practice, and I still meet

20   with him regularly about it.

21   Q.   Do you still have a personal relationship with him?  Do

22   you consider yourself good friends still, like brothers?

23   A.   Yes.

24   Q.   Now, do you meet with him at his office?

25   A.   Yes.
```

1    **Q.**   And, in fact, did you meet with him at his office on

2    April 16th of 2018?

3    **A.**   I -- I don't -- I mean, I meet with him several times a

4    week.  I would not remember exactly what days.

5    **Q.**   Let me show you what's been marked as Defense Exhibit 16.

6    Do you recognize this document, Dr. Ashbach?

7    **A.**   Yes, I do.

8    **Q.**   Okay.  It is dated April 16, 2018.  Was that the date you

9    wrote the document?

10   **A.**   I think I probably hand wrote it the day before.

11   **Q.**   Oh, you hand wrote it or you did it on your laptop?

12   **A.**   I hand wrote it.

13   **Q.**   Okay.  And where were you when you hand wrote that?

14   **A.**   I was in his office.

15   **Q.**   And who was present in his office when you hand wrote

16   that?

17   **A.**   He was.

18   **Q.**   Was there anyone else in the office?

19   **A.**   No, it was late at night.

20   **Q.**   And --

21   **A.**   Or perhaps early morning.

22   **Q.**   Who asked you to write this letter?

23   **A.**   Jack had asked me to write the letter.

24   **Q.**   Did you feel, Dr. Ashbach, that you could refuse to write

25   that letter?

1    **A.**    Yeah, I did feel I could refuse to write the letter.

2    **Q.**    You felt you could refuse?

3    **A.**    (No response.)

4    **Q.**    You didn't feel beholden to Jack Weichman if you didn't

5    write the letter?

6    **A.**    I felt beholden to him, but I didn't think what he asked

7    me to write was incorrect or unreasonable.

8    **Q.**    As far as his mother goes?

9    **A.**    Yes.

10   **Q.**    Now, there are two lines that appear at the end of this

11   document.  It says --

12              **THE COURT:**  Can I clarify something?  I want to make

13   sure --

14              **MS. BERKOWITZ:**  Sure.

15              **THE COURT:**  Did you just ask -- did he ask you to put

16   in the letter the reference to the situation with his mother?

17              **THE WITNESS:**  He was discussing his mother's

18   situation with me.

19              **THE COURT:**  Okay.

20              **THE WITNESS:**  And I think it was kind of mutually

21   decided that it would be okay for me to write this letter.

22              **THE COURT:**  Fair enough.

23   **BY MS. BERKOWITZ:**

24   **Q.**    Now, taking a look at the last two sentences of his

25   letter, it says, "I am convinced that without him, she would

 1   die.  Please seriously consider not taking Jack away from his

 2   mother or any of us."  I guess it is three sentences.  "We all

 3   want and need him."

 4   **A.**   I wrote that.

 5   **Q.**   You wrote that?

 6   **A.**   Jack did not write that.

 7   **Q.**   Dr. Ashbach, do you recall being interviewed at the U.S.

 8   Attorney's Office in the presence of Brian Visalli and stating

 9   that, in fact, those two lines were dictated to you by

10   Jack Weichman?

11   **A.**   No, what I said was that there were some elements in the

12   letter that Jack had put in there, but it wasn't those last two

13   sentences.

14   **Q.**   So is it your testimony here today that those last two

15   lines were not, in fact, dictated by Jack Weichman?

16   **A.**   No, they weren't.

17         **MR. GURLAND:**  Your Honor, if I may, I have asked the

18   government, specifically in our e-mails, for any additional

19   302s or MOIs.  It was my understanding, in fact, that they had

20   met with Dr. Ashbach after we obtained the settlement

21   agreement, and I was specifically told that there were no more

22   interview memos, MOIs.  I'd asked that the agent bring his

23   notes here today.  I was told by Diane Berkowitz in an e-mail,

24   because she wasn't talking to me, that there was nothing

25   exculpatory, nothing existing, nothing we needed to know.  This

DAVID ASHBACH - DIRECT                    Vol. 1, Page 151

 1   should have been disclosed.  Maybe there's something they could
 2   provide us.
 3          THE COURT:  Ms. Berkowitz, was there an MOI or 302
 4   written as it relates to this meeting?
 5          MS. BERKOWITZ:  No, Your Honor.  This is preparation
 6   for sentencing.  The agent may have dashed three sentences,
 7   but, in fact, the statement that was made by Dr. Ashbach at the
 8   time was inculpatory, not exculpatory.  The statement was that
 9   these two lines were written by Jack Weichman.
10          THE COURT:  I understand that.  I'm just trying to
11   inquire as to whether or not it was recorded in some kind of
12   memorandum or 302 or what have you.
13          MS. BERKOWITZ:  Your Honor --
14          AGENT VISALLI:  It wasn't.
15          MS. BERKOWITZ:  No.  No.  It is not exculpatory,
16   again, Your Honor.
17          THE COURT:  No, I fully understand that.
18   BY MS. BERKOWITZ:
19   Q.   Dr. Ashbach, when was the last time you met with
20   Jack Weichman?
21   A.   Yesterday.
22   Q.   You entered recently into an agreement that's titled
23   "Agreement," Defendant's Exhibit 15.  Are you familiar with
24   this document?
25   A.   Yes, I am.

1   **Q.**   Okay.  And who drafted this document?

2   **A.**   It was drafted by my lawyers.

3   **Q.**   By your lawyers.  Do you recall telling us that it was

4   drafted by Michael Gurland?

5   **A.**   Mr. Gurland was involved with the drafting of this, yes.

6   **Q.**   Now, what is your understanding, Dr. Ashbach, as to what

7   Defendant's Exhibit 15 does?

8   **A.**   Basically, it is part of the agreement for Jack to attempt

9   to make some restitution by giving to me part of Jalapenos.

10   **Q.**   Okay.  And, in fact, what's identified here is that on

11   page -- I guess paragraphs 2 and 3 -- he's giving you a 20 --

12   he owns 50 percent of these two entities, Woodhalapenos and JAW

13   Ventures II, correct?

14   **A.**   Correct.

15   **Q.**   Or that's what he's representing.  He's agreeing to give

16   you 25 percent of his 50 percent interest?

17   **A.**   He's agreed to give me half of his 50 percent interest so

18   that I would have 25 percent of the entire entity, or

19   one-fourth.

20   **Q.**   So would you agree with me, Doctor, that half of

21   50 percent is 25 percent?

22   **A.**   Of the whole thing, but not 25 percent of his 50 percent.

23   **Q.**   Not following you, Doctor.

24   **A.**   The way you phrased it, it would have been 12-and-a-half

25   percent.

DAVID ASHBACH - DIRECT                          Vol. 1, Page 153

1   **Q.**   Okay.  He's got 50-percent ownership interest, and his son

2   has the other 50-percent ownership interest in these entities,

3   is that correct?

4   **A.**   That's my understanding.

5   **Q.**   So of that 50-percent interest that the defendant has,

6   he's offering you half, right?

7   **A.**   Correct.

8   **Q.**   Now, are you aware that but for this agreement you would

9   be able to go after a hundred percent of his ownership

10  interest, but you have limited yourself to 25 percent; do you

11  realize that?

12  **A.**   I do realize that.

13  **Q.**   Do you realize that the document has no specified

14  repayment plan?

15  **A.**   There is -- there is the 850,000.

16  **Q.**   Where would that be, Doctor?

17  **A.**   That's not in this document.

18  **Q.**   It is not in the document.  Where would that be, then,

19  Doctor?

20  **A.**   I don't know.

21  **Q.**   You don't know.

22       It says that you will receive money -- you will get a

23  $4,000-a-month consulting fee after the Woodhalapenos loan is

24  paid off, a $4,000-a-month consulting fee.  What consulting

25  will you be doing, Doctor?

DAVID ASHBACH - DIRECT                              Vol. 1, Page 154

1    **A.**    I can't answer that question.  I don't know the answer.

2    **Q.**    Doctor, is this -- does this seem like it might be a sham

3    agreement?  If you are not doing consulting work, then why

4    would you be paid a consulting fee?  Is that a sham on the IRS,

5    because the defendant could then deduct consulting fees that he

6    pays?

7    **A.**    I don't know the answer to that.

8    **Q.**    By the way, that ownership interest in Woodhalapenos and

9    JAW Venture, do you know how much either of those entities are

10   worth?

11   **A.**    I do not.

12   **Q.**    Do you know if either of those entities has any debt?

13   **A.**    I know that they have that 850,000, of which it is now

14   about 500,000.

15   **Q.**    I don't understand, Doctor.  Can you explain that to me?

16   What are you talking about?

17   **A.**    There are two loans.  I think that there is one for about

18   120,000 that they owe me, and then there is the money that I

19   borrowed on behalf of Jalapenos that they are paying back.

20   That's being secured by my brokerage account.

21   **Q.**    Okay.  We'll get to that.  But just taking a look at this

22   loan -- or this agreement, there's no -- you don't know if

23   either of those two entities has any value at all, do you, as

24   you sit here today?

25   **A.**    My lawyers have told me that there is considerable value

1   in those entities, but I don't know.

2   **Q.**   Have you seen any tax returns?

3   **A.**   No, I have not.

4   **Q.**   Have you seen any bank statements?

5   **A.**   I have not.

6   **Q.**   Are you aware that in the bankruptcy proceeding

7   jack Weichman identified both of those entities as not

8   generating any income to him?

9   **A.**   I'm not aware of that.

10  **Q.**   Doctor, can you tell us where in this agreement is any

11  protection for your wife and family members, including your

12  disabled son?

13  **A.**   I -- I can't answer that either.

14  **Q.**   In the event of your death, what do you understand is

15  going to happen with this agreement?

16  **A.**   I think that the 25 percent becomes part of my estate.

17  **Q.**   You think or you know, Doctor?

18  **A.**   I think.  I don't know.

19  **Q.**   And again, you don't know if that 25 percent of either of

20  those entities has any value whatsoever?

21  **A.**   That's correct.

22  **Q.**   Doctor, your wife is 74?

23  **A.**   Yes.

24  **Q.**   It says here that "Upon David's demise" -- David, I take

25  it that is you.  There are no last names used in this

1   agreement.  Is that you?

2   **A.**   That's me.

3   **Q.**   -- "Jack, his estate, or his son Ari shall have the right

4   to buy back shares in both entities for net fair market value

5   at that time."  What's net fair market value?

6   **A.**   I don't know.

7   **Q.**   In fact, net fair market value will be agreed upon by the

8   parties.  That would be your wife.  Is your wife someone who is

9   going to pursue this kind of an agreement?

10   **A.**   Probably not.

11   **Q.**   Would your wife go get an independent appraisal of these

12   businesses?

13   **A.**   She would need the advice of a lawyer to know to do that.

14   **Q.**   Well, did you get an independent appraisal of either of

15   those businesses?

16   **A.**   No, I did not.

17

18

19

20

21

22

23

24

25

1   **Q.**   I just want to clarify something here on paragraph 4:  "It

2   is acknowledged that Woodhalapenos owes a loan in the amount of

3   $466,205.47 that was taken out with David Ashbach's consent and

4   knowledge and guaranteed by David from Centier Bank and

5   subsequently refinanced to First Financial."

6        Doctor, did you not testify earlier that you were unaware

7   of any of those loans, the 2006, 2007 Centier loans being taken

8   out?

9   **A.**   I was aware once the loans were renewed.

10  **Q.**   Once they were renewed?

11  **A.**   So at the point of the preparation of this document, I was

12  aware of those loans.

13  **Q.**   So to be clear, at the time those loans were taken out,

14  you were not aware of them?

15  **A.**   That's correct.

16  **Q.**   And the loan that's being referred to, that's the loan

17  that was transferred to First Financial, correct?

18  **A.**   Correct.

19  **Q.**   In fact, two loans.  Those loans were transferred from

20  Centier Bank to First Financial?

21  **A.**   Yes.

22        **MS. BERKOWITZ:**  Can we pull up First Financial 1 and

23  2.

24  **Q.**   I'm showing you now one of the loans from First Financial.

25  This is the loan that was transferred from Centier Bank to

DAVID ASHBACH - DIRECT                    Vol. 1, Page 158

1    First Financial, is that right?

2    **A.**   (No response.)

3    **Q.**   Do you want to scroll down and take a look at that?  Do

4    you see your -- you signed that?

5    **A.**   I did.

6    **Q.**   And you knew it was being transferred to Centier Bank?

7    **A.**   I did.

8    **Q.**   And did you feel at the time you were transferring this

9    that this was something that you had a choice about, or did you

10   fear you were going to lose your DaVita stock that was

11   guaranteeing the Centier loan?

12   **A.**   No, I didn't feel I was going to lose the stock.  My

13   understanding was that the transfer was made because the

14   interest rate was better.

15   **Q.**   So you have not previously testified, Doctor, that you

16   believed that if you didn't make the transfer that you would --

17   if Jack Weichman defaulted, you could -- Centier Bank would

18   just take your DaVita stock?

19   **A.**   That's correct.

20   **Q.**   Now, do you recall testifying earlier today that you

21   didn't think you had a choice and you didn't consult a lawyer?

22   You don't recall that?

23   **A.**   I do, but that was for the renewal, not the transfer.

24          **MS. BERKOWITZ:**  Could we go back to the ELMO, please.

25   **Q.**   Taking a look at the first page of Defendant's Exhibit 15.

1          [As read:]  "Whereas during the course of their

2    long-standing relationship, David expressed to Jack on many

3    occasions Jack would use David's assets and guarantees for

4    Jack's personal use, with David's prior knowledge."

5    **A.**    Is that the final document?

6    **Q.**    This is Defense Exhibit 16.  Would you look to see your

7    signature?

8    **A.**    I thought that part had been removed.

9    **Q.**    Why?  You want that removed?  Why do you want that

10   removed, Doctor?

11   **A.**    Because I did not specifically tell Jack at any point that

12   he could take my funds for his personal use.

13   **Q.**    So do you agree, Doctor, that the money that came out --

14   the $850,000 at Centier Bank that was taken out in 2006 and

15   2007, that resulted in an $850,000 line of credit being

16   exhausted in your name, that was not something that you agreed

17   to?

18   **A.**    That's correct.

19   **Q.**    That was not a loan, is that correct?

20   **A.**    That's correct.

21          **MS. BERKOWITZ:**  If I could have a moment.

22          **THE COURT:**  (No response.)

23          **MS. BERKOWITZ:**  I have no further questions right

24   now, Your Honor.

25          **THE COURT:**  Cross, Mr. Gurland?

 1              **MR. GURLAND:**  Yes, Your Honor.

 2        Your Honor, do you have a copy of the exhibit binder?

 3              **THE COURT:**  I do.

 4              **MR. GURLAND:**  I may do a lot of this the old fashion

 5   way.

 6        May I approach the witness?

 7              **THE COURT:**  Sure.

 8                        **CROSS-EXAMINATION**

 9   **BY MR. GURLAND:**

10   **Q.**   Mr. Ashbach, when I'm ready to go to the exhibits, I'll

11   direct you to each numbered exhibit.

12   **A.**   Okay.

13   **Q.**   I just want to start first where we just left off with

14   regard to that paragraph in the signed settlement agreement.

15   Do you recall that in the meeting in which your lawyer,

16   Art Hyman was there, and Mr. Efron was there, I believe

17   Mr. Driscoll was there as well, Mr. Pinkerton was there,

18   Jack Weichman was there, and I was there, that when that

19   sentence was written, you approved it because we added the

20   words "prior knowledge" to it?  Does that ring a bell, you said

21   "with my prior knowledge"?

22   **A.**   Ah, that's right.  You are correct.

23   **Q.**   In fact, there were a number of whereas clauses that you

24   struck from that agreement and you refused to sign, correct?

25   **A.**   Correct.

1  **Q.**   And it is true that I was involved in drafting that

2  agreement, but that agreement originally was drafted about a

3  year ago by Jack's former counsel, who is now Ms. Berkowitz's

4  boss, right, by Mr. Kirsch?

5  **A.**   I understand, yes.

6  **Q.**   And it took about a year, because of the change of

7  counsel, for that settlement agreement to, in fact, get signed,

8  to get everyone to sit down at the table and determine what you

9  felt you were willing to agree to, correct?

10 **A.**   Correct.

11 **Q.**   You and Jack Weichman are close friends, yes?

12 **A.**   Yes.

13 **Q.**   You have been close friends for decades?

14 **A.**   Over 40 years.

15 **Q.**   And as you sit here today testifying in his sentencing,

16 you would still consider yourself a close friend of

17 Jack Weichman?

18 **A.**   I do.

19 **Q.**   Someone you love?

20 **A.**   Yes.

21 **Q.**   You love him like a brother?

22 **A.**   Yes.

23 **Q.**   And you've told him and people in his office many times

24 that you love him like your brother and made statements,

25 general statements to the effect of, you know, what's mine is

1    his?

2    **A.**   I don't know about that for sure.  For the most part, I

3    would share a lot with him, but that statement sort of implies

4    that everything I have I would give to him, and that I would

5    not have done.  I would still have to continue to take care of

6    myself and my family.

7    **Q.**   But you made statements to the effect of, you know, Jack's

8    like a brother to me.  You know, if he needs something, you

9    know, I'd be there for him?

10   **A.**   That's correct.

11   **Q.**   And you understand that you are here today because,

12   amongst other things, Diane Berkowitz would like to see

13   Mr. Weichman go to jail?

14          **MS. BERKOWITZ:**  Your Honor, I'm going to object to

15   the characterization.  I represent the United States.

16          **THE COURT:**  Yeah, let's stop personalizing it.  Just

17   rephrase the question.

18   **BY MR. GURLAND:**

19   **Q.**   Do you want to see Jack Weichman go to jail?

20   **A.**   No, I do not.

21   **Q.**   Do you think that you'll benefit in any way if

22   Jack Weichman goes to jail?

23   **A.**   I won't benefit by his going to jail in any way, no.

24   **Q.**   Do you think his going to jail is going to harm you?

25   **A.**   It possibly could.

DAVID ASHBACH - CROSS                          Vol. 1, Page 163

1   **Q.**   And Ms. Berkowitz brought up something about a recent

2   issue you had with your former partnership.

3   **A.**   Yes.

4   **Q.**   And she insinuated that Jack Weichman came to you and

5   raised that issue, but isn't it true that that first issue came

6   up -- or when that issue first came up, you were dealing with

7   your attorneys?

8   **A.**   Correct.

9   **Q.**   And your attorneys told you that you had a claim of about

10  $140,000?

11  **A.**   About, yes.

12  **Q.**   And you made Jack Weichman aware of that, correct?

13  **A.**   Yes.

14  **Q.**   And it was only after all that had transpired with your

15  counsel that Mr. Weichman said, Oh, you may actually have a

16  larger claim, and you asked Jack -- you mutually agreed that he

17  would look into that for you?

18  **A.**   That's correct.

19  **Q.**   And Mr. Weichman actually determined that you have a claim

20  that's worth about three to $4 million?

21  **A.**   That's correct.

22  **Q.**   And but for Jack Weichman, you wouldn't know about that,

23  you would have relied on your lawyers, and you might have

24  walked away with $140,000 instead of potentially three or

25  $4 million?

DAVID ASHBACH - CROSS                          Vol. 1, Page 164

1   **A.**   That's absolutely correct.

2   **Q.**   And it wasn't something that Mr. Weichman thought up, an

3   idea he thought up and approached you in order to try to get

4   some benefit at sentencing.  It is something that came up

5   because your attorneys brought it up and came to a

6   conclusion that --

7           **MS. BERKOWITZ:**  Objection, Your Honor, as to the form

8   of that question.

9           **MR. GURLAND:**  -- that wasn't satisfying to you?

10          **THE COURT:**  What's the objection?

11          **MS. BERKOWITZ:**  Form of the question.  It is not

12  really a question.

13          **THE COURT:**  Overruled.

14          **THE WITNESS:**  You are right.

15  **BY MR. GURLAND:**

16  **Q.**   Now, and I'll try and do this quickly, because we have

17  been through some of the deposition testimony, we have seen

18  some of the statements you've made, but you've testified

19  several times, 2005, 2014, and in the grand jury, regarding the

20  authority you did or didn't give to Mr. Weichman, correct?

21  **A.**   Correct.

22  **Q.**   And you have, under oath, made statements to the effect of

23  "I've given him money because he's a friend of mine"?

24          **MS. BERKOWITZ:**  Your Honor, could we have a reference

25  by counsel?

1           **MR. GURLAND:**  That references to the 2005 deposition,

2    page 51.

3    **Q.**   You recall making statements like that?

4    **A.**   Yes.

5    **Q.**   Okay.  And you recall making statements -- now I'm

6    referring to page 53 -- in response to the question "Have you

7    loaned money to Jack," saying, "I may have.  He, like -- he has

8    access to my account."

9    **A.**   Yes.

10   **Q.**   You've said at numerous times that he has,

11   quote-unquote -- or had, quote-unquote, carte blanche over your

12   accounts?

13   **A.**   I have made that comment, yes.

14   **Q.**   And those are your words, not Jack's words, correct?

15   **A.**   Right.

16   **Q.**   There's been some discussion about a loan that

17   Mr. Weichman obtained for you in your name in 2002.  Do you

18   recall that testimony?

19   **A.**   I remember hearing about that, yes.

20   **Q.**   And purportedly that was for working capital for

21   Broadmoor, according to the government?

22   **A.**   That's what was said earlier today, yes.

23   **Q.**   Okay.  And you understand Jack was an investor in

24   Broadmoor at one point?

25   **A.**   Yes.

1   **Q.**   And Broadmoor, in fact, went belly-up before 2002.  It

2   went belly-up in 2001.  Do you recall that?

3   **A.**   I don't remember when Broadmoor went belly-up.

4   **Q.**   Do you recall that there was a time when you wanted to get

5   in on that investment and Jack actually advised you against

6   going into that investment?

7   **A.**   That may very well be true, but I don't remember.

8   **Q.**   And the loan that was obtained, if I could direct your

9   attention to Defendant's Exhibit 1 in front of you, you were

10  aware of the loan at the time it was obtained, is that not

11  true?

12          **MS. BERKOWITZ:**  Your Honor, I think that

13  mischaracterizes the witness's earlier testimony.

14          **THE COURT:**  Overruled.

15          **THE WITNESS:**  With all due respect, I'm not sure I

16  even understand what's in this at this point, but that is my

17  signature.

18  **BY MR. GURLAND:**

19  **Q.**   Okay.  And when you are saying that's your signature, you

20  are referring to your signature on Defendant's Exhibit 1, which

21  is a June 24, 2002, letter of direction, correct?

22  **A.**   Yes.

23  **Q.**   And it is not a very complex document, is it?

24  **A.**   For me, it is.  I'm not sure I understand what it is.

25  **Q.**   Well, there's two sentences in the entire document, right?

```
 1              MS. BERKOWITZ:  Your Honor, I think this question has

 2   been asked and answered a few times now by the witness.

 3              MR. GURLAND:  I have never asked it.

 4              THE COURT:  Overruled.

 5   BY MS. BERKOWITZ:

 6   Q.    There are two sentences in the document, correct?

 7   A.    But I don't understand much of what those two sentences

 8   are saying.

 9   Q.    Can you read the second sentence, please?

10   A.    "Assign a quarter of a million dollars principle of agency

11   account number 51542800 for commercial loan number 31725, dated

12   6/24/02, and any renewals thereof."  I'm not sure what they

13   mean by assign.

14   Q.    Okay.  So you understand what the word "loan" means?

15   A.    I understand what a loan is, yes.

16   Q.    Do you understand what the word "commercial loan" means?

17   A.    I assume it's as opposed to a personal loan.

18   Q.    You know what 25 -- sorry, as you call it, a quarter of a

19   million dollars is, right?

20   A.    Yes.

21   Q.    And that's your signature, is it not?

22   A.    Yes.

23   Q.    Can I ask you to turn to the next document, please,

24   Defendant's Exhibit 2.

25          During the course of working with Weichman and Associates,
```

1   every year you were given a personal financial statement, were

2   you not?

3   **A.**   Yes.

4   **Q.**   And you signed off on those personal financial statements?

5   **A.**   I did, yes.

6   **Q.**   Nobody prevented you from reading them, did they?

7   **A.**   Nobody explained them to me either.

8   **Q.**   Defendant's Exhibit 2 is your August 2003 personal

9   financial statement, correct?

10  **A.**   Yes.

11  **Q.**   And it is signed by you, correct?

12  **A.**   That's my signature.

13  **Q.**   And if you look at the first page, under the column

14  "Liabilities" on the right, there's a note payable to the bank

15  for $7400, and then there's a note payable for, roughly, a

16  quarter of a million dollars, right?

17  **A.**   Right.

18  **Q.**   If you turn to page 6, it is the page that's Bates stamped

19  at the top corner JW0025844.  There's a list of creditors, and

20  one, two, three -- the third creditor down, it references an

21  account, personal, and roughly a quarter of a million dollars,

22  correct?  It is actually $245,700, and it indicates that the

23  highest balance in that account -- or that loan was $250,000,

24  right?

25  **A.**   The only part of the financial statements I've ever seen

DAVID ASHBACH - CROSS                          Vol. 1, Page 169

1  before are the first two pages.

2  **Q.**   Okay.  And the first page referenced the liability; the

3  second page showed your signature, right?

4  **A.**   Correct, but I've not seen the back pages before.

5  **Q.**   Did anybody ever tell you you couldn't turn the page?

6  **A.**   I was only presented the two pages.  Not only that, I was

7  asked to sign the forms by one of Jack's employees, and I got

8  no explanation of what the financial statement actually meant.

9  **Q.**   Could you turn to the next document, Defendant's

10  Exhibit 3, please.  What's Defendant's Exhibit 3?

11  **A.**   Assignment of investment properties and securities.

12  **Q.**   Okay.  And your initials appear at the bottom of page 1?

13  **A.**   My initials appear at the bottom of each of the pages.

14  **Q.**   And if you look at the very top, under "Assignment of

15  Investment Property Securities," it indicates that the date of

16  the assignment of securities is June 24, 2002, correct?

17  **A.**   On what page -- oh, there it is.

18  **Q.**   Right at the top.

19  **A.**   I see it.

20  **Q.**   It is the same time as the loan that was taken out in

21  2002, correct?

22  **A.**   And it basically is exactly as I said earlier.  A lot of

23  fine print, very small, difficult for me to understand.  I

24  totally depended upon the advice of Jack or his representative

25  to both initial these pages and sign them.

DAVID ASHBACH - CROSS                        Vol. 1, Page 170

1   **Q.**   You signed them and you initialed them, right?

2   **A.**   I did.

3   **Q.**   Turn to the last page, please.

4        Is that your signature?

5   **A.**   Yes, it is.

6   **Q.**   Was it Jack or a member of his office who witnessed your

7   signature, or was it somebody else?

8   **A.**   I don't know who witnessed the signature.

9   **Q.**   There's a signature there, correct?  It says "Witnessed

10  by."

11  **A.**   Yes.

12  **Q.**   And based upon the typing above the signature, it was

13  witnessed by Robert J. Scott, Senior Vice President, Senior

14  Trust Officer of Centier Bank, correct?

15  **A.**   I see the printed Robert J. Scott.  I can't read the

16  signature.

17  **Q.**   Okay.  Do you recall sitting with Mr. Scott and having him

18  witness your signature?

19  **A.**   No.

20  **Q.**   Do you deny that that happened, or you just don't recall?

21  **A.**   I never met with a bank officer.

22  **Q.**   Can you turn to Defendant's Exhibit 4, please.

23       Defendant's Exhibit 4 is another assignment of investment

24  securities.  This one is dated April 27, 2006, correct?

25  **A.**   Correct.

DAVID ASHBACH - CROSS                    Vol. 1, Page 171

1   **Q.**   And it also contains your signature, correct?

2   **A.**   Correct.

3   **Q.**   And then I'd ask if you can skip an exhibit and turn to

4   Defendant's Exhibit 6.  Here we have another assignment of

5   investment property securities, correct?

6   **A.**   Yes.

7   **Q.**   This one is dated August 2nd, 2007, corresponding with

8   the $500,000 line of credit, correct?

9   **A.**   I don't see where the amount is on this.

10  **Q.**   I was referring to the date.

11  **A.**   Okay.  It says August 2nd, 2007.

12  **Q.**   Actually, I'm sorry, the amount is $850,000.  And it is

13  hard to read.  It is under paragraph "Unsecured debts" on the

14  first page.

15  **A.**   Even when I was younger, I would have had a hard time

16  reading that.

17  **Q.**   If you could turn to the last page of that exhibit,

18  please.

19        Is that your signature?

20  **A.**   That's my signature.

21  **Q.**   And who witnessed that signature, according to the

22  document?

23  **A.**   Looks like a Mr. Boyd.

24  **Q.**   James -- is it James Boyd?  Under that he wrote "vice

25  president," also "Centier Bank"?

1    **A.**    Yes.

2    **Q.**    You testified that the loans that Jack obtained for

3    Jalapenos were loans you found out about after the fact,

4    correct?

5    **A.**    Correct.

6    **Q.**    And that you ratified them, but only after the fact,

7    correct?

8    **A.**    Correct.

9    **Q.**    You also came to understand, at some point shortly after

10   you ratified them, that a security interest was given to you in

11   connection with the loans for Jalapenos?

12   **A.**    You mean that I was given some value of Jalapenos in

13   exchange for this?

14   **Q.**    No, that you were given a security interest in the

15   restaurant and the fixtures in the restaurant.

16   **A.**    I became aware of that later, yes.  Somewhere there is a

17   list of those fixtures.

18   **Q.**    Can I ask you to turn your attention to Defendant's

19   Exhibit 7.

20       Is Exhibit 7 the note and security agreement that you were

21   given providing you collateral to secure the loan for

22   Jalapenos?

23   **A.**    The only thing I recognize is the schedule of assets at

24   the end.

25   **Q.**    Okay.

1   **A.**   And that I have seen before.

2   **Q.**   Okay.  And what's -- is there a date on this agreement or

3   this -- sorry, this note and security agreement?  If you could

4   look at the fourth page, the page right before the schedule of

5   assets.

6   **A.**   26th day of July, 2007.

7   **Q.**   And that security agreement is signed by Ari Weichman, the

8   president of Jalapenos, correct?

9   **A.**   Correct.

10   **Q.**   Did you ever have any discussion with Ari about the

11   restaurant?

12   **A.**   Never.

13   **Q.**   Do you understand that Scott Yahne filed a UCC -- or made

14   a filing in order to secure, whatever the proper legal term is,

15   your interest in Jalapenos?

16          **MS. BERKOWITZ:**  Your Honor, could we have a date when

17   this filing took place?

18          **THE COURT:**  Do you know?

19          **THE WITNESS:**  I don't know, no.  I don't even know

20   what a UCC is.

21          **THE COURT:**  Okay.  Fair enough.  Proceed.

22   **BY MR. GURLAND:**

23   **Q.**   Let me direct your attention to Defendant's Exhibit A,

24   which is the UCC financing statement.  Have you ever seen that

25   document before?

DAVID ASHBACH - CROSS                          Vol. 1, Page 174

1    **A.**   I don't believe so.

2    **Q.**   Do you recall having a conversation with Mr. Yahne or

3    Mr. Weichman about the UCC filing at any time?

4    **A.**   I don't remember a conversation with Scott about this, no.

5    **Q.**   Let me direct your attention to Defendant's Exhibit 9

6    then.

7          Does that refresh your recollection?

8    **A.**   I can attest to the fact it is my signature, but I don't

9    remember this document, no.

10   **Q.**   And this is your signature on a letter of direction that

11   would at some point terminate the effectiveness of the

12   financing statement filed on your behalf, correct?

13   **A.**   I'm sorry.  I don't understand any of it.

14   **Q.**   Do you remember having a conversation with Jack Weichman

15   about your security interest in the restaurant and if that is

16   something that happened to you Jack didn't want to be partners

17   with your family and the interest would cease to exist at that

18   time?

19   **A.**   Vaguely.

20   **Q.**   Okay.  Let me direct your attention to the next exhibit,

21   which is Defendant's Exhibit 10.

22          What's Defendant's Exhibit 10?

23   **A.**   It is another financial statement.

24   **Q.**   Is it signed by you?

25   **A.**   That's my signature, yes.

DAVID ASHBACH - CROSS                          Vol. 1, Page 175

1    **Q.**   And on the cover page it reports your financial condition

2    as of what date?

3    **A.**   December 31, 2008.

4    **Q.**   Which would be after the loans we just reviewed, loans

5    which you testified that you ratified and which you appear to

6    have had a security interest in, correct?

7    **A.**   Yes.

8    **Q.**   Okay.  And look under the liability section, the top line.

9    Does it indicate what liability existed?

10   **A.**   $899,500.

11   **Q.**   Okay.  You know what a liability is, right?

12   **A.**   It is something you are responsible for.

13   **Q.**   You know what a loan is?

14   **A.**   I think so.

15   **Q.**   You know what a note payable to a bank is?

16   **A.**   Yes.

17   **Q.**   And you know what $899,500 is, right?

18   **A.**   Yes.

19   **Q.**   And if you turn to your next personal financial statement,

20   Defendant's Exhibit 11, what date is Defendant's Exhibit 11?

21   **A.**   One year later, December 31, 2009.

22   **Q.**   Okay.  And then the report of your financial condition as

23   of that date, what does it indicate that your notes payable to

24   banks or your liability to banks is?

25   **A.**   $928,300.

1   **Q.**   And did you sign off on that?

2   **A.**   I did.

3   **Q.**   Sir, despite your vague recollection about the

4   conversation you had with Jack Weichman about the letter of

5   direction that you signed, is it fair to say that you have no

6   doubt that at least by 2008 you were aware of the fact that

7   there was an eight, $900,000 liability in your name, which was

8   money Jack was using to run Jalapenos?

9   **A.**   I think that's fair to say.

10  **Q.**   Can I turn your attention, please, to the next exhibit.

11  It is Defendant's Exhibit 12, which is a letter to the Court

12  from Jennifer McGuire.  Do you know who Jennifer McGuire is?

13  **A.**   Yes, I do.

14  **Q.**   How do you know her?

15  **A.**   She has been an assistant to Jack in his office for very

16  many years, and she works with me with my business.

17  **Q.**   Okay.  Currently?

18  **A.**   Currently and before.

19  **Q.**   Do you trust her?

20  **A.**   I do.

21  **Q.**   According to her letter, she indicates that you have said

22  a number of times that you consider Jack to be part of your

23  family, like a brother.  Is that true?

24  **A.**   That's true.

25  **Q.**   That you have said to Jennifer several times that Jack has

DAVID ASHBACH - CROSS                    Vol. 1, Page 177

1   done so much for you and your family.  Is that true?

2   **A.**   That's true.

3   **Q.**   That you have said that you feel you could never repay

4   Jack for all that he's done for you.  Is that true?

5   **A.**   That's probably true.

6   **Q.**   That you have said, "What is mine is Jack's," or made

7   statements to that effect?

8   **A.**   (No response.)

9   **Q.**   Dr. Ashbach, I'm not asking you to testify that you gave

10  authorization to Jack to take money to go gambling or anything

11  like that, just that you made statements of this type to people

12  in his office.

13  **A.**   I have.  Yes, I have.

14  **Q.**   Ms. McGuire makes reference to a meeting that you had with

15  her and someone else from Jack's office after you had met with

16  the government for the first time.  Do you recall that meeting?

17  **A.**   I do.

18  **Q.**   Do you recall going back to Weichman and Associates and

19  taking some of Jack's employees out to the parking lot and

20  saying:  We need to help Jack?

21  **A.**   I believe I did do that.  I don't remember, though, but I

22  have been told.

23  **Q.**   Do you remember saying:  We need to do everything possible

24  to keep Jack with us?

25  **A.**   I would have said that, yes.

1   **Q.**    Okay.  And that is still a sentiment you share today?

2   **A.**    Yes.

3   **Q.**    The next exhibit, Defendant's Exhibit 13, is the next

4   letter that Ms. Einterz sent to the Court.  We don't need to

5   read the letter, but there's similar statements in there,

6   Doctor, to the effect that you made general comments as, you

7   know, Jack can have what he needs or statements to that kind.

8   Did you make statements of that nature to Ms. Einterz?

9             **MS. BERKOWITZ:**  Your Honor, this is hearsay.

10            **THE COURT:**  Ms. Berkowitz, the rules of evidence

11   don't apply at this hearing.

12        Proceed, please.

13   **BY MR. GURLAND:**

14   **Q.**    Have you made statements of that nature?

15   **A.**    I would have made statements of that nature, but I would

16   not have made statements to the point where I was bankrupt as a

17   result of helping Jack.

18   **Q.**    Understood.  And, in fact, when you met with Mr. Kirsch

19   over a year ago in connection with this case, you, in fact,

20   pretty much said that to him.  You said that you would be

21   willing to say on the stand that you were willing to let Jack

22   take what he needed, as long as he didn't leave you dry,

23   correct?

24   **A.**    Correct.

25   **Q.**    Did you make that statement?

1  **A.**   I did.

2  **Q.**   Did you tell that statement to Mr. Kirsch because that was

3  a true statement?

4  **A.**   The statement is true.  I don't remember saying it to

5  Mr. Kirsch, but the statement is true.

6  **Q.**   I apologize.  You said that to Mr. Pujols (phonetic).

7  **A.**   All right.  I can't remember for sure that I've ever met

8  Mr. Kirsch.

9  **Q.**   Can I ask you to please read the first paragraph of the

10  second page of Ms. Einterz's letter?

11  **A.**   Second page, first --

12  **Q.**   The top -- the first paragraph on the second page of the

13  letter.

14  **A.**   Out loud?

15  **Q.**   Sure.

16  **A.**   [As read:] "On both occasions that I was interviewed by

17  Ms. Berkowitz behind closed doors immediately prior to my grand

18  jury testimony, I told her that I did not believe that Jack

19  embezzled -- her words, not mine -- monies from Dr. Ashbach due

20  to the authority Jack was given by Dr. Ashbach and due to the

21  statements Dr. Ashbach had made to me describing his personal

22  and financial relationship with Jack.

23      "Ms. Berkowitz then began to threaten me telling me, I

24  know what you did, and just admit what you did (I didn't do

25  anything), and suggest that she was going to indict me as a

DAVID ASHBACH - CROSS                              Vol. 1, Page 180

1   co-conspirator.  She told me a story about a train going

2   through a station and said if I didn't get on the train with

3   them that I would go to jail with Jack.  She said she would try

4   to revoke my CPA license."

5   **Q.**   Now, the first time you met with Ms. Berkowitz you drove

6   back to Jack Weichman's office and took his employees out in

7   the parking lot and told them, pleaded with them, that they

8   needed to do something to help Jack, correct?

9   **A.**   The timing may not be completely correct, but I did tell

10  them that we have to do what we can to help Jack.

11  **Q.**   That was after a meeting with the government, correct?

12  **A.**   Well, I wouldn't have done that if -- the only reason I

13  would have done that is because I would have known that Jack

14  was in trouble with the government.

15  **Q.**   Did Ms. Berkowitz ever threaten you in any way?

16  **A.**   I don't believe so, no.

17  **Q.**   Did she ever pressure you in any way?

18  **A.**   She has pressured me, yes.

19  **Q.**   How has she pressured you?

20  **A.**   She has said that the government is responsible for trying

21  to help me with restitution, and that if I -- if my testimony

22  wasn't in line, that there would be no restitution.

23  **Q.**   If your testimony wasn't in line with what?

24  **A.**   That if --

25  **Q.**   I'm sorry, could you please answer the question.  Do you

1    need it read back?

2    **A.**    No, I don't.  Basically, that I gave testimony before the

3    grand jury.  If I reneged on that testimony, there would be no

4    restitution.

5    **Q.**    Did she call you stupid?

6    **A.**    She did not use that term ever, no.

7    **Q.**    Did you tell Jack Weichman that Diane Berkowitz called you

8    stupid?

9    **A.**    I don't remember saying that to Jack either.  I know that

10   the government did not very well respect me for my lack of

11   knowledge about financial issues and that they didn't respect

12   me for my inability to handle this situation as it progressed

13   over the decades.

14   **Q.**    Did Diane Berkowitz threaten you in any other ways with

15   regard to your personal life?

16   **A.**    Not that I can recall.

17   **Q.**    Did she make you tell your wife anything?

18   **A.**    She recommended that I talk with my wife.

19   **Q.**    Okay.  What did she say to you specifically?

20   **A.**    She told me that you would be telling the Court about my

21   infidelity if I didn't go home and tell my wife, because at

22   that point there was the possibility that my wife would be here

23   in the courtroom, and you can't very well consider it a threat

24   because that's exactly what you have done.

25   **Q.**    You are referring to Melanie?

1   **A.**    I'm referring to Melanie.

2            **THE COURT:**  Who is Melanie?

3            **THE WITNESS:**  Melanie is my girlfriend.  I have a

4   wife and a girlfriend.

5            **THE COURT:**  Okay.  I wasn't tracking here.

6   **BY MR. GURLAND:**

7   **Q.**    And with respect to your finances, you have several

8   different bank accounts, correct?

9   **A.**    I had several different bank accounts, yes.

10  **Q.**    When you were working with Weichman and Associates, you

11  had several different banking accounts, correct?

12  **A.**    Correct.

13  **Q.**    You had a banking account for your business that Jack

14  managed, correct?

15  **A.**    Well, the business had a bank account.

16  **Q.**    You had a separate account that was essentially set up so

17  you could deal with your personal financial matters that you

18  didn't want your family to know about, correct?

19  **A.**    Correct.

20  **Q.**    And the reason that those bank statements and other

21  financial papers came to Weichman and Associates was because

22  you didn't want them to go to your home, correct?

23  **A.**    Correct.

24  **Q.**    And you also had a third account for your personal family

25  matters, and that actually went to your home, correct?

1  **A.**   Yes.

2  **Q.**   Okay.  And you had --

3  **A.**   That had nothing to do with Jack.

4  **Q.**   Right.  And you handled that yourself?

5  **A.**   Right.

6  **Q.**   Right?

7  **A.**   Correct.

8  **Q.**   You had the sophistication that you could pay your own

9  bills and manage that bank account.  You didn't need

10 Jack Weichman to do that for you, correct?

11 **A.**   Correct.

12 **Q.**   And you say that I outed you here today in court, but, in

13 fact, when we met with your attorneys a few weeks ago to do a

14 settlement agreement, you actually told me that in response to

15 Diane Berkowitz pressuring you you went home and told your wife

16 about Melanie, isn't that true?

17 **A.**   That's true.

18 **Q.**   So why did you just say under oath that I'm the one who

19 brought it out?

20 **A.**   Because you did.  Jack had told me that this wouldn't come

21 out in court, and it has.

22 **Q.**   When we met in your attorney's office with Mr. Hyman,

23 Mr. Efron, Mr. Driscoll, Mr. Pinkerton, you also told us that

24 in the course of dealing with the government you gave them some

25 Blackhawk tickets, correct?

1    **A.**    I do not recall giving Blackhawk tickets to the

2    government.

3    **Q.**    Do you deny telling me in Mr. Pinkerton's presence and

4    Mr. Weichman's presence and Mr. Hyman's presence that you gave

5    Blackhawks tickets to the agents in this case?

6    **A.**    I don't deny that.

7    **Q.**    So you told that to me, correct?

8    **A.**    I already answered that.

9         **THE COURT:**  I guess what I'm asking, did you tell

10   Mr. Gurland that during this meeting?

11        **THE WITNESS:**  I did.

12        **THE COURT:**  Was that, in fact, true?

13        **THE WITNESS:**  I thought it was.

14        **THE COURT:**  Can you help me out with that one?  Did

15   you dream it up or -- I don't understand what you mean "I

16   thought it was."  You were under some mistaken belief that you

17   gave these guys hockey tickets?

18        **THE WITNESS:**  I give away a lot of hockey tickets,

19   and I thought I had given hockey tickets to one of the agents.

20   I thought I had.  He has refreshed my memory and told me that I

21   did not give him hockey tickets.

22        **THE COURT:**  Okay.  Fair enough.  Proceed.

23   **BY MR. GURLAND:**

24   **Q.**    Meaning you told one of the agents that you let us know

25   that you gave him hockey tickets, and he said, no, that's not

1   true, don't say that?

2   **A.**   He said that I am mistaken, that I did not give him any

3   hockey tickets.

4   **Q.**   Mistaken about something we discussed two weeks ago,

5   correct?

6   **A.**   Correct.

7   **Q.**   Okay.

8   **A.**   But the event, if it had occurred -- there haven't been

9   hockey tickets in over two years.  They are all electronic.  So

10  the event would have occurred over two years ago.

11      So that would go back to my ability to remember whether he

12  was one of the people that I actually gave tickets to when he

13  says I didn't.  I may have thought about doing it, but he says

14  I didn't do it.

15  **Q.**   And the event that we're focused on here today, the

16  $850,000 line of credit, that occurred a decade ago, correct?

17  **A.**   Say that again.

18  **Q.**   The event that your testimony has focused on for most of

19  the day today, which is this $850,000 loan, that occurred a

20  decade ago, correct?

21  **A.**   Yes.

22  **Q.**   And it is fair to say you don't have a good memory of what

23  you signed or didn't sign or knew or didn't know a decade ago,

24  correct?

25  **A.**   That's possible.

DAVID ASHBACH – CROSS                          Vol. 1, Page 186

1   **Q.**   Sir, do you recall being contacted by the bank in 2010

2   regarding a $167,000 check written out to Ameristar Casino?

3   **A.**   Yes.

4   **Q.**   And do you recall approving that transaction?

5   **A.**   I didn't approve that transaction, no.

6   **Q.**   Do you recall the bank telling you in 2010 that there was

7   a $167,000 check Jack had written for a casino?

8   **A.**   There were multiple checks, all for $10,000.

9   **Q.**   And the bank, when they called you about those checks,

10  told you that the purpose of the check was to pay a casino,

11  correct?

12  **A.**   They showed me the checks.

13          **MS. BERKOWITZ:**  Your Honor, could we have a time

14  frame?  Could counsel identify a time frame for the witness,

15  since there are two series of checks?

16  **BY MR. GURLAND:**

17  **Q.**   Let me do it this way.  Can I turn your attention,

18  Dr. Ashbach, to Defendant's Exhibit 14.

19          If you could look at the first page of Defendant's

20  Exhibit 14, it is a February 23, 2010, memo, interoffice memo

21  from the bank referencing the attached $167,000 check.  And

22  there's a handwritten notation on there dated February 23,

23  2010.  It says, "Per conversation with Dr. Ashbach, okay to

24  honor check."  Do you see that?

25  **A.**   I see that.

 1   **Q.**   Okay.  Do you recall discussing that transaction with the

 2   bank in 2010?

 3   **A.**   I do not recall discussing that.  I do not recall a check

 4   for 167,000, and I did not authorize that.

 5              **THE COURT:**  Mr. Gurland, how much longer are you

 6   going to have on cross do you think?

 7              **MR. GURLAND:**  Not much more.

 8              **THE COURT:**  Unfortunately, I have a doctor's

 9   appointment.  I've got to get out of here.

10              **MS. BERKOWITZ:**  Your Honor, I anticipate some lengthy

11   redirect.

12              **THE COURT:**  I figured as much.

13              **MS. BERKOWITZ:**  Would it be a good time to take a

14   break now, because I know this witness has diabetes, so I'm

15   just concerned that maybe --

16              **THE WITNESS:**  I'm okay.

17              **THE COURT:**  How much longer do you think you have?

18              **MR. GURLAND:**  Ten minutes at the most.

19              **THE COURT:**  I'm going to give you 10 minutes.

20              **MR. GURLAND:**  I'll keep to it, Your Honor.

21   **BY MR. GURLAND:**

22   **Q.**   Dr. Ashbach, by the way, if you could look at the attached

23   check.

24   **A.**   I did.

25   **Q.**   Where it has your signature and Jack Weichman's signature,

```
 1   is this the check you are referring to where Jack Weichman's --
 2   I'm sorry, where it has your name printed and Jack Weichman's
 3   name?
 4   A.   Yeah.
 5   Q.   His name isn't in larger letters, is it?
 6   A.   Yes, it is.  But the one I remember seeing didn't look
 7   like this.
 8   Q.   We can all look at it and make our own decision.
 9        If you can turn your attention to Defendant's Exhibit 15
10   please, the next exhibit.
11        This is the settlement agreement that you went through
12   with Ms. Berkowitz?
13   A.   Yes.
14   Q.   And you indicated that you signed this agreement?
15   A.   I did.
16   Q.   That was on April 18th of this year?
17   A.   Yes.
18   Q.   And there's a signature under yours.  Whose signature was
19   that?
20   A.   My attorney, Mort Efron.
21   Q.   And you were advised by counsel in connection with the
22   drafting of this agreement, the preparation and the entering
23   into this agreement?
24   A.   Yes, I was.
25   Q.   This, in fact, was something that you wanted to do,
```

1   correct?

2   **A.**   It was advised by my lawyers that I do this.

3            **THE COURT:**   Just for clarity's sake, we are talking

4   about Exhibit 15 right now?

5            **THE WITNESS:**   Yes.

6            **MR. GURLAND:**   Yes, Your Honor.

7   BY MR. GURLAND:

8   **Q.**   I want to keep my commitment to the judge and end this in

9   the next nine minutes.  You were also shown a letter by the

10  prosecutor.  It was the letter that you wrote on Jack's behalf

11  in this case.

12  **A.**   Yes.

13  **Q.**   You're actually the physician for Jack's mother, correct?

14  **A.**   Correct.

15  **Q.**   And it is your opinion that if Jack's not present to take

16  care of her in the way that he has taken care of her in all

17  these years she'll probably die, correct?

18  **A.**   That's my opinion.  That's what I put in the letter.

19  **Q.**   And it is your request, as stated in this letter, that

20  Jack not be incarcerated, correct?

21  **A.**   That's my wish, yes.

22  **Q.**   And you understand that you were the victim of a crime in

23  which Jack used money of yours to gamble, and you have forgiven

24  him for that, right?

25  **A.**   I'm thinking about Melanie right now.  But, yeah, it is

1   true.

2   **Q.**   Don't hold it against me.

3   **A.**   Well, who would I hold it against, if not you?

4   **Q.**   You have forgiven him, correct?

5   **A.**   I have forgiven him, not you.

6   **Q.**   That's okay.

7        Sir, in the presentence report, with respect to the

8   account and the loan that was taken out in 2002, purportedly

9   for working capital for Broadmoor, there's no indication that

10  any of the money in that account was not used for you.  Are you

11  aware of any of that money being used for anything other than

12  your own benefit?

13  **A.**   I don't remember the loan.  If the loan was taken for

14  Broadmoor, I don't know what that would have to do with me.  I

15  don't know why you would think it would be for my benefit.

16  **Q.**   Well, my understanding is that the money with respect to

17  that loan was used as working capital for you, and so --

18           **MS. BERKOWITZ:**  Objection, Your Honor.  This is

19  statements about something that's not even in evidence.  I'm

20  not sure where --

21           **THE COURT:**  Yes.  Why don't you just ask him instead

22  of just --

23  **BY MR. GURLAND:**

24  **Q.**   Are you aware of any misuse of that specific money?  I'm

25  referring to the $200,000 taken out in 2002.

1   **A.**   What do you mean by misuse?

2   **Q.**   Are you aware of it being used for any purpose other than

3   for you?

4   **A.**   I thought that the loan was taken out for Broadmoor.

5   **Q.**   Do you know what the money was, in fact, used for?

6   **A.**   No, I have no idea.

7   **Q.**   And do you know whether or not it was used for anything

8   other than your benefit?

9          **MS. BERKOWITZ:**  Objection.  Asked and answered now a

10  few times, Your Honor.

11         **THE COURT:**  Overruled.  Give him one last chance

12  here.

13         **THE WITNESS:**  I can't answer anything about that

14  money.  I don't remember that money being used for me.

15  **BY MR. GURLAND:**

16  **Q.**   Okay.  It also indicates that the loan -- that only

17  nominal interest payments were made on the loan, and it was

18  never paid back.  Do you know if that is true or false?

19  **A.**   I was told that that loan was totally paid back, and I was

20  told that by Centier Bank.

21  **Q.**   And that was my understanding as well.

22  **A.**   And that was just a couple weeks ago.

23  **Q.**   And I asked that because I was understanding -- I was

24  wondering why the --

25         I thought the presentence report had an incorrect

DAVID ASHBACH - CROSS                          Vol. 1, Page 192

1    statement in it, and that was the clarification I was looking

2    for.

3            **MR. GURLAND:**  I have nothing else, Your Honor.

4            **THE COURT:**  We're going to break.  And,

5    unfortunately, you are going to have to come back on Monday.

6    We are going to start at 10 o'clock.  So I ask you to be here

7    by about 10 minutes to 10, okay.  We will pick back up with the

8    re-examination at that time.

9        So other than finishing Dr. Ashbach, we have to hear from

10   Hatagan and then another agent?

11           **MS. BERKOWITZ:**  Visalli and then Jamie Dow,

12   Your Honor, based on evidence that was presented today.

13           **THE COURT:**  Okay.  Have them all here ready to go

14   right at 10 so we can get through this.

15       (A recess was had at 4:07 p.m. )

16   * * *

17                          **CERTIFICATE**

18       I, Stacy L. Drohosky, certify that the foregoing is a true

19   and correct transcript from the record of proceedings in the

20   above-entitled matter.

21   Date:  August 8, 2018

22                              S/Stacy L. Drohosky
                                S/STACY L. DROHOSKY
23                              Court Reporter
                                U.S. District Court
24

25

1                          **INDEX OF WITNESSES**

2    **FOR THE GOVERNMENT:**                                    **Page**

3    JASON LEBEAU

4    Direct Examination by Ms. Berkowitz                        25
     Cross-Examination by Mr. Gurland                           38
5    Redirect Examination by Ms. Berkowitz                      46

6    BRENDA ERIKSEN

7    Direct Examination by Ms. Berkowitz                        54
     Cross-Examination by Mr. Bennett                           64
8
     DOMENICO LAZZARO
9
     Direct Examination by Ms. Berkowitz                        66
10
     JENNIFER PROKOP
11
     Direct Examination by Ms. Berkowitz                        78
12   Cross-Examination by Mr. Gurland                           95
     Redirect Examination by Ms. Berkowtiz                      100
13
     **DAVID ASHBACH**
14
     Direct Examination by Ms. Berkowitz                        107
15   Cross-Examination by Mr. Gurland                           160

16

17

18

19

20

21

22

23

24

25

USDC IN/ND case 2:14-cr-00093-PPS-APR document 896-10 filed 08/09/18 page 194 of 221

AGENT VISALLI: [1] 151/13
BY MR. BENNETT: [2] 64/5 64/22
BY MR. GURLAND: [17] 38/19 39/18
95/16 99/4 160/8 162/17 164/14 166/17
173/21 178/12 182/5 184/22 186/15
187/20 189/6 190/22 191/14
BY MS. BERKOWITZ: [28] 25/2 28/24
32/12 34/14 35/14 36/4 37/19 46/13
47/15 51/11 52/8 54/2 55/7 63/8 66/5
72/7 78/2 78/19 81/5 83/22 94/12
100/20 103/19 107/13 138/25 149/22
151/17 167/4
DEPUTY CLERK: [3] 2/2 106/24
138/18
MR. BENNETT: [14] 3/12 3/17 3/22
4/16 4/19 10/14 10/17 11/1 11/10 11/14
24/16 63/25 64/17 65/11
MR. GURLAND: [55] 4/23 5/8 6/1 6/11
9/3 9/10 9/18 9/23 10/1 10/3 13/5 16/21
18/1 18/8 21/20 22/3 22/13 22/16 28/22
32/8 34/1 35/2 36/1 38/16 39/14 39/17
46/9 47/13 51/10 51/16 53/8 53/13
74/16 76/1 78/13 80/25 95/12 98/6
98/15 98/19 99/24 100/16 105/21
122/23 150/16 159/25 160/3 164/8
164/25 167/2 187/6 187/17 187/19
189/5 192/2
MS. BERKOWITZ: [153] 3/14 4/4 6/7
7/3 7/14 8/1 8/3 8/6 8/14 9/5 9/12 11/20
11/25 12/7 12/14 12/24 14/20 14/24
15/4 15/19 15/24 16/17 17/4 17/11
17/16 18/12 18/16 18/18 18/21 18/24
19/1 19/8 19/11 19/13 19/15 19/22 20/1
20/3 20/12 20/15 20/20 21/1 21/9 21/14
23/7 23/10 23/13 23/15 23/17 23/20
24/1 24/5 24/11 24/18 24/20 27/12
28/17 28/20 30/20 31/1 32/10 34/11
34/13 35/9 37/14 37/18 38/10 38/12
46/11 47/1 47/19 48/22 49/2 50/13 52/7
53/6 53/12 59/24 63/23 64/13 64/20
65/13 65/19 74/13 74/21 74/23 75/2
75/6 75/9 75/25 76/2 76/10 76/16 76/19
76/24 77/6 80/16 81/4 82/17 95/10 98/4
98/9 98/11 98/17 99/22 100/18 102/16
103/15 105/19 106/4 106/9 106/14
107/3 122/24 123/13 124/11 124/17
124/25 127/11 127/14 130/13 131/14
132/6 133/2 134/19 134/23 138/4
140/12 141/18 141/20 141/22 149/13
151/4 151/12 151/14 157/21 158/23
159/20 159/22 162/13 164/6 164/10
164/23 166/11 166/25 173/15 178/8
186/12 187/9 187/12 190/17 191/8
192/10
THE COURT: [208]
THE DEFENDANT: [1] 4/1
THE WITNESS: [41] 24/23 53/10
53/22 57/14 57/16 63/6 65/16 66/1 72/5
74/19 77/23 80/19 80/21 80/23 82/20
82/25 83/4 83/6 83/9 83/15 98/23
102/20 103/4 103/14 105/24 107/8
107/10 138/12 138/14 149/16 149/19
164/13 166/14 173/18 182/2 184/10
184/12 184/17 187/15 189/4 191/12

## $

$1,369,684.40 [1] 82/18
$1,380,380 [1] 81/21
$1.2 [5] 14/3 14/5 14/7 18/6 72/25

---

$1.2 million [5] 14/3 14/5 14/7 18/6
72/25
$1.3 million [3] 13/23 14/24 89/1
$1.3 million [5] 15/13 15/14 82/14 89/2
102/1
$1.7 [1] 73/20
$1.7 million [1] 73/20
$10,000 [3] 135/8 135/9 186/8
$11,000 [1] 94/25
$119,000 [2] 63/14 64/12
$1200 [1] 95/3
$140,000 [2] 163/10 163/24
$167,000 [7] 40/25 41/5 46/16 46/18
186/2 186/7 186/21
$190,000 [12] 75/22 87/2 87/5 87/14
87/23 100/22 101/6 101/11 102/4
102/14 103/6 103/12
$2 [2] 82/9 83/15
$2 million [2] 82/9 83/15
$2,417,000 [1] 7/17
$2.3 [2] 77/11 90/2
$2.3 million [2] 77/11 90/2
$20 [1] 29/13
$20 million [1] 29/13
$20,000 [2] 67/24 103/21
$200,000 [1] 190/25
$209,000 [1] 6/14
$245,000 [1] 43/22
$245,700 [1] 168/22
$250,000 [8] 27/10 120/23 121/1
121/11 121/18 121/25 123/12 168/23
$253,000 [1] 6/20
$285,000 [4] 12/20 14/23 16/18 19/5
$3 [1] 42/1
$3 million [1] 42/1
$3.7 [1] 29/20
$3.7 billion [1] 29/20
$300,000 [3] 59/20 59/23 100/10
$35 [2] 13/22 99/17
$35 million [2] 13/22 99/17
$35,000 [3] 14/1 99/20 100/15
$350,000 [3] 99/21 135/1 136/2
$360,000 [4] 34/25 35/17 35/18 137/24
$4 [2] 163/20 163/25
$4 million [2] 163/20 163/25
$4,000 [3] 87/15 153/23 153/24
$4,000-a-month [2] 153/23 153/24
$458,000 [1] 6/3
$466,205.47 [1] 157/3
$5 [9] 13/23 14/10 99/18 118/10 118/23
119/9 119/25 120/6 120/9
$5 million [8] 13/23 14/10 99/18 118/23
119/9 119/25 120/6 120/9
$5,000 [1] 104/10
$500,000 [10] 31/15 32/2 32/5 32/7
126/6 126/15 126/22 132/3 133/6 171/8
$6,572.22 [1] 95/7
$60,000 [5] 88/14 88/19 102/1 102/7
102/10
$600,000 [1] 118/6
$7400 [1] 168/15
$750,000 [1] 60/12
$850,000 [11] 32/6 44/17 125/13
126/23 127/9 128/3 159/14 159/15
171/12 185/16 185/19
$899,500 [2] 175/10 175/17
$9 [2] 41/23 42/3
$9 million [2] 41/23 42/3
$900,000 [1] 176/7
$91,487.55 [1] 94/4

---

$928,300 [1] 175/25

---

'6 [1] 45/1
'7 [2] 45/1 45/1
'88 [1] 118/14

## 0

02 [1] 167/12
096 [1] 59/11

## 1

1.3 million [4] 98/25 99/1 99/3 99/22
10 [10] 16/11 40/6 83/14 103/12 174/21
174/22 187/19 192/7 192/7 192/14
10 o'clock [1] 192/6
100 [1] 193/12
101 [3] 127/14 127/18 127/21
102 [5] 127/17 127/17 127/19 127/22
130/4
103 [3] 131/18 131/18 131/20
104 [2] 131/15 131/17
106 [1] 133/3
107 [1] 193/14
10:19 [1] 2/2
11 [33] 15/8 21/4 45/15 75/12 78/21
78/23 79/5 79/7 79/8 79/23 80/5 80/11
81/24 83/3 84/5 86/2 86/11 86/21 89/12
89/15 91/12 93/4 93/16 93/18 93/20
93/21 103/7 123/15 123/17 123/18
123/22 175/20 175/20
117 [2] 48/24 49/4
11D [9] 26/24 27/1 27/3 27/14 30/21
32/4 32/4 32/11 59/10
11s [2] 92/7 92/9
12 [3] 88/18 103/6 176/11
12 inches [1] 133/25
12-and-a-half [1] 152/24
120,000 [1] 154/18
12:30 [1] 74/25
12:43 [1] 106/22
13 [3] 79/8 79/11 178/3
13B [1] 60/1
14 [4] 39/21 50/15 186/18 186/20
15 [6] 59/23 151/23 152/7 158/25 188/9
189/4
1500 [1] 1/14
16 [4] 37/8 148/5 148/8 159/6
160 [1] 193/15
167,000 [1] 187/4
16th [1] 148/2
17 [1] 50/17
18 [1] 52/12
18 percent [1] 85/19
18th [1] 188/16
19 [1] 118/14
190,000 [1] 102/18
192 [2] 30/22 31/2
193 [1] 30/22
1975 [1] 111/17
1980 [1] 67/2
1982 [2] 67/5 67/19
1983 [1] 111/22
1987 [3] 67/19 67/21 118/14
1989 [1] 118/11
1998 [1] 71/1
1999 [3] 83/25 118/9 118/19
19th [1] 28/10
1:15 [1] 106/18
1:26 [1] 106/24

## 1

1:30 [1] 106/1
1st [1] 32/22

## 2

2.4 [2] 5/12 9/20
2.4 million [1] 7/17
2/23/10 [1] 40/6
2/23/2010 [1] 39/24
20 [6] 6/25 16/1 72/21 106/3 138/10 152/11
20 million [1] 29/12
20,000 [1] 103/12
200,000 [1] 145/17
2001 [1] 166/2
2002 [21] 27/6 42/8 42/15 42/21 42/25 43/8 47/24 66/21 67/1 121/15 121/17 121/23 122/3 123/11 165/17 166/1 166/21 169/16 169/21 190/8 190/25
2003 [9] 43/14 54/17 54/18 59/3 59/4 59/7 60/3 62/22 168/8
2004 [1] 57/9
2005 [8] 58/1 122/20 123/6 123/16 124/23 139/14 164/19 165/1
2006 [14] 26/23 30/24 31/20 31/24 72/22 126/4 126/7 126/13 126/14 126/17 128/15 157/7 159/14 170/24
2007 [15] 32/5 32/22 32/23 33/1 44/24 126/21 126/25 127/1 127/10 128/15 157/7 159/15 171/7 171/11 173/6
2008 [14] 59/3 59/3 59/4 59/7 59/23 60/3 72/23 73/8 73/8 80/14 92/2 92/3 175/3 176/6
2009 [4] 72/24 91/17 104/8 175/21
2010 [13] 39/24 41/6 41/8 41/10 49/16 50/17 72/24 87/4 186/1 186/6 186/20 186/23 187/2
2011 [2] 94/3 95/5
2012 [6] 52/12 108/23 109/2 109/5 129/5 142/14
2013 [5] 34/16 34/18 34/23 36/7 134/25
2014 [19] 28/10 39/2 39/12 39/13 60/11 60/12 61/23 129/3 130/5 132/13 132/23 137/2 139/3 139/5 139/7 139/17 139/21 139/24 164/19
2016 [1] 2/12
2017 [3] 2/19 145/24 146/1
2018 [4] 1/8 148/2 148/8 192/21
21 [2] 2/14 91/3
211 [2] 32/3 32/11
219 [1] 1/15
22 [3] 124/12 124/13 124/14
23 [6] 52/11 91/3 124/20 124/21 186/20 186/22
23rd [1] 12/3
24 [4] 12/25 42/15 166/21 169/16
245 [1] 44/9
25 [4] 64/18 74/8 167/18 193/4
25 percent [7] 152/16 152/18 152/21 152/22 153/10 155/16 155/19
250 [1] 44/20
26 [1] 32/23
268 [1] 3/2
26th [1] 173/6
27 [1] 170/24
270 [1] 3/3
28 [1] 2/15
285,000 [1] 17/15
28th [1] 2/11
2:13 [1] 138/16

2:14-CR-93 [3] 1/5 2/6 138/22
2:30 [3] 106/2 106/17 106/21
2B1.1 [2] 10/6 10/22
2nd [3] 39/2 171/7 171/11

## 3

30 [2] 70/1 106/18
302 [2] 151/3 151/12
302s [1] 150/19
31 [2] 175/3 175/21
312 [1] 1/22
317 [1] 1/19
31725 [2] 44/11 167/11
34 [1] 2/15
341 [3] 84/12 89/18 91/14
35 [2] 34/23 35/17
350,000 [1] 137/23
3500 [2] 1/18 1/19
352,000 [1] 12/13
3553 [2] 20/7 21/19
36 [1] 80/18
36-count [1] 2/12
38 [1] 193/4
390 [6] 33/9 33/9 33/10 33/18 33/22 34/25
392 [1] 33/8
3A1.1 [1] 11/18
3D [1] 11/7
3D1.2 [1] 10/25
3rd [2] 49/16 50/17

## 4

40 [1] 161/14
41-percent [2] 85/14 85/17
414 [1] 1/21
420-8812 [1] 1/22
421 [1] 37/8
4400 [1] 92/3
46 [1] 193/5
46304 [1] 1/18
46320 [1] 1/14
48 [2] 122/23 122/25
480 [1] 5/23
4:07 [1] 192/15

## 5

5-million-plus-dollar [1] 99/13
50 [2] 110/23 110/23
50 percent [5] 152/12 152/16 152/17 152/21 152/22
50-percent [3] 153/1 153/2 153/5
500 [2] 32/8 45/1
500,000 [1] 154/14
51 [1] 165/2
51542800 [1] 167/11
53 [3] 125/1 125/3 165/6
53,000 [1] 145/16
54 [1] 193/7
5400 [1] 1/14
5500 [1] 1/15

## 6

6/24/02 [1] 167/12
60 [2] 110/23 110/24
60521 [1] 1/21
614165 [1] 27/14
64 [1] 193/7
642,000 [1] 52/23
66 [1] 193/9

## 7

70 [3] 37/23 110/25 140/12
701420 [1] 37/7
71 [1] 141/16
713-3500 [1] 1/19
74 [1] 155/22
75 [3] 73/12 74/8 110/25
78 [1] 193/11

## 8

800,000 [1] 32/8
850 [1] 45/1
850,000 [5] 9/21 82/13 137/6 153/15 154/13
8812 [1] 1/22
89 [1] 10/21

## 9

9201 [1] 90/21
93 [3] 1/5 2/6 138/22
937-5500 [1] 1/15
95 [1] 193/12

## A

a.m [1] 2/2
abilities [1] 69/17
ability [4] 38/8 79/23 129/3 185/11
able [17] 6/24 22/24 28/1 28/3 31/23 32/25 33/20 35/22 73/22 79/18 82/23 88/12 96/8 97/7 100/24 146/25 153/9
about [160] 2/20 3/7 9/21 12/20 14/1 16/24 17/4 17/5 18/18 18/19 19/20 20/9 20/24 21/3 23/3 23/7 23/25 24/10 26/18 29/4 29/20 29/22 33/4 34/4 41/23 41/25 42/1 42/6 42/9 45/16 46/16 49/22 49/25 50/9 51/8 51/9 51/19 52/5 57/3 58/4 60/19 60/24 67/13 69/6 69/19 69/22 69/23 70/6 70/11 70/22 74/5 75/24 77/3 77/8 78/16 78/18 80/2 84/17 85/8 87/8 87/9 90/5 92/3 93/11 95/3 96/25 99/20 100/15 103/12 104/7 105/7 106/3 106/4 109/4 110/23 111/13 112/1 115/2 115/22 115/23 116/3 116/9 116/9 116/11 116/16 116/17 116/20 116/21 117/17 118/14 118/23 119/7 119/20 123/16 123/16 123/18 127/20 128/9 131/20 132/5 133/14 133/22 134/12 134/14 134/14 134/15 134/16 134/19 135/23 136/4 137/3 137/6 137/8 138/1 138/2 139/2 140/9 143/12 143/14 144/19 145/16 145/17 145/23 146/14 147/17 147/20 154/14 154/16 154/17 158/9 161/2 161/6 162/2 163/1 163/9 163/11 163/20 163/22 165/16 165/19 172/3 173/10 174/3 174/4 174/15 176/3 176/4 180/1 181/11 181/20 182/18 183/16 185/4 185/13 186/9 189/4 189/25 190/19 191/13 192/7
above [2] 170/12 192/20
above-entitled [1] 192/20
absolutely [8] 8/7 22/1 45/23 53/17 71/11 89/15 92/24 164/1
abuse [1] 71/13
abusive [1] 72/15
academic [2] 17/11 17/12
accept [1] 65/7
access [5] 4/8 4/10 50/7 125/5 165/8
accommodate [1] 29/14
according [10] 29/12 30/20 36/16 36/19 47/11 50/5 142/22 165/21 171/21

**A**

according [1] 176/21
account [71] 25/17 25/22 26/21 27/24
28/10 33/5 33/7 33/7 33/8 33/11 33/11
33/14 33/18 33/22 33/23 34/17 34/25
35/12 35/13 35/24 36/6 36/7 36/9 36/17
36/22 36/24 36/25 39/11 40/3 50/6
52/18 56/22 56/24 56/25 59/16 60/9
60/13 60/13 61/12 94/9 105/5 121/10
125/14 128/20 135/3 135/8 135/11
135/11 135/13 135/13 135/20 136/2
136/9 136/12 136/24 137/1 137/8
140/19 141/5 154/20 165/8 167/11
168/21 168/23 182/13 182/15 182/16
182/24 183/9 190/8 190/10
accountable [2] 76/9 105/18
accountant [21] 29/23 30/2 30/6 49/13
50/25 53/4 60/20 61/4 61/7 61/13 61/23
67/6 111/17 111/19 111/21 111/22
111/25 112/2 112/3 112/4 112/5
accountants [1] 112/6
accounting [11] 13/8 55/18 67/9 67/19
67/20 84/9 112/2 112/11 112/11 112/12
113/3
accounts [17] 5/14 7/18 30/19 118/5
124/24 139/6 139/9 139/10 139/15
140/5 140/7 141/13 144/11 165/12
182/8 182/9 182/11
accurate [2] 64/15 79/15
accurately [1] 4/15
acknowledged [1] 157/2
acquaintance [1] 65/1
acquainted [1] 64/25
acquired [1] 94/1
acquires [1] 93/21
Act [1] 12/18
acting [2] 30/2 30/7
action [4] 10/11 36/11 131/13 131/14
activities [1] 67/9
activity [2] 16/4 79/1
actual [4] 6/2 6/3 6/23 147/2
actually [37] 5/3 5/23 13/2 13/21 13/24
23/3 24/15 34/24 36/14 39/4 52/20 60/5
63/3 63/15 76/14 98/12 99/12 99/23
105/24 114/14 114/14 124/3 125/7
125/21 125/25 126/2 128/23 163/15
163/19 166/5 168/22 169/8 171/12
182/25 183/14 185/12 189/13
add [2] 16/18 90/11
added [2] 5/17 160/19
addendum [6] 2/21 3/22 4/6 4/12 4/15
8/25
adding [1] 24/8
additional [8] 12/2 35/7 61/8 99/3
101/19 114/3 114/4 150/18
address [13] 7/3 7/4 12/2 53/17 62/11
90/8 90/15 90/21 90/22 90/24 90/25
91/6 92/14
addressed [1] 130/12
addresses [1] 91/23
addressing [1] 13/3
adjudged [2] 2/17 13/19
administer [1] 79/10
administered [5] 24/23 53/22 66/1
77/23 107/8
administration [1] 71/23
admission [2] 64/18 81/1
admit [3] 28/19 80/17 179/24
admitted [5] 28/24 34/10 35/5 64/22
94/11

advance [1] 56/16
adversely [1] 102/14
advice [3] 42/1 105/5 185/16
advised [3] 166/5 188/21 189/2
adviser [2] 67/6 67/7
affects [2] 96/20 96/23
afford [6] 79/3 102/4 111/2 111/3
122/18 123/3
afraid [3] 58/21 58/23 60/5
after [38] 13/24 13/24 13/25 14/12
14/13 20/13 21/10 32/7 43/4 43/4 44/13
46/2 56/19 57/12 57/18 57/25 58/1
61/23 86/9 102/8 112/6 112/9 130/19
137/4 137/5 137/10 142/14 146/19
150/20 153/9 153/23 163/14 172/3
172/6 172/9 175/4 177/15 180/11
afternoon [4] 60/16 60/24 95/18 107/5
again [14] 13/10 22/22 26/19 41/7
50/24 52/14 75/5 75/9 90/19 127/18
137/14 151/16 155/19 185/17
against [10] 62/19 62/21 71/1 72/17
105/2 117/9 131/6 166/5 190/2 190/3
agency [1] 167/10
agent [29] 5/1 5/21 5/25 6/4 18/17
21/12 25/4 25/7 25/8 26/22 27/23 30/5
31/19 34/16 34/21 35/19 36/6 37/10
38/2 41/21 46/15 47/25 48/18 60/15
61/10 139/18 150/22 151/6 151/22
Agent LeBeau [13] 25/4 26/22 27/23
30/5 31/19 34/16 35/19 36/6 37/10 38/2
46/15 47/25 48/18
Agent Visalli [6] 5/1 5/21 6/4 21/12
41/21 61/10
agents [2] 184/5 184/19 184/24
ago [15] 3/5 13/11 14/18 15/19 109/4
112/1 161/3 178/19 183/13 185/4
185/10 185/16 185/20 185/23 191/22
agree [19] 3/12 5/7 5/23 7/15 7/16 7/21
8/8 12/12 24/7 44/17 45/2 77/18 92/6
97/23 99/15 101/20 152/20 159/13
161/9
agreed [11] 4/17 4/23 5/6 6/11 7/19
104/3 122/10 152/17 156/7 159/16
163/16
agreeing [3] 5/12 24/8 152/15
agreement [34] 7/7 8/15 9/16 11/5 17/2
34/9 94/12 132/20 132/21 150/21
151/22 151/23 152/8 153/8 154/3
154/22 155/10 155/15 156/1 156/9
160/14 160/24 161/2 161/2 161/7
172/20 173/2 173/3 173/7 183/14
188/11 188/14 188/22 188/23
agreements [1] 4/25
Ah [1] 160/22
ahead [5] 22/16 40/25 41/6 41/10 81/4
all [85] 2/3 3/16 4/3 5/25 6/24 7/9 7/9
9/14 10/20 11/25 13/15 13/17 14/13
17/21 18/11 21/7 22/19 22/23 34/8
34/10 44/23 51/7 51/8 55/24 58/23 65/4
65/6 67/9 68/25 69/20 70/21 70/24 71/8
72/13 72/15 73/25 74/10 74/12 75/13
76/22 77/21 78/15 78/18 80/6 80/6 81/2
81/2 83/22 84/6 87/6 87/24 88/19 89/16
93/4 94/11 95/8 98/14 99/6 104/21
106/9 106/16 106/25 118/20 123/21
124/15 132/21 133/24 136/23 138/8
138/15 138/19 143/13 145/19 146/20
150/2 154/23 163/14 166/15 177/4
179/7 185/9 186/8 188/8 189/16 192/13
allegation [1] 130/22

alleged [1] 53/18
allegedly [1] 92/22
Allscripts [3] 96/6 96/11 97/4
alluded [1] 12/5
alone [2] 63/16 126/15
along [2] 51/18 114/23
already [11] 20/19 22/8 35/8 78/15
101/10 104/3 134/18 137/5 137/5
137/10 184/8
also [49] 1/23 4/4 5/11 5/18 19/9 20/4
20/6 21/3 22/17 33/5 36/18 39/9 45/12
48/25 49/9 50/9 50/24 62/18 64/24 68/8
69/24 69/25 77/9 81/12 84/14 84/24
85/3 85/24 89/5 91/2 93/21 97/8 99/1
100/9 112/13 114/22 115/6 127/17
131/18 132/25 133/5 143/16 171/1
171/25 172/9 182/24 183/23 189/9
191/16
altered [1] 88/9
although [1] 15/13
always [5] 62/25 63/1 108/5 108/6
141/11
am [16] 10/8 21/20 23/9 25/13 34/13
78/8 88/10 92/13 107/21 108/10 109/12
109/16 129/7 149/25 151/25 185/2
ambushed [1] 13/11
amended [8] 77/22 85/5 77/16 88/15
88/16 89/3 89/24 89/25
AMERICA [1] 1/3
Ameristar [6] 39/11 40/5 40/11 41/5
41/8 186/2
among [1] 56/1
amongst [2] 144/23 162/12
amount [41] 5/13 5/17 5/23 6/6 6/14
6/16 6/20 6/21 6/23 62/20 76/8 76/9 76/14
81/8 81/12 87/22 89/22 95/7 97/12
97/19 97/20 97/23 100/7 101/15 132/3
157/2 171/9 171/12
amounts [4] 6/23 6/23 7/1 97/13
analysis [9] 11/6 31/5 41/13 41/16
41/20 41/22 41/23 110/9 110/17
anesthesia [1] 109/6
announce [1] 89/17
another [16] 32/18 52/10 52/13 67/6
67/14 85/24 88/8 91/10 106/2 106/5
112/2 170/23 171/4 174/23 192/10
answer [16] 41/10 44/9 52/21 72/1
76/23 98/11 114/13 125/5 127/25
134/13 154/1 154/1 154/7 155/13
180/25 191/13
answered [3] 167/2 184/8 191/9
answers [1] 70/15
anticipate [1] 187/10
any [120] 6/19 6/20 6/25 7/3 14/15
21/21 22/10 28/22 30/9 30/17 30/18
31/19 36/11 38/15 41/12 41/20 41/20
44/3 46/11 51/9 51/21 51/25 59/3 59/7
59/7 59/19 60/8 60/23 61/19 61/19
64/20 65/13 68/24 69/20 71/5 71/11
73/3 73/22 74/16 78/16 80/19 81/18
83/3 84/4 84/15 84/25 85/3 86/13 87/14
89/5 91/23 92/16 93/20 94/20 97/22
100/2 101/7 103/7 104/24 105/6 105/7
105/8 107/24 108/3 108/15 109/5 109/6
109/9 110/1 110/10 111/23 118/2
121/14 121/22 121/22 123/7 124/11
124/23 125/13 126/1 126/14 127/5

**A**

any- [38]  129/3 129/6 129/17 129/17
129/17 130/1 132/20 135/6 136/7 136/9
143/24 144/10 145/10 150/2 150/18
154/12 154/23 155/2 155/4 155/8
155/10 155/20 157/7 159/11 162/21
162/23 167/12 173/10 174/3 174/13
180/15 180/17 181/14 185/2 190/10
190/11 190/24 191/2
anybody [5]  10/7 17/10 65/10 75/1
169/5
anymore [3]  58/24 71/20 74/3
anyone [3]  30/17 131/5 148/18
anything [27]  6/11 7/4 21/18 53/8 67/17
73/9 74/4 83/11 88/10 100/18 105/21
117/19 120/22 129/2 133/19 134/4
135/23 136/23 137/14 137/15 137/16
177/10 179/25 181/17 190/11 191/7
191/13
anyway [1]  7/14
anywhere [1]  70/17
apart [1]  41/17
apartments [1]  70/20
apologize [8]  15/20 16/10 16/12 23/16
23/16 80/25 100/8 179/6
apology [1]  65/7
apparently [2]  51/10 133/20
appeal [3]  4/8 4/8 4/10
appeals [1]  21/7
appear [8]  7/20 50/16 80/8 80/9 149/10
169/12 169/13 175/5
appearance [1]  91/16
appeared [1]  2/11
appears [1]  43/19
application [2]  10/20 11/6
applies [2]  10/6 22/9
apply [5]  9/2 11/7 11/19 22/7 178/11
appoint [1]  79/11
appointment [2]  106/8 187/9
appraisal [2]  156/11 156/14
appreciate [3]  102/24 103/14 105/24
approach [1]  160/6
approached [5]  63/12 118/13 118/14
146/15 164/3
appropriate [5]  11/8 12/6 13/9 110/13
126/18
appropriated [1]  137/20
approval [3]  86/12 86/13 104/4
approve [3]  38/8 50/8 186/5
approved [5]  13/24 96/1 96/3 97/6
160/19
approving [1]  186/4
approximately [4]  29/12 32/7 42/2
118/3
April [5]  12/3 148/2 148/8 170/24
188/16
April 16 [1]  148/8
April 16th [1]  148/2
April 18th [1]  188/16
April 23rd [1]  12/3
April 27 [1]  170/24
are [186]  2/6 2/7 2/21 2/23 4/7 4/10
4/25 7/7 8/23 8/24 9/16 11/5 11/20
12/13 12/17 12/22 12/24 12/25 14/16
14/20 15/12 15/15 17/1 17/12 17/8
17/8 17/24 18/1 19/7 20/5 20/5 20/10
22/18 23/2 23/17 23/22 24/8 24/10
24/16 25/7 25/11 27/19 33/10 34/5 34/5
34/23 35/18 36/21 37/1 37/24 38/6 43/6
43/15 44/3 46/2 46/5 52/4 54/7 64/24

65/4 65/4 65/16 66/10 66/12 66/14 69/8
70/20 71/18 73/11 76/15 76/22 77/12
79/24 79/24 80/1 80/11 81/13 81/18
81/23 82/25 83/24 84/4 86/2 86/2 86/4
86/5 86/7 86/8 86/8 86/14 86/16 86/21
87/9 90/11 92/11 93/14 93/14 94/2 94/3
94/14 95/12 95/15 96/18 96/22 96/24
102/11 104/7 105/9 106/11 107/18
107/20 108/9 108/11 109/11 109/15
109/17 109/20 110/20 110/25 112/17
115/19 117/1 117/1 121/19 123/7
123/10 124/14 126/4 126/12 127/20
127/23 128/10 131/4 131/20 132/1
132/21 133/13 133/24 134/23 137/6
138/3 138/22 139/17 142/1 145/23
146/2 146/14 149/10 151/23 153/8
154/3 154/9 154/16 154/17 154/19
155/6 155/25 160/22 161/11 162/11
164/14 165/14 166/19 166/20 167/6
167/8 169/1 175/12 181/25 185/9
186/15 187/5 188/1 189/3 190/10
190/24 191/2 192/5 192/6
area [2]  41/14 55/23
aren't [4]  12/6 111/4 111/5 139/5
argue [1]  22/24
arguing [1]  20/6
argument [2]  8/22 51/23
Ari [3]  156/3 173/7 173/10
arose [1]  55/13
around [2]  2/20 2/24
arrange [1]  113/17
arrived [1]  63/17
Art [1]  160/16
Art Hyman [1]  160/16
as [149]  2/2 3/9 7/21 8/5 8/10 8/19 9/15
9/15 9/16 9/21 9/23 10/25 11/3 11/22
12/4 12/15 12/18 12/21 14/4 14/8 14/17
15/14 16/3 16/18 17/2 17/20 17/20 18/6
19/3 19/21 20/22 22/5 22/10 25/10 26/7
28/11 28/11 29/13 33/8 33/25 34/3
34/20 35/7 36/12 37/8 37/9 37/22 39/5
39/20 40/4 43/12 45/7 45/12 45/14
45/23 45/24 47/14 48/4 50/8 53/16
53/18 61/13 61/18 61/18 62/12 67/6
69/25 73/13 75/16 76/6 77/15 77/16
79/14 79/18 79/18 80/3 80/4 80/16
81/11 81/14 81/23 82/6 84/4 85/21 86/3
86/15 88/11 90/21 92/7 92/7 93/3 93/3
97/2 97/9 97/21 99/2 99/18 106/24
109/20 113/8 117/21 117/23 124/24
125/11 128/8 129/8 130/4 134/18 136/8
138/18 140/11 141/15 142/1 143/13
144/21 145/17 145/18 145/25 146/25
146/25 148/5 149/8 149/8 151/4 151/11
152/6 154/23 155/7 159/1 160/17
161/15 164/7 167/17 167/18 169/20
169/22 175/2 175/22 178/6 178/16
178/22 178/22 179/16 179/25 181/12
187/12 189/19 190/17 191/21
Ashbach [132]  6/4 7/22 9/15 20/14
21/25 22/11 23/7 23/10 23/22 24/13
25/19 26/20 27/7 27/9 27/17 27/20
27/25 28/1 28/11 28/12 30/12 30/13
30/18 30/25 31/17 31/20 31/22 31/23
32/15 32/19 33/2 33/6 33/6 34/17 35/23
36/12 36/15 36/16 37/25 38/2 38/23
39/5 39/6 40/7 40/11 40/13 40/20 41/4
41/5 41/7 41/9 42/5 42/7 42/9 42/16
42/25 43/4 44/13 45/21 46/3 46/23 47/5

47/6 47/9 47/10 47/12 47/14 47/17
47/18 47/25 48/10 48/15 48/18 48/21
49/8 49/16 50/1 50/4 51/1 52/2 52/15
52/22 53/2 53/2 53/3 60/14 64/25 69/13
69/15 74/22 85/21 90/20 92/11 106/13
107/4 107/12 107/15 107/17 107/18
122/20 122/23 122/25 123/14 124/12
125/2 127/12 130/5 130/14 131/5
132/13 133/4 138/23 139/2 141/24
143/6 148/6 148/24 150/7 150/20 151/7
151/19 152/6 160/10 177/9 179/19
179/20 179/21 186/18 186/23 187/22
192/9 193/13
Ashbach's [19]  5/13 7/18 33/18 33/22
34/25 36/8 41/17 42/18 43/14 43/19
44/15 45/5 45/9 45/10 45/24 46/5 47/23
50/2 157/3
ask [30]  13/6 22/15 23/2 23/5 35/6 38/4
47/25 52/19 59/5 59/8 60/18 83/17
103/16 117/11 119/16 125/15 125/21
125/25 134/15 134/16 136/4 144/15
149/15 149/15 167/23 171/3 172/18
179/9 190/21 192/6
asked [34]  13/15 48/19 56/9 60/17
64/24 70/12 84/24 85/8 104/1 104/3
116/21 119/14 122/11 123/1 123/16
125/4 126/1 126/2 127/20 127/23 132/5
132/8 133/5 148/22 148/23 149/6
150/17 150/22 163/16 167/2 167/3
169/7 191/9 191/23
asking [16]  7/1 7/1 13/13 15/12 15/15
29/23 46/16 49/22 77/7 80/21 121/14
125/17 131/20 132/10 177/9 184/9
assessment [1]  69/17
asset [3]  93/17 93/23 105/16
assets [18]  2/15 12/20 12/20 75/17
75/18 77/2 77/8 83/2 93/3 115/18
126/18 127/10 128/25 131/2 144/23
159/3 172/23 173/5
assign [2]  167/10 167/13
assignment [5]  169/11 169/14 169/16
170/23 171/4
assist [1]  44/19
assistant [1]  176/15
assisting [3]  32/19 45/21 45/25
associated [5]  61/20 62/14 82/3 100/8
100/9
Associates [19]  21/16 48/10 48/15
49/12 54/18 55/16 56/2 57/20 61/20
84/9 91/1 111/15 114/16 134/3 147/9
167/25 177/18 182/10 182/21
assume [6]  4/3 11/5 22/18 74/24
143/24 167/17
assumed [2]  47/18 63/2
assuming [1]  69/19
assure [1]  105/6
attach [2]  82/22 83/21
attached [3]  52/17 186/21 187/22
attacking [1]  72/13
attempt [1]  152/8
attempted [1]  88/21
attempting [3]  27/10 27/20 76/10
attention [17]  15/18 26/22 40/6 42/11
60/11 118/9 134/25 137/2 143/17 166/9
172/18 173/23 174/5 174/20 176/10
187/17 188/9
attest [1]  174/8
attorney [16]  14/2 60/25 61/22 62/10
63/12 63/12 63/21 64/6 71/12 78/11
91/10 91/19 91/21 98/4 130/7 188/20

**A**

attorney Bennett [1] 63/12
attorneys [4] 1/13 17/20 156/8 183/22
attorneys [5] 73/21 163/7 163/9 164/5 183/13
attorneys' [2] 99/19 100/14
audible [1] 38/12
August [9] 32/22 43/14 49/16 50/17 91/16 168/8 171/7 171/11 192/21
August 1st [1] 32/22
August 2003 [2] 43/14 168/8
August 2nd [2] 171/7 171/11
August 3rd [2] 49/16 50/17
authority [4] 60/8 144/10 164/20 179/20
authorization [2] 74/11 177/10
authorize [1] 187/4
authorized [2] 40/3 130/4
autistic [1] 108/4
available [3] 96/13 96/16 101/16
Avenue [1] 90/21
awarded [1] 72/25
aware [64] 26/20 31/23 33/2 34/13 35/12 35/24 43/6 44/3 46/2 53/2 60/12 60/15 61/23 62/18 81/23 83/24 84/4 87/22 88/10 92/11 92/13 94/3 94/6 94/8 95/5 95/9 102/3 115/21 121/11 121/17 121/20 124/7 126/4 126/7 126/12 126/14 126/21 126/25 127/4 127/4 127/6 127/10 128/3 129/7 129/21 135/12 135/19 135/24 139/5 142/6 146/19 153/8 155/6 155/9 157/9 157/12 157/14 163/12 166/10 172/16 176/6 190/11 190/24 191/2
away [3] 150/1 163/24 184/18

**B**

back [28] 2/11 2/19 30/21 47/21 49/5 57/13 89/24 106/4 106/18 106/20 130/14 135/9 138/10 138/12 138/21 139/21 154/19 156/4 158/24 169/4 177/18 180/6 181/1 185/11 191/18 191/19 192/5 192/7
background [2] 78/16 78/19
bad [1] 72/16
balance [1] 168/23
balloons [1] 32/6
bank [119] 2/13 2/14 6/13 12/10 18/19 25/11 25/17 25/18 25/21 25/22 25/24 25/25 26/12 26/16 27/5 27/11 27/16 27/19 27/24 27/24 28/5 28/10 29/5 29/10 29/11 29/14 29/17 29/17 29/19 29/20 29/22 30/6 30/15 30/19 31/3 31/6 31/18 33/5 33/5 33/7 33/14 33/17 33/18 34/17 34/24 36/14 36/17 37/5 40/13 40/19 41/3 41/6 41/9 44/10 44/18 45/3 45/11 45/13 46/21 46/22 50/8 52/25 56/22 56/22 56/24 57/1 59/16 60/13 73/20 76/5 84/22 87/3 95/21 96/11 104/2 105/5 118/5 121/18 122/5 123/12 125/14 126/5 126/23 127/1 128/15 132/15 133/24 135/1 135/3 135/16 136/5 136/7 136/23 136/25 137/4 144/11 155/4 157/4 157/20 157/25 158/6 158/17 159/14 168/14 170/14 170/21 171/25 175/15 182/8 182/9 182/15 182/20 183/9 186/1 186/6 186/9 186/21 187/2 191/20
banking [2] 182/11 182/13
bankrupt [2] 13/16 178/16
bankruptcies [3] 78/21 79/7 92/1

bankruptcy [84] 2/14 6/17 6/19 6/23 8/20 9/8 10/12 12/16 12/17 12/20 12/23 13/3 13/13 13/21 13/24 14/6 14/22 14/25 15/4 15/10 16/5 16/14 18/4 19/3 19/8 19/17 19/25 20/16 21/5 21/7 72/23 75/13 75/15 75/18 75/22 76/5 76/8 76/12 77/1 77/3 77/10 78/23 79/6 79/15 79/16 80/11 80/18 81/9 81/24 81/25 83/15 83/18 83/20 84/5 86/8 86/15 87/3 88/18 89/17 90/13 92/5 92/12 92/17 97/6 97/9 97/16 97/18 99/7 99/17 101/7 102/25 104/20 104/25 105/1 105/12 105/17 155/6
banks [3] 143/22 175/24 175/24
based [21] 4/25 5/22 6/3 7/20 8/12 13/23 20/20 24/13 40/6 40/24 48/13 50/16 52/21 52/24 52/25 53/1 84/1 102/11 129/22 170/12 192/12
basically [21] 26/12 27/4 35/1 48/21 58/7 62/24 67/9 67/19 67/20 113/13 115/3 116/22 123/2 134/6 136/11 137/20 140/19 143/19 152/8 169/22 181/2
basing [1] 77/14
basis [3] 17/8 20/20 80/6
Bates [8] 27/14 30/22 31/2 32/3 32/11 37/7 59/11 168/18
be [155] 2/4 4/8 5/17 5/23 6/8 8/6 8/9 8/11 8/23 10/24 11/24 12/21 13/3 13/7 14/11 14/18 15/5 16/4 17/9 17/16 17/19 18/5 18/15 19/5 20/20 20/25 21/8 23/23 28/15 31/11 31/16 34/3 34/4 41/2 41/7 43/2 43/19 44/8 44/20 46/25 47/17 47/23 52/16 53/20 56/1 58/9 58/24 59/22 62/9 62/11 62/23 65/24 67/15 68/21 68/22 73/22 74/13 74/22 76/9 77/4 77/22 79/9 79/18 79/20 79/24 80/8 81/12 82/20 83/4 83/8 83/16 83/17 83/19 83/22 84/2 84/3 87/4 87/16 87/16 88/9 88/15 89/23 90/1 92/4 93/2 93/25 94/14 95/1 96/8 97/3 97/20 100/24 100/25 101/8 101/9 101/11 101/16 103/25 105/12 105/16 105/18 106/11 107/1 107/6 107/10 114/6 115/1 119/18 122/16 123/10 125/20 125/22 125/24 127/25 128/4 128/11 131/2 133/9 136/7 136/11 136/14 138/10 138/20 142/25 143/3 143/5 143/6 143/16 144/23 146/16 149/21 153/9 153/16 153/18 153/25 154/2 154/4 156/7 156/8 157/13 162/9 166/7 174/16 175/4 176/22 178/20 180/9 180/22 181/3 181/20 181/22 187/13 189/20 190/15 192/6
bear [1] 21/19
became [9] 26/20 60/15 61/23 70/13 91/18 92/8 114/16 128/3 172/16
because [63] 7/8 7/11 11/12 14/1 14/17 19/10 20/6 50/7 51/6 52/19 56/11 60/22 61/1 68/23 69/24 70/15 70/18 71/16 72/23 73/25 76/24 94/1 97/10 102/7 102/9 111/2 111/4 112/1 114/21 118/13 119/14 133/11 133/13 134/7 134/13 135/8 136/13 136/16 136/17 137/14 138/1 138/7 144/4 144/14 146/11 150/24 154/5 158/13 159/11 160/19 161/6 162/11 164/5 164/16 164/23 179/2 180/13 181/21 181/24 182/21 183/20 187/14 191/23
because I [1] 191/23

become [3] 60/11 111/19 115/4
becomes [4] 17/10 35/12 90/12 155/16
becoming [1] page
been [70] 2/20 2/24 4/13 6/5 6/13 6/24 6/25 9/23 10/16 14/14 14/17 15/6 15/25 16/23 26/7 33/25 39/20 40/15 43/12 49/25 58/3 60/12 63/18 72/10 74/2 75/16 75/22 77/9 82/2 82/6 86/15 88/3 86/9 94/18 94/22 94/24 95/9 96/1 96/3 96/13 97/8 102/3 102/9 103/11 108/23 108/24 111/21 111/22 128/8 129/2 131/9 131/21 137/5 137/10 137/13 140/6 140/11 141/15 146/19 148/5 151/1 152/24 159/8 161/13 164/17 165/16 167/2 176/15 177/22 185/8
before [32] 1/9 2/11 2/22 3/10 3/22 4/1 6/10 6/10 15/23 16/11 22/8 22/20 23/1 23/7 59/12 64/6 67/23 68/20 76/7 95/20 112/8 141/17 141/24 148/10 166/1 169/1 169/4 173/1 173/4 173/25 176/18 181/2
Beg [1] 146/9
began [2] 69/7 179/23
beginning [11] 2/2 14/6 34/3 37/16 60/4 69/4 75/15 89/17 91/10 106/24 138/18
behalf [11] 2/9 3/9 29/24 30/2 30/7 30/10 30/25 127/24 154/19 174/12 189/10
behavior [1] 88/1
behind [2] 81/24 179/17
beholden [3] 147/15 149/4 149/6
Beier [1] 1/23 3/4
being [44] 22/18 22/24 30/14 31/6 31/7 31/8 31/19 33/17 38/6 41/8 45/3 45/7 45/10 45/11 45/23 48/19 50/8 61/12 79/24 80/24 93/14 112/18 122/20 123/1 123/22 126/14 127/20 128/10 130/12 134/17 135/1 139/21 146/25 147/3 150/7 154/20 157/7 157/16 158/6 159/15 186/1 190/11 191/2 191/14
belief [1] 184/16
believe [39] 5/21 6/2 6/12 8/16 17/1 22/6 22/8 23/24 27/14 28/17 30/9 40/18 45/8 45/12 45/15 47/1 47/15 60/1 60/16 77/12 84/20 87/6 87/7 91/16 97/19 98/25 101/17 102/16 116/6 127/25 128/11 128/23 145/25 146/2 160/16 174/1 177/21 179/18 180/16
believed [3] 14/7 14/8 158/16
bell [1] 160/20
belly [3] 166/1 166/2 166/3
belly-up [3] 166/1 166/2 166/3
bench [1] 15/24
beneficiary [1] 93/13
benefit [6] 162/21 162/23 164/4 190/12 190/15 191/8
benefits [1] 144/22
BENNETT [9] 1/17 2/9 3/12 3/20 4/16 5/3 63/12 64/2 193/7
Bercaw [1] 52/16
BERKOWITZ [45] 1/13 2/9 3/5 3/14 4/3 5/2 5/15 6/7 6/22 7/2 9/5 9/12 11/20 13/10 23/5 23/20 53/24 65/15 65/18 66/3 74/21 94/11 100/18 107/3 138/4 138/24 150/23 151/3 162/12 163/1 178/10 179/17 179/23 180/5 180/15 181/7 181/14 183/15 188/12 193/4 193/5 193/7 193/9 193/11 193/14
Berkowitz's [1] 161/3
Berkowtiz [1] 193/12

**B**

best [1] 123/6
better [1] 32/4 61/7 158/14
between [4] 10/8 11/1 11/10 136/20
big [2] 136/18 136/19
bill [7] 52/16 52/16 52/19 52/19 52/21 52/22 95/6
Bill Bercaw [1] 52/16
billing [17] 55/18 57/10 57/19 58/2 58/4 58/8 67/22 67/23 67/23 68/6 68/7 71/17 71/17 73/19 84/10 113/2 113/14
billion [1] 29/20
bills [1] 183/9
binder [2] 81/3 160/2
bit [11] 7/11 17/10 37/15 46/18 60/4 91/8 111/13 127/15 127/18 131/17 136/11
Blackhawk [2] 183/25 184/1
Blackhawks [1] 184/5
blanche [1] 165/11
blank [4] 140/22 140/24 141/4 142/4
blue [1] 55/5
blurry [1] 140/18
boat [1] 58/24
bonuses [2] 96/17 96/20
book [3] 29/4 29/8 29/13
books [1] 147/3
borrow [1] 122/4
borrowed [2] 123/8 154/19
boss [1] 161/4
both [9] 3/21 13/1 111/16 114/7 132/3 155/7 156/4 169/25 179/16
bother [1] 30/17
bottom [3] 102/15 169/12 169/13
bounced [3] 35/1 35/21 36/5
bout [1] 108/21
Boyd [2] 171/23 171/24
boys [1] 73/23
brand [1] 140/4
break [5] 95/15 106/1 134/20 187/14 192/4
Brenda [11] 18/22 21/24 22/9 33/17 34/5 53/13 54/1 54/6 135/22 135/23 193/6
Brenda Eriksen [3] 21/24 135/22 135/23
Brian [9] 1/23 21/11 60/15 60/24 61/2 139/18 139/20 140/1 150/8
briefly [2] 38/17 64/1
bring [4] 15/18 62/20 79/18 150/22
bringing [1] 40/5
brings [1] 81/9
Broadmoor [22] 27/21 28/2 69/9 69/11 69/12 69/13 70/3 70/14 85/8 85/22 121/19 121/23 122/19 123/2 123/8 165/21 165/24 166/1 166/3 190/9 190/14 191/4
broke [1] 130/18
broker [1] 95/1
brokerage [7] 7/18 49/23 50/6 124/24 141/5 141/12 154/20
brother [14] 48/22 74/1 115/11 115/12 115/13 115/14 115/17 117/8 117/8 117/10 161/21 161/24 162/8 176/23
brothers [1] 74/1 147/22
brought [11] 29/5 29/10 29/11 62/19 72/17 99/9 99/16 144/7 163/1 164/5 183/19
building [2] 63/13 92/10
buildings [1] 70/1

bunch [1] 20/9
busiest [1] 91/12
business [59] 26/22 26/23 26/23 29/23 33/22 55/10 55/13 55/13 55/14 56/12 56/22 56/24 56/25 57/3 57/18 57/21 57/22 58/15 58/19 59/8 59/14 59/20 59/23 60/9 60/13 60/21 61/5 61/20 65/3 67/8 67/10 70/19 79/2 84/21 86/25 87/1 87/5 87/8 87/18 87/19 90/25 94/24 95/1 95/2 95/4 101/19 102/9 102/19 103/3 103/22 112/13 130/23 132/9 132/10 132/11 176/16 182/13 182/15
businesses [11] 69/7 71/2 84/15 86/4 86/4 86/7 88/2 102/11 104/12 156/12 156/15
busy [1] 56/11
buy [3] 102/23 126/7 156/4
buying [1] 68/25
buyout [1] 120/15
buys [1] 87/10
Byzantine [1] 16/8

**C**

cafeteria [2] 63/13 64/9
calculate [2] 8/12
calculated [2] 8/11 94/18
calculating [1] 8/10
calculation [6] 5/18 13/8 18/7 23/23 24/9 110/18
calibrate [1] 110/1
call [13] 21/23 23/3 47/15 48/15 53/12 65/18 77/19 77/21 97/24 107/4 135/16 167/18 181/5
called [8] 60/16 60/25 67/23 71/22 121/19 144/25 181/7 186/9
calling [1] 21/23
calls [5] 24/21 52/20 53/13 65/20 98/11
Calumet [1] 90/21
came [23] 13/20 36/11 40/2 41/24 48/15 57/22 60/22 62/22 63/15 71/15 103/25 132/17 137/8 137/24 140/2 159/13 163/4 163/5 163/6 164/4 164/5 172/9 182/21
can [85] 2/4 3/16 5/2 8/24 15/8 22/21 23/4 26/14 27/3 27/13 30/21 31/2 34/19 37/15 44/23 46/15 47/2 47/21 49/5 51/18 54/4 55/3 55/9 57/13 59/22 63/4 69/12 75/1 75/3 77/10 77/16 77/18 78/4 79/2 79/3 79/18 79/25 80/20 82/19 82/20 86/3 86/6 86/23 91/8 92/1 98/3 98/5 105/6 107/1 107/15 111/3 122/4 123/14 124/20 125/1 125/2 125/10 126/1 126/17 126/19 129/19 129/22 131/18 134/22 138/20 149/12 154/15 155/10 157/22 167/9 167/23 170/22 171/3 172/18 174/8 176/10 178/7 179/9 180/10 181/16 184/14 186/17 188/8 188/9 192/14
can't [21] 37/23 44/9 50/7 72/15 74/3 86/12 86/13 97/18 98/14 102/23 105/1 111/2 111/3 126/2 136/14 154/1 155/13 170/15 179/7 181/23 191/13
canceled [2] 57/4 72/22
cancer [6] 108/16 108/17 108/17 108/20 108/22 108/24
Candidly [1] 10/19
capital [5] 27/21 45/9 165/20 190/9 190/17
car [2] 83/11 129/13

carcinoma [1] 108/19
card [3] 87/10 95/6 104/2
cards [2] 94/21 94/23
care [20] 7/6 58/8 58/9 109/22 109/22 109/23 113/2 113/2 113/3 113/3 113/4 113/5 113/19 118/11 132/22 134/18 143/19 162/5 189/16 189/16
carefully [1] 144/2
carte [1] 165/11
case [34] 2/6 10/10 13/20 15/2 15/12 16/13 30/12 52/3 75/16 78/25 79/9 83/24 86/9 86/11 86/11 88/5 88/10 88/11 91/8 91/10 91/15 91/18 91/20 92/8 94/7 96/6 97/3 100/23 101/3 101/24 102/20 178/19 184/5 189/11
cases [2] 79/11 104/6
cash [8] 93/5 93/7 93/10 93/12 93/22 94/1 94/4 101/15
cashes [1] 93/15
casino [33] 33/24 34/6 35/1 35/18 35/20 35/21 36/13 36/16 39/11 40/11 41/21 46/16 46/17 46/19 47/7 135/2 135/2 135/10 137/24 138/2 186/2 186/7 186/10
casinos [12] 35/5 35/25 41/4 41/14 41/17 41/23 42/1 42/3 61/12 136/3 136/5 136/24
catch [1] 91/7
caused [1] 130/18
cease [1] 174/17
cell [2] 108/19 108/20
cent [1] 72/25
Centier [61] 25/18 26/20 26/23 27/1 27/3 27/5 27/10 27/14 28/5 29/5 29/10 29/17 30/15 30/21 31/3 32/4 32/11 33/5 33/17 37/5 44/10 45/15 49/22 50/6 51/2 51/3 51/5 52/17 52/25 56/22 57/1 59/10 59/10 59/16 59/25 60/1 60/13 94/9 121/18 122/5 123/11 125/14 126/5 126/23 127/1 128/15 132/14 135/1 135/3 137/4 157/4 157/7 157/20 157/25 158/6 158/11 158/17 159/14 170/14 171/25 191/20
century [1] 74/9
certain [4] 15/9 69/23 112/8 130/18
certainly [5] 22/2 77/4 105/2 143/9 143/11
CERTIFICATE [1] 192/17
certify [1] 192/18
challenge [1] 7/16
challenged [1] 108/4
chance [4] 3/25 106/19 115/18 191/11
change [2] 139/17 161/6
changer [1] 115/4
changes [1] 93/16
chapter [31] 15/8 21/4 24/5 75/11 78/21 78/23 79/4 79/5 79/7 79/7 79/8 79/23 80/5 80/11 81/24 83/3 84/5 86/2 86/11 86/21 89/12 89/15 91/12 92/7 92/9 93/4 93/16 93/18 93/20 93/21 103/7
chapters [2] 79/6 93/18
characterization [1] 162/15
characterize [1] 130/4
charge [2] 6/13 6/18
charged [1] 76/4
charges [1] 26/12
chart [3] 14/9 26/4 26/19
charts [2] 22/25 26/9
cheated [1] 147/3

**C**

cheating [1] 114/20
check [37] 40/2 40/4 40/8 40/10 40/23
40/25 41/5 41/9 46/16 46/18 46/23
56/13 59/12 59/22 63/13 63/18 63/21
63/22 64/12 64/15 73/1 73/6 91/23 94/4
94/8 121/6 121/7 121/8 124/2 186/2
186/7 186/10 186/21 186/24 187/3
187/23 188/1
checking [2] 33/7 33/11
checks [32] 25/25 34/24 35/17 36/8
36/11 36/12 36/15 36/21 39/10 40/14
40/15 47/6 56/6 57/4 60/18 74/11 121/9
135/2 135/9 135/14 135/21 136/2 136/6
136/13 136/15 136/17 136/19 137/24
186/8 186/9 186/12 186/15
cheek [1] 37/21
chemo [3] 129/9 129/20 129/23
chemotherapy [5] 108/25 109/1 109/3
129/5 129/6
Chicago [1] 71/12
child [3] 108/1 108/3 120/13
children [1] 107/24
chiropractic [1] 104/9
choice [3] 133/9 158/9 158/21
chose [1] 137/14
cigar [1] 95/3
circumstance [1] 87/14
civil [1] 62/10
claim [26] 14/1 14/10 18/6 81/19 82/6
88/23 89/13 89/16 89/18 89/19 89/20
89/21 89/22 89/23 92/11 92/25 97/20
98/2 99/1 99/9 99/13 99/16 100/13
163/9 163/16 163/19
claims [9] 13/17 13/18 18/5 19/20
81/12 81/13 89/5 89/8 89/9
clarification [2] 63/4 192/1
clarify [2] 149/12 157/1
clarity [1] 97/8
clarity's [1] 189/3
clauses [1] 160/23
Clay [1] 1/21
clear [6] 21/17 40/16 41/2 41/7 44/20
157/13
clearance [1] 102/25
clerk [1] 90/13
client [9] 3/21 13/21 29/24 30/3 30/3
30/7 30/11 30/12 69/24
clients [6] 16/5 29/9 29/10 29/15 29/15
30/18
clinics [1] 104/9
close [7] 73/19 115/6 115/7 115/9
161/11 161/13 161/16
closed [5] 15/6 39/7 57/25 137/1
179/17
closer [1] 110/24
closes [2] 36/23 36/25
club [6] 27/22 28/2 41/21 69/11 69/12
69/13
co [1] 180/1
co-conspirator [1] 180/1
code [3] 83/18 86/8 89/17
collateral [7] 31/13 50/2 50/2 50/4 50/8
128/8 172/21
collection [1] 79/1
Collins [1] 3/4
column [1] 168/13
come [25] 8/15 14/2 14/12 23/1 30/2
32/5 53/19 56/8 60/17 65/22 68/13 69/5
71/21 72/3 77/9 84/7 105/5 106/4

106/18 117/13 126/17 144/6 146/13
183/20 192/5
comfortable [4] 77/11 117/2 117/4
134/19
coming [5] 22/20 29/23 36/8 36/22
135/2
comment [1] 71/5 165/13
comments [1] 178/6
commercial [2] 167/11 167/16
commitment [1] 189/8
committee [6] 25/25 27/5 27/9 84/24
85/9 92/19
common [1] 134/3
communicate [4] 117/6 119/12 120/5
120/20
communicating [1] 27/8
communications [1] 26/1
communist [1] 74/2
community [8] 54/12 54/15 55/14 58/16
62/13 66/23 66/24 67/4
companies [4] 84/8 84/18 113/18 139/8
139/19
company [4] 84/23 96/22 103/22 147/9
compensated [1] 8/6
competent [2] 116/23 116/24
completed [1] 72/24
completely [6] 44/20 71/11 123/7
123/10 140/24 180/9
complex [1] 166/23
complicated [1] 16/2
component [3] 19/18 19/25 113/24
components [1] 113/18
comprehensive [2] 55/22 118/11
computation [2] 97/16 98/9
compute [1] 110/5
computer [6] 49/5 67/25 103/6 104/10
140/13 142/11
concealed [1] 14/24
concealing [1] 76/14
concealment [1] 2/15
concern [2] 25/17 119/12
concerned [1] 187/15
concerns [3] 57/19 58/4 70/10
concluding [1] 58/18
conclusion [1] 164/6
conclusion that [1] 164/6
concomitant [1] 7/21
condition [2] 175/1 175/22
conditions [1] 108/15
conduct [3] 29/23 56/12 147/5
conducted [2] 31/6 147/8
confide [1] 116/16
confirmed [1] 88/13
confuse [1] 23/14
confused [1] 23/6
confusing [1] 23/15
conjunction [2] 72/12 89/25
connection [3] 172/11 178/19 188/21
conscious [4] 121/3 128/12 128/14
128/18
consciously [1] 121/12
consent [1] 157/3
consequence [1] 129/6
consequences [1] 58/24
consider [10] 68/20 68/21 69/21 115/11
115/12 147/22 150/1 161/16 176/22
181/23
considerable [1] 154/25
considerably [3] 115/18 146/11 147/14

considered [2] 48/21 83/19
Considering [1] 89/25
consistent [1] 95/9
consult [1] 158/21
Consultants [6] 54/14 56/25 59/5 59/13
59/17 114/17
consulting [6] 153/23 153/24 153/24
154/3 154/4 154/5
contact [3] 27/16 27/18 90/7
contacted [6] 40/14 60/25 63/21 135/1
186/1
contained [6] 6/8 22/24 26/5 27/1 97/12
98/2
contains [1] 171/1
contents [1] 3/25 26/25
contest [3] 22/6 92/21 92/22
contested [2] 34/5 34/9
contesting [2] 34/5 34/6
contingent [5] 13/18 13/23 14/10 18/5
97/15
continue [8] 17/25 37/23 70/22 96/7
134/22 147/1 147/1 162/5
Continued [1] 138/25
continuing [2] 11/20 138/22
contract [8] 63/5 66/21 66/22 67/21
71/15 71/16 71/20 132/20
contrary [1] 20/10
controlled [1] 88/1
conversation [10] 40/7 40/17 40/19
49/18 57/9 174/2 174/4 174/14 176/4
186/23
conversations [4] 4/25 5/20 7/5 53/1
conviction [1] 15/15
convinced [1] 149/25
copy [4] 2/19 3/21 64/15 160/2
corner [1] 168/19
corporation [5] 104/7 142/15 142/23
147/10 147/11
corporations [1] 104/5
correct [175] 8/7 12/14 16/21 18/24
19/8 23/7 23/8 23/9 23/12 29/17 30/25
31/1 35/18 36/10 37/11 38/10 38/24
42/9 42/10 42/16 42/16 43/1 44/19 46/8 56/4
56/15 58/3 64/7 64/10 66/19 66/25 67/2
67/13 67/15 68/9 69/9 75/25 79/17
79/22 80/14 81/17 81/20 81/22 82/8
82/11 82/15 83/1 84/13 85/5 85/16
85/18 86/1 88/7 88/17 88/19 90/18 91/4
94/16 96/14 97/14 99/8 99/11 99/14
99/15 100/15 101/23 102/2 102/13
102/20 103/15 105/19 113/10 113/11
114/2 114/5 115/20 116/25 117/5
121/13 127/25 128/21 130/6 130/24
132/1 132/2 137/11 139/3 139/4 139/16
141/10 143/15 143/19 144/1 146/21
152/13 152/14 153/3 153/7 155/21
157/15 157/17 157/18 158/19 159/18
159/19 159/20 160/22 160/24 160/25
161/9 161/10 162/10 163/8 163/12
163/18 163/21 164/1 164/20 164/21
165/14 166/21 167/6 168/9 168/11
169/4 169/4 169/16 169/21 170/9
170/14 170/24 170/25 171/1 171/2
171/5 171/8 172/4 172/5 172/7 172/8
173/8 173/9 174/12 175/6 178/23
178/24 180/8 180/9 180/11 182/8
182/11 182/12 182/14 182/18 182/19
182/22 182/23 182/25 183/7 183/10
183/11 183/25 184/7 185/5 185/6
185/16 185/20 185/24 186/11 189/1

## C

correct ... [6] 189/13 189/14 189/17
189/20 190/4 192/19
correctly [1] 103/23
corresponding [1] 171/7
cost [1] 62/20
could [57] 22/10 30/3 39/15 39/16
39/22 49/23 56/13 61/5 63/24 64/14
65/2 75/10 90/1 92/25 96/3 96/4
100/23 102/4 104/1 104/23 113/17
122/18 124/2 127/15 130/14 131/2
131/17 132/7 133/19 136/6 137/16
140/13 141/5 148/24 149/1 149/2 151/1
154/5 158/17 158/24 159/12 159/21
162/25 164/24 166/8 169/9 171/17
173/3 173/16 177/3 180/25 182/17
183/8 186/13 186/14 186/19 187/22
couldn't [6] 65/1 71/13 73/24 123/3
137/15 169/5
counsel [19] 4/8 4/9 7/5 7/15 7/20 8/16
13/1 20/6 24/6 46/15 51/16 98/5 98/13
161/3 161/7 163/15 164/25 186/14
188/21
count [18] 2/12 2/13 2/13 2/14 2/15
2/15 2/16 2/16 12/11 12/19 14/22 14/23
14/24 15/15 16/14 16/16 89/8 120/9
counterclaim [1] 131/6
country [6] 27/21 28/2 69/11 69/12
69/13 74/2
counts [3] 2/12 26/13 26/16
couple [6] 3/5 4/20 5/21 34/18 130/15
191/22
course [34] 10/12 25/21 27/23 31/18
31/22 32/25 33/13 33/16 33/20 35/22
37/5 38/24 41/12 43/16 46/17 49/6 50/2
52/11 86/25 87/1 87/4 87/8 87/11 88/5
93/10 93/16 93/21 94/23 95/1 95/2 95/4
159/1 167/25 183/24
court [42] 1/1 2/1 13/25 16/6 16/10
16/11 16/24 22/8 22/21 26/15 27/3
49/23 53/18 74/4 77/1 77/3 77/7 77/10
77/11 79/15 86/12 86/13 88/8 96/4
96/25 97/7 97/25 100/25 101/13 102/25
104/1 104/4 104/25 106/23 138/17
176/11 178/4 181/20 183/12 183/21
192/23 192/23
Court's [3] 15/24 68/4 98/18
courtroom [5] 3/4 55/1 72/14 92/9
181/23
courts [1] 72/16
cover [1] 175/1
covered [2] 12/18 16/7
CPA [1] 180/4
CR [3] 1/5 2/6 138/22
credentialing [3] 55/19 113/13 113/24
credit [62] 9/22 25/17 25/22 27/10
27/15 27/16 27/24 28/12 30/14 30/19
30/23 31/4 31/5 31/16 32/1 32/2 32/6
32/8 32/15 33/2 33/4 33/6 34/17 35/8
38/4 38/6 38/9 44/16 47/24 49/24 50/1
50/19 86/23 86/25 87/9 94/20 94/23
95/6 104/2 121/18 122/4 122/5 123/11
123/12 125/14 126/5 126/7 126/18
126/19 126/22 127/8 127/9 128/15
128/24 132/14 132/14 137/3 137/4
137/21 159/15 171/8 185/16
creditor [16] 19/4 19/17 80/1 89/14
89/15 89/19 89/20 89/21 90/12 90/16
92/18 97/21 97/22 99/2 102/22 168/20
creditors [60] 12/16 12/17 12/21 12/22

13/12 13/14 15/1 15/2 15/2 15/7 15/7
15/11 15/14 19/5 20/20 75/14 75/21
79/5 79/8 79/10 79/18 79/20 79/23
79/25 81/11 81/16 81/18 84/5 84/12
84/14 84/24 85/8 86/5 87/17 87/21
88/14 88/20 89/4 89/6 89/13 89/18 90/7
91/14 91/24 93/15 94/17 96/13 96/16
96/24 97/1 100/25 101/7 101/10 101/12
101/16 101/21 101/24 101/24 105/11
168/19
crime [1] 189/22
crimes [1] 25/12
criminal [2] 16/4 98/4
critically [1] 109/22
cross [12] 38/19 64/2 64/3 74/25 95/16
159/25 160/8 187/6 193/4 193/7 193/12
193/15
CROSS-EXAMINATION [8] 38/19 64/3
95/16 160/8 193/4 193/7 193/12 193/15
crossed [1] 40/4
cryptic [1] 128/2
current [4] 113/4 118/4 147/18 147/19
currently [5] 25/8 109/9 144/10 176/17
176/18
cut [1] 68/1
cutout [1] 142/5

## D

damages [3] 14/2 99/20 100/14
Darrell [1] 39/21
dashed [1] 151/6
date [14] 32/22 39/5 80/3 80/4 145/22
148/8 169/15 171/10 173/2 173/16
175/2 175/20 175/23 192/21
dated [8] 27/6 49/16 52/12 148/8
167/11 170/24 171/7 186/22
daughter's [1] 95/6
David [67] 1/23 7/18 7/22 25/19 27/7
27/9 27/17 27/20 27/25 28/1 28/11
28/12 30/12 30/13 30/18 30/25 31/17
31/20 31/22 31/23 32/15 33/2 33/22
36/8 36/12 37/25 38/2 38/23 43/19 45/9
45/10 45/24 46/23 47/5 47/6 47/9 47/12
47/14 47/17 47/18 47/23 47/25 48/10
48/15 48/18 48/21 49/19 50/17 53/1
53/2 60/14 69/13 69/15 74/22 85/21
90/20 107/4 107/12 107/17 122/4
126/17 132/21 155/24 157/3 157/4
159/2 193/13
David Ashbach [1] 25/19
David Ashbach's [3] 43/19 45/10 47/23
David's [3] 155/24 159/3 159/4
Davis [1] 72/25
DaVita [10] 49/22 50/3 50/3 50/6 50/18
118/19 118/21 120/15 158/10 158/18
day [10] 16/23 60/17 61/2 73/8 87/13
93/19 139/20 148/10 173/6 185/19
day-long [1] 16/23
days [9] 3/5 4/20 5/16 5/21 13/11 14/18
16/11 110/24 148/4
deal [5] 14/16 58/18 82/1 82/2 182/17
dealing [9] 28/4 54/21 55/20 71/18 74/9
108/23 116/17 163/6 183/24
deals [2] 9/7 10/23
dealt [1] 69/22
death [1] 155/14
debate [1] 8/23
debt [44] 15/14 15/14 76/9 82/1 82/5
82/7 82/9 82/12 82/12 82/20 83/4 83/13
83/15 83/17 83/18 83/18 83/22 84/2

84/3 86/12 86/24 87/1 87/9 87/18 89/12
90/7 90/9 91/1 97/11 97/15 97/22 98/22
102/1 102/4 103/9 103/21 104/5 135/21
145/13 154/12
debtor [33] 15/8 75/12 78/23 78/25
79/5 79/5 79/8 79/14 79/17 80/2 80/5
80/6 81/11 81/13 81/25 82/22 82/23
86/3 86/10 86/12 86/21 86/21 89/7
89/12 89/18 90/6 91/17 93/3 93/20
101/10 103/7 105/3 105/17
debtor's [6] 79/23 84/6 84/7 88/15 91/4
99/2
debtor-in-possession [2] 79/8 86/10
debtors [1] 102/3
debts [9] 77/15 79/2 80/3 83/24 88/12
141/6 141/7 141/9 171/13
decade [3] 185/16 185/20 185/23
decades [2] 161/13 181/13
December [4] 52/12 66/21 175/3
175/21
December 18 [1] 52/12
December 2002 [1] 66/21
December 31 [2] 175/3 175/21
decide [2] 97/18 98/1
decided [3] 61/7 121/12 149/21
deciding [1] 122/16
decision [7] 98/3 121/3 128/12 128/14
128/16 128/18 188/8
declare [1] 72/23
dedicated [1] 68/23
deduct [1] 154/5
defaulted [1] 158/17
defendant [47] 1/7 1/16 7/24 7/24 10/21
12/19 13/16 14/21 15/3 15/8 15/13 16/6
16/14 19/3 24/14 26/2 28/12 29/5 29/14
30/10 56/9 61/24 62/19 62/21 75/17
84/11 84/14 85/19 86/6 86/22 88/12
88/21 89/4 90/1 95/6 100/23 101/25
102/4 104/23 119/23 128/24 130/3
134/4 140/6 144/4 153/5 154/5
Defendant Weichman [1] 56/9
Defendant Weichman's [1] 26/2
defendant's [33] 3/2 3/9 12/22 13/2
39/20 42/11 43/12 45/14 81/2 151/23
152/7 158/25 166/9 166/20 167/24
168/8 169/9 169/10 170/22 170/23
171/4 172/18 173/23 174/5 174/21
174/22 175/20 175/20 176/11 178/3
186/18 186/19 188/9
defendants [1] 37/8
defense [6] 10/14 20/6 47/20 47/22
148/5 159/6
defer [1] 3/20
deficit [1] 109/9
define [1] 125/10
definitely [1] 70/5
defraud [1] 14/7
degree [3] 110/16 110/17 114/24
demise [1] 155/24
deny [3] 170/20 184/3 184/6
depended [1] 169/24
dependent [2] 79/13 93/13
depends [2] 3/18 87/18
depleted [1] 84/22
deposed [3] 122/20 122/22 139/21
deposited [1] 94/8
deposition [12] 122/23 123/15 124/17
125/2 130/5 130/8 130/10 131/16 139/3
139/14 164/17 165/1

**D**

depositions [1] 72/14
Depot [1] 87/10
deputy [1] 3/4
describe [2] 117/21 117/23
describing [1] 179/21
deserve [1] 74/13
despite [1] 176/3
destroyed [1] 62/1
detail [1] 33/15
details [1] 116/3
determine [14] 16/24 21/24 22/8 28/1
28/3 31/23 33/1 33/21 35/23 79/25
88/21 98/7 105/10 161/8
determined [2] 12/17 14/10 97/20 99/1
99/12 99/19 163/19
determines [1] 96/22
diabetes [1] 187/14
diabetic [1] 108/16
dialysis [4] 109/24 118/12 118/15
118/20
DIANE [6] 1/13 150/23 162/12 181/7
181/14 183/15
Diane Berkowitz [5] 150/23 162/12
181/7 181/14 183/15
dictated [2] 150/9 150/15
did [282]
didn't [92] 5/8 36/17 36/18 38/8 41/1
42/9 48/6 48/14 51/6 60/23 61/1 61/14
61/14 62/3 62/7 62/13 63/2 65/10 65/10
68/24 85/3 85/4 91/23 92/16 92/18
93/11 101/3 101/5 103/24 104/17
115/24 116/23 116/24 117/2 119/11
119/14 119/18 121/1 123/24 124/25
129/25 132/12 132/23 133/9 133/14
133/14 133/19 134/1 134/4 134/8 134/8
134/14 134/15 134/16 135/11 135/23
137/16 139/8 139/15 139/15 139/24
140/5 140/6 141/12 143/17 144/2
144/14 144/15 145/9 149/4 149/4 149/6
158/12 158/16 158/21 158/21 164/20
174/16 178/22 179/24 180/2 181/11
181/21 182/18 182/22 183/9 185/13
185/14 185/23 185/23 186/5 188/6
die [2] 150/1 189/17
difference [5] 82/24 83/16 87/25 88/1
136/20
different [7] 5/1 18/8 67/10 67/13 182/8
182/9 182/11
difficult [5] 15/22 16/8 114/13 134/13
169/23
digits [1] 32/12
digress [1] 89/9
DIP [3] 88/10 105/5 105/6
direct [24] 25/2 26/22 42/11 54/2 60/11
66/5 78/2 107/13 118/9 134/25 137/2
138/4 138/22 138/25 160/11 166/8
173/23 174/5 174/20 193/4 193/7 193/9
193/11 193/14
directed [2] 4/7 4/9
direction [7] 42/15 42/25 55/3 119/20
166/21 174/10 176/5
directly [1] 96/15
disabled [2] 116/9 155/12
disagree [2] 13/7 97/19
disagreed [1] 89/7
disapprove [1] 38/9
discharge [8] 76/11 76/12 77/17 79/3
88/22 90/2 97/22 99/2
dischargeable [1] 97/11

discharged [5] 77/10 83/4 83/20 83/22
90/2
discharging [2] 107/7 107/15
disclose [7] 77/2 93/3 93/4 93/6 104/24
105/2 105/16
disclosed [10] 44/18 46/22 93/2 93/9
93/25 94/24 101/9 105/12 105/17 151/1
disclosure [6] 84/6 91/13 91/17 91/25
92/25 94/19
discomfort [1] 116/17
discovery [1] 37/8
discuss [4] 6/22 46/21 115/25 131/5
discussed [3] 116/1 131/10 185/4
discussing [4] 5/6 149/17 187/1 187/3
discussion [2] 165/16 173/10
discussions [2] 5/22 40/6
disposable [1] 94/19
dispute [15] 4/15 6/13 9/9 10/3 10/8
11/1 11/10 11/23 17/4 17/5 20/22 53/15
76/21 77/20 106/15
disputed [6] 18/20 21/18 24/1 35/7
76/24 81/11
disputes [1] 52/1
disputing [2] 20/5 55/6
distress [1] 63/1
distributed [2] 17/9 93/15
distribution [2] 17/18 17/20
district [7] 1/1 1/1 1/9 78/12 78/13 92/2
192/23
diverted [1] 33/17
division [3] 1/2 92/9 104/9
divvied [1] 144/23
do [207]
do-over [1] 13/14
doctor [45] 63/10 65/12 66/22 68/1
71/24 73/11 108/9 108/13 108/14
108/24 109/11 110/12 110/25 114/12
117/1 117/25 118/4 118/9 118/18 120/3
120/10 125/10 125/20 128/2 133/8
133/23 134/16 140/9 141/1 142/4
152/20 152/23 153/16 153/19 153/25
154/2 154/15 155/10 155/17 155/22
157/6 158/15 159/10 159/13 178/6
doctor's [2] 106/7 187/8
doctors [1] 70/15
document [40] 3/2 3/3 26/11 27/2 31/5
42/13 42/21 43/15 55/24 52/20 52/13
71/11 80/18 81/7 86/19 140/15 141/17
141/19 141/21 141/24 142/1 142/2
148/6 148/9 149/11 151/24 152/1
153/13 153/17 153/18 157/11 159/5
166/23 166/25 167/6 167/23 169/9
171/22 173/25 174/9
documentation [5] 40/18 40/24 41/2
47/11 143/24
documents [8] 46/5 48/7 51/19 51/23
94/6 142/9 142/10 144/6
does [51] 4/15 9/1 26/11 29/4 29/7
31/10 31/11 31/14 36/21 36/22 36/24
41/7 42/21 43/24 45/21 47/4 50/10
50/12 51/8 51/13 52/3 78/23 79/13 81/7
81/10 87/21 88/7 89/13 90/6 90/21
90/23 92/15 93/3 96/23 101/15 108/3
109/17 110/4 110/9 110/9 112/25
116/13 132/25 139/17 144/10 152/7
154/2 160/20 174/7 175/9 175/23
doesn't [11] 14/15 51/8 51/21 51/25
83/10 89/19 89/20 92/16 101/18 129/22
142/2
doing [18] 14/20 34/7 57/12 69/20

69/23 71/9 103/6 126/8 127/6 128/17
128/19 141/11 141/12 142/6 147/15
dollar [1] 99/13
dollar [1] 99/13
dollars [11] 61/12 104/13 104/15
104/16 104/18 139/23 140/2 167/10
167/19 168/16 168/21
Domenico [8] 18/23 59/1 62/18 65/21
66/4 66/9 85/17 193/8
Domenico Lazzaro [1] 62/18
don't [120] 2/25 4/22 5/25 6/24 7/6 8/22
11/5 11/12 12/6 13/7 13/9 13/11 14/12
14/19 16/20 17/1 17/12 17/25 21/1 21/1
21/2 21/21 22/9 22/12 22/22 23/23 23/23
24/15 24/15 42/6 43/10 43/10 45/7
51/24 58/15 58/19 65/1 65/3 68/1 69/19
69/22 69/22 71/18 75/5 76/22 77/12
77/19 78/16 81/18 82/19 84/18 96/8
96/18 97/23 98/3 100/16 104/10 106/1
106/10 106/17 118/24 121/9 121/16
122/7 124/11 125/8 125/17 126/9
126/20 126/24 128/17 128/19 128/19
133/2 134/1 138/7 138/8 139/19 146/16
148/3 153/20 153/21 154/1 154/7
154/15 154/22 155/1 155/18 155/19
156/6 158/22 162/2 166/3 166/7 167/7
170/8 170/20 171/9 173/19 173/19
174/1 174/4 174/8 174/13 177/21 178/4
178/11 179/4 180/16 181/2 181/9 184/6
184/15 185/1 185/22 190/2 190/13
190/14 190/15 190/21 191/14
done [10] 61/14 74/6 95/14 120/17
162/5 177/1 177/4 180/12 180/13
181/24
door [1] 101/6
doors [1] 179/17
dosage [1] 129/19
dosages [1] 110/1
dose [1] 110/13
doubt [3] 102/14 120/3 176/6
Dow [3] 21/13 21/15 192/11
down [21] 37/15 47/2 53/10 58/1 70/7
74/19 89/7 90/16 96/24 124/20 125/2
127/15 127/19 127/19 131/17 132/7
138/13 138/14 158/3 161/8 168/20
Dr [5] 46/5 47/10 62/19 67/14 114/23
Dr. [121] 3/7 5/13 6/4 9/15 18/5 18/22
18/23 18/25 19/2 19/23 20/13 20/14
21/25 22/2 22/11 23/7 23/7 23/10 23/10
23/22 26/20 32/19 33/6 33/6 33/17
33/18 33/22 34/17 35/23 36/15 36/16
40/7 40/11 40/13 40/20 41/4 41/5 41/7
41/9 41/17 41/19 42/5 42/5 42/7 42/7
42/9 42/16 42/18 42/25 43/4 43/14
44/13 44/15 45/5 45/21 46/3 50/2 50/5
51/4 51/19 52/4 52/15 52/22 53/3 53/13
53/17 54/4 54/6 57/13 59/1 59/12 60/20
62/23 63/5 64/5 64/25 65/16 65/21
65/22 66/7 66/10 71/7 72/9 74/4 74/18
82/4 92/11 97/15 97/21 99/1 99/7
100/12 106/13 107/15 107/18 114/23
131/5 132/13 138/23 139/2 141/24
142/24 142/25 143/6 143/7 143/11
148/6 148/24 150/7 150/20 151/7
151/19 152/6 177/9 179/19 179/20
179/21 186/18 186/23 187/22 192/9
Dr. A [1] 23/10
Dr. Ashbach [66] 6/4 9/15 20/14 21/25
22/11 23/7 23/10 23/22 26/20 32/19
33/6 33/6 34/17 35/23 36/15 36/16 40/7

**D**

Dr. Ashbach [49] 40/11 40/13 40/20 41/4 41/8 41/17 41/19 42/5 42/7 42/9 42/16 42/25 43/4 44/13 45/21 46/3 50/5 51/4 51/19 52/4 52/15 52/22 53/3 64/25 92/11 106/13 107/15 107/18 131/5 132/13 138/23 139/2 141/24 143/6 148/6 148/24 150/7 150/20 151/7 151/19 152/6 177/9 179/19 179/20 179/21 186/18 186/23 187/22 192/9
Dr. Ashbach's [8] 5/13 33/18 41/17 42/18 43/14 44/15 45/5 50/2
Dr. B [1] 23/7
Dr. Brenda [4] 18/22 33/17 53/13 54/6
Dr. Domenico Lazzaro [3] 18/23 59/1 65/21
Dr. Ericksen [10] 41/19 42/5 42/7 53/17 54/4 57/13 59/12 60/20 64/5 65/16
Dr. Ericksen's [1] 33/22
Dr. Eriksen [1] 22/2
Dr. Floyd [2] 142/24 143/7
Dr. Greenwalt [2] 142/25 143/11
Dr. Lazzaro [18] 3/7 18/5 18/25 19/2 20/13 62/23 63/5 65/22 66/4 66/10 71/7 72/9 74/4 74/18 82/4 97/15 97/21 100/12
Dr. Lazzaro's [3] 19/23 99/1 99/7
Dr. Michael [1] 114/23
drafted [4] 152/1 152/2 152/4 161/2
drafting [3] 152/5 161/1 188/22
drawn [2] 34/25 35/18
dream [1] 184/15
drew [1] 96/17
Driscoll [2] 160/17 183/23
Drohosky [3] 192/18 192/22 192/22
drove [1] 180/5
dry [1] 178/22
due [6] 63/3 76/23 103/25 166/15 179/19 179/20
dumped [1] 119/9
during [19] 10/11 26/1 63/1 84/12 84/14 84/24 87/3 88/4 91/13 93/16 93/21 95/5 104/20 112/10 122/21 129/19 159/1 167/25 184/10
duties [1] 21/4
duty [1] 79/18

**E**

e-mail [4] 3/3 5/4 5/5 150/23
e-mails [4] 5/16 6/25 14/4 150/18
each [12] 23/1 92/4 104/13 104/15 104/18 113/17 113/23 115/25 118/23 132/3 160/11 169/13
ear [1] 72/14
earlier [6] 45/16 157/6 158/20 165/22 166/13 169/22
early [2] 86/10 148/21
easier [2] 37/21 56/11
eat [1] 106/19
educate [1] 21/8
educated [1] 117/1
effect [8] 75/15 101/10 129/23 161/25 162/7 164/22 177/7 178/6
effectively [1] 14/6
effectiveness [1] 174/11
Efron [3] 160/16 183/23 188/20
eight [3] 18/14 114/18 176/7
eight-and-a-half [1] 114/18
Einterz [7] 48/14 49/18 50/24 50/24 52/14 178/4 178/8

Einterz's [2] 49/9 179/10
Einterz [14] 14/19 21/3 22/12 126/24 155/13 155/19 156/14 168/7 181/9
electronic [1] 185/9
element [1] 98/20
elements [1] 150/11
ELMO [5] 39/15 39/16 47/21 140/14 158/24
else [15] 6/11 20/12 53/8 57/6 72/11 74/4 75/1 100/18 117/19 120/22 146/25 148/18 170/7 171/15 192/3
embezzled [1] 179/19
emotional [1] 63/1
employed [3] 25/7 78/7 78/9
employee [6] 21/15 25/10 48/14 49/19 87/10 114/18
employees [4] 48/9 169/7 177/19 180/6
employment [2] 84/8 91/5
encumbered [2] 75/19 75/21
end [8] 50/10 56/3 60/20 87/11 111/23 149/10 172/24 189/8
endeavor [2] 32/20 45/21
ended [1] 7/23 61/2 137/23
engagement [1] 100/4
engaging [1] 57/11
enhancement [7] 9/1 10/10 10/13 10/22 11/18 22/6 22/7
enmeshed [1] 114/7
enough [9] 11/13 19/7 22/8 68/23 143/10 147/3 149/22 173/21 184/22
ensure [1] 41/3
entered [3] 86/10 91/16 151/22
entering [1] 188/22
entire [6] 83/22 88/4 120/14 147/11 152/18 166/25
entirely [4] 2/22 112/1 112/8 119/23
entirety [2] 83/4 83/5
entities [12] 54/22 67/13 75/20 152/12 153/2 154/9 154/12 154/23 155/1 155/7 155/20 156/4
entitled [3] 17/16 18/1 192/20
entity [4] 50/3 55/24 58/15 152/18
entry [2] 35/17 90/20
Ericksen [12] 41/19 42/5 42/7 53/17 54/4 57/13 59/12 60/20 64/5 65/16
Ericksen's [1] 33/22
Eriksen [12] 18/22 18/24 21/24 22/2 22/10 34/5 53/13 54/1 54/6 135/25 135/23 193/6
Eriksen's [1] 33/17
especially [2] 74/25 75/18
essentially [12] 13/10 13/14 19/20 22/19 27/8 29/9 32/17 56/12 58/10 58/21 58/23 182/16
establish [3] 18/4 24/3 82/23
estate [23] 14/25 15/1 15/10 71/10 75/13 75/18 75/23 76/15 77/1 77/3 79/20 93/19 93/21 93/24 94/15 96/12 101/7 103/24 103/24 105/13 105/17 155/16 156/3
evaluate [2] 147/9 147/10
evaluated [1] 79/24
evaluation [2] 147/5 147/8
even [15] 13/15 49/24 50/20 62/13 65/2 72/13 72/15 75/15 88/6 93/16 104/9 166/16 171/15 173/19 190/19
event [9] 37/11 125/21 125/24 129/4 155/14 185/8 185/10 185/15 185/18
events [1]

ever [31] 16/2 17/9 17/10 28/1 28/1 30/13 56/16 56/19 59/4 60/7 60/8 64/9 80/9 118/16 121/9 122/2 122/3 122/6 124/2 124/5 126/4 127/23 168/25 169/5 173/10 173/24 179/7 180/15 180/17 181/6
every [14] 46/2 46/7 46/7 46/8 70/23 86/11 87/13 93/7 94/2 105/3 105/4 105/4 115/18 168/1
everyday [1] 87/12
everyone [3] 2/4 72/11 161/8
everything [13] 48/22 58/9 62/3 68/15 68/16 70/24 80/3 82/22 93/6 113/5 113/19 162/4 177/23
evidence [9] 18/12 20/10 31/19 39/10 40/12 51/22 178/10 190/19 192/12
evidentiary [1] 51/21
exact [1] 100/12
exactly [7] 11/12 58/20 68/5 71/22 148/4 169/22 181/24
examination [26] 25/2 38/19 46/13 54/2 64/3 66/5 78/2 95/16 100/20 103/19 107/13 138/22 138/25 160/8 192/8 193/4 193/4 193/5 193/7 193/7 193/9 193/11 193/12 193/13 193/14 193/15
example [3] 12/10 103/10 113/24
except [1] 81/10
excess [1] 101/15
exchange [1] 145/14 172/13
excluding [1] 99/19
exculpatory [3] 150/25 151/8 151/15
excused [1] 65/16
executed [1] 16/6
exempt [2] 93/14 93/23
exemptions [1] 83/8
exercise [2] 17/11 17/13
exhausted [4] 137/5 137/10 137/13 159/16
exhibit [49] 26/24 28/20 32/3 32/9 39/21 42/12 43/13 45/14 45/15 47/20 64/18 122/24 140/12 148/5 151/23 152/7 158/25 159/6 160/2 160/11 166/9 166/20 167/24 168/8 169/10 169/10 170/22 170/23 171/3 171/4 171/17 172/19 172/20 173/23 174/5 174/20 174/21 174/22 175/20 175/20 176/10 176/11 178/3 178/3 186/18 186/20 188/9 188/10 189/4
Exhibit 1 [3] 42/12 166/9 166/20
Exhibit 10 [2] 174/21 174/22
Exhibit 11 [3] 45/15 175/20 175/20
Exhibit 11D [1] 26/24
Exhibit 12 [1] 176/11
Exhibit 14 [3] 39/21 186/18 186/20
Exhibit 15 [5] 151/23 152/7 158/25 188/9 189/4
Exhibit 16 [2] 148/5 159/6
Exhibit 2 [3] 43/13 167/24 168/8
Exhibit 25 [1] 64/18
Exhibit 3 [2] 169/10 169/10
Exhibit 4 [2] 170/22 170/23
Exhibit 5 [1] 45/14
Exhibit 6 [1] 171/4
Exhibit 7 [2] 172/19 172/20
Exhibit 70 [1] 140/12
Exhibit 9 [1] 174/5
exhibits [4] 22/20 81/2 81/2 160/10
exist [1] 174/17
existed [3] 36/18 36/18 175/9
existence [3] 15/5 36/7 36/9

**E**

existing [2] 58/14 150/25
expect [1] 125/12
expedite [1] 118/18
expenditure [2] 105/4 105/4
expense [5] 47/13 87/13 101/19 102/10
114/3
expenses [5] 80/4 80/7 96/22 102/8
105/7
expensive [1] 103/8
experience [3] 103/13 109/9 129/22
experienced [1] 108/21
explain [11] 15/8 42/24 49/23 59/22
70/8 71/13 77/9 82/19 91/8 125/10
154/15
explained [1] 168/7
explains [1] 35/11
explanation [3] 6/25 7/1 169/8
explanations [1] 134/11
express [1] 86/20
expressed [1] 159/2
expression [1] 77/16
extent [5] 6/19 17/9 19/16 64/24 97/12
extraordinary [1] 87/14

**F**

faced [1] 146/2
fact [45] 3/24 9/2 14/12 14/13 16/23
34/9 35/23 40/22 48/4 48/9 48/14 56/19
84/11 91/3 96/6 97/3 99/13 115/13
117/6 118/12 139/14 139/22 140/2
147/2 148/1 150/9 150/15 150/19 151/7
166/1 172/3 172/6 174/8 176/6 178/18
178/19 183/13 184/12 188/25 191/5
factor [1] 122/16
factored [3] 8/10 23/23 101/8
factors [2] 20/7 21/19
fail [1] 91/7
failed [1] 69/7
failure [3] 24/11 105/16 110/16
fair [20] 11/13 19/7 42/3 50/16 56/1
90/1 114/6 123/10 143/5 143/10 143/16
149/22 156/4 156/5 156/7 173/21 176/5
176/9 184/22 185/22
fairly [2] 30/1 113/17
false [3] 2/16 36/3 191/18
familiar [6] 42/14 43/15 78/21 80/11
90/22 151/23
family [2] 29/17 37/17 65/10 93/13
120/14 155/11 162/6 174/17 176/23
177/1 182/18 182/24
family-owned [1] 29/17
far [8] 17/20 92/7 93/3 118/24 119/1
143/11 146/25 149/8
fashion [1] 160/4
favor [1] 84/22
FDIC [3] 1/24 18/15 25/11
FDIC's [1] 25/8
FDIC-OIG [1] 1/24
fear [2] 119/12 158/10
fears [1] 116/17
February [3] 186/20 186/22
February 23 [2] 186/20 186/22
federal [1] 1/14 60/15 60/23 63/13
fee [3] 153/23 153/24 154/4
feedback [1] 57/16
feel [18] 17/23 114/24 115/2 116/23
116/24 117/2 117/4 119/8 120/17 133/9
134/18 147/15 148/24 149/1 149/4

158/8 158/12 177/3
feeling [3] 119/7 119/9 138/2
fees [4] 14/2 99/19 100/14 154/5
felt [5] 5/17 134/7 149/2 149/6 161/9
few [8] 5/16 61/25 69/23 95/13 138/12
167/2 183/13 191/10
fiduciary [5] 15/9 21/4 75/12 79/4 79/18
Fifth [1] 12/13
Fifty [1] 72/6
Fifty-nine [1] 72/6
figured [1] 187/12
file [12] 62/5 62/7 71/1 83/15 89/16
89/19 89/21 92/11 92/24 101/13 104/9
117/9
filed [21] 7/25 8/5 12/3 71/4 80/2 80/11
80/14 81/13 81/25 82/7 86/9 89/5 89/10
89/13 91/9 91/15 91/17 92/1 94/6
173/13 174/12
files [1] 78/25
filing [8] 80/3 80/4 81/24 92/17 93/19
173/14 173/17 174/3
filled [1] 90/12
final [2] 100/7 159/5
finally [4] 13/25 35/12 52/10 72/24
finances [25] 48/16 67/4 68/25 69/2
69/18 69/19 69/20 114/7 114/10 116/16
116/17 116/18 116/21 116/22 119/9
123/16 123/19 127/21 134/12 134/15
134/15 134/16 143/12 143/14 182/7
financial [32] 17/19 43/3 43/7 43/11
43/14 44/12 56/3 58/7 61/24 67/6 67/7
120/11 120/12 157/5 157/17 157/20
157/22 157/24 158/1 168/1 168/4 168/9
168/25 169/8 174/23 175/1 175/19
175/22 179/22 181/11 182/17 182/21
financially [3] 53/3 68/23 117/21
financing [2] 173/24 174/12
find [4] 31/19 63/3 86/20 97/1
finds [1] 36/21
fine [3] 3/20 58/9 169/23
finish [3] 8/3 106/11 113/19
fire [1] 61/16
firm [4] 1/20 84/9 84/10 124/24
first [41] 23/12 26/8 34/20 35/16 35/23
36/1 39/1 43/20 52/17 64/9 80/1 100/6
108/21 109/1 114/15 130/15 135/19
135/24 137/8 137/9 142/22 157/5
157/17 157/20 157/22 157/24 158/1
158/25 160/13 163/5 163/6 168/13
169/1 169/2 171/14 177/16 179/9
179/11 179/12 180/5 186/19
firsthand [1] 52/5
fit [1] 106/3
five [9] 2/12 26/13 64/22 104/8 106/8
107/19 108/2 114/17 119/1
five o'clock [1] 106/8
fixtures [2] 172/15 172/17
flabbergasted [1] 71/12
flood [1] 62/2
Floyd [3] 114/23 142/24 143/7
focus [1] 68/5
focused [2] 185/15 185/18
follow [4] 18/23 20/17 51/21 65/13
follow-up [1] 65/13
followed [1] 21/11
following [4] 2/1 106/23 138/17 152/23
follows [3] 2/2 106/24 138/18
fond [1] 60/6

fondness [1] 60/7
force [1] 88/6
foreclosure [1] 12/15
forensic [4] 60/20 61/22 112/3 112/4
forged [1] 74/11
forgiven [3] 189/23 190/4 190/5
form [2] 164/7 164/11
former [5] 21/15 55/10 59/1 161/3
163/2
forms [2] 141/4 169/7
forth [2] 4/12 70/2
Forty [1] 108/2
Forty-five [1] 108/2
forward [2] 53/19 65/23
found [11] 13/25 28/15 31/13 46/25
49/17 52/10 52/13 136/1 136/23 137/3
172/3
four [4] 26/17 104/10 106/6 107/23
fourth [2] 152/19 173/4
frame [2] 186/14 186/14
Franciscans [1] 55/12
frankly [1] 7/11
fraud [31] 2/13 2/14 2/14 2/15 6/13
6/17 8/11 8/12 9/8 10/10 10/24 10/24
12/10 14/22 16/2 16/4 16/14 18/20
19/10 19/25 24/8 26/11 26/12 26/16
27/24 31/18 74/10 76/5 76/5 76/8 76/14
fraudulent [6] 7/22 9/22 10/11 10/11
24/13 26/20
fraudulently [1] 7/17
free [3] 20/10 114/21 143/17
friend [5] 53/4 68/21 68/22 161/16
164/23
friends [4] 60/3 147/22 161/11 161/13
from 2003 [1] 59/7
front [4] 48/1 48/11 134/5 166/9
frozen [1] 93/19
full [13] 25/4 27/13 54/4 66/7 78/4
107/15 109/13 109/14 110/20 110/21
110/22 110/25 114/17
fully [6] 15/8 21/6 34/13 76/6 78/18
151/17
functioning [3] 79/14 129/15 145/18
fund [7] 84/7 86/5 111/11 127/2 139/6
140/5 140/7
fundamentally [2] 62/8 62/15
funding [1] 84/4
funds [8] 111/4 111/5 125/6 130/21
130/22 131/22 135/14 159/12
funnel [1] 35/24
further [15] 4/9 12/16 38/13 42/24
46/10 46/18 53/7 58/11 63/25 74/14
95/11 100/17 102/17 105/20 159/23
future [1] 120/11

**G**

gamble [2] 104/23 189/23
gambled [1] 61/12
gambling [16] 39/7 40/12 40/23 41/21
104/22 104/24 105/2 105/7 105/8
105/12 135/21 135/21 135/25 138/2
138/2 177/10
gave [17] 64/12 119/20 120/22 120/23
120/24 120/25 121/2 132/20 139/3
143/16 177/9 181/2 183/24 184/4
184/17 184/25 185/12
general [7] 25/9 25/10 55/3 93/12 93/14
161/25 178/6
generally [2] 124/9 141/14
generated [1] 84/15

**G**

generating [8] 86/7 192/12 102/19
103/3 104/12 104/13 104/17 155/8
get [55] 5/1 6/25 8/1 8/23 13/13 13/14
16/12 19/25 20/8 21/7 53/19 56/9 57/13
61/3 61/6 61/24 62/3 63/11 73/1 73/7
73/8 79/25 85/3 90/7 91/12 92/16 95/14
96/6 97/8 98/8 100/24 101/11 106/8
106/19 107/3 118/22 124/23 126/19
132/23 133/15 133/20 138/13 138/14
141/5 153/22 154/21 156/11 156/14
161/7 161/8 164/3 166/4 180/2 187/9
192/14
getting [10] 10/13 16/10 27/15 37/22
58/17 58/18 62/24 89/24 129/9 134/11
giant [1] 83/13
girlfriend [2] 182/3 182/4
give [26] 11/24 13/15 13/17 14/14 55/3
60/7 60/8 67/24 71/11 106/18 111/11
117/12 121/3 121/12 125/12 126/4
133/14 152/15 152/17 162/4 164/20
184/18 184/21 185/2 187/19 191/11
given [16] 29/14 60/7 64/16 96/1 119/8
122/12 125/8 144/15 164/23 168/1
172/10 172/12 172/14 172/21 179/20
184/19
giving [3] 152/9 152/11 184/1
go [44] 3/25 6/10 22/15 24/18 30/21
31/2 36/12 40/25 41/6 41/9 51/24 56/6
57/5 57/5 57/5 60/21 72/18 81/4 90/19
91/23 92/7 104/23 113/9 113/23 122/5
123/14 125/1 127/18 130/14 131/15
133/15 144/7 153/9 156/11 158/24
160/10 162/13 162/19 177/10 180/3
181/21 182/22 185/11 192/13
goes [6] 35/10 45/1 87/10 105/10 149/8
162/22
going [102] 8/1 8/23 11/24 17/3 18/3
18/18 18/19 19/7 20/18 20/20 21/3 21/7
21/20 22/17 23/2 23/2 23/17 26/7 34/4
35/13 42/3 42/11 42/24 43/12 43/13
47/15 49/23 52/2 53/5 53/21 58/5 60/24
61/1 62/8 62/10 62/15 70/8 70/17 70/18
70/19 70/20 71/9 71/9 71/18 71/19 73/9
73/10 74/23 75/6 75/11 76/23 79/9
79/14 79/21 82/2 82/5 83/4 86/5 87/17
89/4 91/9 95/12 95/15 96/21 96/24 97/3
103/25 106/2 106/11 106/14
107/7 120/10 122/19 124/23 128/9
136/24 138/3 138/6 138/11 140/11
141/15 143/18 144/21 147/1 155/15
156/9 158/10 158/12 162/14 162/23
162/24 162/24 166/6 177/18 179/25
180/1 187/6 187/19 192/4 192/5 192/6
gone [1] 73/25
good [10] 2/4 38/21 38/22 62/15 95/18
107/5 136/6 147/22 185/22 187/13
goose [1] 18/6
got [24] 7/24 15/18 22/7 48/1 61/3
61/25 67/10 84/25 87/3 94/3 102/1
104/24 114/21 118/16 119/2 119/4
119/7 119/9 123/11 126/5 140/1 153/1
169/7 187/9
gotten [1] 102/25
government [31] 1/12 2/10 5/22 11/17
11/17 12/17 14/5 22/5 22/24 23/4 24/21
25/1 28/19 32/9 47/15 53/13 54/1 65/20
66/4 78/1 107/12 150/18 165/21 177/16
180/11 180/14 180/20 181/10 183/24
184/2 193/2

government's [4] 3/1 8/20 21/22 81/2
gran [5] 28/19 48/6 164/19 179/17
183/3
granted [1] 14/14
gratitude [1] 114/24 120/17 120/20
great [2] 20/9 33/15
greater [2] 146/3 147/12
Greenwalt [4] 114/23 118/13 142/25
143/11
grew [1] 60/5
group [14] 11/6 63/5 63/6 109/19
111/16 111/18 112/18 112/20 112/21
112/22 114/15 114/21 130/19 130/19
grouped [3] 10/24 24/4 24/5
grouping [1] 10/23
guarantee [1] 133/6
guaranteed [2] 127/23 157/4
guaranteeing [2] 127/10 158/11
guarantees [1] 159/3
guess [10] 22/12 35/6 76/25 77/8
110/10 127/18 142/4 150/2 152/11
184/9
guidance [1] 146/22
guide [1] 119/23
guideline [5] 4/14 8/12 10/20 23/23
24/9
guidelines [2] 18/7 24/5
guilty [7] 2/12 2/17 2/17 12/19 14/21
16/14 76/5
Gumbiner [2] 111/15 114/16
GURLAND [17] 1/20 1/20 2/9 3/17 3/20
9/3 9/10 9/18 38/15 152/4 152/5 159/25
184/10 187/5 193/4 193/12 193/15
guy [2] 58/7 113/6
guys [5] 4/22 17/21 21/20 138/8 184/17

**H**

habit [1] 72/13
had [156] 4/25 5/20 12/5 28/1 28/2 29/9
33/5 36/15 36/18 39/10 39/10 40/12
40/15 40/19 44/5 50/3 50/17 51/6 55/10
57/20 57/21 57/23 58/2 58/3 58/21
58/22 59/17 59/19 60/12 60/17 60/25
61/3 61/3 61/6 61/15 61/16 62/19 62/20
62/25 63/5 63/18 63/18 63/22 64/6
67/22 67/23 68/25 69/5 69/25 72/10
73/20 84/19 85/11 85/14 85/17 85/19
87/22 88/3 91/19 92/9 92/21 92/24 93/4
93/5 93/6 96/5 100/10 101/25 102/3
103/9 104/3 104/3 104/8 105/14 106/22
108/25 109/3 109/5 114/17 114/19
114/22 115/7 115/18 118/13 118/13
120/17 122/12 123/24 124/24 127/4
127/8 128/3 128/4 128/6 128/8 129/23
130/19 133/9 134/11 135/20 136/13
136/15 136/17 136/17 137/4 137/10
137/13 137/20 138/16 139/5 139/10
139/12 139/22 139/22 139/23 140/2
140/6 140/9 142/23 143/22 144/23
146/3 146/5 146/25 148/23 150/12
150/19 158/9 158/21 159/8 163/2 163/9
163/14 165/11 171/15 175/6 176/4
177/14 177/15 179/21 182/9 182/11
182/13 182/15 182/16 182/24 182/3
183/3 183/8 183/20 184/19 184/20
185/8 186/7 191/25 192/15
hadn't [1] 64/6
half [7] 41/25 114/18 136/22 152/17
152/20 152/24 153/6
hallway [1] 134/22

HAMMOND [3] 1/2 1/14 57/21
hand [9] 53/20 65/24 77/22 107/6
108/10 143/18 145/1 186/9 186/21 188/15
handed [1] 63/13
handle [9] 29/22 55/24 67/9 69/2 79/11
114/9 114/14 124/15 181/12
handled [6] 17/19 57/23 67/4 67/15
68/8 183/4
handles [2] 123/20 123/21
handling [8] 29/15 112/10 112/11
112/13 117/2 117/4 124/15 127/21
handwritten [3] 36/19 37/1 186/22
happen [3] 34/16 101/4 155/15
happened [12] 33/23 34/18 34/19 36/6
50/1 61/3 61/18 91/19 127/4 129/2
170/20 174/16
happening [3] 27/19 145/20 145/22
happens [2] 35/11 36/14
happy [2] 70/12 70/15
hard [4] 44/6 92/4 171/13 171/15
harm [1] 162/24
has [70] 2/20 2/24 6/4 8/2 8/25 10/16
10/21 15/5 15/9 22/3 23/5 35/5 39/6
49/11 50/11 51/3 51/5 51/20 52/5 53/17
55/5 72/13 74/6 75/12 75/16 77/3 77/9
77/15 79/17 79/18 81/8 82/21 83/7
83/13 83/19 89/21 93/7 103/11 105/3
108/5 108/6 111/21 111/22 125/5 129/2
131/9 133/5 133/7 140/25 153/2 153/5
153/13 154/12 154/23 155/20 165/7
165/10 167/1 176/15 176/25 180/18
180/19 180/20 183/21 184/20 185/18
187/14 187/25 188/2 189/16
hasn't [1] 7/25
Hatagan [4] 21/11 22/18 106/14 192/10
have [301]
haven't [10] 6/5 6/24 10/7 14/17 72/25
73/1 73/3 73/19 83/14 185/8
having [15] 15/14 49/19 51/7 61/6 63/6
81/11 85/21 100/25 101/1 123/7 124/2
129/20 170/17 174/2 174/14
he [340]
He'll [1] 106/13
he's [29] 8/1 18/19 19/10 35/8 37/22
49/22 51/2 51/4 52/4 54/5 74/10 77/15
86/4 90/8 94/11 94/20 111/25 113/1
146/19 146/20 147/2 152/11 152/15
152/15 152/17 153/1 153/6 164/23
177/4
healthcare [3] 55/20 115/4 147/9
hear [5] 18/3 21/20 76/22 106/13 192/9
heard [4] 10/7 96/10 103/6 103/8
hearing [10] 1/8 3/17 3/22 4/1 10/25
11/24 16/23 35/6 165/19 178/11
hearsay [1] 178/9
held [10] 2/1 32/15 60/13 76/9 91/15
106/23 126/22 135/3 135/12 138/17
Hello [1] 95/19
help [16] 60/8 61/1 67/24 68/23 74/3
74/3 76/23 117/13 133/15 133/15
133/20 177/20 180/8 180/10 180/21
184/14
helped [3] 50/11 114/22 115/17
helpful [3] 21/8 77/5 105/24
helping [5] 37/22 114/25 115/4 140/6
178/17
her [22] 5/3 5/4 49/22 51/22 51/23 52/2
52/3 57/20 58/1 75/7 77/19 77/21 78/18
95/14 176/14 176/19 176/21 177/15
179/18 179/19 189/16 189/16

**H**

here [59] 2/7 2/8 2/9 11/14 11/23 12/4 17/24 18/24 20/25 22/3 23/2 27/19 32/1 35/17 37/19 37/21 47/4 49/24 50/10 51/4 53/20 53/21 55/1 63/16 74/25 75/2 86/23 95/14 95/15 98/17 98/25 103/11 106/18 107/3 107/6 123/22 128/9 131/19 132/21 134/8 134/23 135/17 150/14 150/23 152/10 154/24 155/24 157/1 161/15 162/11 171/4 181/22 182/5 183/12 185/15 187/9 191/12 192/6 192/13
hey [3] 120/5 122/4 146/13
hiding [1] 12/19
higher [1] 102/8
highest [2] 103/10 168/23
highly [3] 23/15 117/1 125/20
him [121] 2/17 5/22 14/5 14/7 14/8 19/20 36/15 38/4 39/1 40/14 40/16 40/22 47/15 48/1 48/11 48/22 51/2 52/16 52/17 52/19 52/19 52/22 52/23 55/1 56/12 58/1 58/4 58/17 60/5 60/6 60/7 60/7 60/8 61/17 62/20 62/23 63/17 65/1 65/2 65/3 67/5 67/24 67/24 68/20 68/21 69/21 69/22 69/24 70/16 70/22 70/23 75/21 81/9 84/15 92/23 94/5 99/18 102/12 108/7 111/11 114/9 114/14 115/11 115/12 116/16 116/22 117/12 117/18 118/14 119/17 119/20 120/6 120/23 120/24 120/25 121/1 121/2 121/3 121/6 121/12 121/14 122/6 122/12 124/15 125/8 125/9 125/17 133/14 136/4 137/18 137/22 144/14 144/15 144/16 147/20 147/21 147/24 148/1 148/3 149/6 149/25 150/3 155/8 161/21 161/23 161/24 162/3 162/4 162/9 164/23 170/17 178/20 184/21 184/25 185/2 189/24 190/4 190/5 190/21 191/11
himself [5] 60/8 85/19 115/17 117/13 140/7
Hinsdale [1] 1/21
hire [4] 54/18 61/22 112/6 113/25
hired [4] 55/9 112/2 130/10 147/9
hiring [4] 60/20 62/10 113/13 113/24
his [111] 2/8 2/17 14/1 15/10 15/14 16/8 18/16 19/3 19/8 19/19 20/4 23/12 27/21 29/15 30/10 30/12 30/14 34/9 34/17 35/24 38/5 39/11 43/2 43/6 45/4 45/24 47/13 48/13 48/16 50/11 50/18 52/18 52/21 53/4 53/5 56/6 58/6 59/20 60/16 67/10 68/15 69/17 69/19 71/2 76/12 77/15 77/17 79/19 81/25 84/8 84/12 84/15 86/5 88/2 88/12 88/12 89/4 90/7 90/20 91/5 93/5 94/8 94/18 95/6 96/17 96/22 98/11 99/9 99/10 100/12 100/13 102/8 105/5 105/10 132/9 132/10 136/13 136/15 136/19 141/9 146/22 147/24 148/1 148/14 148/15 149/8 149/16 149/17 149/24 150/1 150/22 152/16 152/17 152/22 153/1 153/9 156/3 156/13 159/12 161/15 161/23 162/1 162/23 162/24 169/24 170/6 176/15 177/12 179/21 180/6 188/5
history [3] 122/4 126/18 127/9
hit [1] 2/22
hockey [7] 184/17 184/18 184/19 184/21 184/25 185/3 185/9
hold [4] 79/1 136/6 190/2 190/3

holds [2] 79/5 81/19
Hollister [1] 1/17
Holtman [8] 57/6 107/24 108/2 108/3 108/7 116/13 181/21 182/22 182/25 183/15
honest [3] 15/21 136/14 146/16
honestly [1] 62/12
honor [111] 3/13 3/15 3/23 4/5 4/21 4/24 6/8 8/8 9/4 9/6 9/11 9/13 9/19 9/24 10/15 11/2 11/11 12/1 12/8 13/7 13/21 14/21 15/1 15/6 15/16 15/20 15/25 16/19 16/22 17/13 17/17 18/2 18/13 19/6 19/9 19/16 20/4 20/21 20/22 21/21 22/21 23/8 23/11 23/14 23/21 24/17 24/19 28/18 28/21 28/23 34/2 34/12 35/3 35/10 36/2 38/11 38/17 40/9 40/10 41/1 41/6 41/10 46/10 46/12 51/11 52/8 53/9 63/25 64/19 65/14 74/17 74/25 76/2 76/3 77/7 81/1 98/10 98/12 99/23 100/1 100/17 100/19 103/5 103/16 105/22 106/11 134/20 141/21 150/17 151/5 151/13 151/16 159/24 160/1 160/2 162/14 164/7 164/24 166/12 167/1 173/16 178/9 186/13 186/24 187/10 187/20 189/6 190/18 191/10 192/3 192/12
HONORABLE [1] 1/9
hope [1] 109/10
hoping [1] 73/1
Horseshoe [1] 35/1
hospital [12] 54/12 54/16 55/13 55/14 56/11 58/10 58/22 66/23 66/24 67/4 67/21 71/16
hospitalized [1] 109/23
hospitals [1] 55/20
host [1] 2/23
hotels [1] 70/20
hours [5] 18/3 110/22 110/23 110/24 111/1
house [4] 68/14 83/11 117/13 117/14
how [60] 5/7 6/6 9/21 12/6 14/12 16/16 17/9 19/1 19/20 19/25 22/9 25/7 29/8 29/22 40/13 41/24 72/8 73/15 73/13 73/17 74/23 77/9 77/13 78/7 78/9 78/10 79/23 79/25 82/12 82/20 83/16 90/6 91/7 92/1 95/3 101/8 101/8 101/9 106/4 106/7 107/18 107/22 108/1 110/4 110/22 111/13 115/2 117/17 120/20 131/21 131/25 138/3 145/15 146/13 147/1 154/9 176/14 180/19 187/5 187/17
However [1] 135/24
hundred [2] 16/17 153/9
hundreds [1] 61/11
hurt [1] 65/10
husband [1] 103/23
Hyman [2] 160/16 183/22
Hyman's [1] 184/4
hypothetical [1] 102/21

**I**

I'd [8] 43/25 60/11 64/5 80/17 129/25 150/22 162/9 171/3
I'll [9] 23/19 34/14 39/3 73/7 106/4 138/10 160/10 164/16 187/20
I'm [110] 2/12 4/7 6/10 7/9 9/15 10/25 11/13 11/24 17/3 17/15 19/19 20/19 22/5 22/16 23/2 23/14 25/8 26/7 30/2 31/13 32/9 34/6 34/22 37/7 39/4 39/20 40/5 42/11 43/12 43/13 44/24 45/6

51/17 52/2 53/16 54/10 56/23 59/25 62/13 62/16 65/2 66/15 66/16 69/19 69/25 71/8 71/17 72/10 72/25 73/22 73/21 74/8 77/7 78/10 80/16 80/21 80/22 80/24 82/5 82/16 83/12 86/15 98/3 98/5 98/7 100/12 106/3 107/1 108/12 108/16 109/19 112/8 117/20 122/19 124/9 124/17 124/23 127/2 127/19 129/21 131/18 138/6 138/11 140/11 140/14 140/15 141/15 151/10 155/9 157/24 160/10 162/14 165/5 166/15 166/24 167/12 171/12 174/9 177/9 180/25 182/1 183/18 184/9 187/14 187/16 187/19 188/2 189/25 190/19 190/24
I've [10] 5/20 7/12 91/14 103/6 117/20 164/23 168/25 169/4 179/7 187/9
idea [16] 7/10 44/1 50/18 59/24 118/2 118/3 118/3 118/4 124/23 127/8 132/13 139/12 139/22 146/5 164/3 191/6
identified [12] 8/21 12/22 15/13 19/3 61/9 77/15 85/11 86/4 101/25 101/25 152/10 155/7
identifies [6] 31/8 82/9 89/2 89/12 89/13 90/20
identify [6] 4/15 11/14 81/8 90/6 104/17 186/14
identity [1] 137/21
II [1] 152/13
ill [1] 109/22
Illinois [2] 1/21 111/16
illiterate [1] 117/21
illness [1] 72/23
image [1] 40/2
imagine [1] 74/8
immediately [2] 60/25 179/17
impact [11] 3/6 19/19 22/3 53/16 87/20 87/21 96/15 96/25 99/25 102/14 129/3
impacts [1] 102/10
implicitly [2] 114/11 114/14
implies [1] 162/3
impress [1] 11/20
inability [1] 181/12
incarcerated [1] 189/20
inch [2] 136/21 136/22
inches [1] 133/25
include [9] 15/2 25/24 41/16 41/18 55/19 94/20 112/15 120/12 120/14
included [6] 9/23 11/12 26/25 49/15 94/14 97/16
includes [1] 93/7
including [4] 30/18 41/19 41/19 155/11
income [30] 75/21 80/4 80/6 84/7 84/15 84/20 84/23 84/25 85/3 85/6 85/7 85/25 87/19 87/20 91/5 94/2 94/19 96/15 102/8 102/8 102/8 102/11 102/19 103/3 104/13 104/15 104/18 105/3 105/10 155/8
incorporated [2] 84/25 142/22
incorrect [2] 149/7 191/25
increase [2] 18/7 126/22
increased [1] 126/5
increases [1] 32/8
increasing [1] 32/14
incredibly [1] 14/15
inculpatory [1] 151/8
incur [5] 86/12 86/24 86/25 101/14 103/9
indeed [1] 58/3
independent [3] 90/15 156/11 156/14

I

INDEX [1] 193/1
INDIANA [20] 1/7 1/14 1/18 1/18 54/14
55/23 56/25 59/5 59/13 59/17 78/13
90/21 92/2 111/16 112/21 113/16 115/5
142/23 145/13 147/4
Indianapolis [1] 1/18
indicate [4] 47/4 47/6 175/9 175/23
indicated [9] 8/16 40/15 42/8 43/6
44/12 62/1 62/22 100/23 188/14
indicates [6] 31/15 45/20 168/22
169/15 176/21 191/16
indicating [4] 44/10 124/14 136/18
136/19
indication [2] 88/11 190/9
indict [1] 179/25
indicted [3] 112/7 112/9 146/19
Indictment [8] 2/13 19/13 19/14 19/22
19/24 23/6 26/13 26/17
individual [5] 16/2 74/10 100/13 113/19
113/23
individually [1] 92/4
individuals [2] 12/25 85/11
individuals' [1] 17/14
infidelity [1] 181/21
influencing [1] 62/24
information [14] 20/9 26/4 27/1 46/22
68/12 77/14 79/15 80/2 90/12 93/2
105/7 113/4 114/19 140/1
informed [1] 61/5
initial [3] 23/12 91/11 169/25
initialed [1] 170/1
initially [3] 56/5 145/11 145/12
initials [2] 169/12 169/13
injury [1] 16/8
inquire [1] 151/11
insinuated [1] 163/4
Inspector [2] 25/9 25/10
instance [1] 126/1 126/2
instances [2] 124/8 124/11
instead [4] 56/9 102/6 163/24 190/21
institutions [1] 43/22
instructed [1] 30/17
instrumental [2] 58/17 120/15
insurance [5] 84/21 93/5 93/7 93/12
93/22
intact [1] 142/2
intelligent [1] 53/2
intend [3] 18/11 18/13 76/13
intended [10] 6/23 14/6 20/25 90/2 97/9
97/16 97/18 97/21 98/1 98/21
intending [1] 17/2
intends [1] 77/17
intensive [1] 109/22
intent [2] 77/17 99/2
intention [1] 97/22
interest [24] 14/2 28/1 81/19 85/12
85/15 85/17 85/22 99/19 100/15 152/16
152/17 153/1 153/2 153/5 153/10 154/8
158/14 172/10 172/14 173/15 174/15
174/17 175/6 191/17
interesting [1] 136/17
interests [1] 53/5
interference [2] 62/24 63/2
internal [2] 25/25 25/25
interoffice [2] 27/4 186/20
interrupt [2] 138/6 138/11
interview [3] 39/4 39/9 150/22
interviewed [5] 38/2 38/23 39/1 150/7
179/16

intimate [1] 116/3
intimidated [1] 60/5 117/23 119/8
intimidated [3] 60/1 19/20 119/27
invested [4] 67/13 70/3 119/18 121/23
investigation [19] 25/14 25/17 25/21
27/23 31/18 31/22 32/25 33/13 33/16
33/20 35/22 37/5 38/24 41/12 42/13
43/16 46/17 49/6 60/23
investigations [1] 25/11
investigator [1] 69/13
investing [1] 121/19
investment [15] 27/21 28/2 45/11 45/24
45/25 67/21 68/9 68/12 121/22 166/5
166/6 169/11 169/15 170/23 171/5
investments [14] 31/16 32/16 67/12
67/16 68/8 69/3 69/6 69/8 69/18 70/7
70/11 73/14 124/15 124/16
investor [3] 53/2 69/21 165/23
investors [3] 118/22 119/2 119/4
involved [15] 25/11 25/14 40/17 40/19
41/20 41/22 42/4 67/10 91/10 91/18
92/8 110/17 123/1 152/5 161/1
involvement [2] 123/7 127/5
involving [2] 10/10 135/25
irritating [1] 7/11
IRS [19] 1/23 8/6 82/1 82/5 82/7 82/9
82/20 82/21 82/23 83/4 83/13 83/15
83/24 88/23 97/10 98/2 98/21 99/4
154/4
is [570]
isn't [11] 48/25 79/9 84/16 99/22
100/15 102/12 134/5 140/20 163/5
183/16 188/5
Israel [1] 73/10
issue [24] 4/24 5/15 10/23 11/16 16/20
16/22 18/8 20/24 23/21 24/4 35/7 61/6
70/13 71/10 75/24 76/7 76/24 124/2
129/18 135/24 163/2 163/5 163/5 163/6
issues [13] 2/23 4/14 8/19 21/18 24/1
30/18 55/21 57/19 69/23 108/3 109/9
113/3 181/11
issuing [1] 136/2
it [481]
it's [13] 6/2 19/17 29/20 29/20 32/11
43/22 55/24 105/14 106/2 106/17
110/24 130/3 167/17
Item [1] 40/2
items [3] 12/2 34/24 34/24
its [2] 32/17 96/15
itself [1] 16/4

J

jack [224]
jack Weichman [127] 25/15 25/19
27/25 28/4 28/13 29/6 29/9 30/10 30/24
32/19 35/24 36/24 38/5 39/6 40/3 41/13
45/21 45/25 48/2 48/20 48/21 53/5
54/24 56/5 57/9 59/4 59/20 60/2 61/13
61/19 67/5 67/15 68/5 68/16 68/18 69/2
69/8 69/24 70/6 70/10 71/1 71/4 71/7
72/9 72/17 73/3 73/14 73/18 74/5 74/6
80/12 81/8 81/24 93/4 94/3 94/20
104/17 111/9 111/14 112/6 112/10
112/25 113/8 113/12 114/6 114/24
115/8 116/4 116/20 117/6 119/4 119/13
120/5 120/20 120/22 121/17 122/3
122/17 123/11 123/24 124/14 125/7
125/14 125/21 125/25 126/5 126/8
126/17 126/21 126/25 127/6 128/12
131/6 132/25 133/5 134/12 135/20

136/1 136/9 138/21 139/22 140/3 142/6
143/17 144/10 145/18 147/5 147/15
147/17 147/18 148/3 150/7 151/22/20
155/7 158/17 160/18 161/11 161/17
162/19 162/22 163/4 163/12 163/22
174/14 176/4 181/7 183/10
Jack Weichman's [14] 27/18 45/6 45/8
49/7 49/11 50/25 90/25 96/15 102/7
127/20 128/13 144/8 187/25 188/2
Jack's [13] 87/20 136/18 159/4 161/3
162/7 165/14 169/7 177/6 177/15
177/19 189/10 189/13 189/15
JACKIE [1] 1/17
Jaggers [1] 39/21
jail [6] 162/13 162/19 162/22 162/23
162/24 180/3
Jalapenos [16] 32/18 45/3 127/2 127/3
132/17 132/22 133/1 152/9 154/19
172/3 172/11 172/12 172/22 173/8
173/15 176/8
James [3] 114/23 171/24 171/24
Jamie [3] 21/13 21/15 192/11
Jane [1] 118/12
January [8] 54/17 59/4 59/4 59/7 59/23
94/3 95/5 146/1
January 15 [1] 59/23
January 2003 [1] 54/17
January 2008 [1] 59/7
January 2011 [2] 94/3 95/5
Jason [7] 1/24 18/15 18/17 24/21 25/1
25/6 193/3
Jason LeBeau [4] 18/15 18/17 24/21
25/6
JAW [4] 85/6 85/24 152/12 154/9
Jayvac [1] 144/25
Jennifer [10] 20/16 21/3 75/3 77/4 78/1
78/6 176/12 176/12 176/25 193/10
Jennifer Prokop [4] 20/16 21/3 75/3
77/4
Jerry [1] 21/11
jewelry [2] 117/17 117/18
Jim [1] 118/16
job [3] 71/19 72/4 115/3
John [1] 118/13
joined [1] 111/15
joint [4] 118/15 145/3 145/4 145/14
JR [1] 1/17
judge [12] 1/9 14/10 53/14 72/25 95/20
95/25 97/6 98/3 99/12 99/18 102/22
189/8
Judge Davis [1] 72/25
judgment [8] 13/20 13/25 14/3 99/7
99/10 100/6 100/7 100/12
judgments [2] 14/13 100/6
July [7] 2/19 4/4 12/5 32/22 32/23 33/1
173/6
July 26 [1] 32/23
June [5] 26/22 27/6 42/15 166/21
169/16
June 24 [3] 42/15 166/21 169/16
June 6 [1] 27/6
June of [1] 26/22
jury [5] 28/19 48/6 164/19 179/18 181/3
just [92] 5/2 6/25 8/22 8/24 11/13 13/14
14/8 15/23 16/22 20/19 20/25 21/17
23/11 23/13 23/21 26/12 26/16 26/19
33/11 34/2 36/2 39/22 40/14 40/24 41/2
41/7 41/7 48/11 50/5 51/17 53/14 55/3
56/13 58/25 60/18 61/8 62/15 62/16
63/4 63/11 63/15 63/16 64/1 68/1 68/4

**J**

just-. [47] 68/23 72/1-75/10 78/14 84/4
83/12 87/13 89/3 91/22 97/8 98/1 98/16
103/5 103/16 104/22 106/1 106/18
111/4 112/8 112/9 120/12 124/9 124/20
128/9 134/7 134/21 138/8 138/10 141/2
149/15 151/10 154/21 157/1 158/18
160/13 160/13 162/16 170/20 175/4
177/11 179/24 183/18 187/15 189/3
190/21 190/22 191/22
justice [1] 73/17
JV [3] 145/1 145/2 145/2
JW0025844 [1] 168/19

**K**

keep [9] 11/11 36/22 70/24 102/19
103/3 138/7 177/24 187/20 189/8
kept [1] 31/3
kidney [3] 108/13 108/14 110/16
kind [28] 12/4 15/23 55/16 55/22 68/2
75/7 76/15 77/13 81/18 92/4 93/2
103/21 104/7 104/12 109/6 110/10
113/6 115/13 125/19 132/20 136/16
140/17 141/4 142/7 149/20 151/11
156/9 178/7
Kirsch [5] 161/4 178/18 179/2 179/5
179/8
knew [14] 40/12 51/19 52/5 62/9 68/18
69/24 117/18 137/8 139/8 139/10 141/4
146/14 158/6 185/23
know [138] 7/6 7/11 7/12 11/12 16/11
16/12 17/12 22/12 22/23 23/13 23/23
24/3 36/17 36/18 38/4 38/7 40/22 41/8
42/6 42/9 43/10 50/12 51/6 51/8 51/8
51/24 52/18 57/23 58/14 58/15 58/16
58/19 60/18 60/22 60/23 61/1 61/1 61/8
61/14 61/15 62/12 62/15 63/1 64/25
69/15 69/19 69/22 70/23 71/9 71/18
74/5 77/15 78/16 81/10 86/3 87/19
91/11 91/19 92/14 96/25 97/23 98/3
100/16 102/5 103/25 106/2 106/11
111/5 111/13 115/22 115/23 116/9
116/11 117/25 119/11 119/15 119/19
121/9 121/24 130/1 133/1 133/2 133/14
135/23 136/10 139/8 139/15 139/24
140/5 140/6 140/16 141/11 141/12
147/3 150/25 153/20 153/21 154/1
154/7 154/9 154/12 154/13 154/22
155/1 155/17 155/18 155/19 156/6
156/13 161/25 162/2 162/7 162/8 162/9
163/22 167/18 170/8 173/18 173/19
173/19 175/11 175/13 175/15 175/17
176/12 176/14 178/7 179/24 181/9
182/18 184/24 185/23 187/14 190/14
190/15 191/5 191/7 191/18
knowing [3] 92/14 110/13 137/20
knowledge [25] 29/18 36/1 37/12 37/14
42/18 42/20 48/3 52/5 68/24 69/17
90/15 100/2 121/23 123/6 123/16
123/18 131/22 132/1 134/3 140/4 157/4
159/4 160/20 160/21 181/11
knowledgeable [2] 143/11 143/13
known [5] 97/13 97/20 101/12 122/13
180/13
knows [2] 39/6 52/21
Kupsis [3] 63/12 63/15 63/17

**L**

L-A-Z-Z-A-R-O [1] 66/9
L-E-B-E-A-U [1] 25/6

lack [1] 181/10
lady [2] 53/21 107/6
language [1] 130/1
lap [1] 119/10
laptop [1] 148/11
large [6] 82/1 82/5 84/21 87/13 96/19
104/7
larger [4] 100/10 104/5 163/16 188/5
last [24] 4/4 4/20 5/16 5/21 11/17 23/12
32/12 40/2 45/20 65/7 66/9 72/22 73/19
74/8 97/2 112/21 149/24 150/12 150/14
151/19 155/25 170/3 171/17 191/11
late [3] 58/1 107/2 148/19
later [8] 13/20 14/3 50/22 63/3 67/10
91/22 172/16 175/21
latitude [3] 29/14 29/16 51/20
law [4] 1/20 91/21 98/4 142/23
Lawrence [1] 107/17
lawsuit [15] 62/5 62/7 62/18 62/21
68/20 71/1 71/4 72/12 72/17 100/10
117/9 122/21 130/13 131/3
lawyer [10] 29/23 30/1 30/5 131/10
133/13 133/15 133/19 156/13 158/21
160/15
lawyers [7] 2/8 4/1 152/2 152/3 154/25
163/23 189/2
Lazzaro [38] 3/7 13/20 13/21 13/23
18/5 18/23 18/24 21/9 21/24 22/3 21/24
22/10 59/1 62/18 62/19 62/23 63/5
65/21 65/22 66/4 66/7 66/9 66/10 71/7
72/9 74/4 74/18 82/3 82/4 85/17 97/15
97/20 97/21 99/16 100/2 100/4 100/12
122/21 193/8
Lazzaro's [3] 19/23 99/1 99/7
learned [3] 61/3 139/19 139/20
least [8] 90/4 96/25 110/4 133/24 137/9
143/5 143/7 176/6
leave [2] 91/9 178/22
leaving [1] 144/22
LeBeau [39] 1/24 18/15 18/17 18/17
22/18 24/21 25/1 25/4 25/6 25/7 26/7
26/8 26/14 26/15 26/18 26/22 27/23
28/15 28/21 29/2 29/4 30/5 31/19 34/16
34/21 34/22 35/16 35/19 36/6 37/10
38/2 38/21 46/15 46/15 46/25 47/3
47/25 48/18 193/3
left [11] 55/10 57/12 57/18 57/18 57/25
58/16 58/19 70/14 114/22 139/2 160/13
legal [3] 20/24 76/22 173/14
legitimate [1] 47/19
lender [2] 84/21 127/24
length [1] 62/19
lengthy [2] 72/21 187/10
less [1] 57/24 91/21 102/23
let [25] 8/3 22/15 23/5 23/13 26/22
59/10 69/10 71/25 73/16 77/12 106/2
118/9 118/18 118/18 124/19 126/15
134/25 137/2 148/5 173/23 174/5
174/20 178/21 184/24 186/17
let's [36] 13/14 13/17 14/14 26/23
30/23 32/3 35/2 47/20 48/23 49/3 50/14
68/1 68/4 72/1 79/5 83/15 87/3 87/3
87/15 87/15 89/9 90/19 94/25 106/18
111/13 119/1 124/12 124/20 125/13
127/12 128/9 131/15 131/19 133/3
133/22 162/16
letter [26] 42/15 42/25 47/22 142/5
148/22 148/23 148/25 149/1 149/5
149/16 149/21 149/25 150/12 166/21
174/10 176/4 176/11 176/21 178/4

178/5 179/10 179/13 189/9 189/10
189/18 189/19
level [3] 8/13 10/13 16/7
liabilities [4] 43/20 81/8 81/12 168/14
liability [11] 7/21 13/23 44/2 44/8 83/25
169/2 175/8 175/9 175/11 175/24 176/7
license [1] 180/4
lien [1] 84/20
liens [3] 82/21 82/21 83/21
life [3] 74/9 116/4 181/15
like [47] 10/7 10/19 16/17 17/23 18/5
29/22 32/23 37/16 47/23 48/21 55/21
57/4 60/2 60/4 60/11 65/10 68/13 68/18
68/25 71/14 79/6 79/8 86/24 87/9 89/20
103/10 103/10 115/11 115/13 117/15
118/15 125/5 129/25 140/19 142/2
147/22 154/2 161/21 161/24 162/8
162/12 165/3 165/7 171/23 176/23
177/11 188/7
like two [1] 16/17
liked [1] 117/14
likely [3] 17/15 44/1 95/25
limit [1] 19/7
limited [2] 6/20 153/10
Linda [6] 48/14 49/9 49/18 50/24 50/24
52/14
line [45] 9/22 27/10 27/15 27/16 27/24
30/23 31/15 32/1 32/2 32/6 32/7 32/14
33/1 33/4 33/6 34/17 35/8 44/16 47/24
49/24 50/1 50/18 96/24 102/15 121/18
122/5 123/11 123/17 125/14 126/5
126/7 126/19 126/22 127/8 131/2
132/14 137/3 137/13 137/21 159/15
171/8 175/8 180/22 180/23 185/16
lines [16] 25/18 25/22 28/11 30/14
30/19 31/4 38/4 38/6 38/9 128/14
132/14 137/4 149/10 150/9 150/15
151/9
list [5] 17/17 19/4 90/8 168/19 172/17
listed [8] 81/11 81/14 89/6 89/20 97/21
99/2 99/18
Listen [2] 17/23 21/6
listened [1] 91/14
lists [2] 89/18 91/4
litigants [1] 100/9
litigation [6] 17/19 72/21 72/24 82/2
100/3 100/5
little [14] 7/11 11/25 17/10 29/14 37/15
46/18 60/4 73/21 91/8 111/13 123/18
127/15 127/18 131/17
live [5] 9/8 10/3 10/8 11/1 74/1
lived [2] 108/5 108/6
lives [1] 115/24
LLC [1] 1/17
LLP [1] 1/17
loan [95] 25/25 27/4 27/5 27/7 27/8
27/9 27/20 31/6 31/8 31/23 41/19 42/8
42/21 43/1 43/4 43/6 43/8 43/24 44/3
44/7 44/10 44/12 44/13 44/17 44/19
46/2 46/3 46/3 46/7 50/1 59/5 59/8
73/20 73/24 73/25 75/19 87/2 87/5
87/14 87/16 87/20 87/22 93/10 95/21
96/1 96/19 100/22 100/24 101/8 101/11
103/11 104/2 121/1 121/14 122/5
122/17 125/10 125/11 125/12 128/3
128/8 128/11 128/11 128/11 128/23
143/24 153/23 154/22 157/2 157/16
157/16 157/25 158/11 159/19 165/16
165/8 166/10 167/11 167/14 167/15

**L**

lean... [15] 167/16 167/17 168/23
169/20 172/21 175/13 185/19 190/8
190/13 190/13 190/17 191/4 191/16
191/17 191/19
loaned [4] 59/19 125/4 132/22 165/7
loaning [2] 125/7 125/8
loans [35] 29/11 36/18 51/3 51/5 51/6
51/7 51/8 51/9 127/23 128/3 130/4
131/20 131/21 131/25 133/5 133/6
133/7 133/11 133/20 133/22 143/21
154/17 157/7 157/7 157/9 157/12
157/13 157/19 157/19 157/24 172/2
172/3 172/11 175/4 175/4
local [2] 29/19 29/20
location [2] 32/17 32/18
logically [1] 101/18
long [5] 16/23 74/23 133/25 159/2
178/22
long-standing [1] 159/2
longer [9] 61/5 93/23 96/19 106/4 138/3
138/7 142/15 187/5 187/17
look [58] 14/9 26/8 26/14 26/23 27/12
27/13 30/23 32/3 33/13 34/21 35/2
35/16 37/10 43/20 43/25 43/25 46/15
46/18 47/20 48/7 48/19 48/23 49/3
50/14 51/13 58/2 62/15 80/1 81/7 81/15
86/19 88/22 89/3 89/5 90/19 90/20 91/2
122/23 124/12 124/20 127/12 131/18
133/3 144/2 149/24 154/21 158/3
158/25 159/6 163/17 168/13 169/14
173/4 175/8 186/19 187/22 188/6 188/8
looked [2] 79/24 88/22
looking [7] 14/12 39/4 78/25 124/17
127/14 142/1 192/1
looks [7] 10/7 32/23 40/4 42/14 47/23
142/2 171/23
lose [4] 73/13 128/7 158/10 158/12
loss [33] 5/12 6/14 6/16 6/23 6/23 8/10
8/11 8/19 9/8 9/15 9/23 11/8 13/8 16/24
18/6 20/22 20/25 23/22 24/4 24/7 24/8
24/11 24/12 61/8 61/23 65/9 76/8 77/12
97/9 97/17 97/18 98/1 98/21
losses [5] 62/11 69/7 70/7 70/22 105/9
lost [5] 42/1 70/21 72/4 115/17 117/20
lot [28] 3/7 4/18 7/8 7/12 29/16 42/7
42/14 57/16 57/24 62/25 70/20 95/12
104/1 121/25 128/20 134/14 134/14
134/14 134/15 139/20 142/9 146/17
160/4 162/3 169/22 177/19 180/7
184/18
lots [1] 86/14
loud [2] 57/15 179/14
love [3] 161/19 161/21 161/24
LPL [2] 139/6 140/19
Luke [1] 85/14
lunch [1] 95/15
lung [1] 108/20
lying [1] 16/5

**M**

Ma'am [1] 53/19
made [33] 7/24 15/1 30/9 30/10 31/8
34/25 37/11 40/5 59/12 59/22 96/13
99/13 101/7 126/21 128/23 142/21
151/7 158/13 161/24 162/7 163/12
164/18 164/22 165/13 173/13 177/6
177/11 178/6 178/14 178/15 178/16
179/21 191/17
mail [4] 3/3 5/4 5/5 150/23

mailed [1] 63/21
mails [4] 5/16 6/25 14/4 150/18
maintained [1] 31/4
maintaining [1] 79/20
major [1] 115/4
majority [1] 33/24
make [29] 14/15 21/17 22/3 22/5 28/9
37/22 56/10 56/11 68/2 70/20 71/4 77/2
83/12 87/25 88/1 98/3 98/16 100/23
101/12 128/12 128/14 136/6 149/12
152/9 158/16 178/8 178/25 181/17
188/8
makes [5] 21/25 52/20 96/16 101/18
177/14
making [6] 30/6 94/20 94/22 120/18
165/3 165/5
malignancy [2] 108/19 108/23
malpractice [1] 55/21
man [2] 3/6 38/16
manage [2] 56/2 183/9
managed [1] 182/14
management [1] 55/19
manager [3] 130/17 145/19 145/25
manages [1] 147/19
mandatory [4] 12/9 12/18 15/16 16/15
manner [1] 16/6
many [13] 38/3 71/8 71/14 72/11 91/14
92/1 110/22 115/13 131/21 131/25
159/2 161/23 176/16
march [6] 8/24 139/3 139/5 139/7
139/21 139/24
Margaret [1] 55/12
Margaret's [1] 118/13
Marie [1] 118/12
marked [11] 26/7 33/25 39/20 43/12
45/14 80/16 82/6 86/15 140/11 141/15
148/5
markers [1] 136/4 136/8
market [4] 94/9 156/4 156/5 156/7
married [1] 107/20
marvelous [1] 115/3
Mary [4] 36/20 37/2 37/13 37/24
Mary Panas [1] 36/20
material [10] 3/9 3/10 16/10 25/24
28/19 48/1 48/11 49/15 52/24 88/8
materials [1] 14/18
maternity [1] 91/9
mathematical [1] 110/4
matrix [1] 90/13
matter [3] 18/20 130/12 192/20
matters [4] 79/12 132/25 182/17 182/25
maximize [1] 79/21
maximum [2] 74/13 75/13
may [27] 1/8 6/12 8/6 12/1 16/4 24/20
34/2 38/11 39/2 53/10 53/24 65/18
74/18 103/16 107/10 125/5 137/2
145/24 150/17 151/6 160/4 160/6
163/15 165/7 166/7 180/9 185/13
May 2nd [1] 39/2
maybe [10] 21/23 41/25 42/6 52/4
130/14 136/20 136/22 138/8 151/1
187/15
McGuire [3] 176/12 176/12 177/14
MCH [1] 63/6
me [127] 2/11 2/22 3/10 3/12 4/22 5/2
6/1 7/4 8/3 11/24 11/24 11/25 12/7
14/14 14/15 16/13 17/7 18/12 20/18
21/8 21/25 22/15 23/5 23/5 26/22 39/25
52/3 56/12 58/7 59/10 60/16 60/18

60/18 60/25 61/1 61/2 61/15 63/16
65/10 67/5 67/7 67/24 68/23 69/10
71/21 71/23 72/3 72/23 72/6 76/23
73/8 73/9 73/16 74/7 75/6 76/7 76/23
91/20 97/23 106/14 111/6 114/17
114/20 114/21 114/22 115/3 115/4
116/22 118/9 118/18 118/18 119/14
124/19 126/2 133/15 133/15 133/15
133/20 134/25 137/2 138/13 140/4
144/19 146/11 146/12 148/5 148/23
149/7 149/18 149/21 150/24 152/9
152/17 152/20 154/15 154/18 154/25
156/2 162/8 166/24 168/7 169/23
173/23 174/5 174/20 176/16 179/21
179/23 179/23 179/25 180/1 180/18
180/21 181/10 181/12 181/20 183/14
183/20 184/3 184/7 184/14 184/20
186/12 186/17 190/2 190/14 191/14
mean [20] 7/13 17/10 18/1 39/24 44/6
51/18 61/14 65/9 68/1 79/13 89/14
109/17 112/25 128/2 136/5 148/3
167/13 172/12 184/15 191/1
Meaning [1] 184/24
means [7] 5/11 8/17 9/1 75/17 131/2
167/14 167/16
meant [2] 56/13 169/8
measured [1] 81/12
mechanism [1] 101/11
medical [14] 54/19 67/17 67/17 69/23
73/23 84/10 84/18 108/3 108/15 109/5
113/1 142/10 147/18 147/19
medication [1] 109/7
medications [1] 110/2
medicine [4] 66/15 66/17 66/18 68/24
meet [7] 30/13 52/15 147/17 147/19
147/24 148/1 148/3
meeting [13] 84/12 84/14 84/24 85/9
89/18 91/14 92/19 151/4 160/15 177/14
177/16 180/11 184/10
meets [1] 54/19
Melanie [6] 181/25 182/1 182/2 182/3
183/16 189/25
member [2] 65/10 93/13 142/15 170/6
members [2] 130/18 155/11
memo [7] 12/2 39/21 39/22 45/18 45/20
186/20 186/20
memorable [1] 135/5
memorandum [11] 3/2 3/8 8/21 23/6
23/10 27/4 39/4 49/16 52/10 75/11
151/12
memory [7] 109/9 110/17 129/2 129/7
129/23 184/20 185/22
memos [1] 150/22
mentally [1] 108/4
mention [1] 72/15
mentioned [7] 37/1 63/10 64/5 85/21
117/8 131/9 144/17
Merkel [1] 108/19
met [11] 52/16 67/5 150/20 151/19
170/21 177/15 178/18 179/7 180/5
183/13 183/22
MICHAEL [3] 1/20 114/23 152/4
microphone [1] 57/14
might [13] 21/18 44/7 47/23 81/12 88/9
89/6 100/24 102/5 118/5 122/12 122/14
154/2 163/23
million [43] 7/17 13/22 13/23 14/3 14/5
14/7 14/10 15/13 15/14 18/6 29/12
29/13 41/23 42/1 42/3 72/25 73/20
77/11 82/9 82/14 83/15 89/2 90/2 98/25

**M**

million [18] 99/1 99/3 99/13 99/17
99/18 99/22 102/11 116/10 116/23 119/9
119/25 120/6 120/9 163/20 163/25
167/10 167/19 168/16 168/21
millions [6] 104/13 104/15 104/16
104/18 139/23 140/2
mind [3] 7/11 11/25 138/8
mine [4] 161/25 164/23 177/6 179/19
minute [2] 51/15 89/9
minutes [8] 106/3 106/18 138/10
138/12 187/18 187/19 189/9 192/7
misappropriation [2] 130/21 130/22
mischaracterizes [1] 166/13
misdiagnose [1] 129/18
misrepresentation [1] 10/11
missed [2] 91/22 91/24
missing [1] 130/23
mistake [1] 112/6
mistaken [4] 106/21 184/16 185/2
185/4
misuse [2] 190/24 191/1
misused [1] 42/4
MMDS [25] 48/10 54/18 55/16 56/2
57/10 59/8 59/12 59/20 59/23 61/20
67/23 75/19 75/21 84/9 87/3 87/15
87/22 91/1 96/2 96/7 96/19 96/23 97/5
102/15 104/17
modification [1] 88/8
modifies [1] 88/10
MOI [1] 151/3
MOIs [2] 150/19 150/22
mom [1] 103/22
moment [4] 38/11 63/24 69/12 159/21
Monday [1] 192/5
money [111] 7/24 12/21 13/15 13/16
14/14 17/9 33/14 33/16 33/21 33/23
34/1 34/5 35/25 37/22 41/13 41/17 42/42
42/7 45/3 48/16 49/22 50/3 50/6 50/11
60/9 62/20 65/9 70/20 70/21 73/3 73/13
73/17 73/22 73/25 74/10 74/11 74/12
86/3 86/6 87/16 94/9 94/17 94/18 96/10
96/13 97/3 101/3 102/6 115/19 116/17
116/21 117/3 117/4 117/9 117/12
117/23 119/2 119/5 119/7 119/14
119/18 119/20 119/25 121/4 121/9
121/14 121/22 122/1 122/17 125/4
125/7 125/8 125/9 125/12 125/13
125/15 125/19 125/22 126/1 128/12
128/13 128/20 130/23 132/9 132/13
132/22 135/21 136/24 137/5 137/10
139/22 141/5 145/6 145/10 146/17
146/20 153/22 154/18 159/13 164/23
165/7 176/8 177/10 189/23 190/10
190/11 190/16 190/24 191/5 191/14
191/14
monies [5] 5/13 35/4 41/16 42/4 179/19
monitor [1] 92/4
monopoly [1] 70/19
month [9] 87/11 87/16 94/1 94/2 104/10
105/3 105/15 153/23 153/24
monthly [4] 73/21 80/5 93/25 105/14
months [4] 2/20 2/24 15/19 50/22
more [21] 15/8 21/19 23/21 42/4 42/6
42/6 50/20 51/20 70/14 86/9 92/8 103/1
103/16 104/22 117/11 138/10 143/11
146/11 146/14 150/21 187/7
morning [8] 2/4 15/22 38/21 38/22
63/15 64/5 64/16 148/21
Mort [1] 188/20

Mort Efron [1] 188/20
most [9] 16/2 19/19 22/21 22/22 44/1
72/25 85/2 186/6 186/18
mother [4] 149/8 149/16 150/2 189/13
mother's [1] 149/17
motion [2] 101/13 101/13
motions [1] 103/9
move [14] 28/19 32/17 34/12 34/14
47/21 49/5 51/18 64/18 73/10 80/17
81/1 124/19 124/20 127/2
moved [5] 33/17 33/21 45/10 58/25
65/11
Movies [1] 117/16
moving [1] 33/14
Mr [10] 9/3 13/23 14/9 22/22 78/15
78/19 193/4 193/7 193/12 193/15
Mr. [101] 2/8 2/9 2/9 2/11 3/4 3/12 3/17
3/20 3/20 3/24 4/16 5/3 6/14 6/17 9/10
9/18 13/20 13/21 14/8 19/20 21/24
22/10 22/18 22/18 22/18 29/4 29/21
35/5 38/15 38/21 39/5 39/6 44/18 45/2
45/12 54/23 55/7 55/9 55/15 57/8 58/17
58/21 60/22 61/6 62/14 62/22 63/15
63/17 64/2 65/7 75/25 76/4 85/14 99/9
99/13 99/16 111/8 111/17 112/24
114/21 115/10 116/16 120/16 123/23
127/24 130/11 130/20 131/22 132/5
144/9 152/5 159/25 160/10 160/16
160/17 160/17 161/4 162/13 163/15
163/19 164/2 164/20 165/17 170/17
171/23 174/2 174/3 178/18 179/2 179/5
179/6 179/8 183/22 183/23 183/23
183/23 184/3 184/4 184/4 184/10 187/5
Mr. Ashbach [3] 39/5 39/6 160/10
Mr. Beier [1] 3/4
Mr. Bennett [6] 2/9 3/12 3/20 4/16 5/3
64/2
Mr. Boyd [1] 171/23
Mr. Driscoll [2] 160/17 183/23
Mr. Efron [2] 160/16 183/23
Mr. Gurland [10] 2/9 3/17 3/20 9/10
9/18 38/15 152/5 159/25 184/10 187/5
Mr. Hatagan [1] 22/18
Mr. Hyman [1] 183/22
Mr. Hyman's [1] 184/4
Mr. Kirsch [5] 161/4 178/18 179/2
179/5 179/8
Mr. Kupsis [2] 63/15 63/17
Mr. Lazzaro [5] 13/20 13/21 21/24
22/10 99/16
Mr. LeBeau [2] 22/18 38/21
Mr. Luke [1] 85/14
Mr. Neuffer [2] 29/4 45/12
Mr. Neuffer's [1] 29/21
Mr. Pabon [3] 14/8 99/9 99/13
Mr. Pinkerton [2] 160/17 183/23
Mr. Pinkerton's [1] 184/3
Mr. Pristave [1] 118/16
Mr. Pujols [1] 179/6
Mr. Schaefer's [2] 75/25 76/4
Mr. Scott [1] 170/17
Mr. Visalli [2] 22/18 60/22
Mr. Weichman [35] 2/8 2/11 3/24 6/14
6/17 19/20 35/5 44/18 54/23 55/7
55/9 55/15 58/17 58/21 61/6 62/14
62/22 111/8 111/17 112/24 114/21
115/10 120/16 123/23 130/11 130/20
132/5 162/13 163/15 163/19 164/2
164/20 165/17 174/3
Mr. Weichman's [6] 57/8 65/7 127/24

131/22 144/9 184/4
Mr. Yahne [1] 174/2
Ms [4] 78/12 133/24 133/24 193/5
193/7 193/9 193/11 193/12 193/14
Ms. [50] 2/9 3/4 3/5 3/14 4/3 5/2 5/15
6/7 6/22 7/2 9/5 9/12 11/20 13/3 13/10
15/9 21/10 23/5 23/20 53/24 65/15
65/18 66/3 76/23 78/4 78/21 83/24 91/7
94/11 95/18 100/18 100/22 102/3
103/21 105/23 107/3 138/4 151/3 161/3
163/1 177/14 178/4 178/8 178/10
179/10 179/19 180/3 180/15 180/15
188/12
Ms. Berkowitz [31] 2/9 3/5 3/14 4/3 5/2
5/15 6/7 6/22 7/2 9/5 9/12 11/20 13/10
23/5 23/20 53/24 65/15 65/18 66/3
94/11 100/18 107/3 138/4 151/3 163/1
178/10 179/17 179/23 180/5 180/15
188/12
Ms. Berkowitz's [1] 161/3
Ms. Collins [1] 3/4
Ms. Einterz [2] 178/4 178/8
Ms. Einterz's [1] 179/10
Ms. McGuire [1] 177/14
Ms. Prokop [13] 13/3 15/9 21/10 76/23
78/4 78/21 83/24 91/7 95/18 100/22
102/3 103/21 105/23
much [37] 6/6 16/16 29/8 41/24 42/4
42/6 47/18 48/4 52/18 53/6 63/3 70/9
73/13 73/17 79/18 79/25 82/12 82/22
105/23 106/4 106/7 115/24 117/22
118/24 133/9 137/23 138/3 143/16
145/15 154/9 167/7 177/1 178/20 187/5
187/7 187/12 187/17
multi [1] 111/16
multi-specialty [1] 111/16
multiple [4] 29/9 67/10 131/9 186/8
multipurpose [1] 113/6
Munster [7] 54/12 54/15 55/14 66/24
67/3 84/25 90/21
must [1] 124/18
Mutual [1] 94/5
mutually [2] 149/20 163/16
my [121] 3/4 3/10 5/22 6/18 12/4 13/21
16/2 21/1 29/18 30/3 36/1 37/12 37/14
41/10 42/20 48/3 55/10 57/12 57/18
58/19 62/13 65/9 66/9 66/21 67/14
67/20 70/13 70/24 71/15 72/4 72/14
73/25 74/10 74/11 74/12 75/10 76/15
87/2 91/16 96/3 97/24 99/22 103/5
103/11 106/20 109/19 111/4 111/22
112/2 114/20 115/12 115/17 115/18
116/22 117/4 120/14 122/12 123/19
125/5 128/7 128/24 128/24 131/7
133/11 134/14 134/15 135/13 135/13
136/7 136/12 136/15 136/17 136/18
140/17 140/25 141/6 143/19 145/13
145/14 146/11 147/10 147/11 147/19
150/19 152/2 153/4 154/20 154/25
155/16 158/12 159/12 160/21 162/6
165/8 166/16 168/12 169/13 171/20
174/8 174/25 176/16 179/17 180/4
180/21 181/10 181/12 181/18 181/20
181/21 181/22 182/3 184/20 185/11
188/20 189/2 189/8 189/18 189/21
190/15 190/16 191/21
myself [3] 130/20 142/25 162/6

**N**

N-E-U-F-F-E-R [1] 27/6

**N**

naive [1] 48/15
name [56] 18/16 25/12 25/4 25/18
27/25 28/11 30/14 32/15 37/2 38/5 54/4
54/13 58/15 60/14 60/16 62/13 66/7
66/9 78/4 84/19 85/21 107/15 112/20
121/18 122/4 122/6 123/12 126/6
126/18 126/19 126/22 127/9 131/21
133/11 135/3 135/12 135/13 135/20
136/3 136/17 136/18 136/18 136/19
137/21 159/16 165/17 176/7 188/2
188/3 188/5
named [1] 3/6
names [5] 13/1 17/14 17/18 139/8
155/25
narrow [1] 4/18
nature [3] 178/8 178/14 178/15
near [1] 58/3
necessarily [1] 102/20
necessary [6] 7/5 18/14 21/12 22/23
96/1 97/5
need [22] 7/8 9/9 11/14 11/16 16/23
23/3 51/21 51/24 53/20 77/12 77/19
78/16 93/3 103/2 138/14 150/3 156/13
177/20 177/23 178/4 181/1 183/9
needed [6] 56/14 87/12 96/6 132/9
150/25 178/22 180/8
needs [7] 50/9 74/5 77/20 93/25 98/1
162/8 178/7
negative [1] 138/1
negotiated [6] 40/14 40/15 41/4 41/8
47/7 47/7
nephrologist [2] 108/12 109/20
Nephrology [14] 112/21 130/16 130/17
130/18 130/19 142/13 142/14 142/17
142/18 142/19 142/21 143/21 145/14
147/4
net [8] 102/7 102/11 105/10 117/25
118/4 156/4 156/5 156/7
Neuffer [16] 27/5 27/18 28/8 28/9 29/4
29/12 30/9 30/13 30/17 30/20 39/21
40/10 45/12 45/18 47/5 47/10
Neuffer's [1] 29/21
neuroendocrine [1] 108/19
never [21] 7/10 52/21 57/7 63/18 67/22
73/7 73/7 85/21 96/12 103/6 103/7
116/14 116/15 117/18 121/7 123/2
167/3 170/21 173/12 177/3 191/18
new [4] 61/4 61/7 91/20 140/4
next [23] 10/5 10/23 11/8 21/9 50/20
52/19 53/12 60/17 61/2 65/18 74/21
92/7 107/3 134/21 167/23 169/9 174/20
175/19 176/10 178/3 178/3 188/10
189/9
Nicolaus [1] 139/6
night [2] 40/2 148/19
nine [5] 2/20 2/24 15/19 72/6 189/9
no [233]
No. [1] 28/16
No. 4 [1] 28/16
Nobody [2] 168/6 168/7
Noel [2] 39/16 39/18
nominal [1] 191/17
none [3] 34/8 53/14 84/15
North [1] 1/21
NORTHERN [3] 1/1 78/13 92/2
Northwest [12] 54/14 55/23 56/24 59/5
59/13 59/17 84/18 112/21 113/16 115/4
145/13 147/3
Northwestern [1] 94/5

Nos [1] 37/7
not [230]
Notari-APR 18/22
note [10] 43/21 46/16 46/18 141/18
141/22 168/14 168/15 172/20 173/3
175/15
notes [10] 36/19 37/1 37/1 37/7 37/10
37/16 40/18 40/24 150/23 175/23
nothing [12] 14/8 14/9 14/11 21/19
46/10 95/11 100/17 150/24 150/25
150/25 183/3 192/3
notice [2] 86/10 92/22
notices [1] 90/14 92/16
notifies [1] 36/15
notify [1] 40/13
November [1] 28/10
November 19th [1] 28/10
now [67] 2/18 2/20 8/22 9/16 10/16
10/21 11/4 16/20 23/10 24/15 31/3 32/6
33/4 33/25 37/23 59/10 61/22 63/18
67/3 70/6 73/11 74/8 85/8 86/2 86/23
92/14 92/18 93/2 97/19 97/22 99/1
101/3 101/10 101/15 110/20 112/10
112/17 112/17 114/13 115/17 117/8
117/20 119/7 123/24 127/9 144/17
144/21 145/18 146/2 147/24 149/10
149/24 152/6 153/8 154/13 157/24
158/20 159/24 161/3 164/16 165/5
167/2 180/5 187/14 189/4 189/25 191/9
nowhere [2] 58/3 146/25
nuclear [4] 66/15 66/17 66/18 68/24
number [17] 5/18 5/18 5/24 6/2 13/8
27/14 28/20 32/10 38/23 82/16 89/22
92/8 122/24 160/23 167/11 167/11
176/22
numbered [1] 160/11
numbers [3] 5/3 6/24 13/12
numerous [1] 165/10

**O**

o'clock [2] 106/8 192/6
oath [10] 24/23 28/9 29/21 48/6 53/22
66/1 77/23 107/8 164/22 183/18
object [4] 10/15 13/6 101/2 162/14
objected [2] 34/11 92/25
objecting [3] 9/24 18/10 35/4
objection [35] 5/11 5/12 6/15 6/15 6/21
8/17 8/25 9/7 9/14 10/5 10/14 10/21
11/2 11/4 11/8 11/9 11/17 17/22 22/20
28/22 35/3 36/2 36/3 47/4 51/22 64/20
64/21 80/19 80/20 96/5 96/9 164/7
164/10 190/18 191/9
objections [3] 4/13 5/10 7/9
objects [1] 117/14
obligated [1] 77/2
obligation [3] 75/12 89/14 133/7
obtain [6] 27/10 27/20 27/21 86/23
86/25 104/2
obtained [16] 9/22 14/13 26/1 42/21
43/4 44/14 46/2 52/24 75/19 96/10
121/17 150/20 165/17 166/8 166/10
172/2
obvious [3] 10/19 15/17 15/18
occasions [3] 131/9 159/3 179/16
occurred [6] 37/11 60/17 185/8 185/10
185/16 185/19
October [2] 2/11 80/14
October 28th [1] 2/11
off [14] 19/21 36/24 44/13 46/8 57/13
68/1 79/1 96/11 139/2 141/5 153/24

160/13 168/4 176/1
offense [2] 8/13 11/9 53/18
offer [5] 63/22 145/6 145/9 145/9
145/12
offered [3] 63/18 123/2 145/13
offering [4] 146/12 146/14 147/13 153/6
office [32] 1/13 17/20 25/8 49/9 49/11
50/25 56/6 57/8 68/15 70/25 71/15
87/10 91/11 103/7 109/24 112/15 144/7
144/8 144/9 147/24 148/1 148/14
148/15 148/18 150/8 161/23 176/6
176/15 177/12 177/15 180/6 183/22
officer [4] 27/5 27/8 170/14 170/21
offices [1] 49/7
oh [17] 24/10 57/15 57/17 65/6 71/8
72/11 80/22 85/24 98/24 100/8 106/17
128/24 132/17 132/21 148/11 163/15
169/17
OIG [1] 1/24
okay [103] 3/19 4/19 7/2 8/4 8/14 10/1
10/5 10/16 11/4 11/22 18/11 18/21 20/3
20/15 21/17 23/19 24/2 24/20 26/14
28/22 40/7 42/18 42/23 44/23 45/17
47/2 53/24 63/8 68/3 68/12 75/10 77/6
81/4 82/9 83/9 89/24 90/10 93/15 95/14
97/2 97/15 97/25 99/6 103/13 104/23
106/16 109/3 110/9 110/12 119/1 125/4
127/18 128/20 131/18 131/19 133/8
133/9 134/24 138/15 138/20 143/8
145/12 145/18 146/6 146/13 148/8
148/13 149/19 149/21 152/1 152/10
153/1 154/21 160/12 165/5 165/23
166/19 167/14 169/2 169/12 170/17
171/11 172/25 173/2 173/21 174/20
175/8 175/11 175/22 176/17 178/1
181/19 182/5 183/2 184/22 185/7
186/23 187/1 187/16 190/6 191/16
192/7 192/13
old [11] 37/23 72/5 73/11 74/8 84/2
84/3 97/11 107/18 107/22 108/1 160/4
older [2] 37/23 83/20
once [2] 157/9 157/10
one [64] 1/18 5/15 12/19 14/23 22/15
23/1 23/5 23/21 23/25 26/8 26/17 26/24
38/11 39/1 39/22 52/20 55/6 63/21
63/21 69/9 72/25 73/1 73/7 73/8 74/9
75/20 81/10 84/17 85/14 85/24 88/19
100/9 101/22 104/22 113/17 113/18
119/1 119/4 121/10 132/17 132/20
135/9 137/16 138/9 140/24 142/2
144/14 147/2 152/19 154/17 157/24
165/24 168/20 169/7 170/24 171/7
175/21 183/18 184/14 184/19 184/24
185/12 188/6 191/11
one-fourth [1] 152/19
ongoing [1] 15/4
only [23] 4/20 8/13 14/1 75/20 76/17
76/24 83/7 83/16 88/14 102/1 105/3
109/17 109/19 135/8 147/2 163/14
168/25 169/6 169/6 172/6 172/23
180/12 191/16
open [4] 2/1 36/22 106/23 138/17
opened [3] 25/18 27/25 28/11
operate [3] 96/7 97/5 103/2
operating [8] 75/14 80/8 80/9 86/16
87/25 88/4 93/25 129/13
operation [3] 87/12 96/2 147/18
operations [1] 26/2
opinion [2] 189/15 189/18

## O

opportunity [10]  55/13 58/2 67/22 92/21
 92/24 97/1 101/1 101/11 101/21 102/22
opposed [1]  167/17
option [4]  76/13 76/13 76/18 89/21
options [1]  76/15
orchestrated [1]  58/22
order [17]  17/3 17/15 75/14 86/10
 86/11 86/16 86/16 87/25 88/4 88/6 88/7
 88/8 88/10 88/21 105/6 164/3 173/14
ordered [2]  2/18 12/21
ordering [2]  17/18 20/19
ordinary [9]  86/24 87/1 87/8 87/11
 87/13 94/23 95/1 95/2 95/4
original [1]  141/20
originally [2]  99/16 161/2
ostensibly [2]  4/23 30/24
other [32]  16/24 22/15 35/7 37/21
 43/21 44/3 45/10 48/9 62/11 67/14
 70/15 79/6 79/7 84/15 87/1 93/18 98/20
 98/21 106/20 108/3 109/5 115/25 116/3
 121/10 153/2 162/12 181/14 182/20
 190/11 191/2 191/8 192/9
others [1]  135/9
our [12]  5/12 15/18 40/6 91/10 113/4
 115/24 118/12 118/20 118/20 130/17
 150/18 188/8
out [73]  5/3 5/13 16/9 20/19 28/12
 30/14 33/2 33/14 36/14 36/21 38/5 38/6
 39/10 40/5 41/24 42/8 47/21 57/25
 59/13 59/22 60/9 60/12 60/17 61/1
 61/12 63/3 86/3 88/2 90/12 90/14 91/21
 93/10 93/16 93/22 96/19 97/1 98/14
 101/6 102/9 104/23 105/5 114/25 122/5
 128/14 133/15 133/20 134/22 136/1
 136/23 137/3 137/5 137/21 144/20
 144/21 145/13 157/3 157/8 157/13
 159/13 159/14 169/20 172/3 177/19
 179/14 180/6 183/19 183/21 184/14
 186/2 187/9 190/8 190/25 191/4
outed [1]  183/12
outlined [1]  75/7
outpatient [1]  57/21
outpatients [1]  109/24
outside [2]  72/14 116/13
outstanding [2]  8/19 144/22
over [18]  3/25 13/14 16/1 23/19 35/6
 60/5 82/9 82/14 91/20 142/5 142/5
 144/11 161/14 165/11 178/19 181/13
 185/9 185/10
overall [1]  41/22
overdrafted [1]  135/11
Overruled [5]  164/13 166/14 167/4
 191/11
owe [2]  80/3 154/18
owed [5]  14/5 14/8 14/8 81/14 92/22
owes [1]  157/2
own [5]  83/10 118/12 183/8 188/8
 190/12
owned [3]  29/17 58/15 103/24
owner [1]  40/4
ownership [6]  85/11 85/22 153/1 153/2
 153/9 154/8
owns [4]  82/22 82/23 93/6 152/12

## P

p.m [5]  106/22 106/24 138/16 138/18
 192/15
Pabon [4]  14/8 67/14 99/9 99/13
Pabon's [1]  14/9

page [51]  27/2 27/14 32/11 43/20 44/1
 44/6 59/11 86/19 91/3 122/23 122/25
 123/14 123/18 123/22 124/11 124/16
 124/19 124/20 124/21 125/1 125/3
 127/14 130/4 131/15 131/17 131/20
 133/3 142/5 152/11 158/25 165/2 165/6
 168/13 168/18 168/18 169/2 169/3
 169/5 169/12 169/17 170/3 171/14
 171/17 173/4 173/4 175/1 179/10
 179/11 179/12 186/19 193/2
page 096 [1]  59/11
page 1 [1]  169/12
page 101 [1]  127/14
page 102 [1]  130/4
page 103 [1]  131/20
page 104 [2]  131/15 131/17
page 106 [1]  133/3
page 11 [3]  123/15 123/18 123/22
page 21 [1]  91/3
page 22 [2]  124/13 124/14
page 23 [2]  124/20 124/21
page 48 [2]  122/23 122/25
page 53 [3]  125/1 125/3 165/6
page 6 [1]  168/18
pages [8]  130/15 133/25 133/25 169/1
 169/4 169/6 169/13 169/25
paid [11]  24/13 73/19 83/14 83/20
 87/11 95/6 135/9 153/24 154/4 191/18
 191/19
pain [2]  104/9 109/6
Panas [5]  36/20 37/2 37/7 37/13 37/24
paper [1]  87/10
papers [6]  62/14 70/24 128/5 133/24
 144/7 182/21
paragraph [11]  10/21 37/16 39/23 40/1
 51/13 86/20 157/1 160/14 171/13 179/9
 179/12
paragraphs [1]  152/11
pardon [1]  146/9
parking [2]  177/19 180/7
part [33]  4/24 4/24 19/4 19/21 19/23
 31/3 39/24 48/25 57/21 59/10 60/1 77/1
 77/2 91/2 91/13 101/7 109/13 111/2
 111/3 118/19 121/3 131/7 131/8 141/19
 141/20 141/21 152/8 152/9 155/16
 159/8 162/2 168/25 176/22
parter [1]  55/10
partial [1]  10/3
particular [6]  28/4 31/5 60/16 114/21
 115/16 138/2
parties [10]  4/14 9/1 9/16 10/8 11/1
 11/5 11/10 134/22 138/7 156/8
partner [8]  57/12 57/18 58/19 67/14
 69/25 70/3 70/14 99/9
partners [7]  67/14 113/9 144/23 145/6
 146/3 147/12 174/16
partnership [7]  70/1 114/17 145/4 145/7
 146/3 147/6 163/2
partnerships [1]  69/25
party [1]  79/10
Paskala [1]  85/14
pass [2]  71/21 72/3
passed [1]  37/18
past [1]  84/19
pathologist [6]  54/10 58/14 59/1 66/15
 66/24 67/3
Pathologists [4]  57/21 82/3 100/9
 100/10
pathology [10]  54/14 56/25 57/22 59/5
 59/13 59/17 63/5 66/15 66/17 68/24

patient [4]  110/14 113/5 129/18 129/19
patiently [1]  70/7
patients [10]  109/18 109/22 109/23
 109/23 109/24 110/2 129/11 129/7
 129/18 143/20
pay [16]  73/9 73/20 73/24 75/21 79/2
 79/19 79/23 89/4 96/19 96/21 103/9
 103/24 141/5 143/17 183/8 186/10
payable [9]  35/1 35/20 40/5 43/21 94/5
 168/14 168/15 175/15 175/23
paying [6]  7/23 73/21 73/24 87/15
 87/18 154/19
payment [6]  8/9 8/11 47/12 88/13 89/16
 101/8
payments [4]  79/10 94/20 94/22 191/17
pays [1]  154/6
penalty [1]  74/13
penny [3]  73/1 73/7 73/9
people [9]  12/24 17/8 30/20 106/19
 113/13 113/14 161/23 177/11 185/12
per [3]  39/24 40/6 186/23
percent [20]  85/14 85/17 85/19 152/12
 152/16 152/16 152/17 152/18 152/21
 152/21 152/22 152/22 152/25 153/1
 153/2 153/5 153/9 153/10 155/16
 155/19
percentage [1]  17/15
perhaps [1]  148/21
permission [10]  75/18 111/11 122/11
 122/12 125/15 125/17 125/21 125/25
 126/1 133/14
permitted [3]  4/8 4/10 64/6
person [6]  20/9 28/4 28/7 52/5 62/16
 71/14 72/16 74/6 113/25
personal [40]  31/16 32/16 43/3 43/6
 44/12 45/4 45/5 45/6 45/8 45/24 45/24
 51/3 51/5 67/20 67/20 100/2 111/22
 112/2 112/11 114/7 114/9 115/6 115/7
 115/9 116/3 116/6 127/21 147/21 159/4
 159/12 167/17 168/1 168/4 168/8
 168/21 175/19 179/21 181/15 182/17
 182/24
personalizing [1]  162/16
personally [5]  62/16 96/5 97/5 130/25
 147/8
personnel [1]  113/2
perspective [1]  3/10
pertaining [1]  63/2
petition [2]  12/23 19/3
PHILIP [1]  1/9
phone [2]  98/8 98/11
phonetic [5]  85/14 111/15 118/16
 144/25 179/6
phrased [1]  152/24
physically [1]  124/3
physician [14]  54/7 54/9 62/12 66/10
 66/14 67/6 108/9 108/11 109/11 109/17
 109/19 113/1 129/8 189/13
physicians [2]  55/20 69/20
pick [3]  106/20 138/12 192/7
pieces [1]  55/25
Pinkerton [2]  160/17 183/23
Pinkerton's [1]  184/3
place [6]  2/15 75/14 75/16 88/3 88/4
 88/6 91/4 173/17
placed [2]  4/7 86/21
places [1]  84/8
Plaintiff [1]  1/4
plan [23]  13/24 75/16 77/16 81/25 84/1
 84/6 84/7 88/2 88/6 88/13 88/15 88/16

**P**

plan . [11] 89/3 89/16 89/24 89/25 91/12 91/24 92/23 96/21 101/10 101/12 153/14
planning [1] 71/10
play [1] 78/24
Players [1] 41/21
Plaza [1] 1/14
plea [2] 34/9 94/12
plead [1] 12/19
pleaded [1] 180/7
pleading [1] 99/24
pleadings [1] 13/3
pleas [1] 2/17
please [37] 25/4 39/17 39/22 41/10 49/5 53/19 54/4 65/22 65/24 66/7 75/9 77/22 78/4 107/5 107/15 124/18 125/2 127/13 127/16 127/19 131/18 132/7 133/4 140/14 150/1 158/24 167/9 167/23 169/10 170/3 170/22 171/18 176/10 178/12 179/9 180/25 188/10
pled [2] 2/12 6/17 14/21 16/14 76/5
plus [2] 98/2 99/13
point [32] 18/1 32/5 56/8 59/3 59/7 59/19 61/7 61/10 68/6 69/5 103/1 111/23 114/22 124/11 128/4 130/16 132/16 135/23 137/17 138/1 138/6 144/16 145/9 145/21 157/11 159/11 165/24 166/16 172/9 174/11 178/16 181/22
points [1] 22/24
policies [2] 93/5 93/12
policy [4] 84/22 93/7 93/9 93/22
pool [3] 88/19 102/10 105/10
pop [1] 103/22
posed [1] 131/23
position [1] 13/5
possession [2] 79/8 86/10
possibility [2] 131/5 181/22
possible [5] 83/8 83/10 88/9 177/23 185/25
possibly [2] 43/10 162/25
Post [1] 141/18
Post-It [1] 141/18
potential [3] 62/11 99/7 99/10
potentially [6] 44/7 62/9 97/11 99/18 131/2 163/24
practice [41] 54/11 54/13 54/15 54/19 55/11 55/17 55/19 56/3 57/10 65/4 67/17 67/18 109/15 109/16 112/17 112/18 112/18 112/20 112/22 112/23 113/1 113/13 114/23 118/19 118/20 118/20 118/22 119/2 130/17 142/10 143/18 143/22 143/25 144/18 144/22 145/19 145/25 147/1 147/1 147/18 147/19
practicing [4] 54/7 66/12 109/11 129/8
pragmatically [1] 103/2
pre [1] 58/14
pre-existing [1] 58/14
preparation [4] 2/18 151/5 157/11 188/22
prepare [1] 26/4
prepared [5] 7/9 14/17 17/24 26/9 39/5
prepares [1] 43/11
preparing [2] 7/12 20/23
prerogative [1] 21/22
Prescribing [1] 129/11
presence [4] 150/8 184/3 184/4 184/4
present [9] 1/23 18/12 18/13 32/17

92/20 117/25 130/7 148/15 189/15
presented [2] 169/6 192/12
presents [10] 2/18 2/24 3/26 3/3 4/6 4/12 12/5 34/10 190/7 191/25
preserve [1] 75/12
preserving [2] 15/10 79/20
president [11] 130/16 142/17 142/19 142/21 142/23 142/25 143/3 143/6 170/13 171/25 173/8
pressing [1] 10/14
pressure [1] 180/17
pressured [2] 180/18 180/19
pressuring [1] 183/15
presume [3] 40/10 52/16 57/7
pretend [2] 13/17 14/13
pretty [7] 55/22 82/22 114/6 117/22 137/23 143/16 178/20
prevail [1] 72/20
prevented [1] 168/6
preview [1] 11/25
previously [5] 63/18 88/23 95/20 140/9 158/15
primarily [4] 27/18 54/21 82/1 110/13
principle [1] 167/10
print [2] 133/25 169/23
printed [2] 170/15 188/2
prior [12] 36/8 40/6 52/21 63/6 67/1 73/8 109/5 112/17 159/4 160/20 160/21 179/17
priority [1] 83/19
Pristave [1] 118/16
private [1] 116/6
pro [4] 17/18 19/5 20/20 88/20
probably [16] 6/25 16/1 39/3 50/20 62/11 62/23 103/3 110/23 110/24 143/5 143/7 145/16 148/10 156/10 177/5 189/17
probation [3] 1/23 13/1 22/7
problem [6] 39/7 70/13 71/17 129/7 129/17 135/17
problems [1] 71/17
procedures [1] 109/5
proceed [9] 24/20 35/14 36/4 52/7 53/24 55/7 173/21 178/12 184/22
proceeding [2] 10/12 155/6
proceedings [4] 2/1 106/23 138/17 192/19
proceeds [1] 41/19
process [1] 51/25
produced [3] 37/4 37/8 62/1
professional [3] 114/7 114/9 117/1
proffer [3] 23/4 34/3 35/7
program [4] 78/10 103/7 103/8 104/11
progressed [1] 181/12
prohibited [2] 75/17 86/25
prohibition [1] 105/1
prohibitions [1] 86/21
Prokop [32] 13/3 15/9 20/16 21/3 21/10 75/3 76/23 77/4 77/13 78/1 78/4 78/6 78/7 78/21 80/16 80/17 81/7 82/6 83/24 88/23 88/24 90/1 90/5 90/19 91/2 91/7 95/18 100/22 102/3 103/21 105/23 193/10
Prokop 1 [1] 90/1
promised [1] 114/17
proof [2] 82/6 88/23
propelling [1] 81/23
proper [2] 90/15 173/14
properly [1] 89/19
properties [1] 169/11

property [9] 83/7 86/13 93/18 93/20 93/22 93/23 103/10 169/15 171/5
proposed [1] 18/13
prorated [1] 17/8
prosecutor [2] 15/25 16/3 189/10
prospect [1] 83/3
protect [1] 53/5
protection [2] 78/25 155/11
provide [3] 55/17 79/15 151/2
provided [8] 6/5 12/25 17/7 55/18 84/6 88/13 88/19 113/12
provides [1] 83/18
providing [1] 172/21
PSR [2] 5/18 12/10
Pujols [1] 179/6
pull [1] 157/22
purchase [1] 67/24 97/4 102/18
purchased [3] 31/20 126/12 126/14
purchases [1] 95/3
purported [3] 5/16 45/23 46/5
purportedly [6] 21/24 27/9 27/20 42/9 165/20 190/8
purports [2] 43/2 44/15
purpose [10] 27/15 31/15 32/14 44/18 45/8 45/20 121/19 126/6 186/10 191/2
purposes [11] 3/11 3/17 6/18 8/8 8/9 11/9 13/8 22/23 24/7 24/8 76/7
pursue [2] 58/11 156/9
pursued [1] 55/14
pursuing [1] 73/17
pushing [1] 138/8
put [16] 20/10 22/19 22/19 48/1 48/11 75/1 75/3 75/14 75/16 88/3 89/7 90/16 134/5 149/15 150/12 189/18
putting [1] 51/18

**Q**

qualified [2] 143/6 143/7
quarter [5] 136/20 167/10 167/18 168/16 168/21
quarterly [1] 68/13
question [34] 3/18 12/4 41/10 44/6 65/7 70/22 72/1 73/16 76/25 77/3 77/8 83/17 84/17 87/2 98/6 103/17 104/22 114/13 123/4 123/20 124/22 125/23 125/24 131/23 131/25 134/13 154/1 162/17 164/8 164/11 164/12 165/6 167/1 180/25
questioned [2] 70/6 70/23
questions [20] 3/7 38/13 38/15 52/4 52/21 53/7 63/25 69/6 70/12 74/14 74/16 76/22 76/24 95/12 95/13 102/17 105/20 127/20 134/12 159/23
quick [1] 106/19
quickly [1] 164/16
quite [4] 62/12 68/18 118/24 119/11
quote [5] 39/7 39/7 96/11 165/11 165/11
quote-unquote [3] 96/11 165/11 165/11

**R**

raise [4] 53/20 65/24 77/22 107/6
raised [6] 4/13 5/15 57/18 58/4 70/10 163/5
ran [2] 112/22 112/25
rata [4] 17/18 19/5 20/20 88/20
rate [1] 158/14
rather [1] 117/12
ratified [4] 46/3 172/6 172/10 175/5
re [1] 192/8

**R**

re-examination [1] 192/8
reached [1] 5/3
reaches [1] 36/14
reacted [1] 71/13
read [20] 3/5 39/22 39/25 47/25 48/10 51/19 133/23 134/1 134/4 134/8 141/2 141/2 159/1 167/9 170/15 171/13 178/5 179/9 179/16 181/1
reading [6] 19/19 51/22 94/6 140/10 168/6 171/16
ready [3] 72/6 160/10 192/13
real [3] 13/17 103/24 103/24
realistic [1] 106/12
realistically [1] 79/25
realize [3] 153/11 153/12 153/13
realized [1] 61/16
really [17] 7/6 14/16 14/19 17/24 35/12 48/7 70/9 76/17 103/12 110/6 110/7 110/8 120/18 134/1 136/16 145/15 164/12
reason [9] 35/5 40/16 50/7 50/10 81/23 81/23 91/23 180/12 182/20
reasons [2] 2/21 82/1
rebuttal [2] 18/14 21/12
recall [38] 24/15 39/5 39/9 59/19 95/23 95/25 121/14 122/3 122/19 122/20 126/1 129/4 129/19 129/23 135/1 150/7 152/3 158/20 158/22 160/15 165/3 165/5 165/18 166/2 166/4 170/17 170/20 174/2 177/16 177/18 181/16 184/1 186/1 186/4 186/6 187/1 187/3 187/3
receipts [2] 57/24 58/2
receive [8] 3/21 46/21 79/21 87/21 89/16 96/24 118/10 153/22
received [13] 2/19 3/3 3/6 3/8 4/4 14/4 20/8 25/24 57/7 73/3 84/19 92/22 94/2
receives [3] 80/6 87/19 105/4
receiving [1] 109/6
recent [3] 83/17 83/18 163/1
recently [2] 14/4 151/22
recess [3] 106/22 138/16 192/15
recognize [7] 42/13 65/2 65/2 140/15 140/17 148/6 172/23
recollection [2] 174/7 176/3
recommendation [2] 4/10 67/11
recommended [1] 181/18
record [15] 2/6 4/7 13/1 25/5 31/3 36/3 39/22 53/14 54/5 55/4 66/8 78/5 107/16 138/21 192/19
recorded [1] 151/11
recording [2] 37/24 49/18
records [11] 6/4 25/22 25/25 26/1 26/5 37/4 48/19 53/1 57/3 60/21 61/24
redirect [7] 46/11 46/13 100/20 103/19 187/11 193/5 193/12
reduce [2] 88/12 101/15
refer [3] 33/8 75/10 122/20
reference [5] 35/16 124/19 149/16 164/24 177/14
referenced [1] 169/2
references [1] 165/1 168/20
referencing [2] 12/14 186/21
referred [5] 45/18 67/5 123/22 136/7 157/16
referring [10] 44/24 45/6 86/16 165/6 166/20 171/10 181/25 182/1 188/1 190/25
refers [2] 18/3 45/7

refinanced [1] 157/5
reflected [1] 2/23
refresh [2] 171/4
refreshed [1] 184/20
refund [5] 5/17 5/23 6/3
refuse [3] 148/24 149/1 149/2
refused [3] 5/5 71/11 160/24
regard [7] 5/10 5/10 9/19 22/17 98/1 160/14 181/15
regarding [19] 5/16 6/13 7/5 25/11 25/14 27/24 28/10 30/14 31/4 39/5 41/21 46/22 47/23 69/18 82/7 95/20 135/1 164/19 186/2
regards [1] 41/16
regular [3] 33/11 87/4 112/4
regularly [2] 109/23 147/20
reimbursement [1] 114/20
rein [1] 143/17
relate [3] 42/21 43/24 51/25
related [4] 25/22 47/13 71/2 133/1
relates [8] 8/10 9/15 9/17 9/21 10/6 18/20 19/21 35/9 151/4
relating [3] 2/14 30/18 42/25
relationship [9] 58/22 60/2 61/19 115/7 115/7 115/9 147/21 159/2 179/22
relevant [3] 14/19 22/10 49/24
relied [2] 119/23 163/23
relies [1] 90/13
reluctantly [1] 17/25
rely [1] 99/25
remain [1] 108/7
remaining [1] 79/3
remains [2] 10/25 11/10
remember [49] 19/17 51/6 76/4 78/18 84/18 103/23 104/10 121/16 121/24 121/25 122/1 122/6 122/7 122/8 122/9 122/22 123/1 124/11 125/7 125/8 125/17 125/18 126/2 126/6 126/10 126/20 126/24 128/17 128/19 136/14 136/16 139/19 146/16 148/4 165/19 166/3 166/7 174/4 174/9 174/14 177/21 177/23 179/4 179/7 181/9 185/11 188/6 190/13 191/14
remembered [1] 128/25
remove [2] 73/16 141/18
removed [4] 7/17 159/8 159/9 159/10
Renal [2] 114/16 118/11
reneged [1] 181/3
renewal [4] 128/4 137/8 137/9 158/23
renewals [2] 46/4 167/12
renewed [7] 46/7 66/21 66/22 67/21 128/4 157/9 157/10
reorganize [1] 79/2
repay [2] 89/14 177/3
repayment [3] 84/4 86/5 153/14
repeat [1] 98/5
repeated [1] 98/13
repeatedly [1] 98/13
rephrase [1] 162/17
replaced [2] 58/16
reply [1] 132/12
replying [1] 123/5
report [25] 2/18 2/19 2/21 2/24 3/22 4/1 4/4 4/6 4/9 4/11 4/12 12/5 19/5 31/5 34/10 80/5 80/9 80/9 94/1 94/2 105/3 105/14 175/22 190/7 191/25
reported [4] 2/2 105/15 106/24 138/18
Reporter [1] 192/23
reports [1] 175/1
represent [3] 43/13 132/25 162/15

representative [2] 59/8 169/24
represented [2] 45/2 145/16
representing [2] 114/6 131/15
request [4] 30/6 30/9 31/8 189/19
requests [1] 29/15
require [3] 110/4 110/9 110/9
required [7] 12/10 33/6 50/1 80/5 84/21 89/16 90/6
requires [1] 110/12
research [1] 12/16
resigned [2] 142/20 144/19
resolve [4] 7/8 9/9 11/14 82/2
resolved [1] 8/25
respect [13] 5/13 23/22 34/16 44/16 76/23 97/25 100/22 166/15 181/10 181/11 182/7 190/7 190/16
respects [1] 114/19
respond [3] 17/24 98/12 127/25
response [14] 38/12 58/6 71/6 73/15 131/25 132/10 141/25 144/24 149/3 158/2 159/22 165/6 177/8 183/14
responsibilities [3] 15/10 21/4 109/20
responsibility [2] 79/4 79/17
responsible [5] 74/13 133/11 142/15 175/12 180/20
rest [1] 140/17
restaurant [7] 32/18 70/1 84/25 172/15 172/15 173/11 174/15
restaurants [1] 70/19
restitution [26] 6/18 6/19 8/8 8/9 12/9 12/11 12/15 12/18 12/21 15/12 15/15 15/16 16/15 17/3 17/6 18/1 19/6 20/19 24/7 62/9 63/10 63/11 152/9 180/21 180/22 181/4
restrictions [4] 86/2 86/6 86/8 86/14
result [8] 7/22 29/13 36/12 73/13 113/8 114/3 144/21 178/17
resulted [1] 159/15
Resumed [1] 103/19
retire [2] 66/20 72/7
retirement [11] 5/14 7/18 111/4 111/5 111/11 124/24 139/6 139/10 139/15 140/5 140/7
return [3] 7/25 8/6 68/11
returned [2] 125/12 135/15
returns [4] 2/16 67/16 68/10 155/2
reverse [1] 70/21
review [5] 25/21 43/15 52/24 52/25 53/1
reviewed [6] 3/1 3/9 29/2 43/3 100/6 175/4
revoke [1] 180/4
rid [1] 58/17
right [103] 3/16 4/3 5/25 9/3 9/10 9/14 9/18 10/9 14/23 15/17 17/21 19/13 19/22 20/2 22/3 22/4 22/7 24/12 31/9 32/20 33/10 36/7 36/9 37/19 44/20 44/23 47/7 49/20 50/22 53/17 53/20 53/21 56/14 57/11 59/16 65/24 68/6 70/4 73/11 76/16 76/20 77/21 77/22 81/16 81/21 82/10 82/14 85/20 88/25 89/1 98/14 99/6 102/12 103/4 105/13 106/16 107/6 107/6 112/17 113/7 114/1 114/13 123/8 123/9 124/3 130/23 130/25 131/3 131/8 131/23 131/24 137/7 138/15 141/1 144/18 153/6 156/3 158/1 159/23 160/22 161/4 164/14 165/15 166/25 167/19 168/14 168/16 168/17 168/24 169/3 169/18 170/1 173/4 175/11 175/17 179/7 183/4 183/5

**R**

right [5] 183/6 189/4 189/24 189/25 192/14
ring [1] 160/20
ripped [1] 19/20
rise [3] 2/3 106/25 138/19
Robert [2] 170/13 170/15
Robin [1] 91/20
rocked [1] 58/24
role [1] 78/23
rough [2] 118/3 118/4
roughly [7] 6/3 39/1 90/2 92/1 118/22 168/15 168/21
round [1] 109/25
ruin [3] 71/7 71/9 71/19
rule [2] 7/9 37/8
Rule 16 [1] 37/8
rules [3] 11/7 51/22 178/10
run [5] 67/17 75/22 116/22 135/21 176/8
running [3] 107/1 112/15 113/13

**S**

S/Stacy [2] 192/22 192/22
said [59] 5/4 13/15 14/17 40/25 48/10 52/21 56/10 60/4 61/22 70/16 70/23 71/8 71/16 71/17 73/7 84/22 85/1 85/2 85/3 85/24 89/9 96/20 97/10 103/21 118/15 120/21 123/2 123/17 125/5 128/24 132/9 132/17 132/21 134/18 136/4 140/9 142/9 142/25 143/1 143/13 150/11 160/20 163/15 165/10 165/22 169/22 176/21 176/25 177/3 177/6 177/25 178/20 178/20 179/6 180/2 180/3 180/20 184/25 185/2
sake [1] 189/3
salary [1] 96/17
same [5] 14/10 32/3 35/3 65/4 169/20
sandbagged [1] 17/24
sandbagging [1] 18/2
sat [2] 58/1 61/2
satisfying [1] 164/9
save [1] 73/22
saved [1] 115/3
savvy [1] 53/3
saw [5] 5/16 22/22 40/18 40/24 41/2 64/9 67/22 73/19 143/24
say [57] 5/20 7/10 16/9 22/17 30/1 30/2 31/11 42/3 48/4 50/16 51/13 52/3 56/1 60/16 67/15 71/25 79/6 83/15 84/14 87/3 87/4 87/15 87/15 88/7 90/1 94/25 94/25 95/2 101/21 102/22 105/1 106/18 108/17 110/20 112/17 112/25 114/6 115/6 119/1 123/10 125/13 126/17 129/22 132/8 133/15 135/16 143/5 143/16 176/5 176/9 178/21 181/19 183/12 183/18 185/1 185/17 185/22
saying [22] 7/20 13/10 14/5 19/19 22/5 23/22 51/2 51/4 51/4 96/18 115/19 117/2 122/3 122/6 134/7 165/7 166/19 167/8 177/20 177/23 179/4 181/9
says [21] 32/19 32/21 37/21 43/21 47/4 50/9 50/10 70/18 86/12 86/23 105/6 131/20 149/11 149/25 153/22 155/24 170/9 171/11 185/13 185/13 186/23
Schaefer [2] 76/4 78/19
Schaefer's [4] 74/22 75/25 76/4 78/15
schedule [12] 81/10 81/15 89/2 91/4 97/12 98/2 98/21 98/23 98/24 101/25 172/23 173/4
schedules [9] 80/2 88/24 89/7 89/21 90/5 90/9 90/11 90/17 91/11
school's PR [1] 60/9
school [2] 73/23 91/22
scope [1] 4/18
Scotch [2] 142/4 142/5
Scotch-taped [2] 142/4 142/5
Scott [8] 130/8 130/10 132/25 170/13 170/15 170/17 173/13 174/4
Scott Yahne [2] 130/8 132/25
scroll [9] 37/15 47/2 124/18 125/2 127/15 127/19 131/17 132/7 158/3
seal [1] 4/7
sealed [1] 4/9
search [12] 26/1 48/23 49/3 49/6 49/9 50/14 50/16 52/11 52/11 52/25 140/11 141/15
seated [4] 2/5 107/1 107/10 138/20
second [17] 2/12 9/7 44/1 44/6 51/13 51/14 86/19 88/15 88/15 89/24 89/25 109/3 167/9 169/3 179/10 179/11 179/12
section [5] 4/10 10/20 43/21 44/8 175/8
secure [3] 134/17 172/21 173/14
secured [7] 82/12 82/20 83/1 84/20 84/21 131/21 154/20
securities [6] 5/14 169/11 169/15 169/16 170/24 171/5
security [12] 81/18 82/25 83/21 120/11 120/12 172/10 172/14 172/20 173/3 173/7 174/15 175/6
see [32] 11/22 12/6 14/12 17/9 17/25 22/13 23/3 33/16 55/1 59/12 61/8 69/7 77/14 77/16 80/20 91/3 101/9 105/6 105/8 109/23 127/21 134/21 141/17 158/4 159/6 162/12 162/19 169/19 170/15 171/9 186/24 186/25
seeing [4] 36/12 92/14 113/3 188/6
seek [2] 51/23 146/22
seeking [1] 126/22
seeks [1] 62/16
seem [5] 51/25 52/3 76/17 129/23 154/2
seemed [1] 36/17 68/22
seems [3] 10/19 55/22 86/24
seen [17] 16/2 42/14 43/5 47/11 72/25 73/2 103/11 104/5 141/17 141/24 155/2 155/4 164/17 168/25 169/4 173/1 173/24
sees [2] 17/10 109/18
seized [1] 49/15
sell [3] 52/20 86/13 118/19
send [3] 5/4 5/4 90/13
Senior [3] 170/13 170/13
sense [3] 14/15 22/1 101/18
sent [4] 3/4 135/9 136/7 178/4
sentence [3] 45/20 160/19 167/9
sentences [7] 149/24 150/2 150/13 151/6 166/25 167/6 167/7
sentencing [28] 1/8 2/8 2/22 3/1 3/2 3/11 7/10 8/20 12/2 15/23 15/23 16/12 22/22 23/6 23/9 37/9 51/20 51/24 75/11 75/25 76/4 78/15 106/2 106/20 138/9 151/6 161/15 164/4
sentiment [1] 178/1
separate [5] 34/23 35/17 44/21 113/18 182/16
September [3] 34/23 36/7 134/25
September 5 [1] 34/23
series [2] 104/8 186/15
serious [1] 39/7
seriously [1] 150/1
served [3] 97/23 98/24 113/12
services [4] 55/16 55/18 55/18 55/19
set [2] 114/22 182/16
sets [1] 4/12
settled [1] 132/21
settlement [5] 150/20 160/14 161/7 183/14 188/11
seven [4] 4/13 18/13 26/13 110/24
Seventy [2] 107/19 107/23
Seventy-five [1] 107/19
Seventy-four [1] 107/23
several [10] 96/10 111/21 114/19 141/4 148/3 164/19 176/25 182/7 182/9 182/11
severe [1] 71/17
severely [1] 108/4
shall [2] 4/8 156/3
sham [2] 154/2 154/4
share [9] 88/20 116/3 116/20 145/6 145/14 147/10 147/11 162/3 178/1
shares [1] 156/4
sharing [1] 19/5
she [42] 5/7 5/17 20/18 22/3 49/11 51/20 51/21 51/23 55/14 57/18 57/18 57/25 58/3 77/9 77/10 77/20 79/2 91/20 91/21 91/22 118/14 149/25 150/24 156/13 163/4 176/15 176/16 176/21 179/25 180/1 180/3 180/3 180/17 180/18 180/19 180/20 181/5 181/6 181/17 181/18 181/19 181/20
she'll [3] 5/4 5/5 189/17
she's [6] 5/5 13/13 49/13 51/18 75/5 75/11
shorten [1] 78/14
shortly [1] 172/9
should [34] 5/17 8/9 8/11 10/24 11/18 12/21 14/18 18/5 19/5 20/25 23/22 44/8 74/12 75/22 76/9 80/1 80/9 87/16 93/2 93/4 94/14 94/22 94/24 96/25 97/1 101/9 102/8 102/24 105/12 105/15 105/18 119/18 134/20 151/1
shouldn't [2] 22/7 138/9
show [14] 26/7 43/12 44/7 59/10 60/18 64/14 82/5 92/18 96/4 96/8 97/7 140/11 141/15 148/5
showed [4] 61/11 63/17 169/3 186/12
showing [10] 26/19 33/25 37/7 39/20 45/14 80/16 86/15 136/20 140/15 157/24
shown [1] 14/17 189/9
shows [1] 34/20
side [1] 138/9
sign [15] 48/11 48/20 52/17 56/6 124/3 128/4 133/23 140/10 141/2 144/6 160/24 169/7 169/25 176/1 185/23
signatory [3] 136/9 136/12 144/10
signature [45] 42/19 43/2 43/19 44/15 46/5 47/23 74/11 74/12 123/24 123/25 124/5 124/7 124/9 124/10 134/7 136/13 136/16 140/17 140/25 142/6 159/7 166/17 166/16 167/21 168/12 169/3 170/4 170/7 170/8 170/9 170/12 170/16 170/18 171/1 171/19 171/20 171/21 174/8 174/10 174/25 187/25 187/25 188/18 188/18
signed [21] 36/16 42/15 42/25 43/3 43/18 44/13 46/3 133/6 133/20 136/15

**S**

signed [11] 158/14 160/14 161/7 168/4 168/11 170/1 173/7 174/24 176/5 185/23 188/14

signer [1] 40/3

significant [1] 129/4

signing [5] 133/22 141/3 141/4 142/9 142/10

signs [1] 46/7

similar [4] 99/9 108/20 115/14 178/5

similarly [1] 6/17

SIMON [3] 1/9 95/20 95/25

simple [3] 16/5 26/16 26/19

simply [3] 17/18 136/5 136/5

since [8] 12/5 20/5 61/6 91/15 91/15 108/23 111/22 186/15

sir [10] 39/24 53/10 65/23 65/24 74/18 107/5 138/20 176/3 186/1 190/7

Sister [1] 118/12

sisters [1] 74/1

sit [4] 70/7 154/24 161/8 161/15

sitting [2] 2/20 170/17

situation [7] 75/19 114/15 114/25 117/11 149/16 149/18 181/12

six [4] 5/1 26/13 41/25 67/13

skill [2] 110/10 110/12

skills [1] 110/4

skip [1] 171/3

slew [1] 3/8

slip [1] 140/20

small [4] 103/22 108/20 133/25 169/23

smart [2] 67/6 68/22

so [202]

society [1] 129/15

software [4] 96/7 97/4 102/19 103/2

sold [5] 50/4 52/18 52/23 118/11 118/20

solo [3] 109/16 112/17 112/18

Solutions [1] 57/22

some [65] 5/2 7/1 8/19 12/8 16/24 17/23 21/23 33/7 35/6 37/1 40/16 43/5 47/12 47/13 50/11 50/18 51/17 54/19 57/10 58/22 63/4 63/11 67/20 68/6 68/8 68/18 69/6 69/7 69/25 72/23 79/4 81/11 84/19 88/11 97/8 104/6 106/14 109/20 110/4 110/9 110/17 114/20 114/24 118/19 119/4 120/17 136/13 141/5 144/22 145/4 145/9 150/17 151/11 152/9 164/4 164/17 164/18 165/16 172/9 172/12 174/11 177/19 183/24 184/16 187/10

somebody [4] 37/2 83/13 93/15 170/7

someone [10] 29/22 83/7 83/10 90/16 91/7 91/19 135/16 156/8 161/19 177/15

something [40] 23/24 26/24 34/16 40/7 47/19 48/25 49/17 77/18 77/19 80/8 84/18 87/4 87/9 87/12 87/13 88/9 97/6 102/23 106/19 110/5 121/19 122/10 134/8 137/21 144/25 149/12 151/1 157/1 158/9 159/16 162/8 163/1 164/2 164/4 174/16 175/12 180/8 185/4 188/25 190/19

sometime [2] 3/22 4/1

somewhere [2] 57/6 172/16

son [4] 116/9 153/1 155/12 156/3

son's [1] 94/8

soon [2] 61/18 86/9

sooner [1] 16/11

sophisticated [4] 5/11 8/17 9/1 69/21

sophistication [1] 183/8

sorry [27] 6/10 22/16 23/14 31/14 32/9 34/22 56/23 57/17 59/25 66/16 71/25 79/3 82/22 82/22 82/23 107/14 109/7 120/9 123/17 123/23 127/2 127/19 131/18 140/14 167/18 171/12 173/3 174/13 180/25 188/2

sort [11] 7/12 10/25 33/7 47/12 50/18 68/22 98/14 103/1 115/16 145/4 162/3

sought [3] 6/4 30/24 31/7

sound [1] 90/22

sounds [2] 68/18 125/20

source [3] 75/20 84/4 91/5

sources [1] 41/18

speak [3] 3/16 10/7 30/13

speaking [1] 103/1

special [4] 18/17 21/11 25/8 139/18

Specialists [11] 130/16 130/17 130/18 130/20 142/13 142/14 142/17 142/18 142/19 142/21 143/21

specialty [2] 65/4 111/16

specific [5] 41/3 86/9 124/8 124/11 190/24

specifically [11] 19/2 26/23 47/10 48/15 49/3 84/11 123/17 150/18 150/21 159/11 181/19

specifics [2] 123/17 123/18

specified [1] 153/13

specify [1] 132/12

spent [9] 7/8 7/12 33/21 34/6 35/4 41/13 41/16 73/17 74/8

split [2] 130/19 130/19

spoke [2] 6/14 82/5

spoken [1] 64/6

spring [1] 58/1

Square [1] 1/18

St. [2] 55/12 118/13

St. Margaret [1] 55/12

St. Margaret's [1] 118/13

Stacy [3] 192/18 192/22 192/22

staff [1] 113/24

stamp [13] 56/9 56/10 56/14 56/17 56/20 123/24 123/25 124/6 124/7 124/9 124/10 136/15 136/15

stamped [1] 168/18

stand [5] 24/22 75/4 107/4 138/10 178/21

standing [1] 159/2

standpoint [1] 51/21

stands [1] 21/5

start [5] 3/19 54/15 113/19 160/13 192/6

started [4] 56/5 67/7 67/23 118/11

state [5] 25/4 54/4 66/7 78/4 107/15

stated [5] 32/14 81/25 84/11 126/6 189/19

statement [30] 3/6 19/19 22/3 22/5 28/15 43/14 44/13 84/6 88/24 91/17 91/25 93/1 94/19 100/1 151/7 151/8 162/3 168/1 168/9 169/8 173/24 174/12 174/23 175/19 178/25 179/2 179/3 179/4 179/5 192/1

statements [30] 25/24 28/9 37/24 43/3 43/7 43/11 57/4 68/13 91/13 155/4 161/24 161/25 162/7 164/18 164/22 165/3 165/5 168/4 168/25 177/7 177/11 178/5 178/7 178/8 178/14 178/15 178/16 179/21 182/20 190/19

STATES [6] 1/1 1/3 1/9 2/7 138/21 162/15

stating [1] 150/8

station [1] 180/2

status [1] 93/17

statute [2] 12/9 15/16

staurily [1] 93/9

Stay [1] 70/18

stays [1] 75/15

steal [1] 117/12

stealing [2] 16/5 117/8

stem [1] 83/25

step [2] 53/10 74/19

Stettinius [1] 1/17

Stifel [1] 139/6

still [28] 8/19 9/24 10/14 15/5 18/20 20/5 20/5 20/21 61/13 66/12 73/24 107/24 109/11 110/25 111/25 114/18 123/14 129/8 137/16 145/18 146/22 147/17 147/19 147/21 147/22 161/16 162/5 178/1

stipulate [1] 22/21

stipulated [1] 7/7

stipulating [1] 24/16

stipulation [1] 8/25

stock [13] 31/19 50/3 50/18 52/18 52/20 126/7 126/14 126/15 128/7 128/7 158/10 158/12 158/18

stocks [3] 31/17 68/25 126/12

stole [2] 74/10 115/19

stolen [4] 61/15 61/16 139/22 140/3

stop [5] 69/12 89/9 118/18 131/19 162/16

stopped [2] 52/15 144/14

story [1] 180/1

Street [1] 1/21

struck [1] 160/24

stuck [1] 134/9

student [1] 73/24

studied [1] 2/21

studying [1] 7/8

stuff [6] 21/6 72/15 138/8 140/10 141/1 142/7

stupid [2] 181/5 181/8

subject [3] 47/5 93/14 130/12

subsequently [3] 111/19 137/3 157/5

such [4] 1/6 30/6 69/25 96/23

sue [1] 73/9

sued [3] 13/21 130/20 130/25

suffer [1] 129/6

sufficient [2] 17/19 135/14

suggest [1] 179/25

suing [1] 62/23

suit [1] 62/10

Suite [2] 1/14 1/18

summaries [3] 22/19 26/25 48/25

summarize [1] 26/11

summarizes [1] 26/15

summarizing [1] 26/4

summary [7] 23/2 26/12 26/16 34/1 34/20 90/5 90/17

sums [2] 16/24 41/13

Superseding [3] 2/13 26/13 26/17

supervisor [1] 5/4

supposed [10] 31/11 34/3 58/9 72/22 90/8 94/2 105/5 136/5 136/6 136/7

supposedly [2] 13/12 27/17

sure [24] 4/17 11/13 20/8 32/16 34/7 38/18 65/2 68/2 70/16 83/12 98/16 100/12 103/18 128/24 149/13 149/14 160/7 162/2 166/15 166/24 167/12 179/7 179/15 190/20

surprise [1] 92/15

surprised [3] 36/17 36/19 136/11

**S**

surrender [4] 93/5 93/11 93/12 94/1
suspect [1] 106/10
suspects [1] 50/10
swear [3] 53/21 53/23 107/7
switch [2] 39/16 140/13
sworn [9] 25/1 53/20 54/1 65/25 66/4
77/22 78/1 107/6 107/12
syphoned [1] 96/11

**T**

table [3] 80/24 138/9 161/8
Taft [1] 1/17
take [58] 16/20 16/22 26/23 27/13
30/23 32/3 35/2 36/12 36/24 39/3 46/15
46/18 47/20 48/23 50/14 51/13 71/19
73/20 74/23 74/24 88/22 89/3 90/19
95/15 106/3 106/14 109/22 109/23
111/11 113/14 113/19 114/4 117/18
117/19 120/6 122/5 124/12 124/20
125/15 125/21 125/25 127/12 128/14
128/24 128/24 133/3 134/20 137/21
138/9 155/24 158/3 158/18 159/12
162/5 177/10 178/22 187/13 189/15
taken [27] 4/8 5/13 28/12 30/14 33/2
35/4 38/5 38/6 42/8 61/12 91/20 111/6
132/22 134/18 137/5 139/23 146/20
157/3 157/7 157/13 159/14 169/20
189/16 190/8 190/13 190/25 191/4
takes [1] 96/19
taking [21] 26/8 26/14 27/12 34/21
35/16 37/10 48/19 53/16 58/9 81/7
81/15 86/19 90/20 91/2 122/23 143/19
149/24 150/1 154/21 158/25 177/19
talk [19] 5/2 5/5 5/5 5/8 5/25 5/25 12/7
18/18 18/19 29/4 29/21 50/9 60/19
111/13 128/9 133/13 133/22 134/14
181/18
talked [9] 23/7 23/25 51/2 51/4 70/16
75/24 132/5 134/13 140/9
talking [14] 24/10 33/4 49/25 87/8 87/9
90/5 104/7 134/19 137/6 139/2 145/23
150/24 154/16 189/3
taped [2] 142/4 142/5
tax [23] 2/16 5/17 6/3 7/21 7/23 8/9
8/11 10/24 11/8 11/9 22/22 24/3 24/7
24/8 24/10 24/11 24/12 67/16 68/10
68/11 83/25 106/15 155/2
taxes [5] 24/12 83/14 103/9 103/10
103/25
tease [1] 16/9
Technically [1] 144/19
technology [1] 113/4
tell [38] 4/22 11/24 11/25 16/1 20/18
26/14 27/3 34/19 40/16 44/8 47/10
47/17 52/2 52/22 55/9 56/16 56/19 72/9
75/5 87/7 92/1 93/11 106/14 111/3
120/6 124/5 124/8 124/9 136/23 155/10
159/11 169/5 179/2 180/9 181/7 181/17
181/21 184/9
telling [12] 39/6 50/21 95/25 126/25
130/3 133/13 146/17 152/3 179/23
181/20 184/3 186/6
tells [1] 146/13
Ten [1] 187/18
term [2] 173/14 181/6
terminate [1] 174/11
terminated [4] 71/16 144/17 145/24
145/25
terms [4] 8/23 11/22 13/12 76/21

terrible [1] 74/7
terrific [1] 21/8
test [2] 36/4 42/20
testified [13] 34/14 35/15 36/15
95/20 139/14 158/15 164/18 172/2
175/5
testifies [1] 15/9
testify [8] 21/3 23/3 48/6 75/6 75/11
77/20 157/6 177/9
testifying [3] 34/4 158/20 161/15
testimony [31] 18/4 19/8 20/4 20/14
21/11 21/13 21/18 22/10 22/23 29/21
35/8 53/17 75/8 77/4 95/23 96/3 97/2
97/9 97/25 128/10 138/11 150/14
164/17 165/18 166/13 179/18 180/21
180/23 181/2 181/3 185/18
than [19] 16/11 35/7 42/4 61/8 87/1
91/21 92/8 98/21 117/12 138/10 143/12
146/3 146/12 146/14 147/12 190/11
191/2 191/8 192/9
thank [17] 24/19 33/10 39/18 52/8
53/10 53/11 65/12 65/16 65/17 66/20
74/18 74/20 80/1 105/23 105/25 107/11
120/21
that [1185]
that's [145] 3/2 3/3 3/10 3/20 9/8 9/22
9/22 10/7 10/12 11/16 11/22 12/9 12/13
16/13 16/13 16/17 18/8 18/9 19/21
20/19 20/24 23/12 23/25 23/25 31/1
31/6 31/8 32/21 36/3 36/10 38/10 41/5
44/6 45/12 48/25 48/25 56/4 56/15
59/25 69/23 76/7 76/13 76/21 76/24
77/19 77/19 80/2 81/15 81/17 81/20
81/22 82/2 82/11 82/15 84/13 85/5 86/1
87/11 87/12 87/18 88/17 90/12 90/13
90/18 91/4 91/11 91/17 91/18 95/2
96/16 97/5 97/23 97/24 99/3 99/22
102/11 102/19 103/13 105/5 105/19
106/8 112/1 114/13 117/4 121/13 123/9
123/13 123/22 128/2 128/20 129/2
130/6 130/12 130/24 131/10 131/22
131/24 132/4 134/10 135/12 135/24
138/1 142/4 143/15 143/19 144/1
151/22 152/15 153/4 153/17 154/20
155/21 156/2 157/15 157/16 157/16
158/19 159/18 159/20 160/22 162/10
163/18 163/20 163/21 164/1 165/22
166/19 167/21 168/12 168/18 171/20
174/25 176/9 176/24 177/2 177/5
181/24 183/17 184/25 185/25 189/18
189/18 189/21 190/6 190/19
theft [1] 63/3
their [15] 8/17 13/17 14/9 22/19 45/13
73/24 73/24 80/4 80/4 81/19 83/14 90/8
90/16 114/18 159/1
them [44] 7/9 13/2 13/15 13/17 14/14
20/9 22/21 22/22 23/1 23/3 37/22 43/5
46/6 57/7 74/3 74/3 81/4 117/4 117/14
124/24 133/12 133/14 134/2 134/19
136/6 136/8 136/13 136/17 136/18
157/14 168/6 168/7 169/25 170/1 170/1
172/6 172/10 180/3 180/7 180/7 180/10
182/22 183/24 192/13
then [67] 3/7 5/5 10/23 14/2 17/5 20/13
24/4 30/1 40/6 58/19 61/2 61/2 62/25
63/16 67/20 76/25 77/4 77/12 77/18
79/13 81/7 82/21 83/19 83/21 84/20
85/19 87/20 88/8 88/24 89/3 89/19
89/22 91/22 92/7 93/9 93/16 95/15
96/20 96/24 97/11 98/25 99/3 99/21
100/7 102/10 102/20 104/10 106/3

106/19 106/20 109/17 114/3 118/22
130/20 137/1 147/11 153/18 154/3
155/3 156/8 166/15 217/3 173/1
175/22 179/23 192/10 192/11
there [115] 5/15 6/11 6/12 6/14 6/20
7/22 12/1 13/16 13/22 13/25 22/8 24/18
30/23 30/23 32/5 33/4 34/3 34/23 36/21
42/6 42/8 44/8 46/5 48/9 52/10 56/8
57/16 57/19 58/18 58/24 59/22 61/8
61/11 62/8 62/9 62/25 67/2 69/5 70/13
70/14 71/12 74/4 78/11 79/4 79/9 83/3
84/17 86/2 86/5 86/8 86/8 86/14 88/9
91/3 92/18 96/25 105/1 110/15 110/17
111/4 111/5 115/24 120/22 126/12
127/8 128/11 129/2 133/19 135/8
135/13 135/24 137/1 142/24 142/24
143/21 144/22 144/25 148/18 149/10
150/11 150/12 150/21 150/24 151/3
153/15 153/15 154/7 154/17 154/18
154/25 155/25 160/16 160/16 160/17
160/17 160/18 160/18 160/23 162/9
164/4 167/6 169/17 170/9 172/16 173/2
176/7 178/5 180/22 181/3 181/22 185/8
186/6 186/8 186/15 186/22
there's [36] 4/13 6/19 11/6 17/5 35/5
43/21 51/17 57/16 62/8 78/16 83/21
84/20 88/7 89/14 91/5 96/24 98/13
98/20 99/23 101/6 102/22 128/10
130/23 135/16 151/1 154/22 165/16
166/25 168/14 168/15 168/19 170/9
178/5 186/22 188/18 190/9
therefore [1] 142/24
thereof [1] 167/12
these [51] 6/22 7/9 8/24 11/5 12/8
14/13 14/18 17/8 18/5 21/23 31/4 36/8
36/12 36/15 36/21 37/1 37/4 37/10
37/10 37/24 38/4 38/5 38/9 48/7 48/19
52/6 51/7 51/8 51/23 52/4 58/23 69/8
70/22 86/4 86/6 94/6 112/6 113/9 130/4
131/20 133/5 133/6 138/7 144/6 151/9
152/12 153/2 156/11 169/25 184/17
189/17
they [117] 7/16 7/16 7/18 8/16 8/16
12/6 12/25 13/15 13/15 13/18 13/18
13/19 17/1 17/2 17/16 18/1 22/4 22/18
23/2 24/7 24/8 24/16 26/3 27/19 30/6
33/5 34/23 34/25 35/1 35/20 35/20
36/16 40/14 40/15 40/22 41/4 46/22
47/7 50/4 51/2 55/11 55/18 56/25 57/5
57/5 57/7 63/22 68/13 70/14 70/15
79/14 79/25 80/3 83/14 83/15 89/7
94/13 94/23 94/24 96/6 97/12 102/1
102/4 102/5 103/2 103/24 103/24
103/25 103/25 104/1 104/1 104/3 104/3
104/8 104/13 111/6 111/6 114/17
114/19 131/4 131/20 132/18 134/17
134/17 134/22 135/8 135/14 136/4
136/7 136/15 136/17 137/4 139/12
144/19 144/21 145/9 145/9 145/11
145/12 145/13 145/16 146/12 146/14
150/16 150/19 151/1 154/13 154/18
154/19 157/10 167/12 168/6 180/7
181/11 185/9 186/9 186/12
they're [4] 34/24 73/24 132/3 132/10
thing [10] 22/15 23/5 34/20 74/7 80/1
81/10 103/4 140/24 152/22 172/23
things [18] 4/18 34/18 48/12 48/19 56/1
57/4 58/23 61/25 68/13 68/25 70/16
79/24 94/14 103/10 105/10 113/9
134/14 162/12

think [79]  4/13 4/17 5/23 6/1 6/11 11/11
13/9 14/18 14/19 17/18 20/6 20/21 21/7
22/21 37/18 43/10 44/6 45/7 47/12
57/12 62/14 62/24 64/5 64/24 74/4 75/7
77/12 77/20 82/3 91/8 91/18 91/21
91/22 96/3 96/8 97/5 99/21 102/3
102/21 104/2 104/8 110/11 115/3 118/5
118/8 118/24 120/2 121/9 122/2 122/9
125/19 126/11 128/19 129/25 133/19
136/11 136/12 136/13 137/1 137/9
137/16 145/24 148/10 149/6 149/20
154/17 155/16 155/17 155/18 158/21
162/21 162/24 166/12 167/1 175/14
176/9 187/6 187/17 190/15
thinking [4]  33/5 52/6 100/8 189/25
thinks [1]  11/18
third [5]  9/14 12/13 79/9 168/20 182/24
this [266]
those [74]  6/5 7/1 7/22 11/7 12/21
12/24 15/1 15/7 15/11 15/13 18/14
22/20 25/22 26/5 29/10 36/11 37/16
43/11 51/9 54/21 55/25 57/5 69/9 76/15
76/22 76/24 79/11 79/11 81/18 82/21
82/25 83/2 89/6 89/8 90/11 93/14 94/14
104/12 105/9 113/17 116/6 128/14
132/14 133/20 133/22 135/9 135/14
136/6 136/13 136/14 136/19 140/7
141/11 141/12 154/9 150/12 150/14
154/9 154/12 154/23 155/1 155/7
155/20 156/15 157/7 157/12 157/13
157/19 165/14 167/7 168/4 172/17
182/20 186/9
though [9]  5/6 13/15 18/10 40/4 56/8
62/13 69/5 139/17 177/21
thought [19]  47/15 62/9 63/10 106/17
119/18 132/4 134/10 137/15 141/22
159/8 164/2 164/3 184/13 184/16
184/19 184/20 185/13 191/4 191/25
thousand [1]  71/22
thousands [1]  61/11
threat [1]  181/23
threaten [6]  70/10 71/7 72/9 179/23
180/15 181/14
threatened [1]  71/15
three [15]  13/24 26/17 32/12 51/3 51/5
73/23 85/11 106/5 106/5 142/24 150/2
151/6 163/20 163/24 168/20
through [29]  8/24 26/8 30/22 36/8
36/11 36/22 37/8 40/2 41/23 51/24
60/21 62/10 67/19 73/23 76/12 77/11
77/13 78/15 113/18 129/3 129/8 135/2
135/22 136/24 137/24 164/17 180/2
188/11 192/14
throughly [1]  3/25
throw [1]  15/23
Thursday [1]  60/24
ticket [1]  94/25
tickets [11]  183/25 184/1 184/5 184/17
184/18 184/19 184/24 184/25 185/3
185/9 185/12
tie [1]  55/5
tied [4]  49/22 50/6 50/11 50/18
time [93]  2/17 7/8 7/12 13/16 13/19
13/22 21/1 21/2 21/7 27/9 28/18 31/6
32/5 33/1 35/23 36/1 37/11 38/5 38/7
39/14 40/13 44/5 47/9 55/12 56/8 57/24
58/14 59/3 59/7 59/19 60/5 62/20 64/9
64/12 67/8 68/4 68/18 68/20 69/5 70/23
71/8 72/5 72/13 72/15 73/21 91/12

91/13 91/24 97/2 98/19 99/6 99/17
103/11 106/7 106/14 108/21 109/1
109/3 109/13 109/14 109/21 110/2
110/21 110/22 110/25 111/2 111/3
111/17 112/10 114/4 125/15 129/8
129/19 132/4 135/19 142/11 151/8
151/19 156/5 157/13 158/8 164/4
166/10 169/20 171/15 174/3 174/18
177/16 180/5 186/13 186/14 187/13
192/8
times [20]  5/1 38/3 38/23 39/1 69/23
71/8 71/14 72/11 91/15 96/10 110/1
124/7 148/3 161/23 164/19 165/10
167/2 176/22 176/25 191/10
timing [2]  26/19 180/9
titled [1]  151/22
TN [1]  40/10
today [28]  2/7 3/17 3/22 4/1 7/20 11/24
18/12 52/15 55/1 63/11 64/10 65/2 73/1
80/23 97/10 106/11 150/14 150/23
154/24 158/20 161/15 162/11 165/22
178/1 183/12 185/15 185/19 192/12
together [2]  67/14 118/16
told [42]  39/9 39/13 40/11 40/22 40/25
41/3 41/5 41/9 45/11 47/9 47/10 51/2
52/19 58/7 67/7 67/24 73/8 119/8 123/3
128/10 142/22 146/11 150/21 150/23
154/25 161/23 163/9 177/22 179/18
180/1 180/7 181/20 183/14 183/15
183/20 183/23 184/7 184/20 184/24
186/10 191/19 191/20
Tom [12]  27/5 27/18 28/8 28/9 30/9
30/13 30/17 39/21 40/10 45/18 47/5
47/10
Tom Neuffer [5]  39/21 40/10 45/18 47/5
47/10
too [6]  57/15 70/12 85/8 89/8 91/24
113/14
took [20]  58/8 73/25 74/10 74/12 88/2
91/11 93/10 102/9 111/7 113/2 113/2
113/3 113/3 113/4 125/15 131/13
131/14 161/6 173/17 180/6
top [5]  168/19 169/14 169/18 175/8
179/12
tortious [2]  62/23 63/2
total [5]  35/17 81/8 81/21 100/7 118/7
totaling [2]  34/24 136/2
totality [1]  29/10
totally [5]  23/5 70/21 102/25 169/24
191/19
totals [2]  98/21 98/23
track [1]  117/20
tracking [1]  182/5
trades [1]  52/17
train [2]  180/1 180/2
trait [1]  115/16
traits [1]  115/14
transaction [4]  44/24 186/4 186/5 187/1
transcript [2]  1/8 192/19
transfer [4]  86/13 158/13 158/16
158/23
transferred [6]  60/12 121/10 157/17
157/19 157/25 158/6
transferring [1]  158/8
transfers [1]  24/13
transpired [1]  163/14
treated [2]  18/6 108/24
treatments [1]  110/2
trebling [3]  14/2 99/19 100/14
trial [6]  62/25 63/1 72/18 72/21 72/22

78/10
tried [2]  5/1 71/10
trouble [3]  104/1 134/11 180/14
true [30]  63/11 64/15 79/5 84/16 84/17
112/1 123/12 123/13 134/5 137/23
161/1 163/5 166/7 166/11 176/23
176/24 177/1 177/2 177/4 177/5 179/3
179/4 179/5 183/16 183/17 184/12
185/1 190/1 191/18 192/18
trust [8]  48/13 69/2 114/9 119/17
137/23 144/16 170/14 176/19
trusted [8]  47/18 48/22 114/14 124/15
134/17 137/17 137/18 144/4
trustee [12]  13/4 18/4 20/16 21/5 21/5
77/13 78/10 79/9 79/11 79/14 96/9
101/1
trusting [2]  53/4 144/14
truth [1]  45/3
truthfully [1]  145/16
try [8]  18/4 18/7 61/24 61/25 118/18
164/3 164/16 180/3
trying [9]  6/22 11/13 74/2 78/14 97/8
98/7 98/8 151/10 180/20
Tubesing [1]  91/20
tune [1]  75/22
turn [21]  23/19 37/21 39/15 74/9 146/6
146/8 146/10 146/25 167/23 168/18
169/5 169/9 170/3 170/22 171/3 171/17
172/18 175/19 176/10 186/17 188/9
turned [2]  44/16 146/7
Twenty [1]  64/22
Twenty-five [1]  64/22
twice [1]  108/25
two [48]  10/13 16/17 26/17 30/20 50/22
54/21 70/13 70/14 70/14 71/22 74/1
74/1 75/20 76/15 82/1 84/7 84/8 86/4
86/4 91/21 106/17 106/20 109/4 112/1
116/7 132/1 133/6 137/16 149/10
149/24 150/9 150/12 150/14 151/9
152/12 154/17 154/23 157/19 166/25
167/6 167/7 168/20 169/1 169/6 185/4
185/9 185/10 186/15
two-level [1]  10/13
type [6]  54/9 62/16 66/14 108/11
108/17 177/11
typical [1]  30/1
typically [1]  29/22
typing [1]  170/12

U

U.S [12]  1/13 1/23 17/20 70/1 78/10
78/17 95/21 96/8 96/11 101/1 150/7
192/23
UCC [4]  173/13 173/20 173/24 174/3
ultimately [4]  31/17 35/20 55/10 89/4
umbrella [1]  57/22
unaware [3]  123/7 123/10 157/6
unclear [1]  2/22
under [30]  4/7 10/22 10/25 11/7 11/18
12/18 14/24 24/5 28/9 29/21 31/13
31/15 43/20 45/20 48/6 57/22 58/19
60/13 86/20 87/14 109/6 164/22 168/13
169/14 171/13 171/24 175/8 183/18
184/16 188/18
underlying [1]  43/25
underpowered [1]  57/20
understand [56]  2/25 5/2 6/24 8/5 8/18
11/15 13/11 14/4 18/3 18/9 19/18 20/11
21/6 21/22 22/4 22/9 34/2 34/8 45/7

**U**

understand [37] 45/23 45/25 51/20 65/9 76/6 76/7 82/19 84/9 96/18 97/2 97/9 99/6 100/8 103/1 119/25 125/11 134/1 134/9 151/10 151/17 154/15 155/14 161/5 162/11 165/23 166/16 166/24 167/7 167/14 167/15 167/16 169/23 172/9 173/13 174/13 184/15 189/22
understanding [14] 6/18 9/16 10/8 30/5 45/13 83/13 99/22 150/19 152/6 153/4 158/13 190/16 191/21 191/23
understands [1] 77/1
understatement [1] 115/1
understood [6] 23/18 24/6 47/17 96/12 147/2 178/18
unfair [1] 14/15
unfaithful [1] 72/10
unfortunately [2] 187/8 192/5
unhappy [1] 57/10
unique [5] 55/23 113/16 113/17 113/21 113/22
unit [4] 11/6 17/20 109/25 129/19
UNITED [6] 1/1 1/3 1/9 2/6 138/21 162/15
units [2] 118/12 118/16
unknown [4] 81/11 97/15 99/7 99/10
unless [2] 76/23 94/23
unlike [2] 79/7 93/18
unlikely [1] 83/8
unnecessary [1] 102/9
unquote [3] 96/1 165/11 165/11
unreasonable [1] 149/7
unsecured [24] 12/22 13/12 15/2 15/7 15/13 19/4 19/4 81/15 82/14 82/17 82/20 83/2 83/19 83/22 86/24 87/1 87/9 88/14 88/20 97/10 98/2 98/22 101/24 171/13
until [10] 14/18 61/10 63/3 74/25 91/12 94/6 106/1 134/22 136/6 142/19
unusual [4] 55/24 103/12 125/20 125/24
up [41] 7/23 14/3 15/1 16/7 16/18 23/1 46/3 49/22 50/6 50/11 50/18 53/19 60/20 61/3 61/10 65/13 92/18 98/24 106/20 114/22 124/18 127/9 129/2 137/8 138/12 142/14 144/23 157/22 163/1 163/6 163/6 164/2 164/3 164/4 164/5 166/1 166/2 166/3 182/16 184/15 192/7
upon [9] 5/22 6/3 12/16 13/23 17/8 155/24 156/7 169/24 170/12
upwards [1] 118/6
us [25] 5/6 34/9 55/9 58/18 62/1 62/24 71/11 72/25 77/13 87/7 92/1 108/6 111/3 119/8 125/10 132/22 133/14 142/24 150/2 151/2 152/3 155/10 177/24 183/23 184/24
use [18] 18/6 26/20 45/4 45/5 45/6 45/8 56/13 81/4 86/23 96/21 104/1 122/4 128/13 131/22 159/3 159/4 159/12 181/6
used [20] 23/11 31/11 31/16 45/3 50/8 80/24 97/4 102/18 124/8 128/8 136/12 155/25 189/23 190/10 190/11 190/17 191/2 191/5 191/7 191/14
using [11] 35/24 56/16 56/19 61/13 75/17 113/8 124/5 124/7 124/9 135/20 176/8
usual [1] 113/20

Usually [2] 44/7 142/12

**V**

vague [1] 176/3
Vaguely [1] 174/19
valid [1] 33/6
valuation [1] 147/12
value [20] 31/13 75/13 82/23 93/5 93/7 93/11 93/13 94/4 117/19 146/3 146/11 147/6 147/10 154/23 154/25 155/20 156/4 156/5 156/7 172/12
variety [1] 41/18
various [6] 4/14 31/16 89/13 117/14 118/5 133/24
vast [1] 33/24
Venezuela [1] 74/2
vengeance [1] 62/17
venture [6] 85/6 118/15 145/3 145/4 145/14 154/9
Ventures [5] 85/24 152/13
verbal [1] 71/13
verify [1] 60/18
versus [2] 2/7 138/21
very [35] 15/22 16/8 17/25 36/19 40/15 41/3 47/18 50/10 53/3 53/6 58/17 60/6 71/14 82/1 91/20 95/13 105/24 108/20 108/20 115/6 115/7 115/9 122/12 123/18 128/2 133/25 135/6 138/1 166/7 166/23 169/14 169/23 176/15 181/10 181/23
vice [2] 170/13 171/24
vicious [2] 71/14 74/6
victim [19] 3/6 11/18 12/18 18/24 19/10 19/12 19/19 20/6 21/25 22/2 22/3 22/6 22/11 35/11 53/16 53/18 62/13 99/25 189/22
victims [3] 16/8 16/13 17/8
vile [1] 74/6
vis [3] 63/12 109/21 109/21
vis-a-vis [1] 109/21
Visalli [16] 1/23 5/1 5/21 6/4 21/11 21/12 22/18 33/25 41/21 60/15 60/22 61/10 139/18 140/1 150/8 192/11
visit [1] 140/2
visited [2] 61/10 139/17
Vol [1] 1/7
vote [2] 144/19 144/21
vulnerability [1] 35/11
vulnerable [5] 11/18 20/5 21/25 22/6 22/11

**W**

Wait [1] 51/15
waiting [1] 138/7
waived [3] 12/7 13/7 14/19
waivers [1] 5/10
walk [2] 77/10 77/13
walked [1] 163/24
waltz [1] 77/7
want [40] 3/20 6/7 7/2 7/4 7/6 8/22 8/22 11/11 21/1 21/2 21/17 21/18 39/25 41/2 42/24 62/13 68/2 76/22 83/12 98/16 107/3 108/7 120/6 127/1 127/1 138/7 138/13 149/12 150/3 157/1 158/3 159/9 159/9 160/13 162/19 174/16 182/18 182/22 189/8
wanted [9] 23/13 52/18 56/14 95/9 102/5 102/5 134/21 166/4 188/25
wanting [1] 51/5
wants [4] 51/23 52/22 52/22 101/11

warrant [8] 48/23 49/4 50/14 50/17 52/11 52/25 140/11 141/15
wasn't [19] 13/16 62/15 63/16 70/12 85/9 115/24 118/24 127/4 128/18 134/3 145/19 150/12 150/24 151/14 164/2 164/9 180/22 180/23 182/5
waste [3] 21/1 21/2 98/18
wasting [2] 68/4 75/17
way [31] 2/18 16/6 16/7 17/23 18/12 23/4 50/11 51/17 57/3 58/22 68/22 70/24 76/13 89/20 96/23 104/22 116/13 122/19 129/3 130/7 145/22 152/24 154/8 160/5 162/21 162/23 180/15 180/17 186/17 187/22 189/16
ways [2] 115/13 181/14
we [186] 2/6 2/7 4/17 5/6 5/16 6/5 6/21 7/15 8/8 8/15 8/19 8/21 8/24 10/15 11/2 11/11 11/12 11/16 12/2 12/3 12/25 13/1 13/6 13/6 13/7 13/8 13/11 14/4 14/12 14/16 14/16 14/17 14/20 15/8 15/12 15/14 16/18 16/22 16/23 20/5 20/5 20/13 20/18 21/10 21/12 21/21 22/6 22/12 22/20 22/21 23/3 23/4 23/7 23/21 23/24 23/25 27/13 30/21 31/2 34/5 34/5 37/15 46/15 47/2 47/21 49/5 49/17 49/25 51/18 51/22 51/24 52/1 52/13 55/10 55/11 55/12 57/20 57/21 57/23 57/23 57/25 58/16 61/3 61/7 61/25 61/25 69/7 69/19 69/25 71/13 71/16 72/21 72/22 72/24 73/19 75/24 77/9 77/12 77/14 77/18 78/14 79/11 86/20 87/9 88/11 88/22 89/17 91/3 92/8 92/9 95/14 95/15 97/22 98/8 98/16 101/9 103/9 104/7 104/8 105/6 106/1 106/11 106/18 106/19 107/4 115/24 118/11 118/11 118/13 118/15 118/20 123/14 124/20 125/1 125/2 127/15 127/18 129/22 130/14 132/7 134/13 134/14 134/20 137/1 138/22 139/2 139/2 140/9 140/13 142/22 145/23 150/2 150/20 150/25 157/22 158/24 160/13 160/19 164/16 164/7 164/24 171/4 173/16 175/4 177/20 177/23 178/4 180/10 180/10 183/13 183/22 185/4 186/13 188/8 189/3 192/6 192/7 192/9 192/14
we'd [2] 64/24 87/19
we'll [6] 13/3 14/16 23/3 99/25 138/11 154/21
we're [22] 5/9 5/10 5/11 5/12 6/15 9/24 18/3 18/9 33/4 34/7 35/3 56/11 68/4 69/20 69/20 70/18 70/19 87/8 90/5 138/20 185/15 192/4
we've [2] 97/8 134/18
wealthy [1] 120/18
wearing [1] 55/4
week [8] 2/22 15/23 110/22 110/23 110/24 110/24 111/1 148/4
weeks [3] 183/13 185/4 191/22
WEICHMAN [189] 1/6 2/7 2/8 2/11 3/24 6/14 6/17 14/5 14/7 19/20 21/16 25/15 25/19 27/25 28/4 28/13 29/6 29/9 30/10 30/24 32/19 35/4 35/24 36/24 38/5 39/6 39/10 40/3 41/13 44/18 45/2 45/21 45/25 48/2 48/9 48/14 48/20 48/21 49/12 49/19 53/5 54/18 54/23 54/24 55/7 55/9 55/15 55/16 56/2 56/5 56/9 57/9 57/19 57/23 58/17 58/21 59/4 59/20 60/2 61/6 61/13 61/19 61/20

**W**

WEICHMAN... [126]  62/14 62/22 67/5
67/15 68/3 68/16 68/18 69/2 69/8 69/24
70/6 70/10 71/1 71/4 71/7 72/9 72/17
73/3 73/14 73/18 74/5 74/6 80/12 81/8
81/24 84/5 84/8 90/25 93/4 94/3 96/20
104/17 111/8 111/9 111/14 111/17
112/6 112/10 112/24 112/25 113/8
113/12 114/6 114/21 114/24 115/8
115/10 116/4 116/20 117/6 119/4
119/13 120/5 120/16 120/20 120/22
121/17 122/3 122/17 123/11 123/23
123/24 124/14 125/7 125/14 125/21
125/25 126/5 126/8 126/17 126/21
126/25 127/6 128/12 130/11 130/20
131/6 132/5 132/25 133/5 134/3 134/12
135/20 136/1 136/9 138/21 139/22
140/3 142/6 143/17 144/10 145/18
147/5 147/15 147/17 149/4 150/10
150/15 151/9 151/20 155/7 158/17
160/18 161/11 161/17 162/13 162/19
162/22 163/4 163/12 163/15 163/19
163/22 164/2 164/20 165/17 167/25
173/7 174/3 174/14 176/4 177/18 181/7
182/10 182/21 183/10
Weichman's [23]  26/2 27/18 45/6 45/8
49/7 49/11 50/25 57/8 65/7 90/25 96/15
102/7 127/20 127/24 128/13 131/22
144/8 144/9 180/6 184/4 187/25 188/1
188/2
weight [1]  110/14
well [64]  3/9 3/18 3/19 5/7 5/9 6/12 8/6
11/3 12/1 12/8 12/15 12/18 20/21 22/2
22/15 23/1 24/6 28/11 37/9 40/13 40/17
41/18 45/13 55/11 60/22 61/18 70/12
73/16 73/19 76/17 76/19 94/3 98/11
98/14 101/18 102/11 102/23 104/8
114/7 115/15 115/17 118/5 121/25
122/12 124/8 125/20 128/9 129/5
133/13 133/22 139/21 141/12 147/3
156/14 160/17 166/7 166/25 180/12
181/10 181/23 182/15 190/3 190/16
191/21
went [17]  33/24 34/1 41/23 57/7 68/16
72/21 73/23 78/14 101/6 115/24 144/9
166/1 166/2 166/3 182/25 183/15
188/11
were [168]  2/1 3/8 6/22 7/23 12/2 13/11
13/17 13/18 13/18 13/19 25/14 25/18
27/25 28/12 29/11 30/7 30/14 31/23
32/25 33/20 34/4 34/23 34/25 34/25
35/4 35/20 35/22 36/16 37/4 37/4 37/10
38/5 40/14 40/15 40/17 40/19 41/4
41/20 47/6 47/7 54/21 55/11 55/12
57/10 57/19 57/20 60/3 61/10 61/13
62/18 64/16 66/24 67/3 70/14 70/15
72/5 75/20 86/24 87/22 92/1 92/18 94/8
94/23 95/5 97/13 98/8 98/23 103/25
104/9 104/12 104/13 106/23 109/6
111/6 112/18 112/22 113/23 114/19
116/6 119/1 120/24 121/9 121/11
121/17 123/1 123/16 125/4 126/7
126/12 126/21 127/6 129/8 129/9
129/13 129/15 129/20 130/25 133/8
133/11 134/9 134/17 134/17 134/22
135/12 135/14 135/19 136/4 136/7
136/15 138/17 139/2 139/5 139/6
139/12 139/15 139/19 139/21 140/6
141/2 142/6 142/9 142/9 142/10 142/17
142/24 143/5 143/13 143/21 144/7

144/17 144/19 144/21 144/22 146/3
146/12 146/17 148/13 150/9 150/11
150/14 152/1 155/15 155/20 156/9
157/10 157/13 157/14 157/19 158/8
158/10 160/23 161/9 163/6 166/9 168/1
168/1 172/3 172/14 172/20 176/6
178/21 182/10 184/16 186/8 188/21
189/9 189/22 191/17
weren't [4]  48/9 55/11 127/10 150/16
what [251]
what's [38]  4/15 11/12 17/4 18/16 18/18
26/7 27/15 28/20 32/1 33/25 35/12 37/7
39/20 43/12 49/23 54/13 69/17 80/16
82/6 83/1 86/15 98/1 106/14 110/12
128/9 140/11 141/15 145/2 145/22
148/5 152/10 156/5 161/25 164/10
166/16 169/10 173/2 174/22
whatever [5]  13/18 51/23 65/11 120/6
173/14
whatsoever [3]  123/7 133/7 155/20
when [85]  15/9 15/18 26/19 27/9 35/12
36/11 36/21 37/22 48/15 52/19 53/19
54/15 56/5 56/16 56/19 57/18 57/23
58/6 60/15 60/22 60/24 61/3 61/16
62/22 63/16 66/20 69/5 70/6 70/10
70/12 70/16 71/4 71/15 75/15 86/2 87/8
88/13 90/11 91/8 91/16 91/17 91/18
91/24 92/7 103/25 109/1 109/3 112/22
112/25 119/7 119/9 124/5 128/3 134/11
136/1 136/23 137/8 137/23 139/2
139/17 139/19 139/21 140/1 142/22
145/19 145/22 146/2 147/3 148/13
148/15 151/19 160/10 160/18 163/6
166/3 166/4 166/19 171/15 173/16
178/18 182/10 183/13 183/22 185/12
186/9
whenever [1]  56/14
where [36]  19/15 32/5 33/21 34/1 47/6
54/11 56/8 57/4 66/22 68/12 75/19
86/20 96/16 109/6 117/11 119/19
119/20 124/8 126/1 126/2 139/12
139/15 139/19 140/5 144/6 148/13
153/16 153/18 155/10 160/13 171/9
178/16 187/25 188/1 188/2 190/20
whereas [2]  159/1 160/23
whereby [1]  101/12
whether [21]  10/6 10/23 13/18 13/19
20/24 21/24 22/9 22/11 24/4 24/16
40/22 88/1 93/7 112/8 122/16 122/18
136/14 136/15 151/11 185/11 191/7
which [50]  6/4 6/20 12/11 15/2 15/8
16/6 16/7 27/6 35/8 40/10 50/3 52/16
55/19 57/25 67/22 70/1 75/20 77/16
80/17 83/7 84/9 88/23 88/24 89/2 94/2
97/4 97/4 97/10 98/7 99/17 100/9
106/15 110/13 114/15 114/16 132/10
132/11 133/24 154/13 160/15 166/20
173/24 174/21 175/4 175/5 175/5 176/7
176/11 185/19 189/23
while [6]  13/7 16/4 67/3 74/24 98/16
138/5
whisper [1]  72/14
who [61]  5/4 12/24 13/3 17/7 17/8 21/5
21/8 21/14 27/16 28/7 30/6 43/18 52/5
52/20 54/21 55/10 57/12 58/15 58/16
58/16 63/5 67/4 71/18 74/10 74/21
79/10 85/11 85/14 85/17 85/19 91/19
91/19 99/9 100/23 104/3 111/7 112/22
114/21 115/17 118/16 120/15 121/8
123/22 130/7 130/7 130/10 142/21

146/6 147/2 148/15 148/22 152/1 156/8
161/3 170/6 170/8 171/21 176/12 182/2
who's [2]  27/15 130/3
whole [6]  2/23 3/8 20/9 51/25 103/11
152/22
wholly [1]  147/17 79/13
Whose [2]  90/24 188/18
why [45]  4/22 12/6 15/18 48/18 48/18
49/24 50/6 51/6 52/18 52/22 55/9 58/13
58/19 59/22 62/7 71/13 75/5 87/7 98/8
106/1 106/17 110/25 111/3 111/5
114/12 115/23 119/16 119/16 133/10
133/18 134/16 135/7 137/20 137/25
144/13 146/8 146/10 146/24 154/3
159/9 159/9 183/18 190/15 190/21
191/24
wife [17]  72/9 103/23 107/22 116/11
116/13 120/13 155/11 155/22 156/8
156/8 156/11 181/17 181/18 181/21
181/22 182/4 183/15
wife's [1]  74/12
Wiggins [1]  78/6
will [22]  3/19 8/17 18/15 18/23 21/10
22/12 28/15 34/12 52/3 58/18 73/7
74/24 95/14 106/19 141/18 142/25
143/3 153/22 153/22 153/25 156/7
192/7
will you [2]  141/18 153/25
willing [4]  5/23 161/9 178/21 178/21
win [1]  72/20
windfall [1]  118/10
winnings [7]  104/24 105/8 105/8 105/9
105/9 105/12 105/14
wipe [1]  145/13
wire [4]  2/15 8/10 8/12 24/9
wise [1]  103/3
wish [1]  189/21
withdraw [3]  6/21 8/17 11/2
withdrawal [1]  140/20
withdrawals [3]  7/22 7/23 135/2
withdrawing [4]  5/9 5/11 5/12 6/15
withdrawn [3]  10/17 10/21 11/4
within [2]  13/2 27/1
without [12]  74/11 75/18 86/12 86/13
100/14 100/14 100/14 124/2 131/21
132/1 140/10 149/25
witness [20]  22/5 25/1 38/14 51/18
53/12 54/1 65/19 66/4 74/15 74/21 78/1
80/23 98/17 107/3 107/12 160/6 167/2
170/18 186/14 187/14
witness's [1]  166/13
witnessed [5]  170/6 170/8 170/9 170/13
171/21
witnesses [8]  18/14 18/14 21/22 21/23
34/4 106/5 106/6 193/1
won't [3]  71/19 73/8 162/23
wondering [3]  50/5 51/17 191/24
Woodhalapenos [10]  32/17 44/17 44/19
45/10 45/11 85/3 152/12 153/23 154/8
157/2
Woodhollow [1]  127/3
word [3]  39/3 167/14 167/16
words [6]  45/10 57/20 160/20 165/14
165/14 179/19
wordy [1]  32/16
work [10]  54/19 78/10 110/23 110/23
111/2 111/3 112/11 112/11 116/13
154/3
worked [1]  20/19

**W**

working [13]  27/21 45/9 45/9 55/11
56/5 67/3 110/20 110/23 165/20 187/25
182/10 190/9 190/17
works [2]  50/25 176/16
worth [13]  14/1 14/11 62/11 99/18
99/20 117/25 118/4 126/15 137/24
146/14 146/17 154/10 163/20
worthless [1]  99/14
would [206]
wouldn't [11]  13/13 125/18 125/20
125/22 125/24 136/11 141/2 144/15
163/22 180/12 183/20
write [9]  56/13 148/22 148/23 148/24
149/1 149/5 149/7 149/21 150/6
written [9]  3/8 39/10 39/24 121/9 151/4
151/9 160/19 186/2 186/7
wrong [3]  5/19 124/19 129/18
wrote [14]  74/11 121/6 121/7 121/8
148/9 148/10 148/11 148/12 148/13
148/15 150/4 150/5 171/24 189/10

**Y**

Yahne [5]  130/8 130/10 132/25 173/13
174/2
yeah [32]  10/4 12/4 12/12 14/20 31/5
32/7 34/8 34/13 36/25 45/1 46/1 52/2
53/16 55/24 56/10 57/12 61/14 61/18
61/18 62/22 63/15 71/8 78/18 83/6
84/13 123/5 136/22 138/14 149/1
162/16 188/4 189/25
year [19]  4/4 32/7 43/4 43/4 46/2 46/7
46/7 46/8 92/7 104/14 104/15 104/18
118/10 161/3 161/6 168/1 175/21
178/19 188/16
years [22]  13/20 13/24 13/25 16/1 16/2
37/23 72/21 74/8 74/9 83/14 91/21
103/6 109/4 111/21 112/1 114/18
114/18 161/14 176/16 185/9 185/10
189/17
yes [286]
Yesterday [2]  7/16 151/21
yet [4]  50/12 63/16 73/19 145/8
you [1076]
You'd [1]  125/18
you'll [1]  162/21
you're [9]  80/23 126/25 132/5 132/8
133/5 134/7 136/20 146/19 189/13
you've [4]  161/23 164/18 164/18
165/10
younger [1]  171/15
your [407]
Your Honor [60]  8/8 15/1 15/6 15/16
15/20 15/25 16/19 17/13 17/17 18/2
18/13 19/6 20/4 20/22 21/21 22/21 23/8
23/21 24/19 28/18 28/21 34/12 35/3
35/10 36/2 38/11 38/17 46/10 51/11
52/8 63/25 64/19 65/14 74/25 77/7
98/12 99/23 100/1 100/17 103/5 103/16
106/11 134/20 150/17 151/13 151/16
159/24 160/2 164/24 166/12 167/1
173/16 178/9 186/13 187/10 187/20
190/18 191/10 192/3 192/12
yours [3]  120/1 188/18 189/23
yourself [8]  108/15 117/21 117/23
141/22 147/22 153/10 161/16 183/4
yourselves [1]  113/9

**Z**

Zero [1]  73/5